IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University<br>385 Washington Street,<br>St. Paul, MN 55102<br><br>    Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC.<br>6550 Dobbin Road<br>Columbia, MD 21045<br><br>    Defendant | CASE NUMBER:<br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff submits the following disclosures:

1. Plaintiff is a non-governmental corporate party.

2. Plaintiff is a subsidiary of St. Paul Travelers, a publicly held corporation.

3. Plaintiff has no subsidiaries.

                                    Respectfully submitted,

                                    MESIROW & STRAVITZ, PLLC

                                    By: _____
                                    Eric N. Stravitz (D.C. Bar #438093)
                                    2000 Massachusetts Avenue
                                    Suite 200
                                    Washington, DC 20036
                                    (202) 463-0303
                                    (202) 861-8858 Fax
                                    strav@erols.com

Of Counsel
Cozen O'Connor
David J. Groth, Esquire
Daniel J. Luccaro, Esquire
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
Attorneys for Plaintiff