AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

St. Paul Mercury
Insurance Company
A/S/O Gallaudet University

**SUMMONS IN A CIVIL CASE**

V.

CAPITOL SPRINKLER
INSPECTIONS, INC.
6550 Dobbin Road
Columbia, MD 21045

CASE NUM

CASE NUMBER  1:05CV02115

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 10/31/2005

TO: (Name and address of Defendant)

Capitol Sprinkler Inspectors, Inc.
6550 Dobbin Road
Columbia, MD 21045

Serve On:
Resident Agent: Wallace J. Huling
6550 Dobbin Road
Columbia, MD 21045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz

**MESIROW & STRAVITZ, PLLC**
2000 MASSACHUSETTS AVENUE, NW
SUITE 200
WASHINGTON, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT 31 2005
CLERK                                DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 1, 2005 at 2:17 pm |
| NAME OF SERVER (PRINT) Lorenzo Kenerson | TITLE private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

xx ☒ Other (specify): personal service on Ann Golden, Controller and Authorized Officer of Capitol Sprinkler Inspections, Inc., at 6550 Dobbin Rd., Columbia, MD 21045

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $85.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/2/2005
Date          Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.