IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as subrogee of Gallaudet University, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | Case No. 1:05CV02115 <br> : <br> : |
| CAPITOL SPRINKLER INSPECTION, INC. | : <br> : |
| Defendant. | : |

## MOTION FOR *PRO HAC VICE*

Pursuant to D.D.C. LCvR 83.2(d), the undersigned counsel hereby moves the admission *pro hac vice* of Norman H. Brooks, Jr., to represent Capitol Sprinkler Inspection, Inc., in the above-captioned matter.

Respectfully submitted,
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

*/s/ Donald R. Kinsley*
Donald R. Kinsley, Esquire / D.C. Bar No. 432998
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

Dated: January 16, 2006

DE051342.1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D.D.C. LCvR 83.2(d), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Delaware. I certify I have not been disciplined by any bar. I certify I have not been admitted *pro hac vice* in this Court within the last two years. I certify I do not practice law from an office located in the District of Columbia. I certify I am not a member of the District of Columbia Bar nor do I have an application for membership pending. I also certify I am generally familiar with this Court's Local Rules.

/s/ Norman H. Brooks, Jr.
Norman H. Brooks, Jr., DE Bar I.D. #2568
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538

Motion granted.

BY THE COURT:

_____

DE051353.1