IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

ST. PAUL MERCURY INSURANCE            :
COMPANY, as subrogee of Gallaudet     :
University,                           :
                                      :
      Plaintiff,                     :
                                      :  Case No. 1:05CV02115
  v.                                  :
                                      :
CAPITOL SPRINKLER INSPECTION, INC.    :
                                      :
      Defendant.                     :

## **ORDER**

The foregoing application of Wayne F. Johnson, Jr. for admission to practice in this action *pro hac vice* is hereby granted. It is SO ORDERED this _____ day of _____, 2006.


_____
JUDGE

DE051360.1