IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as subrogee of Gallaudet University, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : Case No. 1:05CV02115 |
| v. | : <br> : |
| CAPITOL SPRINKLER INSPECTION, INC. | : <br> : |
| Defendant. | : |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Capitol Sprinkler Inspection, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Capitol Sprinkler Inspection, Inc., which have any outstanding securities in hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

432998
Bar Identification No.

/s/ Donald R. Kinsley
Donald R. Kinsley, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DE051534.1