IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE CO.,<br>as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant | CASE NO. 1:05CV02115<br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR PRO HAC VICE ADMISSION OF DAVID J. GROTH**

In accordance with D.D.C.L.CvR. 83.2(d), the undersigned counsel hereby moves for the admission pro hac vice of David J. Groth, Esquire, to represent plaintiff, St. Paul Mercury Insurance Company, in the above-captioned matter.

                                                      Respectfully submitted,

                                                      MESIROW & STRAVITZ, PLLC

                                    BY:    /s/ Eric N. Stravitz
                                                     Eric N. Stravitz (D.C. Bar #438093)
                                                     2000 Massachusetts Avenue
                                                   Suite 200
                                                   Washington, DC 20036
                                                   (202) 463-0303

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE CO., <br> as Subrogee of Gallaudet University <br><br> Plaintiff <br><br> vs. <br><br> CAPITOL SPRINKLER INSPECTION, INC <br><br> Defendant | CASE NO. 1:05CV02115 <br><br><br> <u>JURY TRIAL DEMANDED</u> |

**<u>CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>**

In accordance with D.D.C. LCvR 83.2(d), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania. I certify I have not been disciplined by any bar. I certify I have not been admitted *pro hac vice* in this Court within the last two years. I certify I do not practice law from an office located in the District of Columbia. I certify I am not a member of the District of Columbia Bar nor do I have an application for membership pending. I also certify that I have reviewed and am familiar with this Court's Local Rules.

Respectfully submitted,

/s/ David J. Groth
David J. Groth, Esquire
PA Bar# 25567
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-2000