IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE CO.,<br>as Subrogee of Gallaudet University<br><br>　　　　Plaintiff<br><br>　　　vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>　　　　Defendant | CASE NO.  1:05CV02115<br><br><br><u>JURY TRIAL DEMANDED</u> |

**PLAINTIFF'S MOTION FOR PRO HAC VICE ADMISSION OF DANIEL J. LUCCARO**

In accordance with D.D.C. L.CvR. 83.2(d), the undersigned counsel hereby moves for the admission pro hac vice of Daniel J. Luccaro, Esquire, to represent plaintiff, St. Paul Mercury Insurance Company, in the above-captioned matter.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　MESIROW & STRAVITZ, PLLC


　　　　　　　　　BY:　<u>/s/ Eric N. Stravitz</u>
　　　　　　　　　　　　Eric N. Stravitz (D.C. Bar #438093)
　　　　　　　　　　　　2000 Massachusetts Avenue
　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　(202) 463-0303

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE CO., <br> as Subrogee of Gallaudet University <br><br> Plaintiff <br><br> vs. <br><br> CAPITOL SPRINKLER INSPECTION, INC <br><br> Defendant | CASE NO. 1:05CV02115 <br><br><br><br> <u>JURY TRIAL DEMANDED</u> |

**<u>CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>**

In accordance with D.D.C. LCvR 83.2(d), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania.  I certify I have not been disciplined by any bar.  I certify I have not been admitted *pro hac vice* in this Court within the last two years.  I certify I do not practice law from an office located in the District of Columbia.  I certify I am not a member of the District of Columbia Bar nor do I have an application for membership pending.  I also certify that I have reviewed and am familiar with this Court's Local Rules.

        Respectfully submitted,

        <u>/s/ Daniel J. Luccaro</u>
        David J. Luccaro, Esquire
        PA Bar# 89247
        Cozen O'Connor
        1900 Market Street
        Philadelphia, PA 19103
        215-665-2000