**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University <br><br> Plaintiff <br><br> v. <br><br> CAPITOL SPRINKLER INSPECTION, INC <br><br> Defendant <br><br> v. <br><br> GUEST SERVICES, INC. <br><br> Third-Party Defendant | Case Number: 1:05CV02115 <br> Judge Colleen Kollar-Kotelly <br> Next Event: Scheduling Conference 2/27/06 |

**JOINT MOTION TO ADJOURN SCHEDULING CONFERENCE**

Plaintiff, St. Paul Mercury Insurance Company as Subrogee of Gallaudet University, and defendant, Capitol Sprinkler Inspection, Inc. hereby jointly request that this honorable Court adjourn the Scheduling Conference scheduled for February 27, 2006 until at least April 3, 2006. In support of this Motion, the parties jointly state as follows:

1. Plaintiff commenced the present action by filing a Complaint on October 31, 2005.

2. On January 16, 2006, defendant filed an Answer.

3. On January 18, 2006, the Court issued a Scheduling Order setting a Scheduling Conference for February 27, 2006.

4. On January 30, 2006, defendant filed a Third-Party Complaint against third-party defendant Guest Services, Inc.

5.  Defendant encountered some unexpected difficulties effectuating service on the third-party defendant and is still in the process of serving the Third-Party Complaint. Defendant anticipates completing service by the end of next week.

6.  Pursuant to Fed. R. Civ. P. 26(F) and Local Civil Rule 16.3(a), the parties recently had a teleconference to discuss scheduling issues. The parties determined that it would be difficult to establish any meaningful deadlines until the third-party defendant is served and answers the Third-Party Complaint.

WHEREFORE, the parties jointly request that this Honorable Court adjourn the February 27, 2006 Scheduling Conference until at least April 3, 2006.

Respectfully submitted,

| s/ | s/ |
|---|---|
| Eric Stravitz, Esquire | Donald R. Kinsley, Esquire |
| Mesirow & Stravitz, PLLC | Norman H. Brooks, Esquire |
| 2000 Massachusetts Avenue | Wayne F. Johnson, Esquire |
| Suite 200 | Marks, O'Neill, O'Brien & Courtney |
| Washington, DC 20036 | 913 North Market Street, #800 |
| (202) 463-0303 | (302) 658-6538 |
| Local Counsel for Plaintiff | Counsel for Defendant |

s/
David J. Groth, Esquire
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, : <br> as Subrogee of Gallaudet University        : <br>        : <br> Plaintiff        : <br>        : <br> v.        : <br>        : <br> CAPITOL SPRINKLER INSPECTION, INC        : <br>        : <br> Defendant        : <br>        : <br> v.        : <br>        : <br> GUEST SERVICES, INC.        : <br>        : <br> Third-Party Defendant        : | Case Number:  1:05CV02115 <br> Judge Colleen Kollar-Kotelly <br> Next Event:  Scheduling Conference <br> 2/27/06 |

## ORDER

It is this _____ day of February, 2006, upon consideration of a Joint Motion by the parties, hereby ordered that the February 27, 2006 Scheduling Conference is adjourned until a date after April 3, 2006.

 

                                                   _____
                                                 Colleen Kollar-Kotelly
                                                 United States District Judge

Date:_____