UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE, COMPANY, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>CAPITOL SPRINKLER INSPECTION, INC. )<br>)<br>DEFENDANT/THIRD PARTY PLAINTIFF, )<br>)<br>v. )<br>)<br>GUEST SERVICES, INC. )<br>)<br>THIRD PARTY DEFENDANT. )<br>) | Case No.: 1:05CV02115 |

## PRAECIPE

Comes now, Guest Services, Inc. Third-Party Defendant, and submits to this Court that Third-Party Plaintiff, Capitol Sprinkler Inspection, Inc. has agreed to allow an extension of time until April 4, 2006 for it to file an Answer to the Third-Party Complaint.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

/s/ *Dawn S. Singleton*
_____
Keith M. Bonner #305938
Dawn S. Singleton, Esq. #468859
1250 Eye Street, N.W., Suite 600
Washington, D. C. 20005
(202) 712-7000

147133-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Praecipe** was served electronically this 21st day of March, 2006, on:

Wayne F. Johnson, Esquire
Norman H. Brooks, Esquire
Donald R. Kinsley, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE  19801

/s/
Dawn Singleton

147133-1