**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : <br> : <br> : |
| Plaintiff | : Case No.: 1:05CV02115 <br> : Honorable Colleen Kollar-Kotelly |
| v. | : |
| CAPITOL SPRINKLER INSPECTION, INC. | : |
| Defendant/Third Party Plaintiff | : |
| v. | : **JURY TRIAL DEMANDED** |
| GUEST SERVICES, INC. | : |
| Third Party Defendant | : |

**LINE ENTERING APPEARANCE**

Please enter the appearance of John B. Mesirow as additional counsel for Plaintiff St. Paul Mercury Insurance Company.

        Respectfully submitted,

        MESIROW & STRAVITZ, PLLC

By:  **/s/**
        Eric N. Stravitz  (D.C. Bar #438093)
        strav@erols.com

By:  **/s/**
        John B. Mesirow  (D.C. Bar #435651)
        mesirowesq@aol.com
        2000 Massachusetts Avenue, NW
        Suite 200
        Washington, DC 20036
        (202) 463-0303
        (202) 861-8858 Fax

Cozen O'Connor
David J. Groth, Esquire
Daniel J. Luccaro, Esquire
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
*Admitted Pro Hac Vice*

Counsel for Plaintiff

Date:  4/4/06