# *Capitol Sprinkler Inspection, Inc.*

6550 DOBBIN RD.
COLUMBIA, MD 21045

Telephone

## FIRE PUMP TEST PROCEDURES

Maryland (301) 982-1023
Baltimore (410) 730-4711
Fax: (410) 740-2428

In order to performance test the fire pump, water must be flowed through the pump and results determined.

The test consist of recording the flow of the pump at percent of rated flow, these are from 25%, 50%, 75%, 100%, and 150% of rated flow. To do this pitot, readings are taken at the discharge, then the suction and discharge are noted at the pump along with the speed in revolutions per minute or r.p.m.

This data can them be compared to the pump curve provided by the manufacturer.

To perform this test, we will provide:

1. 2½" hoses
2. Akron 501 water cannon
3. Western Fire Equipment – water flow test meter
4. Suction and discharge gauges
5. Digital photoelectric tachometer

Test readings are taken at:

1. Shut off – churn – 25%, 50%, 75%, 100%, 125%, and 150% of rated capacity.

At each test point the following data will be observed and recorded:

1. Pump RPM
2. Pump suction pressure
3. Pump discharge pressure
4. Size of hose nozzles
5. Pitot pressure of nozzle

Observed data will be recorded and full detailed report shall be provided.

During the test, the pump will be inspected for overheating, lubrication and mechanical operation. Relief valves will also be checked for proper operation.

A visual inspection will be made of the controller and the pump will be operated by both manual and automatic starting of the controller.