# Capitol Sprinkler Inspection, Inc.

6550 DOBBIN RD.
COLUMBIA, MD. 21045

**TELEPHONE**
Maryland: (301) 982-1023   Fax: (410) 740-2428
Baltimore: (410) 730-4711   Emergency: (410) 494-5015

Building Name: Gallaudet Conf. Center    Type of Occupancy: Attic Area
Address: _____
Central Station Supervision By: _____   Type of System: Wet ____ Dry ✓
Supervision Phone No.: See bldg mng

| | | YES | N.A.* | NO** |
|---|---|---|---|---|
| 1. | Are all areas completely sprinkled | ✓ | | |
| 2. | Is system in good condition and in service | ✓ | | |
| 3. | Are additions or building changes properly protected | ✓ | | |
| 4. | Are all areas and valves protected from freezing | ✓ | | |
| 5. | Are all control valves open, tagged and sealed   Tamp Sw | ✓ | | |
| 6. | Are cold weather valves open | | ✓ | |
| 7. | Are extra heads and wrench provided | ✓ | | |
| 8. | Are sprinklers blocked by stock, partitions or other obstructions | | | ✓ |
| 9. | Is fire pump operational, tested periodically and maintained | ✓ | | |
| 10. | Are alarm valves, flow switches, motor gong operational   Pre Sw | ✓ | | |
| 11. | Air compressor operates and proper air pressure | ✓ | | |
| 12. | Quick opening devices in service and operational | | ✓ | |
| 13. | Dry valves protected from freezing | ✓ | | |
| 14. | Fire Department Connections, couplings, caps, balldrip | ✓ | | |
| 15. | Note below other conditions or deficiencies needing correction | ✓ | | |
| 16. | Operate Inspectors Test and 2" drain valves. Enter results below. | ✓ | | |

| System # | Static | Residual | Bell Time | Air Pressure | Air Pressure At Trip | Time of Trip At Valve | Time of Water At Test Pipe | With Q.O.D. | Without Q.O.D. |
|---|---|---|---|---|---|---|---|---|---|
| Sys #1 | 150# | Test pump | Wtr.p | 43 ps | 23 psi | 15 sec | 17 sec | | ✓ |
| Sys #2 | | Test pump | Wtr.p | 41 ps | 19 p | 20 sec | 25 sec | | ✓ |
| | | Fire pump | | | | | | | |

Deficiencies: _____

P-019

Date: July 2, 2002    Inspected and Tested By: M. Paulhaz/V. Va___
                                                    T. Fr___

* Not Applicable