Case 1:05-cv-02115-CKK   Document 20-10   Filed 06/02/2006   Page 1 of 1

*Water Damage Insur.*



**CAPITOL SPRINKLER CONTRACTING, INC.**
FIRE PROTECTION CONTRACTORS

INVOICE

Gallaudet University
Kellogg Conference Center
800 Florida Ave. NE
Washington, D.C.  20002

DATE:  January 29, 2003

Invoice # 0301043

TICKET#'s:  7070 & 6649

TERMS: DUE UPON COMPLETION

Attn: David Hann

|  |  |
|---|---|
| Ticket # 7070 | $1,079.85 |
| Ticket # 6649 |    696.80 |
| TOTAL DUE | $1,776.65 |

Please pay from this invoice,   Thank you,
                                Ann Golden

P-021

6550 DOBBIN ROAD, COLUMBIA, MARYLAND 21045
WASHINGTON 301-982-1023 • BALTIMORE 410-730-4711 • FAX 410-740-2428