IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

St. Paul Mercury Insurance Company
As Subrogee of Gallaudet University

    Plaintiff,

v.                                                                  Civil Action No. 1:5cv-2115-CKK
                                                                    Judge Colleen Killar-Kotelly

CAPITOL SPRINKLER INSPECTION, P.C.

    Defendant,

v.

GUEST SERVICES, INC.

    Third-Party Defendant.
_____/

## THIRD PARTY DEFENDANT, GUEST SERVICES, INC.'S RULE 26(A) DISCLOSURES

COMES NOW, the third party defendant, Guest Services, Inc., by counsel, and hereby discloses the following information:

**A. Individuals That Have Discoverable Information**

    1). **Stephen E Logue**: Mr. Logue will have factual information in regards to the incident.
        Managing Director
        Guest Services
        Gallaudet University
        Kellogg Conference Center
        800 Florida Ave., N.E.
        Washington, DC 20002

    2). **David Ham**: Mr. Ham is a current employee and has information relevant to the loss.
        Gallaudet University
        Kellogg Conference Center

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
P.O. BOX 22 • FAIRFAX, VIRGINIA 22038-0022 • (703) 385-1000 • FAX (703) 385-1555

       800 Florida Ave., N.E.
       Washington, DC 20002

3). **Terry Hubbard**   Employee of Guest Services, Inc.
    Gallaudet University
    Kellogg Conference Center
    800 Florida Ave., N.E.
    Washington, DC 20002

4). **Gary B. Aller**
    Director of Business Operations
    Gallaudet University
    800 Florida Ave., N.E.
    Washington, DC 20002

5). **Nick Dimeglio**   Past employee of Guest Services, Inc.

**Documents**

1). Management agreement between Guest Services and Gallaudet University.

2). Capital Sprinkler Inspection, Inc. Fire Pump Test Procedure

3). Contract between Capital Sprinkler Inspection, Inc. and Guest Services for annual trip test (2002).

4). Contract between Capital Sprinkler Inspection, Inc. and Guest Services for annual Fire Pump Test (2002).

5). Gallaudet University Incident Report.

6). Capital Sprinkler Inspection, Inc. report dated 7/2/02.

7). Capital Sprinkler Inspection, Inc. report dated 1/9/03

8). Dry Valves Location Checklist.

9). Capital Sprinkler Contracting, Inc. Invoice.

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
P.O. BOX 22 • FAIRFAX, VIRGINIA 22038-0022 • (703) 385-1000 • FAX (703) 385-1555

**Insurance Policy**

Insured:         Guest Services, Inc.

Insurer:         The Hartford

Policy Number:   42 UEN MF4671

Policy Period:   11/01/2002- 11/01/2003

                                                Respectfully submitted,

                                                **GUEST SERVICES, INC.**

                                                Stephen A. Horvath, Esquire
                                                D.C. Bar No. 417137
                                                3920 University Drive
                                                Fairfax, Virginia 22030
                                                Phone: (703) 385-1000; Fax: (703) 385-1555
                                                *Counsel for Guest Services, Inc.*