# Gallaudet University   Washington, D.C.
## Department of Safety and Security
### Crime/Incident/Sick Person Report

DOSS File #: 03-0039
DC Police #: _____
JCA/log
Classification: Fire Alarm

**Date & Time Occurred**
From: 1/25/03  14:55   To: 1/25/03  18:30

**Date & Time Reported**
1/25/03  14:55

Complainant/Victim: Marvin Waldon         ID#: —
Address: DPS Carlin Hall                  Rm #: —
Phone #: 651.5445    v/tty   Email:

**Location of Crime/Incident**    Patrol: North or South   Unit # 5-2   Division: [X] University
Building/Site of Occurrence: Conference Center                              [ ] MSSD
Room (#): 5200    Wing: N, S, E, W  Other: ____                             [ ] KDES
Description of occurrence location:                                         [ ] Off campus

**People Involved** (Names of on campus V&W)   Phone or Email   Address: Dorm/Bldg & Rm#

| Victim / Witness | | | |
|---|---|---|---|
| Victim / Witness | | | |
| Victim / Witness | | | |
| Victim / Witness | | | |

**Narrative** On Jan 25, 03 at approximately 1521 hours, Complainant Disp. Marvin Waldon reported an activation of a fire alarm at the Conference Center via Simplex system. The building was evacuated and searched as plan. The alarm panel shows activation in the attic area. The area was searched with negative results. At that time I was unable to reset the alarm, that's when water was discovered coming from room 5200 A/B ceiling lights. The Conference Center engineer and myself attempted to turn off the water to the building meet with negative results. Later, other engineers and managers arrived. After nearly two hours, they were able to turn off the water.

P-007

**Required Details/Observation**
Alcohol Involved:   Yes  No  Unknown
Hate Crime:         Yes  No  Unknown
Evidence? # _____ Cntrl # _____ No
Responded: DC Police  Fire  Ambulance
Shift Occurred on: Midnight  Day  Evening

**Status of case**
Under Investigation: __/__/__ by _____
Suspended: __/__/__ by _____
Closed: __/__/__ by _____
(By reason of: _____)
Reviewed by Asst. Chief _____ /__/

Reporting Officer & Date: Ronald L. Tate  1/25/03
Second Officer: Potts/Rader
Reviewing Supervisor & Date:

**Supplemental  Continuation  Investigative Follow-up    REPORT**

Gallaudet University  Washington, D.C.
Campus Police

DOSS File #: _____
DC Police #: _____

Reporting Officer: Capt. R. Tate    Classification: Fire Alarm

**Date & Time Occurred**
From: 1/25/03  14:55   To: 1/25/03  18:30

**Date & Time Reported**
1/25/03  14:55

Summary: Water damage from the 5th floor down to the basement area. North and Central wings of the 3rd floor has damage to computers and files.

Suspect Info

P-008

Notes:

**Status of case**
Under Investigation: ___/___/___ by _____
Suspended: ___/___/___ by _____
Closed: ___/___/___ by _____
(By reason of: _____
Reviewed by Asst. Chief _____ /___/___

Reporting Officer & Date: Ronald L. Tate  1/25/03
Second Officer: Potts/Roder
Reviewing Supervisor & Date: