## DRY VALVES LOCATION

| ZONES SUPPLYING | A1 | A2 | A1 | A2 | A1 | A2 | A1 | A2 | A1 | A2 | A1 | A2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIR PRESSURE LOW SIDE | 42 | 40 | 44 | 41 | 43 | 42 | 42 | 40 | 42 | 40 | 42 | 40 |
| WATER PRESSURE HIGH SIDE | 115 | 130 | 115 | 125 | 115 | 125 | 115 | 120 | 115 | 125 | 115 | 125 |
| MAIN WATER VALVE OPEN | open | | open | | open | | open | | open | | open | |
| ALARM VALVES OPEN | open | | open | | open | | open | | open | | open | |
| AIR COMPRESSOR PRESSURE | 45 | | 45 | | 45 | | 50 | | 45 | | 45 | |
| AIR COMPRESSOR OIL LEVEL | — | | — | | — | | — | | — | | — | |
| LEAKS | NO | no | no | no | no | | no | | no | | no | |
| LIGHTING | OK | OK | OK | OK | OK | | OK | | | | | |
| CLEANLINESS | OK | OK | OK | OK | OK | | OK | | | | | |
| NAME | JC | | JC | | JC | | JC | | JC | | JC | |
| DATE | 4-1-02 | | 5-2-02 | | 7-5-02 | | 10-4-02 | | 12-19-02 | | 1-2-03 | |

P-020