WATER DAMAGE
INSUR.



# CAPITOL SPRINKLER CONTRACTING, INC.
FIRE PROTECTION CONTRACTORS

I N V O I C E

Gallaudet University  
Kellogg Conference Center  
800 Florida Ave. NE  
Washington, D.C.   20002

DATE:   January 29, 2003

Invoice # 0301043

TICKET#'s:   7070 & 6649

TERMS: DUE UPON COMPLETION

Attn: David Hann

|  |  |
|---|---|
| Ticket # 7070 | $1,079.85 |
| Ticket # 6649 | 696.80 |
| TOTAL DUE | $1,776.65 |

Please pay from this invoice,   Thank you,  
Ann Golden

P-021

6550 DOBBIN ROAD, COLUMBIA, MARYLAND 21045  
WASHINGTON 301-982-1023 • BALTIMORE 410-730-4711 • FAX 410-740-2428