## CERTIFICATE OF SERVICE

I, Norman H. Brooks, hereby state that on this ___9___ day of October, 2006, I

served a copy of the foregoing Notice of Oral Deposition, via U.S. mail, postage prepaid,

and by Fax, and the Efile and Serve system to following counsel of record:


Stephen Horvath, Esquire
Trichilo, Bancroft, McGavin , Horvath & Judkins,
P.C.
3920 University Drive, P.O. Box 22
Fairfax, VA  22030

David J. Groth, Esquire (phv)
Daniel J. Luccaro, Esquire (phv)
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000 (p)
(215) 701-2368 (f)


_____
Michael T. Hamilton, Esquire
Norman H. Brooks, Esquire
Marks, O'Neill, O'Brien & Courtney
913 North Market Street, #800
Wilmington, DE  19805
(302) 658-6538