UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University | CASE NUMBER: 1: 05-CV-02115 |
| Plaintiff | |
| vs. | |
| CAPITOL SPRINKLER INSPECTION, INC | |
| Defendant | |
| vs. | |
| GUEST SERVICES, INC. | |
| Third-Party Defendant | |

### MOTION FOR EXTENTION OF TIME TO SERVE RULE 26(a)(2)(B) DISCLOSURES

Capital Sprinkler Inspection, Inc. ("Capital") moves this Court for an extension of time to serve disclosure of expert testimony required by Federal Rule of Civil Procedure 26(a)(2)(B) until November 6, 2006.

### STATEMENT OF POINTS AND AUTHORITIES

1. On April 5, 2006, the Court held the Rule 16(a) Pre-Trial Conference and issued a minute order requiring Capital to serve expert testimony in the form required in Rule 26(a)(2)(B) on Saturday, October 15, 2006.

2. Capital is seeking to extend the deadline to serve its expert report because depositions of key fact witness have not been taken. The key witnesses are two former employees of Guest Services, Inc. ("Guest") and the corporate designees of Guest and Gallaudet University.

{DE067632.1}

3. On July 13, 2006, St. Paul Mercury Ins. Co. ("St. Paul") told Capital that Terrence Hubbard was a former employee of Guest and was not responding to Guest's request to take his deposition. See Exhibit A. On August 11, 2006, Capital requested from St. Paul Mr. Hubbard's last known address. See Exhibit B. St. Paul has yet to respond.

4. On July 17, 2006, Capital requested dates in which David Hamm, a former employee of Guest, would be available to testify. Guest responded with the last known address of Mr. Hamm. See Exhibit C.

5. On October 9, 2006, Capital noticed the depositions for October 16, 2006 of Terrance Hubbard, David Hamm and corporate designees for Gallaudet University (the subrogor of St. Paul) and Guest. See Docket Entry No. 22.

6. On October 11, 2006, counsel for St. Paul responded to the notice of depositions by letter stating that the university was not their client and that due to bomb threats, student sit-ins and other unrest, he was having trouble contacting the university administration to schedule the deposition of the designee for the university. See Exhibit D.

7. On October 12, 2006, Guest indicated that the depositions noticed could not be held on October 16, 2006 but can be held within the next two weeks. See Exhibit E.

8. "The court may modify the scheduling order at any time upon a showing of good cause." LCvR 16.4.

9. Capital hereby moves the Court for an extension of three weeks to allow it one additional week after the four depositions have been completed in order to

{DE067632.1}

supplement Capital Sprinklers' expert disclosures that are required to be served today but did not include a complete statement of all opinions to be expressed and the basis and reasons therefore.

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

\s\ Donald R. Kinsely
Donald R. Kinsley (Bar ID No. 432998)
Michael T. Hamilton (Bar ID No. 474233)
913 N. Market Street, Ste. 800
Wilmington, DE  19801

Dated: October 16, 2006

{DE067632.1}