UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br><br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | CASE NUMBER: 1: 05-CV-02115 |

### ORDER

WHEREAS, good cause was shown for an extension to serve disclosure of Capital Sprinkler Inspection, Inc.'s ("Capital") expert testimony as provided in Rule 26(a)(2)(B).

IT IS HEREBY ORDERED, that the April 5, 2006 minute order is amended as follows:

(1) Capital shall served its expert testimony as provided in Rule 26(a)(2)(B) on or before November 6, 2006;

(2) reply expert reports shall be served on or before November 27, 2006; and

(3) all discovery shall be completed by January 5, 2007.

_____

DATED:

{DE067632.1}

## NAMES OF PERSONS TO BE SERVED WITH THE PROPOSED ORDER

As provided by LRvR 7(k), the follow are counsel who are entitled to be notified of its entry:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA 19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC 20036

{DE067632.1}