## CERTIFICATE OF SERVICE

I, Eric M. Andersen, hereby state that on this 16th day of October 2006, I served a copy of the foregoing *Motion for Extension of Time to Serve Rule 26(a)(2)(B) Disclosures* via electronic service through the CM/ECF filing system to the following counsel of record:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA 19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC 20036

_____
Eric M. Andersen

{DE067632.1}