UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br><br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | CASE NUMBER: 1: 05-CV-02115 |

**CERTIFICATE OF COUNSEL TO CONFER ON NONDISPOSITIVE MOTIONS**

As provided by LRvR 7(m), I hereby certify that I have conferred with David J. Groth and Stephen A. Horvath regarding the above motion and report that all other parties do not oppose the MOTION FOR AN EXTENSION OF TIME TO SERVE RULE 26(a)(2)(B) DISCLOSURE.

Although Guest Service, Inc. ("Guest") initially indicated that it would oppose this Motion in its October 12, 2006 letter attached as Exhibit E to the Motion, it decided not to oppose the Motion as long as all of the remaining deadlines set in the April 5, 2006 minute order are also postponed for three weeks.

{DE067632.1}

{DE067632.1}

 

                                 **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

                                 \s\ Donald R. Kinsely
                                 Donald R. Kinsley (Bar ID No. 432998)
                                 Michael T. Hamilton (Bar ID No. 474233)
                                 913 N. Market Street, Ste. 800
                                 Wilmington, DE  19801

DATED:  October 16, 2006