# EXHIBIT A

{DE067632.1}

## Powers, Cecelia L.

**From:** Groth, David [DGroth@cozen.com]
**Sent:** Thursday, July 13, 2006 4:29 PM
**To:** Johnson, Frank; mfoster@vadctriallaw.com; SHorvath@vadctriallaw.com; strav@erols.com
**Cc:** Brooks Jr., Norman H.; Luccaro, Daniel J.
**Subject:** RE: St. Paul v. Capitol Sprinkler

Thanks for getting back to me. I will send out in the next day or two a deposition notice confirming the depositions of Capitol's people at my local counsel's office in Washington D.C. beginning at 10:00 on August 14 and 15. The depositions of the Guest Services representatives are on hold for the time being. Mr.. Hubbard is a former employee and apparently has not yet responded to the inquiries of Guest Services' counsel regarding the scheduling of his deposition. Also, Mr. Demeglio, also a former employee, will reportedly only agree to be deposed in Williamsburg, Va. with some accommodations to his schedule. I am trying to determine whether it is even necessary to take his deposition. In the meantime, please forward Capitol's overdue answers to plaintiff's discovery responses as soon as possible so that I can properly prepare for these depositions. Please let me know if you have any questions.

---

**From:** Johnson, Frank [mailto:fjohnson@mooclaw.com]
**Sent:** Thursday, July 13, 2006 1:49 PM
**To:** Groth, David; mfoster@vadctriallaw.com; SHorvath@vadctriallaw.com; strav@erols.com
**Cc:** Brooks Jr., Norman H.; Luccaro, Daniel J.; Johnson, Frank
**Subject:** RE: St. Paul v. Capitol Sprinkler

On 8/14, we can produce Craig Parham and Vernon Vane beginning at 10:00 a.m. We can produce Mike Bowlin and Tom Scott on 8/15. We are currently available on 8/16 for Mr. Dimeglio's deposition. Please let us know his availability ASAP. Thank you.

---

**From:** Groth, David [mailto:DGroth@cozen.com]
**Sent:** Monday, July 10, 2006 9:21 AM
**To:** Johnson, Frank; mfoster@vadctriallaw.com; SHorvath@vadctriallaw.com; strav@erols.com
**Cc:** Brooks Jr., Norman H.; Luccaro, Daniel J.
**Subject:** RE: St. Paul v. Capitol Sprinkler

I would agree to this proposal as long as defense counsel can produce all of the witnesses noticed by the plaintiff. I would also like to take the depositions of the Capitol Sprinkler people, first, on 8/14 and Mr.. Hubbard's deposition last that day. We need to confirm the new deposition schedule ASAP. I will then do the Stipulation, even though the extension requested was occasioned by the inability of defendant Capitol Sprinkler to produce its witnesses to be deposed in a timely fashion due to the schedule of its counsel and the availability of the witnesses. Please let me hear from everybody as soon as possible. If this presents a problem for anyone, I will do the depositions on separate (non-consecutive) days during the week of August 7th, if necessary, in Washington, D.C. We can schedule the deposition in Williamsburg whenever the witness is available.

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be

conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

**From:** Johnson, Frank [mailto:fjohnson@mooclaw.com]
**Sent:** Friday, July 07, 2006 7:24 PM
**To:** Groth, David; mfoster@vadctriallaw.com; SHorvath@vadctriallaw.com; strav@erols.com
**Cc:** Brooks Jr., Norman H.; Luccaro, Daniel J.
**Subject:** St. Paul v. Capitol Sprinkler

Counsel,

This follows Mr. Groth's email of 7/6 regarding the depositions in the above. Although he proposed taking the depositions the week of August 7, because we are attempting to schedule the depositions on consecutive days we are not available for deposition until 8/14-8/16.

I propose we schedule Mr. Hubbard's deposition for 10 a.m. on 8/14 with 2 Capitol Sprinkler employees to follow on that day. We could schedule the other 2 Capitol employees the following day. This would leave ample time to travel to Williamsburg for Mr. Dimeglio's deposition on the morning of 8/16.

We agree to extend the deadline for plaintiff's Rule 26(a)(2)(B) expert disclosure until 9/1/06. This will allow us to keep discovery on track and have no effect on the other deadlines imposed in the Court's April 5 scheduling and procedures order. Thus, Defendant/Third-Party Plaintiff Capitol Sprinkler's Rule 26(a)(2)(B) expert disclosure deadline would remain 10/15/06 and Guest Service's deadline would remain 11/6/06. Whereas it is plaintiff's deadline that is to be extended, it seems Mr. Groth's office should draft the stipulation.

Please let us know if all parties can agree to our proposal. Thank you.

*W. Frank Johnson, Jr., Esq.*
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market St., Suite 800
Wilmington, DE 19805
phone: (302) 658-6538
fax: (302) 658-6537
fjohnson@mooclaw.com

9/14/2006