# EXHIBIT B

{DE067632.1}

## Powers, Cecelia L.

**From:** Johnson, Frank
**Sent:** Friday, August 11, 2006 2:50 PM
**To:** mfoster@vadctriallaw.com
**Cc:** Brooks Jr., Norman H.
**Subject:** St. Paul v. Capitol v. Guest Services

Matt,

Can you please give me the last known address for Terrence Hubbard? Thanks.

*W. Frank Johnson, Jr.*
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market St., Suite 800
Wilmington, DE 19805
phone: (302) 658-6538
fax: (302) 658-6537
fjohnson@mooclaw.com