# EXHIBIT C

{DE067632.1}

## Johnson, Frank

**From:** Matthew Foster [mfoster@vadctriallaw.com]
**Sent:** Wednesday, July 26, 2006 2:07 PM
**To:** Johnson, Frank
**Cc:** Stephen Horvath; DGROTH@COZEN.COM
**Subject:** RE: St. Paul v. Capitol Sprinkler v. Guest Services

Mr. Johnson

Here is the information you requested in regard to David Hamm- Last Known Address: 104 Barstow Rd Clovis, CA 93612. There is no known phone number for this individual. If there is any other information that I can provide you please do not hesitate to ask.

Matt Foster

>   -----Original Message-----
>   **From:** Johnson, Frank [mailto:fjohnson@mooclaw.com]
>   **Sent:** Monday, July 17, 2006 4:30 PM
>   **To:** Matthew Foster; Stephen Horvath
>   **Cc:** Groth, David; Luccaro, Daniel J.; Brooks Jr., Norman H.
>   **Subject:** St. Paul v. Capitol Sprinkler v. Guest Services
>
>   Mr. Foster:
>
>   We now have depositions scheduled in the above for 8/14 and 8/15. We would like to depose David Hamm of Guest Services at the same time. Please confirm his availability for one of the 2 dates. We will send out a Notice of Deposition after his availability is confirmed. Thank you.
>
>   *W. Frank Johnson, Jr., Esq.*
>   Marks, O'Neill, O'Brien & Courtney, P.C.
>   913 North Market St., Suite 800
>   Wilmington, DE 19805
>   phone: (302) 658-6538
>   fax: (302) 658-6537
>   fjohnson@mooclaw.com

8/22/2006