# EXHIBIT D

Case 1:05-cv-02115-CKK   Document 23-8   Filed 10/16/2006   Page 1 of 3

{DE067632.1}



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

DAVID J. GROTH
Direct Phone 215.665.2056
Direct Fax    215.701.2056
dgroth@cozen.com

October 11, 2006

**VIA FACSIMILE/REGULAR MAIL**

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney
913 North Market Street, #800
Wilmington, DE  19805

    Re:    St. Paul Mercury Insurance Company, as Subrogee of Gallaudet
            University v. Capitol Sprinkler Inspection, Inc., et al.
            Case No. 1:05CV02115
            Our File No.: 134164

Dear Mr. Brooks:

       In response to the Deposition Notice which your office forwarded to me yesterday, October 10, 2006, for depositions which you wish to schedule for Monday, October 16, 2006, please be advised that I attempted to make contact with a Gallaudet University representative to try to get an individual to respond to your Rule 30(b)(6) deposition request. Initially, I was unable to reach anyone at the University. However, after repeated tries, I did get someone to answer the phone only to find out that over the last few days the University has been taken over by the students. If you Google Gallaudet University on your computer, you will find out that there have been bomb threats which have cleared the campus, sit-ins that are occupying school facilities and preventing mid-term exams, and other incidents of student body unrest. Under these circumstances, it is highly unlikely that I will be able to obtain for you any Gallaudet representative or witness to respond to your deposition request before October 16, 2006.

       In addition, as you know, I do not represent Gallaudet University which is not a party in this action. Although I am happy to attempt to arrange for the eventual deposition of a Gallaudet representative, because of the time constraints you are under, you may want to consider directly subpoenaing a Gallaudet witness in order to provide you with the information which you seek.

October 11, 2006
Page 2

---

    Finally, I have no objection to the depositions of a representative or representatives of third-party defendant Guest Services proceeding on October 16, 2006 as scheduled. Also, if you would like to move up the Guest Services depositions to start at 10:00 A.M., I would have no objection to that, as well.

    Please do not hesitate to contact me if you have any questions concerning the foregoing.

    If anything changes with regard to the Gallaudet University situation, I will certainly let you know.

    Thanking you for your attention in this matter, I am

                            Very truly yours,

                            COZEN O'CONNOR

                            BY:   DAVID J. GROTH

DJG/slw

cc:   Stephen A. Horvath, Esquire
       Eric Stravitz, Esquire

PHILADELPHIA\2808389\1 134164.000