# EXHIBIT E

LAW OFFICES

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.

3920 UNIVERSITY DRIVE

FAIRFAX, VIRGINIA 22030
—
POST OFFICE BOX 22

FAIRFAX, VIRGINIA 22038-0022

(703) 385-1000

(703) 385-1555 (FAX)

BENJAMIN J. TRICHILO
STEVEN W. BANCROFT
JOHN D. McGAVIN *
STEPHEN A. HORVATH *
JULIA E. JUDKINS
MELISSA HOGUE KATZ †
DAWN E. BOYCE *
HEATHER K. BARDOT
MICHAEL E. THORSEN

*ALSO ADMITTED IN DC

STEPHEN A. MARSHALL *
JOSEPH S. ABRENIO
MICHAEL J. LOWELL
MICHAEL D. MELLEN

OF COUNSEL
JOSEPH C. VEITH III ▵

October 12, 2006

**Via Facsimile**
Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801

   Re: *St. Paul Mercury Insurance company as Subrogee of Gallaudet University v. Captiol Sprinkler Inspection, Inc. and Guest Services, Inc.*
     U.S. District Court for the District of Columbia
     Case No. 1:05 CV-02115

Dear Mr. Brooks:

  This will confirm my statements to you on Thursday, October 12, 2006, that I am not available for depositions on October 16, 2006. I would have appreciated your having called me beforehand to determine my availability.

  Further, I will not produce witnesses on such short notice. As you know, Terrance Hubbard is no longer an employee of Guest Services, Inc. It is my understanding that David Hamm has moved out of the area.

  Further, on such short notice, I will not be able to locate an appropriate 30 (B) (6) witness. As a result, we have agreed that the depositions will not be going forward on Monday. I have further indicated to you that I will endeavor to provide you with dates for depositions within the next two weeks.

  I understand that you have requested an extension of time for the designation of expert witnesses. Since your Expert Witness Designation would have been due on Monday, I am not quite sure how depositions that would have been taken late in

Norman H. Brooks, Jr., Esquire
October 12, 2006
Page 2

the afternoon on Monday, the 16th, would have enabled you to prepare an Expert report, also due on the 16th.

    I would have been happy to have worked with you concerning scheduling depositions if I had had more advance notice. However, without more advance notice, I cannot work with you on having the depositions go forward on the 16th, nor can I at this time agree to an extension of time for Expert Designations, particularly in light of the fact that you have indicated that you intend to have an expert testify against Guest Services, Inc.

Sincerely,

Stephen A. Horvath

SAH:ikw
cc:   David J. Groth, Esquire