UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br><br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | CASE NUMBER: 1: 05-CV-02115 |

## NOTICE OF SERVICE

TO:   Stephen A. Horvath                          David J. Groth
      Trichilo, Bancroft, McGavin, Horvath &      Daniel J. Luccaro
      Judkins, P.C.                                Cozen O' Connor
      3920 University Drive                       1900 Market Street
      Fairfax, VA  22030                          Philadelphia, PA  19103

      Eric N. Stravitz
      John B. Mesirow
      Mesirow & Stravitz, PLLC
      2000 Massachusets Ave., NW
      Suite 200
      Washington, DC  20036

PLEASE TAKE NOTICE that one true and correct copy of *Capital Sprinkler Inspection, Inc.'s Disclosure of Expert Testimony under Rule 26(a)(2)(B)* was caused to be served on October 16, 2006 by First-class mail on counsel of record.

{DE067742.1}

                                      MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

                \s\ Donald R. Kinsely_____
                Donald R. Kinsley (Bar ID No. 432998)
                Michael T. Hamilton (Bar ID No. 474233)
                913 N. Market Street, Ste. 800
                Wilmington, DE  19801


DATED:  October 16, 2006

{DE067742.1}