## CERTIFICATE OF SERVICE

I, Eric M. Andersen, hereby certify that on October 16, 2006, I electronically filed and served the foregoing document with the Clerk of Court using CM/ECF to the following:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA 19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC 20036

/s/ Eric M. Andersen

Eric M. Andersen

{DE067742.1}