UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br><br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | CASE NUMBER: 1: 05-CV-02115 |

## NOTICE OF SERVICE

TO:  Stephen A. Horvath  
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.  
3920 University Drive  
Fairfax, VA  22030

David J. Groth  
Daniel J. Luccaro  
Cozen O' Connor  
1900 Market Street  
Philadelphia, PA  19103

Eric N. Stravitz  
John B. Mesirow  
Mesirow & Stravitz, PLLC  
2000 Massachusets Ave., NW  
Suite 200  
Washington, DC  20036

PLEASE TAKE NOTICE that one true and correct copy of the REQUEST FOR ENTRY UPON THE LAND FOR INSPECTION AND OTHER PURPOSES DIRECTED TO ST. PAUL MERCURY INS. CO. was caused to be served on October 23, 2006 by First-class mail on counsel of record.

{DE067723.1}

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

\s\ Donald R. Kinsely
Donald R. Kinsley (Bar ID No. 432998)
Michael T. Hamilton (Bar ID No. 474233)
913 N. Market Street, Ste. 800
Wilmington, DE 19801

DATED: October 23, 2006

{DE067723.1}