UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br><br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | CASE NUMBER: 1: 05-CV-02115 |

## REQUEST FOR ENTRY UPON THE LAND FOR INSPECTION AND OTHER PURPOSES DIRECTED TO ST. PAUL MERCURY INS. CO.

Pursuant to the Federal Rules of Civil Procedure, St. Paul Mercury Ins. Co. ("St. Paul") is requested to permit Capital Sprinkler Inspection, Inc. entry upon the Kellogg Conference Center on the campus grounds of Gallaudet University for the purpose of inspection and measuring, surveying, photographing, testing, or sampling the property within the scope of Rule 26(b).   St. Paul has agreed to permit inspection on October 26, 2006 at 2:00 P.M.

                                      **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

                                      \s\ Donald R. Kinsely
                                      Donald R. Kinsley (Bar ID No. 432998)
                                      Michael T. Hamilton (Bar ID No. 474233)
                                      913 N. Market Street, Ste. 800
                                      Wilmington, DE  19801

Dated:  October 23, 2006

{DE067723.1}

## CERTIFICATE OF SERVICE

I, Michelle L. Murphy, hereby state that on this 23rd day of October 2006, I served a copy of the foregoing REQUEST FOR ENTRY UPON THE LAND FOR INSPECTION AND OTHER PURPOSES DIRECTED TO ST. PAUL MERCURY INS. CO. via First-class mail postage prepaid to the following counsel of record:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA  19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC  20036

Michelle L. Murphy

{DE067723.1}