UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,: as Subrogee of Gallaudet University | CASE NUMBER: 1: 05-CV-02115 |
| Plaintiff | |
| vs. | |
| CAPITOL SPRINKLER INSPECTION, INC | |
| Defendant | |
| vs. | |
| GUEST SERVICES, INC. | |
| Third-Party Defendant | |

## NOTICE OF SERVICE

TO:  Stephen A. Horvath, Esquire           David J. Groth, Esquire
     Trichilo, Bancroft, McGavin, Horvath & Daniel J. Luccaro, Esquire
     Judkins, P.C.                         Cozen O' Connor
     3920 University Drive                 1900 Market Street
     Fairfax, VA  22030                    Philadelphia, PA  19103

     Eric N. Stravitz, Esquire
     John B. Mesirow, Esquire
     Mesirow & Stravitz, PLLC
     2000 Massachusets Ave., NW
     Suite 200
     Washington, DC  20036

PLEASE TAKE NOTICE that one true and correct copy of the *Re-Notice of Rule 30(B)(6) Deposition of Galluadet University* was caused to be served on October 24, 2006 by electronic service via CM/ECF upon counsel of record.

{DE068402.1}

{DE068402.1}

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

\s\ Donald R. Kinsley
Donald R. Kinsley (Bar ID No. 432998)
Michael T. Hamilton (Bar ID No. 474233)
913 N. Market Street, Ste. 800
Wilmington, DE 19801

DATED: October 24, 2006