## **CERTIFICATE OF SERVICE**

I, Michael Skipper, hereby certify that on October 24, 2006, I electronically filed and served the foregoing document with the Clerk of Court using CM/ECF to the following:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA  19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC  20036

                                                        */s/ Michael Skipper*
                                                        Michael Skipper

{DE068402.1}