UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University | CASE NUMBER: 1: 05-CV-02115 |
| Plaintiff | |
| vs. | |
| CAPITOL SPRINKLER INSPECTION, INC | |
| Defendant | |
| vs. | |
| GUEST SERVICES, INC. | |
| Third-Party Defendant | |

**NOTICE OF SERVICE**

TO:    Stephen A. Horvath, Esquire          David J. Groth, Esquire
       Trichilo, Bancroft, McGavin, Horvath &   Daniel J. Luccaro, Esquire
       Judkins, P.C.                         Cozen O' Connor
       3920 University Drive                 1900 Market Street
       Fairfax, VA  22030                    Philadelphia, PA  19103

       Eric N. Stravitz, Esquire
       John B. Mesirow, Esquire
       Mesirow & Stravitz, PLLC
       2000 Massachusets Ave., NW
       Suite 200
       Washington, DC  20036

PLEASE TAKE NOTICE that one true and correct copy of Defendant Capitol Sprinkler Inspection, Inc.'s Interrogatories directed to Guest Services, Inc. was caused to be served on October 31, 2006 by electronic service via CM/ECF upon counsel of record.

{DE068761.1}

                    **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

                    <u>\s\ Donald R. Kinsley</u>
                    Donald R. Kinsley (Bar ID No. 432998)
                    Michael T. Hamilton (Bar ID No. 474233)
                    913 N. Market Street, Ste. 800
                    Wilmington, DE  19801

DATED:  October 31, 2006

{DE068761.1}