UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br><br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | CASE NUMBER: 1: 05-CV-02115 |

## NOTICE OF VACATION OF DEPOSITION OF DAVID HAMM

TO: Stephen Horvath
Trichilo, Bancroft, McGavin , Horvath & Judkins, P.C.
3920 University Drive, P.O. Box 22
Fairfax, VA  22030

David J. Groth
Daniel J. Luccaro
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000 (p)
(215) 701-2368 (f)

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
1307 New Hampshire Ave., N.W.
Suite 400
Washington, DC 20036

{DE073693.1}

PLEASE TAKE NOTICE that the deposition of the following individual at the new offices of Mesirow & Stravitz, 1307 New Hampshire Avenue, NW, Suite 400, Washington, DC 20036 upon oral examination has been cancelled:

### Monday, January 8, 2007

| Deponent | Time |
|---|---|
| David Hamm, also known as Doo H. Ham, David D. Ham, and Doo Ho Ham | 10:00 a.m. |

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

\s\ Donald R. Kinsley
Donald R. Kinsley (Bar ID No. 432998)
913 N. Market Street, Ste. 800
Wilmington, DE 19801
(302) 658-6538

DATED: January 5, 2007

{DE073693.1}

## CERTIFICATE OF SERVICE

I, Norman H. Brooks, Jr. hereby state that on this 5th day of January, 2007, I served a copy of the foregoing *Notice of Vacation of Deposition of David Hamm* to the following by filing it with the CM/ECF filing system:

Stephen Horvath
Trichilo, Bancroft, McGavin , Horvath & Judkins, P.C.
3920 University Drive, P.O. Box 22
Fairfax, VA  22030

David J. Groth,
Daniel J. Luccaro
1900 Market Street
Philadelphia, PA 19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
1307 New Hampshire Ave., N.W.
Suite 400
Washington, DC 20036

/s/ Norman H. Brooks, Jr.
Norman H. Brooks, Jr.

{DE073693.1}