**EXHIBIT 1**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University | : | CASE NUMBER: 1: 05-CV-02115 |
| Plaintiff | : | |
| vs. | : | |
| CAPITOL SPRINKLER INSPECTION, INC | : | |
| Defendant | : | |
| vs. | : | |
| GUEST SERVICES, INC. | : | |
| Third-Party Defendant | : | |

### MOTION FOR EXTENTION OF TIME TO SERVE RULE 26(a)(2)(B) DISCLOSURES

Capital Sprinkler Inspection, Inc. ("Capital") moves this Court for an extension of time to serve disclosure of expert testimony required by Federal Rule of Civil Procedure 26(a)(2)(B) until November 6, 2006.

### STATEMENT OF POINTS AND AUTHORITIES

1.    On April 5, 2006, the Court held the Rule 16(a) Pre-Trial Conference and issued a minute order requiring Capital to serve expert testimony in the form required in Rule 26(a)(2)(B) on Saturday, October 15, 2006.

2.    Capital is seeking to extend the deadline to serve its expert report because depositions of key fact witness have not been taken. The key witnesses are two former employees of Guest Services, Inc. ("Guest") and the corporate designees of Guest and Gallaudet University.

{DE067632.1}

3.    On July 13, 2006, St. Paul Mercury Ins. Co. ("St. Paul") told Capital that Terrence Hubbard was a former employee of Guest and was not responding to Guest's request to take his deposition. See Exhibit A. On August 11, 2006, Capital requested from St. Paul Mr. Hubbard's last known address. See Exhibit B. St. Paul has yet to respond.

4.    On July 17, 2006, Capital requested dates in which David Hamm, a former employee of Guest, would be available to testify. Guest responded with the last known address of Mr. Hamm. See Exhibit C.

5.    On October 9, 2006, Capital noticed the depositions for October 16, 2006 of Terrance Hubbard, David Hamm and corporate designees for Gallaudet University (the subrogor of St. Paul) and Guest. See Docket Entry No. 22.

6.    On October 11, 2006, counsel for St. Paul responded to the notice of depositions by letter stating that the university was not their client and that due to bomb threats, student sit-ins and other unrest, he was having trouble contacting the university administration to schedule the deposition of the designee for the university. See Exhibit D.

7.    On October 12, 2006, Guest indicated that the depositions noticed could not be held on October 16, 2006 but can be held within the next two weeks. See Exhibit E.

8.    "The court may modify the scheduling order at any time upon a showing of good cause." LCvR 16.4.

9.    Capital hereby moves the Court for an extension of three weeks to allow it one additional week after the four depositions have been completed in order to

supplement Capital Sprinklers' expert disclosures that are required to be served today but
did not include a complete statement of all opinions to be expressed and the basis and
reasons therefore.

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**


\s\ Donald R. Kinsely
Donald R. Kinsley (Bar ID No. 432998)
Michael T. Hamilton (Bar ID No. 474233)
913 N. Market Street, Ste. 800
Wilmington, DE  19801


Dated:  October 16, 2006

{DE067632.1}

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ST. PAUL MERCURY INSURANCE COMPANY,:     :
as Subrogee of Gallaudet University     :     CASE NUMBER: 1: 05-CV-02115

    Plaintiff     :

      vs.     :

CAPITOL SPRINKLER INSPECTION, INC     :

    Defendant     :

      vs.     :

GUEST SERVICES, INC.     :

    Third-Party Defendant     :

## ORDER

WHEREAS, good cause was shown for an extension to serve disclosure of Capital Sprinkler Inspection, Inc.'s ("Capital") expert testimony as provided in Rule 26(a)(2)(B).

IT IS HEREBY ORDERED, that the April 5, 2006 minute order is amended as follows:

    (1) Capital shall served its expert testimony as provided in Rule 26(a)(2)(B) on or before November 6, 2006;

    (2) reply expert reports shall be served on or before November 27, 2006; and

    (3) all discovery shall be completed by January 5, 2007.

DATED:

{DE067632.1}

## NAMES OF PERSONS TO BE SERVED WITH THE PROPOSED ORDER

As provided by LRvR 7(k), the follow are counsel who are entitled to be notified

of its entry:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA  19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC  20036

{DE067632.1}

## CERTIFICATE OF SERVICE

I, Eric M. Andersen, hereby state that on this 16th day of October 2006, I served a

copy of the foregoing *Motion for Extension of Time to Serve Rule 26(a)(2)(B)*

*Disclosures* via electronic service through the CM/ECF filing system to the following

counsel of record:


Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA 19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC 20036


Eric M. Andersen

{DE067632.1}

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ST. PAUL MERCURY INSURANCE COMPANY,:
as Subrogee of Gallaudet University                   :        CASE NUMBER: 1: 05-CV-02115
                                                      :
        Plaintiff                                     :
                                                      :
            vs.                                       :
                                                      :
CAPITOL SPRINKLER INSPECTION, INC                     :
                                                      :
        Defendant                                     :
                                                      :
            vs.                                       :
                                                      :
GUEST SERVICES, INC.                                  :
                                                      :
        Third-Party Defendant                         :
                                                      :

## CERTIFICATE OF COUNSEL TO CONFER ON NONDISPOSITIVE MOTIONS

As provided by LRvR 7(m), I hereby certify that I have conferred with David J. Groth and Stephen A. Horvath regarding the above motion and report that all other parties do not oppose the MOTION FOR AN EXTENSION OF TIME TO SERVE RULE 26(a)(2)(B) DISCLOSURE.

Although Guest Service, Inc. ("Guest") initially indicated that it would oppose this Motion in its October 12, 2006 letter attached as Exhibit E to the Motion, it decided not to oppose the Motion as long as all of the remaining deadlines set in the April 5, 2006 minute order are also postponed for three weeks.

{DE067632.1}

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

\s\ Donald R. Kinsely
Donald R. Kinsley (Bar ID No. 432998)
Michael T. Hamilton (Bar ID No. 474233)
913 N. Market Street, Ste. 800
Wilmington, DE  19801

DATED:  October 16, 2006

{DE067632.1}

# EXHIBIT A

{DE067632.1}

## Powers, Cecelia L.

| | |
|---|---|
| **From:** | Groth, David [DGroth@cozen.com] |
| **Sent:** | Thursday, July 13, 2006 4:29 PM |
| **To:** | Johnson, Frank; mfoster@vadctriallaw.com; SHorvath@vadctriallaw.com; strav@erols.com |
| **Cc:** | Brooks Jr., Norman H.; Luccaro, Daniel J. |
| **Subject:** | RE: St. Paul v. Capitol Sprinkler |

Thanks for getting back to me. I will send out in the next day or two a deposition notice confirming the depositions of Capitol's people at my local counsel's office in Washington D.C. beginning at 10:00 on August 14 and 15. The depositions of the Guest Services representatives are on hold for the time being. Mr.. Hubbard is a former employee and apparently has not yet responded to the inquiries of Guest Services' counsel regarding the scheduling of his deposition. Also, Mr. Demeglio, also a former employee, will reportedly only agree to be deposed in Williamsburg, Va. with some accommodations to his schedule. I am trying to determine whether it is even necessary to take his deposition . In the meantime, please forward Capitol's overdue answers to plaintiff's discovery responses as soon as possible so that I can properly prepare for these depositions. Please let me know if you have any questions .

**From:** Johnson, Frank [mailto:fjohnson@mooclaw.com]
**Sent:** Thursday, July 13, 2006 1:49 PM
**To:** Groth, David; mfoster@vadctriallaw.com; SHorvath@vadctriallaw.com; strav@erols.com
**Cc:** Brooks Jr., Norman H.; Luccaro, Daniel J.; Johnson, Frank
**Subject:** RE: St. Paul v. Capitol Sprinkler

On 8/14, we can produce Craig Parham and Vernon Vane beginning at 10:00 a.m. We can produce Mike Bowlin and Tom Scott on 8/15. We are currently available on 8/16 for Mr. Dimeglio's deposition. Please let us know his availability ASAP. Thank you.

**From:** Groth, David [mailto:DGroth@cozen.com]
**Sent:** Monday, July 10, 2006 9:21 AM
**To:** Johnson, Frank; mfoster@vadctriallaw.com; SHorvath@vadctriallaw.com; strav@erols.com
**Cc:** Brooks Jr., Norman H.; Luccaro, Daniel J.
**Subject:** RE: St. Paul v. Capitol Sprinkler

I would agree to this proposal as long as defense counsel can produce all of the witnesses noticed by the plaintiff. I would also like to take the depositions of the Capitol Sprinkler people, first, on 8/14 and Mr.. Hubbard's deposition last that day. We need to confirm the new deposition schedule ASAP. I will then do the Stipulation, even though the extension requested was occasioned by the inability of defendant Capitol Sprinkler to produce its witnesses to be deposed in a timely fashion due to the schedule of its counsel and the availability of the witnesses. Please let me hear from everybody as soon as possible. If this presents a problem for anyone, I will do the depositions on separate (non-consecutive) days during the week of August 7th, if necessary, in Washington, D.C. We can schedule the deposition in Williamsburg whenever the witness is available.

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be

conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the
intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the
intended recipient, or you believe that you have received this communication in error, please notify the
sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading
or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-
mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended
recipient(s) is not a waiver of any attorney/client or other privilege.

**From:** Johnson, Frank [mailto:fjohnson@mooclaw.com]
**Sent:** Friday, July 07, 2006 7:24 PM
**To:** Groth, David; mfoster@vadctriallaw.com; SHorvath@vadctriallaw.com; strav@erols.com
**Cc:** Brooks Jr., Norman H.; Luccaro, Daniel J.
**Subject:** St. Paul v. Capitol Sprinkler

Counsel,

This follows Mr. Groth's email of 7/6 regarding the depositions in the above. Although he
proposed taking the depositions the week of August 7, because we are attempting to
schedule the depositions on consecutive days we are not available for deposition until 8/14-
8/16.

I propose we schedule Mr. Hubbard's deposition for 10 a.m. on 8/14 with 2 Capitol Sprinkler
employees to follow on that day. We could schedule the other 2 Capitol employees the
following day. This would leave ample time to travel to Williamsburg for Mr. Dimeglio's
deposition on the morning of 8/16.

We agree to extend the deadline for plaintiff's Rule 26(a)(2)(B) expert disclosure until
9/1/06. This will allow us to keep discovery on track and have no effect on the other
deadlines imposed in the Court's April 5 scheduling and procedures order. Thus,
Defendant/Third-Party Plaintiff Capitol Sprinkler's Rule 26(a)(2)(B) expert disclosure
deadline would remain 10/15/06 and Guest Service's deadline would remain 11/6/06.
Whereas it is plaintiff's deadline that is to be extended, it seems Mr. Groth's office should
draft the stipulation.

Please let us know if all parties can agree to our proposal. Thank you.

*W. Frank Johnson, Jr., Esq.*
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market St., Suite 800
Wilmington, DE 19805
phone: (302) 658-6538
fax: (302) 658-6537
fjohnson@mooclaw.com

# EXHIBIT B

{DE067632.1}

**Powers, Cecelia L.**

| | |
|---|---|
| **From:** | Johnson, Frank |
| **Sent:** | Friday, August 11, 2006 2:50 PM |
| **To:** | mfoster@vadctriallaw.com |
| **Cc:** | Brooks Jr., Norman H. |
| **Subject:** | St. Paul v. Capitol v. Guest Services |

Matt,

Can you please give me the last known address for Terrence Hubbard?  Thanks.

*W. Frank Johnson, Jr.*
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market St., Suite 800
Wilmington, DE 19805
phone: (302) 658-6538
fax: (302) 658-6537
fjohnson@mooclaw.com

9/14/2006

# EXHIBIT C

{DE067632.1}

## Johnson, Frank

| | |
|---|---|
| **From:** | Matthew Foster [mfoster@vadctriallaw.com] |
| **Sent:** | Wednesday, July 26, 2006 2:07 PM |
| **To:** | Johnson, Frank |
| **Cc:** | Stephen Horvath; DGROTH@COZEN.COM |
| **Subject:** | RE: St. Paul v. Capitol Sprinkler v. Guest Services |

Mr. Johnson

Here is the information you requested in regard to David Hamm- Last Known Address: 104 Barstow Rd Clovis, CA 93612. There is no known phone number for this individual. If there is any other information that I can provide you please do not hesitate to ask.


Matt Foster

> -----Original Message-----
> **From:** Johnson, Frank [mailto:fjohnson@mooclaw.com]
> **Sent:** Monday, July 17, 2006 4:30 PM
> **To:** Matthew Foster; Stephen Horvath
> **Cc:** Groth, David; Luccaro, Daniel J.; Brooks Jr., Norman H.
> **Subject:** St. Paul v. Capitol Sprinkler v. Guest Services
>
> Mr. Foster:
>
> We now have depositions scheduled in the above for 8/14 and 8/15. We would like to depose David Hamm of Guest Services at the same time. Please confirm his availability for one of the 2 dates. We will send out a Notice of Deposition after his availability is confirmed. Thank you.
>
> *W. Frank Johnson, Jr., Esq.*
> Marks, O'Neill, O'Brien & Courtney, P.C.
> 913 North Market St., Suite 800
> Wilmington, DE 19805
> phone: (302) 658-6538
> fax: (302) 658-6537
> fjohnson@mooclaw.com

# EXHIBIT D

{DE067632.1}



**COZEN**
**O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

DAVID J. GROTH
Direct Phone 215.665.2056
Direct Fax    215.701.2056
dgroth@cozen.com

October 11, 2006

**VIA FACSIMILE/REGULAR MAIL**

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney
913 North Market Street, #800
Wilmington, DE  19805

Re:    St. Paul Mercury Insurance Company, as Subrogee of Gallaudet
University v. Capitol Sprinkler Inspection, Inc., et al.
Case No. 1:05CV02115
Our File No.:  134164

Dear Mr. Brooks:

In response to the Deposition Notice which your office forwarded to me yesterday, October 10, 2006, for depositions which you wish to schedule for Monday, October 16, 2006, please be advised that I attempted to make contact with a Gallaudet University representative to try to get an individual to respond to your Rule 30(b)(6) deposition request.  Initially, I was unable to reach anyone at the University.  However, after repeated tries, I did get someone to answer the phone only to find out that over the last few days the University has been taken over by the students.  If you Google Gallaudet University on your computer, you will find out that there have been bomb threats which have cleared the campus, sit-ins that are occupying school facilities and preventing mid-term exams, and other incidents of student body unrest.  Under these circumstances, it is highly unlikely that I will be able to obtain for you any Gallaudet representative or witness to respond to your deposition request before October 16, 2006.

In addition, as you know, I do not represent Gallaudet University which is not a party in this action.  Although I am happy to attempt to arrange for the eventual deposition of a Gallaudet representative, because of the time constraints you are under, you may want to consider directly subpoenaing a Gallaudet witness in order to provide you with the information which you seek.

October 11, 2006
Page 2

_____

    Finally, I have no objection to the depositions of a representative or representatives of third-party defendant Guest Services proceeding on October 16, 2006 as scheduled.  Also, if you would like to move up the Guest Services depositions to start at 10:00 A.M., I would have no objection to that, as well.

    Please do not hesitate to contact me if you have any questions concerning the foregoing.

    If anything changes with regard to the Gallaudet University situation, I will certainly let you know.

    Thanking you for your attention in this matter, I am

             Very truly yours,

             COZEN O'CONNOR

             BY:    DAVID J. GROTH

DJG/slw

cc:    Stephen A. Horvath, Esquire
       Eric Stravitz, Esquire

PHILADELPHIA\2808389\1  134164.000

# EXHIBIT E

{DE067632.1}

OCT-13-2006 1:05-cv-02115-CKK-AKO BANCROFT-HORVATH   Filed 10/16/2006 03  Page 23 of 3  P. 02/03

LAW OFFICES

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.

3920 UNIVERSITY DRIVE

FAIRFAX, VIRGINIA 22030

POST OFFICE BOX 22

FAIRFAX, VIRGINIA 22038-0022

(703) 385-1000

(703) 385-1555 (FAX)

BENJAMIN J. TRICHILO
STEVEN W. BANCROFT
JOHN D. McGAVIN *
STEPHEN A. HORVATH *
JULIA E. JUDKINS
MELISSA HOGUE KATZ †
DAWN E. BOYCE *
HEATHER K. BARDOT
MICHAEL E. THORSEN

* ALSO ADMITTED IN DC

STEPHEN A. MARSHALL *
JOSEPH S. ABRENIO
MICHAEL J. LOWELL
MICHAEL C. MELLEN

OF COUNSEL
JOSEPH C. VEITH III *

October 12, 2006

**Via Facsimile**
Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801

> Re:   *St. Paul Mercury Insurance company as Subrogee of Gallaudet*
> *University v. Captiol Sprinkler Inspection, Inc. and Guest*
> *Services, Inc.*
> U.S. District Court for the District of Columbia
> Case No. 1:05 CV-02115

Dear Mr. Brooks:

This will confirm my statements to you on Thursday, October 12, 2006, that I am not available for depositions on October 16, 2006. I would have appreciated your having called me beforehand to determine my availability.

Further, I will not produce witnesses on such short notice. As you know, Terrance Hubbard is no longer an employee of Guest Services, Inc. It is my understanding that David Hamm has moved out of the area.

Further, on such short notice, I will not be able to locate an appropriate 30 (B) (6) witness. As a result, we have agreed that the depositions will not be going forward on Monday. I have further indicated to you that I will endeavor to provide you with dates for depositions within the next two weeks.

I understand that you have requested an extension of time for the designation of expert witnesses. Since your Expert Witness Designation would have been due on Monday, I am not quite sure how depositions that would have been taken late in

Norman H. Brooks, Jr., Esquire
October 12, 2006
Page 2

the afternoon on Monday, the 16th, would have enabled you to prepare an Expert report, also due on the 16th.

I would have been happy to have worked with you concerning scheduling depositions if I had had more advance notice. However, without more advance notice, I cannot work with you on having the depositions go forward on the 16th, nor can I at this time agree to an extension of time for Expert Designations, particularly in light of the fact that you have indicated that you intend to have an expert testify against Guest Services, Inc.

Sincerely,

Stephen A. Horvath

SAH:ikw
cc:    David J. Groth, Esquire