# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br><br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | CASE NUMBER: 1: 05-CV-02115 |

## NOTICE OF SERVICE

TO:  Stephen A. Horvath                                 David J. Groth
     Trichilo, Bancroft, McGavin, Horvath &             Daniel J. Luccaro
     Judkins, P.C.                                      Cozen O' Connor
     3920 University Drive                              1900 Market Street
     Fairfax, VA  22030                                 Philadelphia, PA  19103

     Eric N. Stravitz
     John B. Mesirow
     Mesirow & Stravitz, PLLC
     2000 Massachusets Ave., NW
     Suite 200
     Washington, DC  20036

PLEASE TAKE NOTICE that one true and correct copy of *Capital Sprinkler Inspection, Inc.'s Disclosure of Expert Testimony under Rule 26(a)(2)(B)* was caused to be served on October 16, 2006 by First-class mail on counsel of record.

{DE067742.1}

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

\s\ Donald R. Kinsely
Donald R. Kinsley (Bar ID No. 432998)
Michael T. Hamilton (Bar ID No. 474233)
913 N. Market Street, Ste. 800
Wilmington, DE 19801

DATED: October 16, 2006

{DE067742.1}

## CERTIFICATE OF SERVICE

I, Eric M. Andersen, hereby certify that on October 16, 2006, I electronically filed and served the foregoing document with the Clerk of Court using CM/ECF to the following:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA 19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC 20036

Eric M. Andersen

{DE067742.1}