**EXHIBIT 3**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ST. PAUL MERCURY INSURANCE COMPANY, :
as Subrogee of Gallaudet University        :        CASE NUMBER: 1:05-CV-02115
                                           :
    Plaintiff                          :
                                           :
        vs.                     :
                                           :
CAPITOL SPRINKLER INSPECTION, INC          :
                                           :
    Defendant                          :
                                           :
        vs.                     :
                                           :
GUEST SERVICES, INC.                       :
                                           :
    Third-Party Defendant              :

## CAPITAL SPRINKLER INSPECTION, INC.'S DISCLOSURE
## OF EXPERT TESTIMONY UNDER RULE 26(a)(2)(B)

Capital Sprinkler Inspection, Inc. ("Capital"), by and through its attorney, hereby

submits its disclosure of anticipated expert testimony as follows:

I.     Liability Expert

    James S. Davidson, Jr., P.E.
    P.O. Box 4010
    Greenville, DE  19807

Mr. Davidson will testify to the following:

    (1)  Gallaudet University ("Gallaudet") and Guest Services, Inc. ("Guest") failed

to grant Capital access to the drum drip in the guest suite during the January 9, 2003

inspection to allow it to drain any water that may have existed in the sprinkler pipe.

{DE067742.1}

(2)  Upon the alarm being set off, Gallaudet and Guest failed to re-transmit the alarm to the appropriate fire service.

(3)  Because Gallaudet failed to immediately notify the water service of the alarm, inordinate amounts of water was discharged throughout the building which caused damages well in excess of the foreseeable damages proximately resulting from a system failure of a water discharge.

Mr. Davidson's qualifications, the compensation to be paid for the study and testimony and a listing of any other cases in which he has testified as an expert at trial within the proceeding four years are attached hereto and incorporated by reference herein.  A complete statement of all opinions to be expressed and the basis and reasons therefore, a listing of any cases in which he has testified as an expert by deposition within the last four years, the data or other information considered by Mr. Davidson and any exhibits to be used as a summary of or support for the opinion will be forthcoming in a supplementary disclosure.  Capital filed a motion for extension of time to provide this information in a supplementary disclosure.

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**


\s\ Donald R. Kinsely
Donald R. Kinsley (Bar ID No. 432998)
Michael T. Hamilton (Bar ID No. 474233)
913 N. Market Street, Ste. 800
Wilmington, DE  19801

Dated:  October 16, 2006

{DE067742.1}

## CERTIFICATE OF SERVICE

I, Eric M. Andersen, hereby state that on this 16th day of October 2006, I served a

copy of the foregoing *Capital Sprinkler Inspection, Inc.'s Disclosure of Expert Testimony*

*under Rule 26(a)(2)(B)* via First-class mail postage prepaid to the following counsel of

record:


Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA  19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC  20036


Eric M. Andersen

# JAMES S. DAVIDSON, JR., P.E.

*DAVIDSON ASSOCIATES*
*P. O. Box 4010 – Greenville, DE 19807-0010 · Telephone: 302-378-7600 · Fax: 302-234-1781*

## EDUCATION

VIRGINIA MILITARY INSTITUTE
*Bachelor of Science, Civil Engineering, 1973*

CIVIL DEFENSE PREPAREDNESS AGENCY, U. S. GOVERNMENT
*Multi-Protection Design Courses*

SOCIETY OF FIRE PROTECTION ENGINEERS
*Fire Hazards Analysis Courses*

## PROFESSIONAL & HONOR AFFILIATIONS

REGISTERED PROFESSIONAL ENGINEER – PENNSYLVANIA, NEW JERSEY, DELAWARE & MARYLAND
*Registered in the Discipline of Fire Protection Engineer*
      *Professional Registration;*
      *License No. PE-031044-E, Commonwealth of Pennsylvania, Fire Protection Engineer.*
      *License No. PE-007065, State of Delaware.*
      *License No. GE-41686, State of New Jersey*
      *License No. PE-27832, State of Maryland.*
      *License No. PE-00061193, State of Florida(Inactive).*

SOCIETY OF FIRE PROTECTION ENGINEERS
*Member Grade,* National and Local

COMMONWEALTH OF PENNSYLVANIA
*Professional Engineering Exam Grader in the Discipline of Fire Protection Engineering (former)*

NATIONAL FIRE PROTECTION ASSOCIATION
*Member - Committee on Health Care Facilities – NFPA Pamphlet No. 99 - Standard for Health Care Facilities.*

DELAWARE ASSOCIATION OF PROFESSIONAL ENGINEERS (DAPE) – (PROFESSIONAL ENGINEER'S REGISTRATION BOARD)
*Council Member (1992- 2001) and Vice President (former) of Council, Executive Committee – Member (former), Examining Comm. – Member & Chairman (former), External Affairs Comm. – Member & Chairman (former), Law Enforcement & Ethics Comm. – Member, Facilities Comm. – Member, DAPE Representative - Delaware State Fire Marshal - Code Management Comm.(former)*

NATIONAL COUNCIL OF EXAMINERS FOR ENGINEERS AND SURVEYORS (NCEES)
*Member (former)(1992 – 2001)*

NCEES EXAMINATIONS FOR PROFESSIONAL ENGINEERS COMMITTEE
*Member - Standing Committee, Chairman (former) - Group II Exam Sub - Committee*

BUILDING OFFICIALS AND CODE ADMINISTRATORS (BOCA) (INTERNATIONAL CODE COUNCIL, ICC)
*Professional Member*

THE CONSTRICTION SPECIFICATIONS INSTITUTE (CSI)
*Professional Member*

THE AMERICAN SOCIETY OF PLUMBING ENGINEERS (ASPE)
*Professional Member*

# PROFESSIONAL EXPERIENCE SUMMARY

Mr. Davidson has thirty three years of experience in the discipline of fire protection engineering. He has specialized in institutional, industrial and commercial fire protection and has considerable expertise in Fire Hazards Analyses, Design and Evaluation of Fire Suppression Systems, Fire Protection Inspections and Audits, Code Analyses & Interpretations, & Hydraulic Modeling of Water Supply Systems. Mr. Davidson has been involved with evaluating facilities fire protection, perform concept code review, develop fire protection design concept, analyze process and occupancy hazards, engineer special hazard fire suppression systems, fire alarm and fire detection systems, flammable gas detection systems, water supplies, site utilities, water and gaseous fire suppression systems.

As employee of FIA/OIA/IRI, and Johnson and Higgins analyzed and evaluated fire protection at Fortune 500 client facilities, develop methods of protecting facilities, special hazards, and complying with fire protection standards, LifeSafety Code, local, state and federal regulations and the underwriting requirements of the client's insurance company (ANI for nuclear units, HPR for fossil units, HPR for industrial). Additionally, the requirements of the JCAHO, the Life Safety Code, and the underwriting requirements of the insurance company were incorporated in the client protection scenario in an economically and technically sound manner. Client base included Fortune 500 and the majority of healthcare institutions in Mid-Atlantic Region.

Mr. Davidson has performed many hydraulic calculations and analysis for utility and industrial clients. These analyses have required the use and knowledge of several computer models including WELSH, HASS, HYPERCALC and "THE" Sprinkler Program.

# SKILLS

- Hazard Analysis and Assessment
- Model Building Code, Life Safety Code & Fire Code Analysis & Interpretation
- Design & Evaluation of Fire Suppression , Fire Detection Systems & Medical Gas Systems
- Design & Evaluation of Underground & Aboveground Fire Water Distribution Systems
- Installation Supervision & Acceptance Testing of Fire Suppression, Fire Detection and Fire Water Distribution Systems
- System Analysis System Design Specifications and Contract Documents
- Design Drawing Preparation and Review
- Computer Modeling of Smoke Fill, Egress Analysis and Fire Events
- Computer Aided Network Hydraulic Modeling
- Fire Protection Inspections and Program Reviews
- Risk Management
- JCAHO Statement of Construction Assessment and Audit
- FSES – Alternative LifeSafety Assessment and Audit

# PROFESSIONAL EXPERIENCE DETAILED

**DAVIDSON ASSOCIATES**, Wilmington, DE
*Principal Engineer, October 1998 to Present*

Responsible for the evaluation of facilities fire protection and medical gas systems. The development of protection design concepts and alternative protection methods utilizing water, foam and gaseous fire suppression, combustible gas detection, fire alarm and fire detection systems to protect these facilities. Responsibilities also included the design and development of construction documents for medical gas systems, the certification and validation of the medical gas systems in accordance with NFPA 99. All design development is based on complying with local, state and national fire protection codes and standards, and the underwriting requirements of the insurance company, in an economically and technically sound manner.

* Assisting client fire protection contractor in claim against US Navy for design problems associated with retrofit ceiling foam water sprinklers and foam water under-wing protection for Group 1 hangers at a US Naval Air Station in the Philadelphia Region. Role is an expert witness documenting design flaws in original construction documents and providing workable solution to eliminate deficiencies.

* Design fire protection systems and water supply for four (4) Group 2 maintenance hangers (20,000 sq. ft. each) and new facilities at New Castle County Airport, Delaware for client. Redesign looped site water distribution system and multiple fire pumps to provide proper site water supply.

* Existing facility survey and evaluation of medical gas systems and facility life safety at federally funded national research/healthcare facility (total major buildings at site 25+ encompassing approximately 5 million sq. ft.)

* Design fire protection concept, piping installation concept and develop fire safety evaluation of historic building (Old New Castle Town Hall, DE) to assess equivalence to NFPA 101 Life Safety Code and BOCA National Building Code for Assembly Use Group in historic building.

* Project consisted of developing fire protection design concepts and design documents on which to base the overall design parameters of the project. Development of the domestic and site fire protection utility distribution systems for this new 75,000 sq. ft. manufacturer of organosilicon and metal-organic chemicals such as silane, silicone, organotin, and metalalkoxide, including the manufacturing facility and storage facility and extending to the existing municipal fire protection utility distribution systems. Interior fire protection systems included fire alarm and fire detection systems, foam water sprinkler systems for the manufacturing and flammable liquids warehouse. Including foam water sprinkler protection throughout the facility including special process cooling water deluge spray systems protecting specific pieces of production equipment.

* Project consisted of developing fire protection design concepts and design documents on which to base the overall design parameters of the project. Development of the domestic and site fire protection utility distribution systems for this new 120,000 sq. ft. manufacturer of solar cells including the evaluation of manufacturing processes and raw materials including metal-organic chemicals such as silane, silicone, organotin, and metalalkoxide, the manufacturing process equipment and effluent streams and extending to the existing municipal fire protection utility distribution systems. Interior fire protection systems included fire alarm, fire detection, flammable gas detection systems, explosion prevention systems and water sprinkler systems for the manufacturing facility protection of the raw materials storage and process effluent streams.

* Project consisted of developing fire protection design concept and design documents on which to base the overall design parameters for the retro-fit conversation of an existing water based fire sprinkler system to a closed head foam/water fire sprinkler system for paint manufacturing facility (40,000 sq. ft.) in Southern New Jersey.

* Design fire protection concept, piping installation concept and develop detailed piping drawings and specifications for four (4) fire water spray deluge systems and manually activated AFFF hose line stations for protection of interstate/bridge toll plaza.

MED-CERT LIMITED, Pottstown, PA
*Director- Engineering, January 1998 to October 1998*

Responsible for the evaluation of facilities fire protection and medical gas systems. The development of protection design concepts and alternative protection methods utilizing water, foam and gaseous fire suppression, combustible gas detection, fire alarm and fire detection systems to protect these facilities. Responsibilities also included the design and development of construction documents for medical gas systems, the certification and validation of the medical gas systems in accordance with NFPA 99. All design development is based on complying with local, state and national fire protection codes and standards, and the underwriting requirements of the insurance company, in an economically and technically sound manner.

TRIAD FIRE PROTECTION ENGINEERING CORPORATION, Springfield, PA
*Sr. Fire Protection Engineer, January 1990 to January 1998*

Sr. Fire Protection Engineer, Project Manager and Estimator for this fire protection engineering firm. Responsible of the evaluation of facilities fire protection and developing protection design concepts and alternative protection methods utilizing water, foam and gaseous fire suppression, combustible gas detection, fire alarm and fire detection systems to protect these facilities and comply with local, state and national fire protection codes and standards, and the underwriting requirements of the insurance company, in an economically and technically sound manner for the following types of projects:

*   Develop design documents based on survey and hydrostatic testing of existing sprinkler systems in nine existing institutional buildings (total area approximately .5 million sq. ft.), showing new underground distribution mains, new sprinkler risers, connections to existing sprinkler systems, areas requiring demolition of sprinklers. Additional responsibilities included documentation of new sprinkler systems, writing specifications, reviewing bids with owner and providing site-engineering oversight of the trade installation. Facility is a county government owned geriatric care complex.

*   Project consisted of developing fire protection design concepts on which to base the overall design parameters of the project. Development of the domestic and site fire protection utility distribution systems for this new 500,000 sq. ft. cellulose nitrate based pigment and paint manufacturing facility and storage facility and extending to the existing site fire protection utility distribution systems. Interior fire protection systems included fire alarm and fire detection systems, IRI's Maximum Reliability foam water sprinkler systems for the flammable liquids warehouses including in-rack sprinkler protection for the 25 ft. high rack storage of flammable liquids. Including foam water sprinkler protection throughout the facility including special process cooling water deluge spray systems protecting specific pieces of production equipment. In addition, the process cooling water spray systems were designed to supply both building cooling equipment and process equipment with cooling water using the same piping systems.

*   Project consisted of developing fire protection design parameters for the site fire protection utility distribution systems for this new 750,000 sq. ft. manufacturing and storage facility. Additional tasks included the review of all architectural features, fire barrier walls design configurations, combustion controls and fuel trains on process heaters, dryers and ovens in addition to environmental space heating units. Responsibilities also included on site oversight of the installation of the underground fire water distribution system, ESFR sprinkler systems, process combustion controls and fire alarm system and the witnessing of the acceptance testing of these systems. Additional work included modeling development of fire and resulting smoke movement and filling of the facility to allow an increase in the permitted egress travel distance to 400 ft. allowing the building owner to eliminate smoke and heat vents in this facility.

*   The project consisted of evaluating the design of the base building fire protection systems, city and private water supplies, and fire pumps to evaluate conditions producing extreme water hammer in this new 1,380,000 sq. ft., 60 story, high rise structure. As build drawings of the complete fire protection water supply distributions system were developed to produce the foundation for a complex hydraulic model of

the low, mid and high sprinkler/standpipe zones in this building. The hydraulic model was used to evaluate all possible system modification scenarios and the associated effects on the operating characteristics of the automatic fire sprinkler systems in the facility, over three hundred hydraulic calculations were completed. Once a practical design modification scenario was chosen design documents were developed along with specifications. Bids were reviewed with the owner, once the contractor was chosen, on site engineering oversight of the trade installation was provided including the final approval and witnessing the testing of system installation. In addition retrofit sprinkler protection on a dry pipe system was installed in the building's four roof top cooling towers.

*      The projected consisted of resolution of two Department of Health identified deficiencies, which presented an enormous financial burden to the owner because of the inaccessibility of the cited deficiencies in the 15 story structure. These deficiencies address the absence of fire proofing on portions of secondary structural support steel and penetrations of the smoke barrier wall. To resolve these deficiencies an alternate, but equal level of fire safety as established by Section 1-5 of the *Life Safety Code* [®] was pursued using the Fire Safety Evaluation System (FSES) to demonstrate equivalency.

*      Project consisted of developing fire protection design parameters for the site fire protection utility supply for this existing 23 story, 250,000 sq. ft. - Assembly, Business, Residential and Storage Use Group high rise facility. Additional tasks included the review of all architectural features, and production of building background drawings showing all building architectural features affecting fire protection design, fire barrier walls design configurations, combustion controls and fuel trains on building boilers, in addition to environmental space heating units. Responsibilities also included on site oversight of the installation of the new diesel engine driven fire pump, removal of existing electric fire pump, installation of two standpipe supply mains from the basement level to the fifth floor and connection to existing standpipes, installation of sprinkler system (7,500 pendent sprinklers and 45,000 linear feet of pipe) and installation of new fire alarm devices for water flow alarms and supervisory services. Deluge sprinkler system were designed and installed in two roof top wood constructed cooling towers, using pneumatic releasing devices.

THE SIGEL GROUP, INC., Narberth, PA
*Senior Engineer, March 1989 to January 1990*
Fire Protection Engineer - Heavy Industrial, Chemical and Commercial Facilities

The Sigel Group, Inc., Narberth, PA., Project Engineer, Fire Protection Group, for this Engineering / Arch consulting firm. I was responsible for the design concept and engineering of the fire alarm systems and water and gaseous fire suppression systems in an economically and technically sound manner for the following types of projects:

Project consisted of developing the site fire protection utility distribution systems for this new 380,000 sq. ft. robotics sterile products facility and extending to the existing site fire protection utility distribution systems. Interior fire protection systems included fire alarm and fire detection systems, combustible gas detection system, halon 1301 systems, cooling tower deluge system, IRI's Maximum Reliability sprinkler systems for the AS/RS Warehouse including in-rack sprinkler protection for the 65 ft. high racks, and sprinkler protection throughout the facility. All fire detection and suppression systems were interfaced to the building and manufacturing automation systems to provide for a safe shutdown of the systems.

*      The project consisted of evaluating the base building systems, designing and engineering the interior fire alarm, detection and suppression systems for this new 1,380,000 sq. ft., 60 story, high rise structure and extending to the existing base building systems. Interior fire protection systems included fire alarm and fire detection systems, halon 1301 systems, and sprinkler protection throughout the facility.

*      Project consisted of developing the site fire protection utility distribution systems for this new 100,000 sq. ft. VLS (very large screen) facility and 50,000 sq. ft. renovation to existing facility, extending to the existing site fire protection utility distribution systems. Interior fire protection systems included fire alarm and fire detection systems, combustible gas detection system, $CO_2$ total flooding systems, halon 1301 systems, ESFR sprinkler systems for 20 ft. high rack storage, and sprinkler protection throughout the facility.

Page No. 5

* The project consisted of developing the site fire protection utility distribution systems for this new 100,000 sq. ft., three story office facility, an 100,000 sq. ft. addition to an existing single story unlimited area manufacturing facility, an interconnecting atrium/mall between the office and manufacturing facility, extending to the existing site fire protection utility distribution systems. Interior fire protection systems included fire alarm and fire detection systems, CO2 fire suppression system, pre-action sprinkler system, sprinkler systems for 20 ft. high rack storage, closed head sprinkler protection for the glass atrium/mall walls and sprinkler protection throughout the facility.

DELMONT MECHANICAL SERVICES, INC., Lansdowne, PA
*Manager Engineering and Design, February 1988 to March1989*
Fire Protection Engineer - Heavy Industrial, Chemical, Residential and Commercial Facilities

Delmont Mechanical Services, Inc., Lansdowne, PA, Manager of Engineering and Design responsible for the bidding and design of water and gaseous fire suppression systems, and supervision of installation for the following type of projects:

* Project consisted of retrofit of low and high zone fire pumps pumping in series, conversation of dry standpipes to wet standpipes and installation of floor control valves and drain risers in a 38 story high rise structure. Extend existing fire alarm system to water flow and valve tamper devices on each floor.

* Project required development of design documents based on survey and hydrostatic testing of existing sprinkler systems in seven existing and abandoned manufacturing buildings (total area 1.5 million sq. ft.). Design also included location and routing of new underground fire water distribution mains, new sprinkler risers, connections to existing sprinkler systems, areas requiring demolition of sprinklers and documentation of new sprinkler systems, writing specifications and reviewing bids with owner. These manufacturing buildings and associated complex were being converted to residential occupancies.

SYSTEMS APPROACH, LTD., Bear, DE
*Vice President Engineering, October1987 to February 1988*
Fire Protection Engineer - Residential and Commercial Facilities

Systems Approach, Ltd., Vice President - Engineering for the Fire Protection and Safety Engineering Company. Contracts included fire engineering, code review, suppression, protection and prevention, and system design for various projects.

* Project required development of design documents based on survey documents of existing flammable liquids tank farm located at chemical manufacturing facility in Porte Rico. Fire protection included multi-band IR/UV detectors, automatic oscillating foam nozzles, foam concentrate supply, foam concentrate underground piping, balanced pressure foam proportioners at each foam monitor nozzle, remote manual activation, and all related equipment such as deluge valves, etc.

WAYMAN FIRE SPRINKLER, INC., Wilmington, DE
*Manager Engineering and Design, July 1985 to October1987*
Fire Protection Engineer

Wayman Fire Sprinkler, Inc., Wilmington, DE, Manager Engineering responsible for bidding, design and engineering of water and gaseous fire suppression systems and installation oversight for clients such as:

* Manufacturer's Hanover Plaza - High Rise Facility - concept development, design, and coordination of base building (Phase one) fire protection water supplies, combined sprinkler/standpipe risers, interface with building primary and emergency electrical systems and management of the project. This included an analysis of future tenant occupancy fire loads and hazards to assure an adequate water supply to the floor sprinkler system. Concept development, design, and coordination of the design and installation of the tenant fitout automatic sprinkler systems (Phase two).

Page No. 6

* Christina Gateway Project - High Rise Facility - concept development, design, and coordination of fire protection water supplies, combined sprinkler/standpipe risers, interface with building primary and emergency electrical systems installation of automatic fire sprinkler systems and management of the project. This included an analysis of tenant electronic data processing and storage occupancy fire loads and hazards to assure an adequate water supply to the sprinkler system. Concept development, design, and coordination of the design and installation of tenant computer facility Halon 1301 total flooding fire suppression system and detection system.

* Chase Bank Building - High Rise Facility - concept development, design, and coordination of fire protection water supplies, combined sprinkler/standpipe risers, interface with building primary and emergency electrical systems installation of automatic fire sprinkler systems and management of the project. This included an analysis of tenant electronic data processing and storage occupancy fire loads and hazards to assure an adequate water supply to the sprinkler system. Concept development, design, and coordination of the design and installation of Chase Bank computer facility Halon 1301 total flooding fire suppression system including automatic detection system.

* Park Plaza Building Complex - High Rise Facility - concept development, design, and coordination of fire protection water supplies, combined sprinkler/standpipe risers, interface with building primary electrical systems, installation of diesel engine driven fire pump, automatic fire sprinkler systems (using plastic pipe and steel pipe) and using residential sprinklers for both property conservation and life safety considerations and management of the project.

* Delmarva Power and Light Co. - Special Hazard Suppression System - Primary System Transformers - concept development, design, and coordination of fire protection water supplies, open head deluge water spray fire suppression system including automatic fire detection system, interface with site primary and emergency electrical systems and management of the project.

* Hercules, Inc. - Special Hazard Suppression System - Cellulose Nitrate Storage Area - concept development, design, and coordination of fire protection water supplies, open head deluge water spray fire suppression system including automatic fire detection system, interface with site primary and emergency electrical systems and management of the project.

* Bellevue Office Park - Tri-Water Sprinkler System - concept development, design, and coordination of combination fire protection and water phase heat pump HVAC system, water supplies for both the fire protection system and mechanical system, combined sprinkler/standpipe/mechanical system risers, interface with building mechanical systems installation of automatic fire sprinkler systems and management of the project. This included an analysis of tenant electronic data processing and storage occupancy fire loads and hazards to assure an adequate water supply for the sprinkler system. Included the installation of a pre-action sprinkler system and Halon 1301 fire suppression system in the electronic data processing facility.

* Christiana Hilton Hotel - Commercial and Residential Facility - concept development, design, and coordination of fire protection water supplies, combined sprinkler/standpipe risers, installation of automatic fire sprinkler systems using residential sprinklers for life safety considerations and management of the project.

* Hotel DuPont - Retrofit sprinkler system - Commercial and Residential High Rise Facility.

* Christiana Medical Arts Building - New commercial and office facility sprinkler system, design build project.

* Christiana Office Complex - New multi-building, commercial and office facility sprinkler systems design build project.

* Fox Run Complex - New multi-building residential complex - concept development, design, and coordination of fire protection water supplies, installation of automatic fire sprinkler systems using plastic pipe and residential sprinklers for both property conservation and life safety considerations and management of the project.

*      AVON Produc.. - Retrofit in rack sprinkler protection for high ..ck storage of aerosols containing flammable products. Responsible for concept development, design, and coordination of fire protection water supplies, combined in rack sprinkler feed risers to meet the IRI's maximum reliability concept, installation of automatic fire sprinkler system in the racks.

Wayman Associates, Inc., Engineering Consultant for fire protection engineering consulting firm. Responsible for the engineering and specification writing for gaseous and water based fire suppression systems for the U.S. Government, Architects, and building owners. Also used the Insurance Service Office (ISO) property rate schedule to sell sprinkler systems to clients.

CENTRAL SPRINKLER CORP., Lansdale, PA
*Manager Technical Sales and Marketing, March 1985 to July1985*
Fire Protection Engineer

Central Sprinkler Corp., Lansdale, PA, Manager Technical Sales and Marketing. Assisted client contractors in solving technical problems relating to water based suppression systems.

JOHNSON AND HIGGINS OF PA, INC., Philadelphia, PA
*Property Loss Control Consultant, May 1979 to March1985*

Johnson and Higgins of PA, Inc., Property Loss Control Consultant. Responsible for evaluation of fire protection features at Fortune 500 client facilities and the majority of the healthcare institutions located in the Mid-Atlantic Region, development of alternative methods of complying with fire protection, Life Safety codes and standards and the underwriting requirements of the client's insurance company, both in an economically and technically sound manner. In addition, provided consulting services for the majority of healthcare institutions in the eastern portion of the United States as a result of Johnson and Higgins "Quality Care" insurance program and wraparound underwriting of all health care facilities insurance including property, causality and medical malpractice liability based on the requirements of the JCAHO, NFPA 99 – Health Care Facilities and NFPA 101 – The Life Safety Code.

EMPLOYERS INSURANCE OF WAUSAU, INC., Philadelphia, PA
*Sr. Property Loss Control Consultant, May 1976 to May1979*

Employers Insurance of Wausau, Inc., Sr. Property Consultant. Responsible for property loss control services in the five states of the Mid- Atlantic Region, including the evaluation of fire protection engineering and survey services for general and highly protected risks. Included in these services were the review of the ISO rating of client locations to determine applicability of rate to client facility. If rate appears not to be applicable then a tentative ISO rate was developed using ISO's CFR schedule. Also responsible for the training of seven regional loss control consultants. In addition, provided consulting services for the majority of healthcare institutions in Mid-Atlantic Region as a result of Wausau's underwriting of medical malpractice liability insurance, based on the requirements of the JCAHO, NFPA 99 – Health Care Facilities and NFPA 101 – The Life Safety Code.

INDUSTRIAL RISK INSURERS, Philadelphia, PA
*Property Loss Control Consultant, May 1973 to May1976*

Industrial Risk Insurers, Philadelphia, PA, Fire Protection Engineer. Responsible for evaluation of fire protection at highly protected risk client facilities, mostly Fortune 500 and the majority of healthcare institutions in Mid-Atlantic Region. Clients also included Piper Aircraft Corporation sites at Loch Haven, PA and Vero Beach FL; Corning Glass Company sites at Corning, NY and Wellsboro, PA; International Paper Company sites at Loch Haven, PA and Lewisburg PA; Rohm & Hass Chemical Co. sites at Philadelphia PA and Bristol, PA.

## PROFESSIONAL EXPERIENCE – TRIAL CASES

THREE MERIDIAN V. DELMONT MECHANICAL SERVICES – UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PHILADELPHIA – DEFENSE EXPERT FOR DELMONT MECHANICAL SERVICES

HERCULES INC. V. AMEC VIRGINIA, INC. – SUPERIOR COURT OF WILMINGTON, DE – PLAINTIFFS EXPERT WITNESS.

CONSUMER PRODUCT SAFETY COMMISSION V. CENTRAL SPRINKLER – CPSC IN-HOUSE EXPERT PROVIDING TECHNICAL SUPPORT ON FEDERALLY MANDATED OMEGA SPRINKLER HEAD RECALL.

IAN MCAUSLIN V. FACTORY MUTUAL RESEARCH CORP. – U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA – EXPERT WITNESS FOR DEFENDANT.

MBNA AMERICA BANK V. BEAR INDUSTRIES, INC. – U. S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE – EXPERT WITNESS FOR THE DEFENDANT.

SHREE AMBICA, INC. D/B/A BAYMONT INN & SUITES V. ALLIED TUBE & CONDUIT CORPORATION AND TOTAL FIRE PROTECTION INC. – THE IOWA DISTRICT COURT FOR WOODBURY COUNTY – EXPERT WITNESS FOR THE DEFENDANT TOTAL FIRE PROTECTION, INC.

## PROFESSIONAL FEES – TRIAL CASES

PRINCIPAL CONSULTANT & PRINCIPAL ENGINEER - $ 150.00/HR FOR DEPOSITIONS AND TRIAL
PRINCIPAL CONSULTANT & PRINCIPAL ENGINEER - $ 150.00/HR FOR PRETRIAL REVIEW OF DOCUMENTS & REPORTS

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,: | |
| as Subrogee of Gallaudet University         : | CASE NUMBER: 1: 05-CV-02115 |
|       Plaintiff         : | |
|          : | |
|       vs.         : | |
|          : | |
| CAPITOL SPRINKLER INSPECTION, INC   : | |
|       Defendant         : | |
|          : | |
|       vs.         : | |
|          : | |
| GUEST SERVICES, INC.         : | |
|       Third-Party Defendant         : | |

## NOTICE OF SERVICE

TO:      Stephen A. Horvath        David J. Groth
           Trichilo, Bancroft, McGavin, Horvath &   Daniel J. Luccaro
           Judkins, P.C.        Cozen O' Connor
           3920 University Drive        1900 Market Street
           Fairfax, VA 22030        Philadelphia, PA 19103

           Eric N. Stravitz
           John B. Mesirow
           Mesirow & Stravitz, PLLC
           2000 Massachusets Ave., NW
           Suite 200
           Washington, DC 20036

PLEASE TAKE NOTICE that one true and correct copy of *Capital Sprinkler Inspection, Inc.'s Disclosure of Expert Testimony under Rule 26(a)(2)(B)* was caused to be served on October 16, 2006 by First-class mail on counsel of record.

{DE067742.1}

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**


\s\ Donald R. Kinsely
_____
Donald R. Kinsley (Bar ID No. 432998)
Michael T. Hamilton (Bar ID No. 474233)
913 N. Market Street, Ste. 800
Wilmington, DE  19801


DATED:  October 16, 2006

## CERTIFICATE OF SERVICE

I, Eric M. Andersen, hereby certify that on October 16, 2006, I electronically filed

and served the foregoing document with the Clerk of Court using CM/ECF to the

following:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA  19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC  20036

Eric M. Andersen

# JAMES S. DAVIDSON, JR., P.E.

*DAVIDSON ASSOCIATES*
*P. O. Box 4010 – Greenville, DE 19807-0010 · Telephone: 302-378-7600 · Fax: 302-234-1781*

## EDUCATION

VIRGINIA MILITARY INSTITUTE
*Bachelor of Science, Civil Engineering, 1973*

CIVIL DEFENSE PREPAREDNESS AGENCY, U. S. GOVERNMENT
*Multi-Protection Design Courses*

SOCIETY OF FIRE PROTECTION ENGINEERS
*Fire Hazards Analysis Courses*

## PROFESSIONAL & HONOR AFFILIATIONS

REGISTERED PROFESSIONAL ENGINEER – PENNSYLVANIA, NEW JERSEY, DELAWARE & MARYLAND
*Registered in the Discipline of Fire Protection Engineer*
> *Professional Registration;*
> *License No. PE-031044-E, Commonwealth of Pennsylvania, Fire Protection Engineer.*
> *License No. PE-007065, State of Delaware.*
> *License No. GE-41686, State of New Jersey*
> *License No. PE-27832, State of Maryland.*
> *License No. PE-00061193, State of Florida(Inactive).*

SOCIETY OF FIRE PROTECTION ENGINEERS
*Member Grade,* National and Local

COMMONWEALTH OF PENNSYLVANIA
*Professional Engineering Exam Grader in the Discipline of Fire Protection Engineering (former)*

NATIONAL FIRE PROTECTION ASSOCIATION
*Member - Committee on Health Care Facilities – NFPA Pamphlet No. 99 - Standard for Health Care Facilities.*

DELAWARE ASSOCIATION OF PROFESSIONAL ENGINEERS (DAPE) – (PROFESSIONAL ENGINEER'S REGISTRATION BOARD)
*Council Member (1992- 2001) and Vice President (former) of Council, Executive Committee –*
*Member (former), Examining Comm. – Member & Chairman (former), External Affairs Comm. –*
*Member & Chairman (former), Law Enforcement & Ethics Comm. – Member, Facilities Comm. –*
*Member, DAPE Representative - Delaware State Fire Marshal - Code Management Comm.(former)*

NATIONAL COUNCIL OF EXAMINERS FOR ENGINEERS AND SURVEYORS (NCEES)
 *Member (former)(1992 – 2001)*

NCEES EXAMINATIONS FOR PROFESSIONAL ENGINEERS COMMITTEE
 *Member - Standing Committee, Chairman (former) - Group II Exam Sub - Committee*

BUILDING OFFICIALS AND CODE ADMINISTRATORS (BOCA) (INTERNATIONAL CODE COUNCIL, ICC)
 *Professional Member*

THE CONSTRICTION SPECIFICATIONS INSTITUTE (CSI)
 *Professional Member*

THE AMERICAN SOCIETY OF PLUMBING ENGINEERS (ASPE)
 *Professional Member*

## PROFESSIONAL EXPERIENCE SUMMARY

Mr. Davidson has thirty three years of experience in the discipline of fire protection engineering. He has specialized in institutional, industrial and commercial fire protection and has considerable expertise in Fire Hazards Analyses, Design and Evaluation of Fire Suppression Systems, Fire Protection Inspections and Audits, Code Analyses & Interpretations, & Hydraulic Modeling of Water Supply Systems. Mr. Davidson has been involved with evaluating facilities fire protection, perform concept code review, develop fire protection design concept, analyze process and occupancy hazards, engineer special hazard fire suppression systems, fire alarm and fire detection systems, flammable gas detection systems, water supplies, site utilities, water and gaseous fire suppression systems.

As employee of FIA/OIA/IRI, and Johnson and Higgins analyzed and evaluated fire protection at Fortune 500 client facilities, develop methods of protecting facilities, special hazards, and complying with fire protection standards, LifeSafety Code, local, state and federal regulations and the underwriting requirements of the client's insurance company (ANI for nuclear units, HPR for fossil units, HPR for industrial). Additionally, the requirements of the JCAHO, the Life Safety Code, and the underwriting requirements of the insurance company were incorporated in the client protection scenario in an economically and technically sound manner. Client base included Fortune 500 and the majority of healthcare institutions in Mid-Atlantic Region.

Mr. Davidson has performed many hydraulic calculations and analysis for utility and industrial clients. These analyses have required the use and knowledge of several computer models including WELSH, HASS, HYPERCALC and "THE" Sprinkler Program.

## SKILLS

- Hazard Analysis and Assessment
- Model Building Code, Life Safety Code & Fire Code Analysis & Interpretation
- Design & Evaluation of Fire Suppression , Fire Detection Systems & Medical Gas Systems
- Design & Evaluation of Underground & Aboveground Fire Water Distribution Systems
- Installation Supervision & Acceptance Testing of Fire Suppression, Fire Detection and Fire Water Distribution Systems
- System Analysis System Design Specifications and Contract Documents
- Design Drawing Preparation and Review
- Computer Modeling of Smoke Fill, Egress Analysis and Fire Events
- Computer Aided Network Hydraulic Modeling
- Fire Protection Inspections and Program Reviews
- Risk Management
- JCAHO Statement of Construction Assessment and Audit
- FSES – Alternative LifeSafety Assessment and Audit

## PROFESSIONAL EXPERIENCE DETAILED

**DAVIDSON ASSOCIATES, Wilmington, DE**
*Principal Engineer, October 1998 to Present*

Responsible for the evaluation of facilities fire protection and medical gas systems. The development of protection design concepts and alternative protection methods utilizing water, foam and gaseous fire suppression, combustible gas detection, fire alarm and fire detection systems to protect these facilities. Responsibilities also included the design and development of construction documents for medical gas systems, the certification and validation of the medical gas systems in accordance with NFPA 99. All design development is based on complying with local, state and national fire protection codes and standards, and the underwriting requirements of the insurance company, in an economically and technically sound manner.

* Assisting client fire protection contractor in claim against US Navy for design problems associated with retrofit ceiling foam water sprinklers and foam water under-wing protection for Group 1 hangers at a US Naval Air Station in the Philadelphia Region. Role is an expert witness documenting design flaws in original construction documents and providing workable solution to eliminate deficiencies.

* Design fire protection systems and water supply for four (4) Group 2 maintenance hangers (20,000 sq. ft. each) and new facilities at New Castle County Airport, Delaware for client. Redesign looped site water distribution system and multiple fire pumps to provide proper site water supply.

* Existing facility survey and evaluation of medical gas systems and facility life safety at federally funded national research/healthcare facility (total major buildings at site 25+ encompassing approximately 5 million sq. ft.)

* Design fire protection concept, piping installation concept and develop fire safety evaluation of historic building (Old New Castle Town Hall, DE) to assess equivalence to NFPA 101 Life Safety Code and BOCA National Building Code for Assembly Use Group in historic building.

* Project consisted of developing fire protection design concepts and design documents on which to base the overall design parameters of the project. Development of the domestic and site fire protection utility distribution systems for this new 75,000 sq. ft. manufacturer of organosilicon and metal-organic chemicals such as silane, silicone, organotin, and metalalkoxide, including the manufacturing facility and storage facility and extending to the existing municipal fire protection utility distribution systems. Interior fire protection systems included fire alarm and fire detection systems, foam water sprinkler systems for the manufacturing and flammable liquids warehouse. Including foam water sprinkler protection throughout the facility including special process cooling water deluge spray systems protecting specific pieces of production equipment.

* Project consisted of developing fire protection design concepts and design documents on which to base the overall design parameters of the project. Development of the domestic and site fire protection utility distribution systems for this new 120,000 sq. ft. manufacturer of solar cells including the evaluation of manufacturing processes and raw materials including metal-organic chemicals such as silane, silicone, organotin, and metalalkoxide, the manufacturing process equipment and effluent streams and extending to the existing municipal fire protection utility distribution systems. Interior fire protection systems included fire alarm, fire detection, flammable gas detection systems, explosion prevention systems and water sprinkler systems for the manufacturing facility protection of the raw materials storage and process effluent streams.

* Project consisted of developing fire protection design concept and design documents on which to base the overall design parameters for the retro-fit conversation of an existing water based fire sprinkler system to a closed head foam/water fire sprinkler system for paint manufacturing facility (40,000 sq. ft.) in Southern New Jersey.

* Design fire protection concept, piping installation concept and develop detailed piping drawings and specifications for four (4) fire water spray deluge systems and manually activated AFFF hose line stations for protection of interstate/bridge toll plaza.

MED-CERT LIMITED, Pottstown, PA
*Director- Engineering, January 1998 to October 1998*

Responsible for the evaluation of facilities fire protection and medical gas systems. The development of protection design concepts and alternative protection methods utilizing water, foam and gaseous fire suppression, combustible gas detection, fire alarm and fire detection systems to protect these facilities. Responsibilities also included the design and development of construction documents for medical gas systems, the certification and validation of the medical gas systems in accordance with NFPA 99. All design development is based on complying with local, state and national fire protection codes and standards, and the underwriting requirements of the insurance company, in an economically and technically sound manner.

TRIAD FIRE PROTECTION ENGINEERING CORPORATION, Springfield, PA
*Sr. Fire Protection Engineer, January 1990 to January 1998*

Sr. Fire Protection Engineer, Project Manager and Estimator for this fire protection engineering firm. Responsible for the evaluation of facilities fire protection and developing protection design concepts and alternative protection methods utilizing water, foam and gaseous fire suppression, combustible gas detection, fire alarm and fire detection systems to protect these facilities and comply with local, state and national fire protection codes and standards, and the underwriting requirements of the insurance company, in an economically and technically sound manner for the following types of projects:

*       Develop design documents based on survey and hydrostatic testing of existing sprinkler systems in nine existing institutional buildings (total area approximately .5 million sq. ft.), showing new underground distribution mains, new sprinkler risers, connections to existing sprinkler systems, areas requiring demolition of sprinklers. Additional responsibilities included documentation of new sprinkler systems, writing specifications, reviewing bids with owner and providing site-engineering oversight of the trade installation. Facility is a county government owned geriatric care complex.

*       Project consisted of developing fire protection design concepts on which to base the overall design parameters of the project. Development of the domestic and site fire protection utility distribution systems for this new 500,000 sq. ft. cellulose nitrate based pigment and paint manufacturing facility and storage facility and extending to the existing site fire protection utility distribution systems. Interior fire protection systems included fire alarm and fire detection systems, IRI's Maximum Reliability foam water sprinkler systems for the flammable liquids warehouses including in-rack sprinkler protection for the 25 ft. high rack storage of flammable liquids. Including foam water sprinkler protection throughout the facility including special process cooling water deluge spray systems protecting specific pieces of production equipment. In addition, the process cooling water spray systems were designed to supply both building cooling equipment and process equipment with cooling water using the same piping systems.

*       Project consisted of developing fire protection design parameters for the site fire protection utility distribution systems for this new 750,000 sq. ft. manufacturing and storage facility. Additional tasks included the review of all architectural features, fire barrier walls design configurations, combustion controls and fuel trains on process heaters, dryers and ovens in addition to environmental space heating units. Responsibilities also included on site oversight of the installation of the underground fire water distribution system, ESFR sprinkler systems, process combustion controls and fire alarm system and the witnessing of the acceptance testing of these systems. Additional work included modeling development of fire and resulting smoke movement and filling of the facility to allow an increase in the permitted egress travel distance to 400 ft. allowing the building owner to eliminate smoke and heat vents in this facility.

*       The project consisted of evaluating the design of the base building fire protection systems, city and private water supplies, and fire pumps to evaluate conditions producing extreme water hammer in this new 1,380,000 sq. ft., 60 story, high rise structure. As build drawings of the complete fire protection water supply distributions system were developed to produce the foundation for a complex hydraulic model of

the low, mid and high sprinkler/standpipe zones in this building. The hydraulic model was used to evaluate all possible system modification scenarios and the associated effects on the operating characteristics of the automatic fire sprinkler systems in the facility, over three hundred hydraulic calculations were completed. Once a practical design modification scenario was chosen design documents were developed along with specifications. Bids were reviewed with the owner, once the contractor was chosen, on site engineering oversight of the trade installation was provided including the final approval and witnessing the testing of system installation. In addition retrofit sprinkler protection on a dry pipe system was installed in the building's four roof top cooling towers.

* The projected consisted of resolution of two Department of Health identified deficiencies, which presented an enormous financial burden to the owner because of the inaccessibility of the cited deficiencies in the 15 story structure. These deficiencies address the absence of fire proofing on portions of secondary structural support steel and penetrations of the smoke barrier wall. To resolve these deficiencies an alternate, but equal level of fire safety as established by Section 1-5 of the *Life Safety Code* ® was pursued using the Fire Safety Evaluation System (FSES) to demonstrate equivalency.

* Project consisted of developing fire protection design parameters for the site fire protection utility supply for this existing 23 story, 250,000 sq. ft. - Assembly, Business, Residential and Storage Use Group high rise facility. Additional tasks included the review of all architectural features, and production of building background drawings showing all building architectural features affecting fire protection design, fire barrier walls design configurations, combustion controls and fuel trains on building boilers, in addition to environmental space heating units. Responsibilities also included on site oversight of the installation of the new diesel engine driven fire pump, removal of existing electric fire pump, installation of two standpipe supply mains from the basement level to the fifth floor and connection to existing standpipes, installation of sprinkler system (7,500 pendent sprinklers and 45,000 linear feet of pipe) and installation of new fire alarm devices for water flow alarms and supervisory services. Deluge sprinkler system were designed and installed in two roof top wood constructed cooling towers, using pneumatic releasing devices.

THE SIGEL GROUP, INC., Narberth, PA
*Senior Engineer, March 1989 to January 1990*
Fire Protection Engineer - Heavy Industrial, Chemical and Commercial Facilities

The Sigel Group, Inc., Narberth, PA., Project Engineer, Fire Protection Group, for this Engineering / Arch consulting firm. I was responsible for the design concept and engineering of the fire alarm systems and water and gaseous fire suppression systems in an economically and technically sound manner for the following types of projects:

Project consisted of developing the site fire protection utility distribution systems for this new 380,000 sq. ft. robotics sterile products facility and extending to the existing site fire protection utility distribution systems. Interior fire protection systems included fire alarm and fire detection systems, combustible gas detection system, halon 1301 systems, cooling tower deluge system, IRI's Maximum Reliability sprinkler systems for the AS/RS Warehouse including in-rack sprinkler protection for the 65 ft. high racks, and sprinkler protection throughout the facility. All fire detection and suppression systems were interfaced to the building and manufacturing automation systems to provide for a safe shutdown of the systems.

* The project consisted of evaluating the base building systems, designing and engineering the interior fire alarm, detection and suppression systems for this new 1,380,000 sq. ft., 60 story, high rise structure and extending to the existing base building systems. Interior fire protection systems included fire alarm and fire detection systems, halon 1301 systems, and sprinkler protection throughout the facility.

* Project consisted of developing the site fire protection utility distribution systems for this new 100,000 sq. ft. VLS (very large screen) facility and 50,000 sq. ft. renovation to existing facility, extending to the existing site fire protection utility distribution systems. Interior fire protection systems included fire alarm and fire detection systems, combustible gas detection system, $CO_2$ total flooding systems, halon 1301 systems, ESFR sprinkler systems for 20 ft. high rack storage, and sprinkler protection throughout the facility.

    \*        The project consisted of developing the site fire protection utility distribution systems for this new 100,000 sq. ft., three story office facility, an 100,000 sq. ft. addition to an existing single story unlimited area manufacturing facility, an interconnecting atrium/mall between the office and manufacturing facility, extending to the existing site fire protection utility distribution systems. Interior fire protection systems included fire alarm and fire detection systems, CO2 fire suppression system, pre-action sprinkler system, sprinkler systems for 20 ft. high rack storage, closed head sprinkler protection for the glass atrium/mall walls and sprinkler protection throughout the facility.

DELMONT MECHANICAL SERVICES, INC., Lansdowne, PA
*Manager Engineering and Design, February 1988 to March1989*
Fire Protection Engineer - Heavy Industrial, Chemical, Residential and Commercial Facilities

        Delmont Mechanical Services, Inc., Lansdowne, PA, Manager of Engineering and Design responsible for the bidding and design of water and gaseous fire suppression systems, and supervision of installation for the following type of projects:

    \*        Project consisted of retrofit of low and high zone fire pumps pumping in series, conversation of dry standpipes to wet standpipes and installation of floor control valves and drain risers in a 38 story high rise structure. Extend existing fire alarm system to water flow and valve tamper devices on each floor.

    \*        Project required development of design documents based on survey and hydrostatic testing of existing sprinkler systems in seven existing and abandoned manufacturing buildings (total area 1.5 million sq. ft.). Design also included location and routing of new underground fire water distribution mains, new sprinkler risers, connections to existing sprinkler systems, areas requiring demolition of sprinklers and documentation of new sprinkler systems, writing specifications and reviewing bids with owner. These manufacturing buildings and associated complex were being converted to residential occupancies.

SYSTEMS APPROACH, LTD., Bear, DE
*Vice President Engineering, October1987 to February 1988*
Fire Protection Engineer - Residential and Commercial Facilities

        Systems Approach, Ltd., Vice President - Engineering for the Fire Protection and Safety Engineering Company. Contracts included fire engineering, code review, suppression, protection and prevention, and system design for various projects.

    \*        Project required development of design documents based on survey documents of existing flammable liquids tank farm located at chemical manufacturing facility in Porte Rico. Fire protection included multi-band IR/UV detectors, automatic oscillating foam nozzles, foam concentrate supply, foam concentrate underground piping, balanced pressure foam proportioners at each foam monitor nozzle, remote manual activation, and all related equipment such as deluge valves, etc.

WAYMAN FIRE SPRINKLER, INC., Wilmington, DE
*Manager Engineering and Design, July 1985 to October1987*
Fire Protection Engineer

        Wayman Fire Sprinkler, Inc., Wilmington, DE, Manager Engineering responsible for bidding, design and engineering of water and gaseous fire suppression systems and installation oversight for clients such as:

    \*        Manufacturer's Hanover Plaza - High Rise Facility - concept development, design, and coordination of base building (Phase one) fire protection water supplies, combined sprinkler/standpipe risers, interface with building primary and emergency electrical systems and management of the project. This included an analysis of future tenant occupancy fire loads and hazards to assure an adequate water supply to the floor sprinkler system. Concept development, design, and coordination of the design and installation of the tenant fitout automatic sprinkler systems (Phase two).

* Christina Gateway Project - High Rise Facility - concept development, design, and coordination of fire protection water supplies, combined sprinkler/standpipe risers, interface with building primary and emergency electrical systems installation of automatic fire sprinkler systems and management of the project. This included an analysis of tenant electronic data processing and storage occupancy fire loads and hazards to assure an adequate water supply to the sprinkler system. Concept development, design, and coordination of the design and installation of tenant computer facility Halon 1301 total flooding fire suppression system and detection system.

* Chase Bank Building - High Rise Facility - concept development, design, and coordination of fire protection water supplies, combined sprinkler/standpipe risers, interface with building primary and emergency electrical systems installation of automatic fire sprinkler systems and management of the project. This included an analysis of tenant electronic data processing and storage occupancy fire loads and hazards to assure an adequate water supply to the sprinkler system. Concept development, design, and coordination of the design and installation of Chase Bank computer facility Halon 1301 total flooding fire suppression system including automatic detection system.

* Park Plaza Building Complex - High Rise Facility - concept development, design, and coordination of fire protection water supplies, combined sprinkler/standpipe risers, interface with building primary electrical systems, installation of diesel engine driven fire pump, automatic fire sprinkler systems (using plastic pipe and steel pipe) and using residential sprinklers for both property conservation and life safety considerations and management of the project.

* Delmarva Power and Light Co. - Special Hazard Suppression System - Primary System Transformers - concept development, design, and coordination of fire protection water supplies, open head deluge water spray fire suppression system including automatic fire detection system, interface with site primary and emergency electrical systems and management of the project.

* Hercules, Inc. - Special Hazard Suppression System - Cellulose Nitrate Storage Area - concept development, design, and coordination of fire protection water supplies, open head deluge water spray fire suppression system including automatic fire detection system, interface with site primary and emergency electrical systems and management of the project.

* Bellevue Office Park - Tri-Water Sprinkler System - concept development, design, and coordination of combination fire protection and water phase heat pump HVAC system, water supplies for both the fire protection system and mechanical system, combined sprinkler/standpipe/mechanical system risers, interface with building mechanical systems installation of automatic fire sprinkler systems and management of the project. This included an analysis of tenant electronic data processing and storage occupancy fire loads and hazards to assure an adequate water supply for the sprinkler system. Included the installation of a pre-action sprinkler system and Halon 1301 fire suppression system in the electronic data processing facility.

* Christiana Hilton Hotel - Commercial and Residential Facility - concept development, design, and coordination of fire protection water supplies, combined sprinkler/standpipe risers, installation of automatic fire sprinkler systems using residential sprinklers for life safety considerations and management of the project.

* Hotel DuPont - Retrofit sprinkler system - Commercial and Residential High Rise Facility.

* Christiana Medical Arts Building - New commercial and office facility sprinkler system, design build project.

* Christiana Office Complex - New multi-building, commercial and office facility sprinkler systems design build project.

* Fox Run Complex - New multi-building residential complex - concept development, design, and coordination of fire protection water supplies, installation of automatic fire sprinkler systems using plastic pipe and residential sprinklers for both property conservation and life safety considerations and management of the project.

\*      AVON Products - Retrofit in rack sprinkler protection for high rack storage of aerosols containing flammable products. Responsible for concept development, design, and coordination of fire protection water supplies, combined in rack sprinkler feed risers to meet the IRI's maximum reliability concept, installation of automatic fire sprinkler system in the racks.

Wayman Associates, Inc., Engineering Consultant for fire protection engineering consulting firm. Responsible for the engineering and specification writing for gaseous and water based fire suppression systems for the U.S. Government, Architects, and building owners. Also used the Insurance Service Office (ISO) property rate schedule to sell sprinkler systems to clients.

CENTRAL SPRINKLER CORP., Lansdale, PA
*Manager Technical Sales and Marketing, March 1985 to July1985*
Fire Protection Engineer

Central Sprinkler Corp., Lansdale, PA, Manager Technical Sales and Marketing. Assisted client contractors in solving technical problems relating to water based suppression systems.

JOHNSON AND HIGGINS OF PA, INC., Philadelphia, PA
*Property Loss Control Consultant, May 1979 to March1985*

Johnson and Higgins of PA, Inc., Property Loss Control Consultant. Responsible for evaluation of fire protection features at Fortune 500 client facilities and the majority of the healthcare institutions located in the Mid-Atlantic Region, development of alternative methods of complying with fire protection, Life Safety codes and standards and the underwriting requirements of the client's insurance company, both in an economically and technically sound manner. In addition, provided consulting services for the majority of healthcare institutions in the eastern portion of the United States as a result of Johnson and Higgins "Quality Care" insurance program and wraparound underwriting of all health care facilities insurance including property, causality and medical malpractice liability based on the requirements of the JCAHO, NFPA 99 – Health Care Facilities and NFPA 101 – The Life Safety Code.

EMPLOYERS INSURANCE OF WAUSAU, INC., Philadelphia, PA
*Sr. Property Loss Control Consultant, May 1976 to May1979*

Employers Insurance of Wausau, Inc., Sr. Property Consultant. Responsible for property loss control services in the five states of the Mid- Atlantic Region, including the evaluation of fire protection engineering and survey services for general and highly protected risks. Included in these services were the review of the ISO rating of client locations to determine applicability of rate to client facility. If rate appears not to be applicable then a tentative ISO rate was developed using ISO's CFR schedule. Also responsible for the training of seven regional loss control consultants. In addition, provided consulting services for the majority of healthcare institutions in Mid-Atlantic Region as a result of Wausau's underwriting of medical malpractice liability insurance, based on the requirements of the JCAHO, NFPA 99 – Health Care Facilities and NFPA 101 – The Life Safety Code.

INDUSTRIAL RISK INSURERS, Philadelphia, PA
*Property Loss Control Consultant, May 1973 to May1976*

Industrial Risk Insurers, Philadelphia, PA, Fire Protection Engineer. Responsible for evaluation of fire protection at highly protected risk client facilities, mostly Fortune 500 and the majority of healthcare institutions in Mid-Atlantic Region. Clients also included Piper Aircraft Corporation sites at Loch Haven, PA and Vero Beach FL; Corning Glass Company sites at Corning, NY and Wellsboro, PA; International Paper Company sites at Loch Haven, PA and Lewisburg PA; Rohm & Hass Chemical Co. sites at Philadelphia PA and Bristol, PA.

## PROFESSIONAL EXPERIENCE – TRIAL CASES

THREE MERIDIAN V. DELMONT MECHANICAL SERVICES – UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PHILADELPHIA – DEFENSE EXPERT FOR DELMONT MECHANICAL SERVICES

HERCULES INC. V. AMEC VIRGINIA, INC. – SUPERIOR COURT OF WILMINGTON, DE – PLAINTIFFS EXPERT WITNESS.

CONSUMER PRODUCT SAFETY COMMISSION V. CENTRAL SPRINKLER – CPSC IN-HOUSE EXPERT
PROVIDING TECHNICAL SUPPORT ON FEDERALLY MANDATED OMEGA SPRINKLER HEAD RECALL.

IAN MCAUSLIN V. FACTORY MUTUAL RESEARCH CORP. – U.S. DISTRICT COURT FOR THE EASTERN
DISTRICT OF LOUISIANA – EXPERT WITNESS FOR DEFENDANT.

MBNA AMERICA BANK V. BEAR INDUSTRIES, INC. – U. S. DISTRICT COURT FOR THE DISTRICT OF
DELAWARE – EXPERT WITNESS FOR THE DEFENDANT.

SHREE AMBICA, INC. D/B/A BAYMONT INN & SUITES V. ALLIED TUBE & CONDUIT CORPORATION AND
TOTAL FIRE PROTECTION INC. – THE IOWA DISTRICT COURT FOR WOODBURY COUNTY – EXPERT
WITNESS FOR THE DEFENDANT TOTAL FIRE PROTECTION, INC.

## PROFESSIONAL FEES – TRIAL CASES

PRINCIPAL CONSULTANT & PRINCIPAL ENGINEER - $ 150.00/HR FOR DEPOSITIONS AND TRIAL
PRINCIPAL CONSULTANT & PRINCIPAL ENGINEER - $ 150.00/HR FOR PRETRIAL REVIEW OF DOCUMENTS &
REPORTS

## Notices

1:05-cv-02115-CKK-AK ST. PAUL MERCURY INSURANCE COMPANY v. CAPITOL SPRINKLER INSPECTION INC

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from Brooks, Norman entered on 10/16/2006 at 10:37 PM and filed on 10/16/2006

| | |
|---|---|
| **Case Name:** | ST. PAUL MERCURY INSURANCE COMPANY v. CAPITOL SPRINKLER INSPECTION INC |
| **Case Number:** | 1:05-cv-2115 |
| **Filer:** | CAPITOL SPRINKLER INSPECTION INC |
| **Document Number:** | 24 |

**Docket Text:**
NOTICE *of Service* by CAPITOL SPRINKLER INSPECTION INC re [23] Unopposed MOTION for Extension of Time to *Serve Rule 26(a)(2)(B) Disclosures*, [18] Scheduling Order,,, Set Deadlines/Hearings,, (Attachments: # (1) Certificate of Service)(Brooks, Norman)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**w:\wdox\docs\clients\0249\00076020\de067743.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/16/2006] [FileNumber=1244155-0
] [0259f9ee5d2813403bfc262fe3d6acdca9bf2b2758dce2bdb969c2b239581aad28d
e8df41bad188104dbf0dbf10eb0c9802491934f7599809aec0572f4b5c452]]
**Document description:** Certificate of Service
**Original filename:**w:\wdox\docs\clients\0249\00076020\de067744.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/16/2006] [FileNumber=1244155-1
] [5c174ae59c7103f8a2a3ac892cf3a5cb50166db75dc4d6801a41f87beecd4c8b5e4
42b5974f64186e0d41bd038d70f4bcc7d48b121e90f0436876bc4d8489c5d]]

**1:05-cv-2115 Notice will be electronically mailed to:**

Norman H. Brooks , Jr    nbrooks@mooclaw.com

David J. Groth    dgroth@cozen.com

Stephen Anthony Horvath    shorvath@tbmhjlaw.com,

Wayne F. Johnson , Jr    fjohnson@mooclaw.com

Donald Robert Kinsley    dkinsley@mooclaw.com

Daniel J. Luccaro    dluccaro@cozen.com

John B. Mesirow    mesirowesq@aol.com,

Eric Neil Stravitz    strav@erols.com,

**1:05-cv-2115 Notice will be delivered by other means to:**