**EXHIBIT 4**

IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

St. Paul Mercury Insurance Company
As Subrogee of Gallaudet University

    Plaintiff,

v.                                                      Civil Action No. 1:5cv-2115-CKK
                                                               Judge   Colleen   Killar-Kotelly

CAPITOL SPRINKLER INSPECTION, P.C.

    Defendant,

v.

GUEST SERVICES, INC.

    Third-Party Defendant.
_____/

### THIRD PARTY DEFENDANT, GUEST SERVICES, INC.'S OBJECTIONS TO INTERROGATORIES FROM CAPITOL SPRINKLER INSPECTION, P.C.

COMES NOW, the third party defendant, Guest Services, Inc., by counsel, and for its Objections to the Capitol Sprinkler Inspection, P.C.'s First Set of Interrogatories, states the following:

1.     Objection is made to the definitions and instructions. The definitions and instructions attempt to modify and alter the Federal Rules of Civil Procedure. The Interrogatories will be responded to accordance with the Federal Rules of Civil Procedure, but not in accordance with the definitions and instructions.

2.     Objection is made to providing the Social Security Number for the individual listed. That information is confidential.

Respectfully submitted,

GUEST SERVICES, INC.

_____
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000; Fax: (703) 385-1555
*Counsel for Guest Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Objections to Discovery Requests** was served by mail, first class, postage prepaid on the 7th day of November, 2006 to:

Eric Neil Stravitz, Esquire
Mesirow & Stravitz, P.L.L.C.
2000 Massachusetts Avenue, N.W.
Suite 200
Washington, D.C. 20036
*Counsel for Plaintiff*

E-mail: strav@erols.com

Of Counsel:

David J. Groth, Esquire
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiff*

davidgroth@cozen.com

2

Michelll Murphy, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Defendant Capitol Sprinkler, Inc.*

E-mail: mmurphy@mooclaw.com

Wayne F. Johnson, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Capitol Sprinkler, Inc.*

E-mail: fjohnson@mooclaw.com

                                                        _____
                                                        Stephen A. Horvath

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555