# Exhibit 5

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3   ST. PAUL MERCURY INSURANCE       :
                                      :ORIGINAL
 4   COMPANY, as Subrogee of          :

 5   Gallaudet University,            :

 6        Plaintiff,                  : Case No.

 7        v.                          : 1:05-CV-02115

 8   CAPITOL SPRINKLER INSPECTION,    :

 9   INC.,                            :

10        Defendant and               :

11        Third-Party Plaintiff,      :

12        v.                          :

13   GUEST SERVICES, INC.,            :

14        Third-Party Defendant.      : Pages 1-92

15

16     Deposition of KENNETH R. McLAUCHLAN, P.E., CFEI

17              Friday, January 5, 2007

18                 Washington, D.C.

19

20   Reported by: George W. Tudor, RPR

21   Job No. 178565
```

```
 1       Q.    What else did he say about that?
 2       A.    That's all.
 3       Q.    Did he tell you why the water ran for an
 4  hour?
 5       A.    No.
 6       Q.    Did he tell you who turned the water
 7  off?
 8       A.    I think in my notes, I have Gallaudet
 9  turned off upstairs.
10       Q.    Did he identify for you anyone who was
11  on site at the time of the freeze?
12       A.    No.
13       Q.    Did he tell you who was on site at the
14  time of the thaw, which is probably more
15  important?
16       A.    No.
17       Q.    Are you aware of any opinions that have
18  been expressed in this case on behalf of defendant
19  Capitol Sprinkler Inspection Company?
20             MR. HORVATH:  Objection.  That assumes
21  you guys have given us an opinion.  I haven't seen
```

Kenneth R. McLauchlan, R.E.

Page 22

1  any yet.

2      A.   No.

3  BY MR. BROOKS:

4      Q.   Is it fair to say that you have no
5  opinions about any of the opinions that have been
6  expressed on behalf of either defendant in this
7  case?

8           MR. GROTH:   I'll object to the form of
9  that as well.  You can answer if you understand
10 the question.

11          MR. HORVATH:   Objection.

12     A.   I don't understand what opinions you're
13 referring to.

14 BY MR. BROOKS:

15     Q.   Are you aware of any opinions that have
16 been expressed in the case by any engineers other
17 than yourself?

18          MR. HORVATH:   Objection.

19     A.   No.

20          MR. BROOKS:   What's the basis for the
21 objection?

Page 23

1  MR. HORVATH: I have not seen a report
2  from any engineering expressing any opinion. I
3  have seen a subject matter designation, but never
4  an opinion designation. If you have got an
5  opinion designation, I would love to see it. I
6  have seen subject matter only.
7  MR. BROOKS: We can look at that at the
8  break, if you would like, if you remind me.
9  BY MR. BROOKS:
10  Q. You indicated that this system was
11  monitored by the Capital police, or -- I'm sorry,
12  which police department? Gallaudet?
13  A. I'm sorry, would you repeat the question
14  again? What was monitored?
15  Q. The system. The fire inspection system.
16  I'll rephrase the question.
17  Did you understand me to ask you whether
18  the fire protection system for the conference
19  center was monitored by the Gallaudet police
20  department?
21  A. The only information I was given was