# Exhibit 6

# DAVIDSON ASSOCIATES
## CONSULTING ENGINEERS
FIRE PROTECTION • MEDICAL GAS • CODE CONSULTING

January 12, 2007

Mr. Norman H. Brooks, Jr.
Attorney
Marks, O'Neill, O'Brien and Courtney, P.C.
Suite 800
913 North Market Street
Wilmington, DE 19801

Re:   Gallaudet University v. Capitol Sprinkler Inspection, Inc. – Sprinkler Leakage Loss

Dear Mr. Brooks:

Please allow this to supplement the opinions I expressed earlier, as set forth in Capitol Sprinkler Inspection, Inc. disclosure dated October 16, 2006. Davidson Associates was asked to address the issue regarding the sprinkler leakage loss that occurred at the Kellogg Conference Center facility on the campus of Gallaudet University, 800 Florida Avenue, NE, Washington, DC on January 25, 2003.

Davidson Associates reviewed the available depositions, reports, shop drawings, contracts and experts report in order to address the issue of the sprinkler leakage loss and the roles of Capitol Sprinkler Inspection. Inc., Gallaudet University and Guest Services, Inc, in the loss. Since my initial opinions, I inspected pertinent portions of the facility, and sat in on the deposition of Gary Aller, taken October 26, 2006. Today, I reviewed the deposition testimony of Plaintiff's liability expert, Kenneth R. McLauchlan, taken January 5, 2007. Mr. McLauchlan's testimony gives me no cause to change my opinions.

### FINDINGS

It is industry practice, in accordance with the fire, building and property maintenance codes requirements, that semi-annual inspections are not sufficient and the property owner or his representative is required to conduct weekly, monthly, quarterly, semi-annual, annual, three year interval and five year interval inspections, testing and maintenance procedures for water-based fire protection systems. This includes the inspection, testing and maintenance of the dry pipe sprinkler systems, and related equipment including "low point drains (drum drips)".

My review of the above noted material indicates that the following event occurred prior to the January 25, 2003 incident:

1. Gallaudet University ("Gallaudet") and Guest Services, Inc. ("Guest") failed to grant Capital access to the drum drip in the guest suite during the January 9, 2003 inspection to allow it to drain any water that may have existed in the sprinkler pipe, in violation of NFPA 25.

Mr. Norman H. Brooks, Jr.
Attorney
Marks, O'Neill, O'Brien and Courtney, P.C.
Re:   Gallaudet University v. Capitol Sprinkler Inspection, Inc. – Sprinkler Leakage Loss
Page No. 2

My review of the above noted material indicates that the following events occurred during the January 25, 2003 incident:

1. Upon the alarm being set off, Gallaudet and Guest failed to re-transmit the Kellogg Conference Center facility's sprinkler system water flow alarm to the municipal fire service, in violation of NFPA 72.
2. Because Gallaudet failed to immediately notify the fire service of the alarm, inordinate amounts of water were discharged throughout the building which caused damages well in excess of the foreseeable damages proximately resulting from a system failure with water discharge.
3. Because Gallaudet and Guest on-site personal could not turn off the appropriate sprinkler system control valve in a timely fashion (per Capt Tate's incident report it took nearly two hours to turn off the water) inordinate amounts of water was discharged throughout the building which caused damages well in excess of the foreseeable damages proximately resulting from a system failure with water discharge.

It is Davidson Associates' engineering opinion at this date with a high degree of professional engineering certainty that the Gallaudet and Guest's personal:

1. Did not grant Capital access to the drum drip located in the ceiling of Suite 5200 during the January 9, 2003 inspection.
2. Did not notify or retransmit to the municipal fire department the Kellogg Conference Center's sprinkler system water flow alarm.
3. Were not familiar with the Kellogg Conference Center sprinkler systems and related system control valves and did not know the appropriate sprinkler system control valve to turn off in order to prevent additional water discharge from the system.

These events resulted in inordinate amounts of water being discharged throughout the building which caused damages well in excess of the foreseeable damages proximately resulting from a system failure with water discharge.

Davidson Associates reserves the right to supplement this report if additional information becomes available at a later date.

Respectfully yours,

Davidson Associates

*James S. Davidson Jr.*

James S. Davidson, Jr., P. E.