IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as subrogee of Gallaudet University, :<br><br>Plaintiff, :<br><br>v. :<br><br>CAPITOL SPRINKLER INSPECTION, INC. :<br><br>Defendant/Third-Party Plaintiff, :<br><br>v. :<br><br>GUEST SERVICES, INC., :<br><br>Third-Party Defendant. : | Case No. 1:05-CV-02115 |

## ORDER

WHEREAS, having considered Defendant's Motion for Leave to Supplement it's Rule 26(a)(2)(B) Disclosure of Expert Testimony, finding good cause that it should be granted;

IT IS HEREBY ORDERED, that leave is hereby GRANTED for Defendant, Capitol Sprinkler Inspection, Inc., to file a supplemental Rule 26(a)(2)(B) Disclosure including the signed report of James S. Davidson, Jr., P.E. included in Defendant's Motion as Exhibit 6, on or before _____;

_____
J.

DATED: _____

DE076020.1

## NAMES OF PERSONS TO BE SERVED WITH THE PROPOSED ORDER

As provided by LCvR 7(k), the follow are counsel who are entitled to be notified of its entry:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA  19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC  20036

DE076020.1