**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as subrogee of Gallaudet University, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | Case No. 1:05-CV-02115 <br> : |
| CAPITOL SPRINKLER INSPECTION, INC. | : <br> : |
| Defendant/Third-Party Plaintiff, | : <br> : |
| v. | : <br> : |
| GUEST SERVICES, INC., | : <br> : |
| Third-Party Defendant. | : |

**CERTIFICATE OF COUNSEL TO CONFER ON NONDISPOSITIVE MOTIONS**

As provided by LCvR 7(m), I hereby certify that I have conferred with David J. Groth and Stephen A. Horvath regarding Defendant's Motion to Supplement its Rule 26(a)(2)(B) Disclosure of Expert Testimony and report that to the best of my understanding, said counsel oppose this motion.

MARKS, O'NEILL,
O'BRIEN & COURTNEY, P.C.

  /s/ Donald R. Kinsley
Donald R. Kinsley, Esquire (Bar ID No. 432998)
Michael T. Hamilton, Esquire (Bar ID No. 474233)
Norman H. Brooks, Jr., Esquire (PHV)
913 N. Market Street, Ste. 800
Wilmington, DE 19801
*Attorneys for Defendant/Third-Party Plaintiff*

DATE: February 5, 2007

DE076027.1