**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | : | |
| ST. PAUL MERCURY INSURANCE COMPANY, | : | |
| as Subrogee of Gallaudet University | : | CASE NUMBER:  1:05CV02115 |
| | : | |
| Plaintiff | : | |
| vs. | : | |
| | : | |
| CAPITOL SPRINKLER INSPECTION, INC | : | |
| | : | |
| Defendant | : | |
| vs. | : | |
| | : | |
| GUEST SERVICES, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

_____

### ORDER

AND NOW, this                    day of                  , 2007, upon consideration of Defendant Capitol Sprinkler Inspection, Inc.'s Motion for Leave to Supplement its Rule 26(a)(2)(B) Disclosure of Expert Testimony, and the opposing memoranda of plaintiff St. Paul Mercury Insurance Company and third-party defendant Guest Services, Inc.;

IT IS HEREBY ORDERED that the motion is denied for the following reasons:

1)  Defendant's October 16, 2006 submission did not comply with the requirements of Rule 26(a)(2)(B) for a signed expert report and was therefore no disclosure at all.

2)  Defendant's expert's letter dated January 12, 2007 is therefore not a supplemental report, since no prior Rule 26 compliant expert report was served by the defendant.

3)  Defendant's expert's letter dated January 12, 2007 was served untimely, having been submitted after the discovery deadline of January 5, 2007.

4)  Defendant, without substantial justification or good cause shown, failed to properly disclose any expert within the deadlines set by this Court, including a prior extension to do so granted by this Court.

5)  Defendant failed to timely move the Court for an additional extension of the Rule 26(a)(2)(B) expert disclosure deadline.

In view of the above, this Court directs that the parties return to mediation before Magistrate Judge Kay, with their authorized representatives in attendance at the mediation session; and that a new status conference date be scheduled for_____ _____, 2007, for the purpose of setting dates for pretrial submissions and for the start of trial.


_____
                                                                        J.

DATED: