LAW OFFICES
## TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.

3920 UNIVERSITY DRIVE

FAIRFAX, VIRGINIA 22030-2514

(703) 385-1000
(703) 385-1555 (FAX)

BENJAMIN J. TRICHILO *
STEVEN W. BANCROFT
JOHN D. McGAVIN *
STEPHEN A. HORVATH *
JULIA B. JUDKINS
MELISSA HOGUE KATZ *
DAWN E. BOYCE *
HEATHER K. BARDOT
MICHAEL E. THORSEN

JOSEPH S. ABRENIO *
MICHAEL J. LOWELL
MICHAEL D. MELLEN
ALLYSON C. KITCHEL *
CAMERON R. ARGETSINGER

OF COUNSEL
JOSEPH C. VEITH III *

* ALSO ADMITTED IN DC

January 8, 2007

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, Delaware 19801

Re: *St. Paul Mercury Insurance company as Subrogee of Gallaudet University v. Captiol Sprinkler Inspection, Inc. and Guest Services, Inc.*; U.S. District Court for the District of Columbia; Case No. 1:05 CV-02115

Dear Mr. Brooks:

This letter will confirm our conversation at the deposition of Kenneth MacLauchlan. At that time I showed you the document which I had received as your "Designation" of expert witnesses. You indicated to me that you did not consider this a Designation; that it was inadequate, and that you felt that there was some other document that was available.

Please forward that document to me immediately. As you know, because no expert witness was ever properly designated to testify against my client, and I never received any opinions, or the basis for the opinions, nor did I receive a signed report, my client chose not to retain an expert witness in this case. I need to see the report and complete Designation as soon as possible. I had understood that you would send it to me by this morning.

By requesting this information, my client is not waiving any objections to any expert that you intend to call.

Sincerely,

Stephen A. Horvath

SAH:ikw
cc:  David J. Groth, Esquire
bcc: Ms. Rose Williams, Specialty Risk Services, Claim No.: YLB 12779

COPY