IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

St. Paul Mercury Insurance Company
As Subrogee of Gallaudet University

    Plaintiff,

v.                                                  Civil Action No. 1:5cv-2115-CKK
                                                 Judge   Colleen   Kollar-Kotelly

CAPITOL SPRINKLER INSPECTION, P.C.

    Defendant,

v.

GUEST SERVICES, INC.

    Third-Party Defendant.
_____/

## ORDER

UPON CONSIDERATION of Capitol Sprinkler Inspection, P.C.'s Motion for Leave to Supplement Defendant' Rule 26 (a) (2) (B) Disclosures, and the Opposition thereto, it is this _____ day of _____, 2007,

ORDERED that the Motion is denied, and Capitol Sprinkler Inspection, P.C. shall not be permitted to call James Davidson as an expert witness.

                                                      _____
                                                      The Honorable Collee Kollar-Kotelly

Copies to:

Stephen A. Horvath, Esquire

D.C. Bar No. 417137
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000; Fax: (703) 385-1555
*Counsel for Guest Services, Inc.*

Eric Neil Stravitz, Esquire
Mesirow & Stravitz, P.L.L.C.
1307 New Hampshire Avenue, NW, Suite 400
Washington, D.C. 20036
*Counsel for Plaintiff*
E-mail: strav@erols.com

Of Counsel:

David J. Groth, Esquire
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiff*

Michelle Murphy, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Defendant Capitol Sprinkler, Inc.*

E-mail: nbrooks@mooclaw.com

Wayne F. Johnson, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Capitol Sprinkler, Inc.*

E-mail: fjohnson@mooclaw.com