IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as subrogee of Gallaudet University, | : |
| Plaintiff, | : |
| v. | : Case No. 1:05-CV-02115 |
| CAPITOL SPRINKLER INSPECTION, INC. | : |
| Defendant/Third-Party Plaintiff, | : |
| v. | : |
| GUEST SERVICES, INC., | : |
| Third-Party Defendant. | : |

## DEFENDANT'S MOTION *IN LIMINE* OR IN THE ALTERNATIVE TO EXTEND TIME FOR EXPERT DISCOVERY

COMES NOW; Defendant Capitol Sprinkler Inspection, Inc. ("Capitol"), by and through its undersigned counsel, and hereby moves this Honorable Court for an Order *in limine* to exclude the testimony and opinions of Plaintiff's expert witnesses, James Dunaway and Charles Murray, and the offering of evidence relating to Plaintiff's purported Rule 26(a)(2)(B) Disclosure of Expert Testimony and Supplement thereto, or in the alternative to extend time for expert discovery. In support thereof, Capitol submits its Statement of Points and Authorities, filed contemporaneously with this motion.

MARKS, O'NEILL,
O'BRIEN & COURTNEY, P.C.

\s\ *Norman H. Brooks, Jr.*
Donald R. Kinsley, Esquire (Bar ID No. 432998)
Michael T. Hamilton, Esquire (Bar ID No. 474233)
Norman H. Brooks, Jr., Esquire (PHV)
913 N. Market Street, Ste. 800
Wilmington, DE 19801
*Attorneys for Defendant/Third-Party Plaintiff*

DATE: February 22, 2007

DE077259.1