## CERTIFICATE OF SERVICE

I, *Theodore J. Segletes, III*, hereby state that on this 22nd day of February 2007, I served a copy of the foregoing Motion via electronic service through the CM/ECF filing system to the following counsel of record:

| | | |
|---|---|---|
| Stephen A. Horvath | David J. Groth | Eric N. Stravitz |
| Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C. | Daniel J. Luccaro | John B. Mesirow |
| | Cozen O' Connor | Mesirow & Stravitz, PLLC |
| 3920 University Drive | 1900 Market Street | 2000 Massachusets Ave., NW |
| Fairfax, VA  22030 | Philadelphia, PA  19103 | Suite 200 |
| | | Washington, DC  20036 |

                                                                        /s/ Theodore J. Segletes, III, Esq.

DE077259.1