## CERTIFICATE OF SERVICE

I, **_Theodore J. Segletes, III_**, hereby state that on this 22nd day of February 2007, I served a copy of the foregoing Statement of Points and Authorities via electronic service through the CM/ECF filing system to the following counsel of record:

| | | |
|---|---|---|
| Stephen A. Horvath | David J. Groth | Eric N. Stravitz |
| Trichilo, Bancroft, McGavin, | Daniel J. Luccaro | John B. Mesirow |
|     Horvath & Judkins, P.C. | Cozen O' Connor | Mesirow & Stravitz, PLLC |
| 3920 University Drive | 1900 Market Street | 2000 Massachusets Ave., NW |
| Fairfax, VA 22030 | Philadelphia, PA 19103 Suite 200 | |
| | | Washington, DC 20036 |

                                                                               _/s/ Theodore J. Segletes, III_

DE077262.1