IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as subrogee of Gallaudet University, <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL SPRINKLER INSPECTION, INC. <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> GUEST SERVICES, INC., <br><br> Third-Party Defendant. | : <br> : <br> : <br> : <br> : <br> : Case No. 1:05CV02115 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## STIPULATED ORDER

The parties, by and through their undersigned attorneys, hereby stipulate and agree that "EXHIBIT L" to <u>Defendant's Reply Memorandum In Support of Its Motion For Leave to Supplement Defendant's Rule 26(a)(2)(B) Disclosure</u> (D.I. 32) contains personal information and shall be stricken and the document attached hereto containing "EXHIBIT L" shall be docketed in its place.

| TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C. | COZEN O' CONNOR |
|---|---|
| _/s/ Stephen A. Horvath_ <br> Stephen A. Horvath, Esq. <br> 3920 University Drive <br> Fairfax, VA 22030 <br> *Attorneys for Third-Party Defendant* | _/s/ David J. Groth_ <br> David J. Groth <br> Daniel J. Luccaro <br> 1900 Market Street <br> Philadelphia, PA 19103 <br> *Attorneys for Plaintiff* |

DE075406.1

| MESIROW & STRAVITZ, P.L.L.C. | MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C. |
|---|---|
| /s/ Eric N. Stravitz<br>Eric N. Stravitz<br>John B. Mesirow<br>2000 Massachusets Ave., NW<br>Suite 200<br>Washington, DC  20036<br>*Local Counsel for Plaintiff* | /s/ Norman H. Brooks, Jr.<br>Donald R. Kinsley, Esquire (Bar ID No. 432998)<br>Michael T. Hamilton, Esquire (Bar ID No. 474233)<br>Norman H. Brooks, Jr., Esquire (PHV)<br>913 N. Market Street, Ste. 800<br>Wilmington, DE  19801<br>*Attorneys for Defendant/Third-Party Plaintiff* |

**IT IS SO ORDERED, this \_\_\_ day of February, 2007.**

_____
**The Honorable Colleen Killar-Kotelly**