## CERTIFICATE OF SERVICE

I, **Theodore J. Segletes, III, Esq.**, hereby state that on this 23rd day of February 2007, I served a copy of the foregoing Stipulated Order via electronic service through the CM/ECF filing system to the following counsel of record:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA  19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC  20036

                                                                                     */s/  Theodore J. Segletes, III*
                                                                                     Theodore J. Segletes, III, Esq.

DE077351.1