IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as subrogee of Gallaudet University,<br><br>      Plaintiff,<br><br>  v.<br><br>CAPITOL SPRINKLER INSPECTION, INC.<br><br>      Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>GUEST SERVICES, INC.,<br><br>      Third-Party Defendant. | Case No. 1:05CV02115 |

**CERTIFICATION OF COUNSEL TO CONFER ON NON-DISPOSITIVE MOTIONS**

As provided by LCvR 7(m), the undersigned attorney for the Defendant/Third-Party Plaintiff, Capitol Sprinkler Inspection, Inc. certifies that Counsel for Capitol has, in good faith, attempted to confer with opposing counsel in order to resolve this discovery dispute without judicial intervention, but has been unable to reach a compromise. Counsel for Capitol Sprinkler Inspection, Inc. believes that the Plaintiff will oppose this motion.

                                                   **MARKS, O'NEILL,**
                                                   **O'BRIEN & COURTNEY, P.C.**

                                                   *\s\ Norman H. Brooks, Jr.*
                                                   Donald R. Kinsley, Esquire (Bar ID No. 432998)
                                                   Michael T. Hamilton, Esquire (Bar ID No. 474233)
                                                   Norman H. Brooks, Jr., Esquire (PHV)
                                                   913 N. Market Street, Ste. 800
                                                   Wilmington, DE 19801
                                                   *Attorneys for Defendant/Third-Party Plaintiff*

DATE: February 26, 2007

DE077262.1