# EXHIBIT A



# VANGUARD
### ADJUSTERS GROUP, INC.

REPLY TO: PO Box 835
Woodbury, NJ 08096
856-853-8200
856-848-6060 (FAX)

January 31, 2003

**ST. PAUL COMPANIES**
**PO Box 9059**
**Brandon, FL 33509-9059**

**Attn: Jerry Albin**

| | | |
|---|---|---|
| Claim No. | : | CK03800837-09T040 |
| Reference No. | : | VY01719 |
| Insured | : | Gallaudet University |
| Date of Loss | : | 01/25/03 |
| Our File No. | : | NJD12798 |

## ENCLOSURES:

1. Business Cards (2).
2. Various Photographs of the Insured Risk and Damage.
3. Itemized Service Invoice.

## ASSIGNMENT:

We were given this assignment via e-mail on January 28, 2003. We were asked to handle this new water damage loss.

## ADJUSTMENT:

Immediately upon receiving this assignment, we contacted the insured and set an appointment for January 29, 2003 at 11:00 a.m. The appointment was kept and we met with the insured as well as the restoration company.

## INSURED RISK:

The insured risk is a 35,000 square foot conference center which contains numerous conference rooms as well as mental health studies, motel rooms, ballrooms, etc. Gallaudet University uses this building frequently for conferences as well as for school activities. The school is described as one of the premiere educational schools in the United States. The building itself is approximately seven years old and, other than the damages from this loss, is in excellent condition.

P-027

Corporate Address: PO Box 835  Woodbury NJ 08096  1.800.561.8464  1.800.440.9189 Fax

File No.: NJD12798 Page 2
1/31/2003

### CAUSE OF LOSS:

On Saturday, January 25, 2003 around 2:45 p.m., the pipes above the fifth floor bedroom suites began to freeze. When the sprinkler heads froze, they cracked causing water to flow into the rooms. The water falling from the sprinkler pipes set off the fire alarm. At that time, the fire department was called to the scene. They made a trip through the building and found no fire. After the alarm was turned off, they could hear the water. The water accumulated for an hour and a half before the main line was turned off on the roof of the building as well as turned off in the basement to stop the flow of the water. Capital Sprinklers took the broken sprinklers. They have been made aware that your company has requested the broken sprinkler heads and any broken pipes that they may have in their possession. The insured is investigating to determine the initial sprinkler system company who installed the system on the fifth floor for possible Subrogation.

### DESCRIPTION OF DAMAGES:

During our investigation, we were able to travel with the insured and the restoration company to view the damages to the insured risk. Damages can be seen throughout the first five floors on the west side wing.

On the fifth floor, there are twenty hotel rooms which sustained damages from water. The water initially broke in Bedroom 202, Rooms A and B. The ceiling damages can be seen in three to four bedrooms, however, there is damage to the floors and walls of every bedroom on the fifth floor.

The fourth floor also has approximately twenty hotel rooms which were also damaged by water. Water soaked into the carpets as well as started to travel up the drywall.

The water then traveled through the floor into the third floor which has a mental health department which conducts research and other business with mental health patients. On the third floor, there are numerous tiles which have been damaged. Also, damaged were various electronics which were soaked by the water as well as computer bases which were located on the floor. There are also about twenty-five offices which have damage to the carpets and walls.

On the second floor, there are many signs of water damage.

In the main lobby, there are two ten foot columns that show water damage as well as conference rooms which have water damage in the walls and carpet.

On the first floor, there is an auditorium with soundproof walls which were damaged.

P-028

File No.: NJD12798                                                                                              Page 3
1/31/2003

**DISCUSSION WITH RESTORATION COMPANY:**

During our investigation, Avedon Contracting, Inc. was at the scene. They will be completing the restoration to the building. As we traveled through the insured risk, we discussed the scope. We were in agreement that it would be necessary to replace the carpeting on the fifth floor as well as removing and replacing half of the drywall throughout the hotel rooms. The rest of the building would also follow this format. Avedon Contracting, Inc. estimates that the damages could reach $1,000,000.00.

**DISCUSSION WITH YOU:**

While we were at the insured risk, we contacted your office to make you aware of the possible cost for the repairing of the building. At that time, you informed us that a General Adjuster would be assigned to this loss due to the high reserve set by our company. Later, we were able to speak with Tim Snyder of your Subrogation Department and informed him that Capital Sprinklers currently has the broken sprinkler head and will be forwarding it to our insured, Gary Aller, the Director of Business Operations. We were also able to speak with your General Adjuster, Jim Donoway, and informed him of the information we had on this loss. We also gave him contact information for the restoration company and the insured.

**FURTHER HANDLING:**

Since this loss has been assigned to a General Adjuster at your company, VANGUARD ADJUSTERS GROUP, INC. will be closing our file. If you need further assistance in the future, please contact the undersigned and we will re-open our file and handle accordingly. If not, let me take this opportunity to thank you for utilizing VANGUARD ADJUSTERS GROUP, INC.'s New Jersey Branch. We look forward to working with you again in the very near future.

*Jonathan P. Dunn*
Jonathan P. Dunn - Adjuster
**VANGUARD ADJUSTERS GROUP, INC.**

JPD/ts

**BELFOR** (●) RECON

*[Stamp: ST PAUL FIRE & MARINE INS. CO. / JIM DUNAWAY / NATIONAL GENERAL ADJUSTER]*

April 10, 2003

St. Paul Insurance
P.O. Box 15366
Pennsicola, FL  32514
ATTN:  Jim Dunaway

RE:   Gallaudet University
      800 Florida Avenue, N.E.
      Washington, DC  20002
      Job # 0408-3-11778

Dear Mr. Dunaway:

After walking the fifth floor hotel rooms with Gary Aller and Steve Logue, we have come to the conclusion that the carpet has shrunk and has been discolored from the water damage that had occurred.  In many of the rooms you can smell an odor of dampness even though the carpet has been fully dried. BELFOR recommends that the carpet be removed and a mild acid be sprayed on the concrete floor and carpet be replaced with a similar approved style.  BELFOR will begin this process by measuring floor and trying to find a similar carpet, but will wait for your approval before beginning the project.

Should you have any questions please feel free to call me at 301-937-6748.

Sincerely,

*[signature]*

William Tillett
Estimator
BELFOR-Maryland


CC:  Gary Aller

BT/bjs

P-175

# Nardone
## & Company, Inc.

SALVORS, APPRAISERS & CONSULTANTS

FOR INSURANCE COMPANIES AND SELF INSURED

838 Ritchie Highway, Suite 2
Severna Park, Maryland  21146

(410) 315-8200          (800) 315-8200          Fax (410) 315-8393

February 19, 2003

**Our File # NS-3054**

Jim Dunaway
St. Paul F&M
P.O. Box 15366
Pensacola, FL 32514-0366

**RE: Gallaudet University, Kellogg Conf. Ctr.
Claim #: CK03800837-22H001**

### FILE STATUS

Per your instructions we traveled to the loss site February 11, 2003 and met with Mr. Gary Aller, Steve Logue, David Ham and Ms. Sherri Gallagher of Gallaudet University. After a tour of the facility to view the damage the following was determined. Inventory of the damaged hotel furnishings located on the 4th and 5th floors would begin immediately. Ms. Gallagher would separate damaged office furnishings and prepare an inventory, which Nardone & Company, Inc. will verify upon completion. Verification of the inventory of damaged electronics will be delayed until all equipment is replaced and the damaged units are housed in one location. I then contacted you by telephone and informed you of the above course of action to which you were in agreement.

Inventory of the damaged hotel furnishings began as planned and was completed by days end. Resulting in rooms 5200, 5202, 5204, 5206 and 5208 being a total loss due to direct contact with water. The remaining rooms located on the fifty two hundred wing were undamaged with the exception of the bed frames. The bed frames are constructed of pressboard, which acted like a sponge and wicked up moisture from the wet carpet. All bed frames were inspected and damage from moisture was evident. Mr. Gary Aller and Mr. David Ham were informed of the damage and were instructed to dispose of the damaged furnishings to alleviate the possibility of mold. Room 5201 bed frame had started to show evidence of mold which was inspected by Mr. David Ham. Room 5100 had sporadic damage as follows. Entertainment center, 2 three-cousin couches and one coffee table are a total loss with no other damage noted. We have requested a copy of the costing for the hotel room furnishings.

The inventory of office furnishings supplied by Ms. Sherri Gallagher was verified February 12, 2003. Damage throughout the 3rd floor office area was sporadic. Solid wood furniture showed no sign of swelling or splitting.

Page 1 of 2

# Nardone
## & Company, Inc.
SALVORS AND APPRAISERS

February 19, 2003

**Our File # NS-3054**
**RE: Gallaudet University, Kellogg Conf. Ctr.**
**Claim #: CK03800837-22H001**

Damage to this type of furniture should be able to be corrected with cleaning to remove the watermark. Pressboard furniture shows obvious water damage from swelling, flaking and splitting. A complete list of total loss furniture is attached. Ms. Gallagher did supply us with invoicing or quotes for replacement for much of this product, which we will assemble into a spreadsheet. Ms. Gallagher is to supply us with a list of damaged supplies and desk equipment damaged by water.

Hotel lobby on both the 1st and 2nd floors show little damage other then general cleaning. On the 1st floor one 3-cousin couch has been damaged by direct contact with water. Due to the danger of this piece being contaminated by mold we would recommend it be considered a total loss.

We thank you for the opportunity to be of service and trust our efforts will be met with your complete approval. Should you have any questions or further instructions please don't hesitate to call.

Sincerely,

Carville C. Evering Jr.
Corporate Operations Manager

CCE/pp