# EXHIBIT B

1-2-07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University : <br><br> Plaintiff : <br> vs. : <br><br> CAPITOL SPRINKLER INSPECTION, INC : <br><br> Defendant : <br> vs. : <br><br> GUEST SERVICES, INC. : <br><br> Third-Party Defendant : | CASE NUMBER: 1:05CV02115 |

## PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY UNDER RULE 26(a)(2)(B)

Plaintiff, by and through its attorneys, hereby submits this supplemental disclosure of anticipated expert testimony as follows:

Plaintiff is substituting Charles H. Murray, Jr., RPA., LPCS, an Executive General Adjuster for St. Paul Travelers Insurance Company, for the previously named St. Paul Travelers Insurance Company representative, James Dunaway. Mr. Dunaway has retired, moved to Florida and is reportedly in failing health. Mr. Murray's contact information is as follows:

> Charles H. Murray, Jr.., RPA, LPCS
> Executive General Adjuster
> St. Paul Travelers Insurance Company
> 111 Shilling Road
> Hunt Valley, MD 21031

Mr. Murray directly participated in the adjustment of this claim. All of the documents which support the claim were previously forwarded to all counsel in Plaintiff's Initial Disclosures, Bates Nos. P-022 through P-410, which are incorporated by reference herein as

though fully set forth at length. Mr. Murray will testify, consistent with the facts and information contained in those reports and estimates, that the fair, reasonable and necessary cost to repair the property damaged by the subject water leakage incident was $800,022.85. In addition, attached hereto are two additional documents which were prepared by Mr. Murray which state the building replacement cost value and actual cash value, as well as the business personal property replacement cost value and actual cash value.

COZEN O'CONNOR

BY: _____
DAVID J. GROTH, ESQUIRE (phv)
DANIEL J. LUCCARO, ESQUIRE (phv)
The Atrium - Third Floor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

and

MESIROW & STRAVITZ
Eric Stravitz, Esquire
2000 Massachusetts Avenue
Suite 200
Washington, DC 20036
(202) 463-0303

ATTORNEYS FOR PLAINTIFF,
ST. PAUL MERCURY INSURANCE COMPANY

Dated: January 2, 2007

## CERTIFICATE OF SERVICE

I, David J. Groth, hereby certify that a true and correct copy of Plaintiff's Supplemental Disclosure of Expert Testimony Under Rule 26(a)(2)(B) was mailed this 2nd day of January, 2007, via U.S. mail, postage prepaid to the following counsel of record:

Norman H. Brooks, Esquire
Marks, O'Neill, O'Brien & Courtney
913 North Market Street, #800
Wilmington, DE 19805


Stephen Horvath, Esquire
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive, P.O. Box 22
Fairfax, VA 22030

_____
DAVID J. GROTH

3

Building SOL Template

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Insured: | GALLAUDET UNIVERSITY | | | | | | | |
| POL. #: | CK03800837 | | | | | | | |
| CLAIM #: | CK03800837 22H001 | | | BUILDING @ RCV & ACV | | | | |
| TRACKING #: | VY 01719 | | | | | | | |
| COVERAGE: | | | | | | | | |
| BLANKET BUS. REAL & PERSONAL PROPERTY | | | | | | | | |
| | FOR THIS ADJUSTMENT ONLY | $ | 354,318,222.00 | | $ | 354,318,222.00 | | |
| | | | | | | STATEMENT | OF | LOSS |
| | | | | | | VALUE | LOSS | CLAIM |
| VALUE AS DETERMINED: | | | | | | | | |
| | FOR THIS ADJUSTMENT ONLY | $ | 354,318,222.00 | | $ | 354,318,222.00 | | |
| | | TOTAL REPAIRS | | DEPRECIATION | | A.C.V. LOSS | | |
| LOSS AS DETERMINED: BUSINESS REAL PROPERTY | | | | | | | | |
| | ACOUSTIC TREATMENTS | $ | 2,570.40 | $ | . | $ | 2,570.40 | |
| | CLEANING | $ | 8,652.00 | $ | . | $ | 8,652.00 | |
| | CONTENTS MANIPULATION | $ | 275.00 | $ | 27.50 | $ | 247.50 | |
| | GENERAL DEMOLITION | $ | 15,068.31 | $ | . | $ | 15,068.31 | |
| | DRYWALL | $ | 21,834.32 | $ | | $ | 21,834.32 | |
| | ELECTRICAL | $ | 2,002.67 | $ | . | $ | 2,002.67 | |
| | FLOOR COVERING CARPET | $ | 95,565.06 | $ | 14,334.76 | $ | 81,230.30 | |
| | FLOOR COVERING VINYL | $ | 17,989.88 | $ | 2,698.48 | $ | 15,291.40 | |
| | INSULATION | $ | 5,488.12 | $ | . | $ | 5,488.12 | |
| | LABOR ONLY | $ | 26,335.72 | $ | . | $ | 26,335.72 | |
| | PAINTING | $ | 33,378.91 | $ | 6,675.78 | $ | 26,703.13 | |
| | JOB SITE SUPERVISION | $ | 4,625.00 | $ | . | $ | 4,625.00 | |
| | WALLPAPER | $ | 79,380.00 | $ | 15,876.00 | $ | 63,504.00 | |
| | WATER EXTRACTION SERVICES | $ | 5,624.30 | $ | . | $ | 5,624.30 | |
| | TAX ON MATERIALS | $ | 1,339.06 | $ | . | $ | 1,339.06 | |
| | | | | $ | . | $ | . | |
| TOTAL VALUE & LOSS AT REPL. COST | | $ | 320,128.75 | $ | 39,612.52 | $ | 280,516.23 | |
| GENERAL CONDITIONS—10% | | $ | 32,012.88 | $ | 3,961.25 | $ | 28,051.62 | |
| SUBTOTAL | | $ | 352,141.63 | $ | 43,573.78 | $ | 308,567.85 | |
| GENERAL CONTRACTORS FEE—15% | | $ | 52,821.24 | $ | 6,538.07 | $ | 46,285.18 | |
| TOTAL CONSTRUCTION COST | | $ | 404,962.87 | $ | 50,109.84 | $ | 354,853.03 | |
| OTHER TAX ON MATERIALS | | $ | 4,859.95 | $ | . | $ | 4,859.95 | |
| TOTAL PROJECT COST | | $ | 409,822.82 | $ | 50,109.84 | $ | 359,712.98 | |
| | | | | | | | | |
| EXTENDED COVERAGES: | | | | | | | | |
| WATER REMEDIATION - AVIDON | | $ | 300,000.00 | $ | . | $ | 300,000.00 | |
| LOSS DATA PREPARATIONS | | | | | | | | |
| ORDINANCE & LAW | | | | | | | | |
| FIRE DEPARTMENT SERVICE CHARGE | | | | | | | | |
| DEBRIS REMOVAL-BLDG & B.P.P. | | | | $ | . | $ | . | |
| | TOTALS ALL COLUMNS | $ | 709,822.82 | $ | 50,109.84 | $ | 659,712.98 | |
| | | | | | | | | |
| CLAIM AS DETERMINED: | | | | | | | | |
| ACTUAL CASH VALUE LOSS | | $ | 659,712.98 | | | | $ | 659,712.98 |
| LESS DEDUCTIBLE | | $ | (1,000.00) | | | | | |
| ACTUAL CASH VALUE CLAIM | | $ | 658,712.98 | | | | | $ 658,712.98 |
| | | | | | | | | |
| AGREED SOUND VALUE, LOSS & CLAIM | | | | | $ | 354,318,222.00 | $ 659,712.98 | $ 658,712.98 |

BPP

| INSURED: | GALLAUDET UNIVERSITY | | | | | |
|---|---|---|---|---|---|---|
| POL. # | CK03800837 | | | RCV & ACV VALUE CALCULATIONS | | |
| CLAIM # | CK03800837 22H001 | | | ALL ITEMS REPLACED BY GALLAUDET | | |
| TRACKING #: | VY 01719 | | | | | |
| COVERAGE: | | | | | | |
| BLANKET BUILDING & BUSINESS PERSONAL | $ 354,318,222.00 | | | | | |
| | FOR THIS ADJUSTMENT | | | STATEMENT | OF | LOSS |
| | | | | VALUE | LOSS | CLAIM |
| VALUE AS DETERMINED: | | | | | | |
| FOR THIS ADJUSTMENT ONLY | $ 354,318,222.00 | | | $ 354,318,222.00 | | |
| | | TOTAL REPAIRS | DEPRECIATION | A.C.V. LOSS | | |
| LOSS AS DETERMINED: BUSINESS PERSONAL PROPERTY | | | | | | |
| | NARDONE INVENTORY-PAGE 1 | $ 4,937.95 | $ 740.69 | $ 4,197.26 | | |
| | NARDONE INVENTORY-PAGE 2 | $ 1,538.00 | $ 230.70 | $ 1,307.30 | | |
| | NARDONE INVENTORY-PAGE 3 | $ 192.00 | $ 28.80 | $ 163.20 | | |
| | NARDONE INVENTORY-PAGE 4 | $ 390.00 | $ 58.50 | $ 331.50 | | |
| | SHREDDER | $ 1,719.20 | $ 257.88 | $ 1,461.32 | | |
| | BOOK CASE | $ 362.00 | $ 54.30 | $ 307.70 | | |
| | LASER FAX MACHINE | $ 399.99 | $ 60.00 | $ 339.99 | | |
| | EMERGENCY SYS UNIT KITS | $ 105.35 | $ 15.80 | $ 89.55 | | |
| | CANNON IMAGE RUNNER | $ 7,738.12 | $ 1,160.72 | $ 6,577.40 | | |
| | CONTENTS MANIPULATION | $ 1,170.00 | $ 175.50 | $ 994.50 | | |
| | USB PRINTER CABLE | $ 252.64 | $ 37.90 | $ 214.74 | | |
| | TRS KEYBOARD TRAY | $ 103.50 | $ 15.53 | $ 87.98 | | |
| | COMPUTERS AND MONITORS | $ 27,734.00 | $ 5,546.80 | $ 22,187.20 | | |
| | RONDO SOFA'S | $ 1,493.00 | $ 223.95 | $ 1,269.05 | | |
| | HP COMPAQ MP1200 | $ 2,299.00 | $ 344.85 | $ 1,954.15 | | |
| | CHAIR, PRINTER, QUASAR TV | $ 3,319.78 | $ 497.97 | $ 2,821.81 | | |
| | VISIPLEX PAGING SYSTEM | $ 1,767.00 | $ 265.05 | $ 1,501.95 | | |
| | APOLLO OVERHEAD PROJECT | $ 299.99 | $ 45.00 | $ 254.99 | | |
| | FURNITURE | $ 1,182.40 | $ 177.36 | $ 1,005.04 | | |
| | FURNITURE, LIGHT TACKBOARD | $ 1,311.00 | $ 196.65 | $ 1,114.35 | | |
| | CREDENZE, FURNITURE, ETC | $ 1,385.60 | $ 207.84 | $ 1,177.76 | | |
| | FURNITURE | $ 1,686.90 | $ 253.04 | $ 1,433.87 | | |
| | FURNITURE | $ 1,482.20 | $ 222.33 | $ 1,259.87 | | |
| | COMPUTER, AUDIO, VIDEO, ETC | $ 23,884.00 | $ 4,776.80 | $ 19,107.20 | | |
| | FORMS, MENTAL HEALTH | $ 236.00 | $ 35.40 | $ 200.60 | | |
| | CHAIR | $ 189.96 | $ 28.49 | $ 161.47 | | |
| | HAND TRUCK | $ 238.45 | $ 35.77 | $ 202.68 | | |
| | GATEWAY COMPUTER | $ 2,782.00 | $ 417.30 | $ 2,364.70 | | |
| | | $ - | $ - | $ - | | |
| | | $ - | $ - | $ - | | |
| | | $ - | $ - | $ - | | |
| TOTAL VALUE & LOSS AT REPL. COST | | $ 90,200.03 | $ 13,530.00 | $ 74,089.13 | $ 90,200.03 | |
| CLAIM AS DETERMINED: | | | | | | |
| VALUE LOSS | | $ 74,089.13 | | | | |
| LESS DEDUCTIBLE- APPLIED TO BLDG. | | $ - | | | | |
| ACTUAL CASH VALUE CLAIM | | $ 74,089.13 | | | | $ 74,089.13 |
| AGREED SOUND VALUE, LOSS & CLAIM | | | | $ 354,318,222.00 | $ 90,200.03 | $ 74,089.13 |
| | $2,500 DEDUCTIBLE APPLIED TO BUILDING LOSS | | | | | |

Page 1