## CERTIFICATE OF SERVICE

I, Norman H. Brooks, Jr., Esq., hereby state that on this 26th day of February 2007, I served a copy of the foregoing **Motion in Limine or in the Alternative To Extend Time for Expert Discovery** via electronic service through the CM/ECF filing system to the following counsel of record:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA  19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC  20036

/s/ *Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esq.

DE077297.1