# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University | : : : CASE NUMBER: 1:05CV02115 |
| Plaintiff | : |
| vs. | : |
| CAPITOL SPRINKLER INSPECTION, INC | : : |
| Defendant | : |
| vs. | : |
| GUEST SERVICES, INC. | : : |
| Third-Party Defendant | : : |

## <u>ORDER</u>

AND NOW, this            day of              , 2007, upon consideration of defendant Capitol Sprinkler Inspection, Inc.'s Motion in Limine or In the Alternative To Extend Time for Expert Discovery and any opposition thereto, it is hereby DENIED in its entirety.

_____
                                                                                            J.

DATED: