# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, | : |
| as Subrogee of Gallaudet University | : |
| Plaintiff | : |
| | : |
| vs. | : |
| | : |
| CAPITOL SPRINKLER INSPECTION, INC | : |
| Defendant | : |
| | : |
| vs. | : |
| | : |
| GUEST SERVICES, INC. | : |
| | : |
| Third-Party Defendant | : |

CASE NUMBER: 1:05CV02115

## PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY UNDER RULE 26(a)(2)(B)

Plaintiff, by and through its attorneys, hereby submits its disclosure of anticipated expert testimony as follows:

I.    LIABILITY EXPERT

Kenneth R. McLauchlan, P.E., CFEI
Senior Mechanical Engineer
McLauchlan & Associates, Inc.
474 Fawns Walk
Annapolis, MD 21409

Mr. McLauchlan's signed report is attached hereto and incorporated by reference herein in its entirety. His compensation rate is $170.00 per hour.

II.    DAMAGE EXPERTS

James Dunaway
St. Paul Travelers Insurance Co.
P.O. Box 15366
Pensacola, FL 32514

Jonathan Dunn
Adjuster
Vanguard Adjusters Group, Inc.
P.O. Box 835
Woodbury, NJ 08096

Carvelle C. Everling, Jr.
Corporate Operations Manager
Nardone & Company, Inc.
838 Ritchie Highway, Suite #2
Severna Park, MD 21146

William Tillett
Belfor USA
10850 Hanna Street, Suite L
Beltsville, MD 20705

The damage reports and estimates of these individuals, containing their observations, measurements, calculations and analysis of the cost to repair the property damage caused by the subject water leakage incident, are set forth in Plaintiff's Initial Disclosures, Bates Nos. P-022 through P-410, which are incorporated by reference herein as though fully set forth at length. Plaintiff's damage witnesses will testify consistent with the facts and information contained in their reports and estimates that the fair, reasonable and necessary cost to repair the property damaged by the subject water leakage incident was $800,022.85. See specifically Plaintiff's Summary of Damages, Bates Nos. P-022 – 023.

COZEN O'CONNOR

BY: _____

DAVID J. GROTH, ESQUIRE (phv)
DANIEL J. LUCCARO, ESQUIRE (phv)
The Atrium – Third Floor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

and

2

MESIROW & STRAVITZ
Eric Stravitz, Esquire
2000 Massachusetts Avenue
Suite 200
Washington, DC 20036
(202) 463-0303

ATTORNEYS FOR PLAINTIFF,
ST. PAUL MERCURY INSURANCE COMPANY

# MCLAUCHLAN & ASSOCIATES, INC.

CONSULTING MECHANICAL ENGINEERS

474 FAWNS WALK
ANNAPOLIS, MD 21409-5657
TELEPHONE (410) 269-4025
FAX (410) 757-2221
Email: kennmclauchlan@mclauchlan-engineers.com

September 11, 2006

Mr. David J. Groth, Esquire
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Reference:    Gallaudet University Water Damage Analysis
St. Paul Insurance Tracking No. VY01719
Date of Loss: January 25, 2003
Your File No. 134164

Dear Mr. Groth,

McLauchlan & Associates, Inc. (MAI) was asked to investigate a water damage incident that occurred on January 25, 2003, at the Kellogg Conference Center facility on the campus of Gallaudet University, 800 Florida Avenue, NE, Washington, DC 20002. MAI was asked to determine the cause of the water damage incident.

Background information was obtained through two site inspections (on February 3, 2003 and February 12, 2003), review of the following documents and interview:

• Deposition transcript of Mr. Vernon Vane, taken August 14, 2006

• Deposition transcript of Mr. Craig Parham, taken August 14, 2006

• Deposition transcript of Mr. Michael Bowlin, taken August 14, 2006

• As-Built Fire Protection System Drawings prepared by Capitol Sprinkler Contracting, Inc, dated 5/30/95

• Interview with Mr. David Ham

Mr. Vane testified as follows:

He was employed by Capitol Sprinkler ("Capitol") for 23 years, and had been Supervisor of Inspections for the previous 15 to 16 years. Employee Mike Bowlin had just started with inspections in 2003. Employees Tom Scott and Tim Francis

Mr. David J. Groth, Esquire
September 11, 2006
Page 2

were helpers in inspections. The employees received all of their training as "on the-job-training. Mike Bowlin was the least experienced inspector. Capitol did not provide any written materials to its inspectors. Capitol did not train its employees that it was acceptable to let non-employees do testing or inspection of the systems. Capitol did tell its customers about draining drum drips. Capitol had a contract to perform inspections for Aramark from 1996 to 1999, and then with Guest Services, Inc. ("GSI") beginning in 2002. The first inspection performed by Capitol in 2002 was on July 2, 2002. Mr. David Ham of GSI scheduled the inspection and arranged for someone to go with the Capitol inspector to gain access to the building. This person was a tall, slender, black man, who Mr. Vane was unable to identify by name. Capitol performed a trip test for Systems 1 and 2 on July 2, 2002. It was necessary for the inspectors to drain the drum drips during the January 9, 2003 inspection to make sure there is no water in them. This includes condensation and water left in the system from the July, 2002 trip test. He assigned Mr. Bowlin and Mr. Scott to do the inspection on January 9, 2003. He believes that Mr. Ham did not have any specialized knowledge of sprinkler systems. Capitol never trained any GSI personnel specifically how to drain a drum drip, and never provided any written explanations of the draining procedure. Capitol identified Terrence Hubbard as the GSI employee who accompanied Mr. Bowlin and Mr. Scott on January 9, 2003 based only on the fact that Mr. Hubbard later signed for the evidence. Capitol strictly adopted the NFPA Standard No. 25 guidelines for the work at Gallaudet. The systems at Gallaudet were hydrostatically tested at the time of installation.

Mr. Parham testified as follows:

He has been employed by Capitol for 28 years and holds the position of Vice President. He works in installations. Capitol originally installed the systems at the Kellogg Conference Center. When he arrived at the building after the water damage incident, he found that the valves were in the closed position. After the incident, Capitol replaced a ruptured tee fitting. The system leaked compressed air after the tee was replaced. Capitol found 3 sprinkler heads that were "distressed by ice" and were leaking air. These heads were replaced by Capitol. The employee had been trying to shut off the sprinkler system water supply. He concluded that the tee ruptured and the sprinkler heads leaked as a result of freezing. He also concluded that the drum drips that drain that part of the sprinkler system had not been drained on January 9, 2003. NFPA Standard No. 25 "does not drive what [Capitol does]". It is the building owner's responsibility to drain the drum drips once a month, but this was not indicated in the contract between Capitol and GSI. There is a plastic cap that encloses the valves on the drum drips. The cap is held in place with a lock.

Mr. Bowlin testified as follows:

Mr. David J. Groth, Esquire
September 11, 2006
Page 3

He started to work at Capitol in 1985. He started as an apprentice doing installations of sprinkler systems. He did installations until 1999, when he sustained a back injury. Beginning in 1999 to do 2000, he began to do sprinkler system inspections for Capitol. He was given on-the-job training by his supervisors in performing inspections. He reviewed NFPA 13 and 25, but was not given any written materials regarding how inspections should be performed. He was never tested for the inspection job. He was never told by anyone at Capitol that it was permitted for persons other than a Capitol employees to perform the work he was sent to perform. He would permit a building owner's representative to drain a drum drip while he was on site because he was "supervising that drainage". He did not know the level of experience, background or specialized knowledge that people in the buildings who were doing this work had. There was no occasion when he told a building maintenance person to drain a drum drip without his checking to see that it was done properly. The first time that he was at the Kellogg Conference Center was in July, 2002, and the second time was on January 9, 2003. In July, 2002, he did a trip test of the dry pipe system, working with Capitol employees Mr. Vernon Vane and Mr. Tim Francis. The drum drip that drains the lines that leaked in the January 2003 incident was located behind an access panel inside the door to Conference Room 5200. The door could only be opened with a hotel card key. On January 9, 2003, he and Capitol employee Mr. Tom Scott drained all of the drum drips except the one located above the ceiling in Conference Room 5200. He was supposed to drain that drum drip but did not do so because the building owner's representative escort that was with him did not have a hotel card key to enter the room. The building owner's representative stated "I don't have a card. I have to go downstairs and get the card for access." The building owner's representative did not offer to get the key, but did not refuse to get the key. The building owner's representative said he "would take care of the drum drip". Mr. Bowlin did not ask the building owner's representative to get the hotel card key. He never asked Mr. Scott to get the key. He did not know anything about the background, experience, training, reliability or competency of the building owner's representative with regard to draining the drum drip. He did find water in the other 4 drum drips that he drained on January 9, 2003. He assumed there would be water in the drum drip that he did not drain. He never checked to determine if the building owner's representative drained the drum drip above the ceiling in Conference Room 5200. No problems were found with any other components in the dry pipe systems during the January 9, 2003 inspection. He did not know whether the building owner's representative was an employee of Gallaudet University or GSI. Because the drum drips are hard piped to drain, the person draining must listen until they can't hear a "gurgling" sound to know when there is no more water in the system.

Mr. Ham reported that on January 25, 2003, at approximately 3:30 PM, a major water release occurred in the building. The incident began when the fire alarm went off, with strobes and audio warnings being activated. GSI personnel checked all of the floors for fire. They then heard water discharging from above the 5th floor of the building. It was

Mr. David J. Groth, Esquire
September 11, 2006
Page 4

subsequently determined there was no fire in the building. The water was turned off at the Penthouse sprinkler room. It was reported that water was found to be discharging from a fractured black cast/malleable iron tee fitting in the dry pipe system. Four sprinkler heads in the dry pipe system (in the portion of the system where the ice fractured) were also found to have been damaged by ice, to the point that they were leaking air pressure when the system was repaired and pressurized with compressed air.

MAI inspected the Kellogg Conference Center on February 3, 2003 and February 12, 2003. The damaged fire protection system tee fitting and sprinkler heads had been removed and replaced prior to MAI's inspection.

The subject Kellogg Conference Center building was a five story residential structure. The building was protected by several water based fire protection systems, including two dry pipe systems. The building was initially opened in 1995. The 4th and 5th story of the building contained areas that had dry pipe fire protection systems, where the main and branch piping was routed through unheated ceiling (attic) plenums between the finished ceilings of the rooms below and the metal roof deck.

The dry pipe system involved in the water damage incident was generally comprised of a Dry Pipe Valve and trim, black steel threaded pipe, threaded cast and/or malleable iron fittings, and upright closed sprinkler heads with thermo-sensitive elements and drains. A dry pipe system is installed where a wet pipe (water-filled) system cannot be installed because of the potential of the water in the piping being exposed to freezing conditions. Water freezing in fire protection piping creates conditions which could damage the piping and fittings, resulting in uncontrolled release of water into the building, and also creates conditions where ice in the piping could initially prevent flow of water to a sprinkler head under actual fire conditions. Dry pipe systems use air compressors to fill the sections of piping subject to freezing conditions with compressed air. A Dry Pipe Valve is the interface between the compressed air in the piping system and the water supply. In the event that a fire occurs, the heat of the fire causes the integral thermo-sensitive element to open the sprinkler head(s) nearest the heat source. Compressed air in the piping then discharges from the sprinkler head. The drop in air pressure causes the Dry Pipe Valve to open, charging the piping system with water, and allowing water to flow out of the open sprinkler head(s).

Dry pipe sprinkler systems are tested at intervals specified in National Fire Protection Association (NFPA) Standard 25, entitled "Inspection, Testing, And Maintenance Of Water-Based Fire Protection Systems". Testing includes full and partial "trip tests". A trip test is a simulation of the opening of a sprinkler head in a fire. A manual valve is opened to provide a release of compressed air pressure from the system, and the performance of the system components is observed and timed. At the conclusion of the testing, water is in the dry piping system. This water must be removed from the system to prevent freezing. Drum drips are provided throughout the system to drain, by gravity, any residual water out of the dry pipe system. A drum drip is a simple device consisting

Mr. David J. Groth, Esquire
September 11, 2006
Page 5

of two manual shutoff valves, and a section of larger diameter piping (the "barrel" section). The drum drip is connected through permanent piping to the low point of the dry pipe system which is to be drained. The upper valve in the drum drip is left open to allow any residual water to fill the "barrel" section. The lower valve is kept closed. To drain the drum drip, the upper valve is closed, to prevent a loss of compressed air pressure in the system, and the lower valve is opened, to allow the accumulated water to discharge. The lower valve is then closed and the upper valve is opened slowly so that the air compressor can keep the system pressure high enough to prevent false tripping. This process is repeated until all of the residual water is removed from the system.

In addition to residual water from trip tests, condensation of moisture from the compressed air occurs when the air in the dry piping system is cooled below dewpoint. This moisture must also be removed from the piping system to prevent freezing.

NFPA Standard No. 25, entitled "Inspection, Testing, And Maintenance Of Water-Based Fire Protection Systems" was reviewed.    This Standard contains the following requirement:

"12.4.4.3.3* Low points in dry pipe sprinkler systems shall be drained after each operation and before the onset of freezing weather conditions."

Review of the Contract For Automatic Sprinkler Equipment Inspection Service dated April 22, 2002, between Capitol and GSI (Exhibit 1 to the deposition of Mr. Vane) indicates that Capitol is required to inspect the fire protection systems semi-annually, to perform an Annual Trip Test of the two 4" Dry Pipe Valves, and, among other requirements, to "Open condensation drains on drum drip connections and drain low points during fall and winter inspection." This is consistent with the requirement in NFPA Standard No. 25.

Review of the Capitol Sprinkler Inspection, Inc. form dated January 9, 2003 (Exhibit 3 to the deposition of Mr. Vane) indicates, on line 15, "Note below any other conditions or deficiencies needing correction". This line is checked "Yes". Under the section of the form identified as "Deficiencies", there are no conditions indicated. All applicable aspects of the Attic Area system referenced on the form were marked as normal.

Review of METAR weather records for the KDCA Ronald Reagan National Airport (the reporting facility closest to the Kellogg Conference Center) indicates that the following weather conditions were experienced in the Washington, DC area during the period prior to the water damage incident:

| Date | High Temperature, degrees F | Low Temperature, degrees F |
| --- | --- | --- |
| January 1, 2003 | 51 | 42 |
| January 2, 2003 | 42 | 39 |

Mr. David J. Groth, Esquire
September 11, 2006
Page 6

The weather data indicate that in the four day period before the water damage incident, the temperature never exceeded freezing (32 F), and was as low as 14 degrees F.

| Date | | |
|---|---|---|
| January 3, 2003 | 39 | 35 |
| January 4, 2003 | 39 | 30 |
| January 5, 2003 | 33 | 28 |
| January 6, 2003 | 37 | 32 |
| January 7, 2003 | 37 | 25 |
| January 8, 2003 | 53 | 35 |
| January 9, 2003 | 62 | 39 |
| January 10, 2003 | 48 | 33 |
| January 11, 2003 | 36 | 27 |
| January 12, 2003 | 33 | 23 |
| January 13, 2003 | 46 | 24 |
| January 14, 2003 | 33 | 26 |
| January 15, 2003 | 33 | 19 |
| January 16, 2003 | 30 | 19 |
| January 17, 2003 | 30 | 19 |
| January 18, 2003 | 24 | 21 |
| January 19, 2003 | 32 | 19 |
| January 20, 2003 | 41 | 26 |
| January 21, 2003 | 31 | 19 |
| January 22, 2003 | 28 | 16 |
| January 23, 2003 | 21 | 14 |
| January 24, 2003 | 34 | 15 |
| January 25, 2003 | 35 | 17 |

The damage to the tee fitting and the sprinkler heads is consistent with excessive stress to these components during the expansion associated with phase change of liquid water to ice. Review of the elevation of piping and fittings in this area indicates that the area where the tee fitting fractured was a low point in the pitched fire protection piping system, and any water in the system (whether it was residual water from a prior trip test or water condensed from compressed air) would flow by gravity to this area of the piping system. Mr. Parham of Capitol also concluded that these components were damaged by formation of ice in the piping. The weather data support a conclusion that unheated areas in the building, such as the area where the subject tee fitting and sprinkler heads were located, were exposed to sub freezing conditions for a prolonged period of time prior to the incident.

Review of the testimony of Capitol employees indicates the following:

• Capitol advised GSI in the Contract dated April 22, 2002, that Capitol would drain all drum drips as part of the Winter Service.

Mr. David J. Groth, Esquire
September 11, 2006
Page 7

- Mr. Michael Bowlin, Capitol's employee performing the Winter Service on January 9, 2003, drained all of the drum drips *except* the drum drip (located above Conference Room 5200) that drains water from the portion of the dry pipe fire protection system where the tee fitting fractured.

- Mr. Bowlin's reason for not draining the drum drip above Conference Room 5200 was that his escort through the building (who he could not identify by either name or employer) did not have a hotel card key to access the drum drip.

- Mr. Bowlin never asked his Capitol co-worker (Mr. Tom Scott) to get the card key from the Front Desk of the hotel, five floors below. He never asked or told his escort to get the card key.

- Mr. Bowlin testified that he relied on his escort through the building to drain the drum drip above Conference Room 5200, even though he did not know what understanding, training, experience, background, reliability or competency his escort had, if any, in fire protection systems in general, or draining of drum drips specifically.

- Mr. Bowlin testified that he had never been told by Capitol that persons other than Capitol employees were permitted to do the work that Capitol was sent to perform. Mr. Bowlin then testified that he always "supervised" persons other than Capitol employees when they drained drum drips while he was on site. Mr. Bowlin testified that he never saw his escort drain the subject drum drip, and never checked later to see if the draining was properly performed.

- Mr. Bowlin testified that he knew there was accumulated water in the piping systems in the four drum drips that he actually did drain on January 9, 2003.

- Mr. Bowlin testified that at the time of his inspection of the dry pipe systems on January 9, 2003 there were no defects or problems with the Dry Pipe Valve, air compressor or other components that would have resulted in water entering the dry pipe system (in the absence of a fire).

The following conclusions are based on information reviewed to date, the author's education and experience. The conclusions are subject to change in the event that additional information is obtained. Based on the above investigation and analysis, MAI concludes the following, to a reasonable degree of engineering certainty:

1. The water damage incident that occurred on January 25, 2003 at the Kellogg Conference Center at Gallaudet University was caused by freezing of water in a dry pipe fire protection system located above the 5th story of the building. The freezing water caused expansion that overstressed a cast/malleable iron tee fitting in the dry pipe system, resulting in fracture of the fitting. The fracture allowed

Mr. David J. Groth, Esquire
September 11, 2006
Page 8

compressed air in the dry pipe system to leak out, which caused the Dry Pipe Valve to trip and open. The Dry Pipe Valve supplied water to the dry pipe fire protection system piping. Water then leaked out of the fractured tee fitting, resulting in substantial water damage to the building.

2. Water was in the dry pipe fire protection system as a result of the failure of Capitol Sprinkler Inspection, Inc. to properly perform the inspection and maintenance service that was required under the Contract For Automatic Sprinkler Equipment Inspection Service between Capitol and Guest Services, Inc. dated April 22, 2002. Specifically, Capitol was required to drain all drum drips in the fire protection system at the time of the Winter Service. The Winter Service was performed by Capitol on January 9, 2003. The Capitol inspector (Mr. Michael Bowlin) who was supposed to drain the drum drips as part of the Winter Service admitted that he did not drain the drum drip that removes water from the section of the dry pipe system where the tee fitting fractured.

3. The Capitol inspector knew, or should have known, that there was water in the piping system served by the drum drip that he failed to drain on January 9, 2003, based on his observation that there was water in the other four drum drips in the building that he did drain on that date. He knew, or should have known, that this accumulated water in the dry pipe system could freeze, damage piping and fittings, and result in an uncontrolled water discharge from the fire protection system.

4. The water damage incident would not have occurred if Capitol had properly drained all of the drum drips during the Winter Service performed on January 9, 2003, as required in the contract between Capitol and Guest Services, Inc.

Respectfully Submitted,

*Kenneth R. McLauchlan*

Kenneth R. McLauchlan, P.E., CFEI
Senior Mechanical Engineer

# CURRICULUM VITAE

## KENNETH R. McLAUCHLAN, P.E., CFEI

## CONSULTING MECHANICAL ENGINEER

===========================================================

McLauchlan and Associates, Inc.
474 Fawn's Walk
Annapolis, Maryland 21409-5657

Voice: (410) 269-4025  Fax: (410) 757-2221  Pager: (410) 295-2899
Cellular: (443) 994-0420

E-mail: kenmclauchlan@mclauchlan-engineers.com

## FORENSIC ENGINEERING EXPERIENCE AND QUALIFICATIONS

**1985-  McLauchlan and Associates, Inc.**
        **President, Senior Mechanical Engineer:**

Mechanical systems and equipment failure investigations on Heating, Ventilation and Air Conditioning Systems (Residential, Commercial and Institutional); Analyses of fire causation and smoke flow in buildings, gas and fuel oil equipment and systems, building automation systems, plumbing and process piping systems analysis, vacuum piping and central vacuum systems, medical gas systems, compressed air systems and air compressors. Diesel engine generators and support systems (fuel, lube oil, start air) Hydraulic power systems, industrial gas, oil, dual fuel fired equipment (dryers, furnaces, boilers, etc.) Analysis of high reliability, precision controlled IT facilities, including "clean" and raised access floor environments. Cost estimating and value engineering. Specification writing and interpretation. Mechanical power transmission (gear drives, belt drives, etc.) Water and wastewater treatment plant equipment and processes. PCB incident investigations. Automatic control systems (Pneumatic, electric, electronic, direct digital) Construction industry practices and standards. Pumps and associated system controls; piping, valves and fittings. Building code interpretation. Steam power plant systems and hospital mechanical systems. Asbestos abatement design review.

Specific Indoor Air Quality experience includes an evaluation of the EPA Headquarters, Washington D.C., and Casimir Pulaski Building, Washington, D.C., for employee health complaints related to alleged "sick building syndrome." Evaluated eight DEA Laboratories, nationwide, for ventilation system adequacy and employee safety.

Kenneth R. McLauchlan, P.E.

Performed engineering investigations for determination of causation in catastrophic fatality/property damage incidents. Projects include investigation of HVAC and Stack Effect in the distribution of toxic gases as a result of the fire at MGM Grand Hotel, Las Vegas, Nevada, and as a result of the PCB Fires at New World Tower in Miami and One Market Plaza, San Francisco, California. Investigated carbon monoxide incidents related to combustion of hydrocarbon fuels in heating equipment and appliances.

Expert testimony; depositions, bench and jury trials, and also mediation and arbitration.

## DESIGN ENGINEERING EXPERIENCE

**1985-    McLauchlan and Associates, Inc.**
**President:**

Design projects have included HVAC, plumbing and fire protection for a private school in Gaithersburg, MD, a high-rise apartment building in Rosslyn, Virginia, a retirement complex in Arlington, Virginia, a HEMP hardened Air Force satellite communications facility in Cavalier, ND, a Telecommunications Center hardened against blast, nuclear, biological, and chemical weapons at Clark Air Base, Philippine Islands. Designed elevated water storage facility, Suitland, Maryland. Performed Value Engineering studies and Constructibility Reviews for the Chrysler Corporation, the US Coast Guard, NAVFAC, the City of Baltimore, and the State of Maryland Dept. of General Services. Performed engineering analysis of building heating, ventilation, and air conditioning (HVAC) systems for compliance with specifications, codes, and standards.

**1982-    Stottler, Stagg, and Associates, Lanham, Maryland**
**1986    Department Head, Mechanical Engineering:**

Performed design of HVAC, plumbing and fire protection systems for a two million square foot Federal office building, military research laboratories (Pulse Laser and Underwater Acoustics), HEMP hardened satellite communications facilities, and various other military and commercial projects.

Clients include GSA, Naval Research Laboratory, Chesapeake Division NAVFAC, Tyndall Air Force Base, Bolling Air Force Base, Robins Air Force Base, Andrews Air Force Base, Army Corps of Engineers (Baltimore District/National Capital Area).

Major projects have included the design of water and wastewater treatment plants for Brevard County, FL, and for the U.S. Navy, and the retrofit design of citadel type HVAC

Kenneth R. McLauchlan, P.E.

systems for HEMP and blast hardened facilities. Performed design of residential HVAC, plumbing and fire protection.

**1981- Litton Bionetics, Inc., Frederick, Maryland**
**1982 Project Engineer, Facilities Engineering:**

Designed cancer research laboratories including renovation of abandoned military biological and chemical warfare facilities. HVAC and process piping designs included containment of carcinogenic biological and chemical materials and creation of "clean" environments for animal research. Evaluated energy conservation opportunities. Responsible for evaluation and oversight of A&E subcontractors. Designed experimental pathology laboratory and animal virus laboratory.

**1978- Sverdrup & Parcel and Associates, Silver Spring, Md.**
**1981 Project Engineer, Buildings Department:**

Started mechanical department. Designed HVAC, plumbing, and fire protection systems for maintenance buildings, a church, a 250-man military barracks, and hospital emergency room and pediatrics ward. Designed renovations for a federal pistol range, a locomotive repair factory, and an airport terminal building. Wrote specifications and developed engineers cost estimates for all projects. Clients include Washington Suburban Sanitary Commission, US Postal Service, Southview Presbyterian Church, Royal Norwegian Embassy, General Motors Corporation, Charleston Area Medical Center, West Virginia General Services Division, and Greenbriar Airport.

**1971- Whitman Requardt and Associates, Baltimore, Md.**
**1978 Design Engineer, Mechanical Department:**

Designed various aspects of water and wastewater treatment plants, including plant hydraulics and process piping. Wrote specifications and developed engineer's cost estimates for all projects. Clients included Washington Suburban Sanitary Commission, District of Columbia Environmental Services, and City of Richmond, Virginia.

REGISTRATION

Professional Engineer in the State of Maryland, 1978
Certified Fire and Explosion Investigator, NAFI, 2005

Kenneth R. McLauchlan, P.E.

## SECURITY CLEARANCE

Secret clearance, U.S. Government, DOD, (DISCO)
Clearance, U.S. Department of Justice, DEA

## EDUCATION

University of Maryland, BSME Degree in 1971
Carrier Corp., Microcomputer Design Course, 1982
ASHRAE, Smoke Control Design Course, 1985
National Fire, Arson and Explosion Training Program, 2005

## PROFESSIONAL AFFILIATIONS

American Society of Heating, Refrigeration, and Air
Conditioning Engineers
National Association of Fire Investigators
National Fire Protection Association
International Association of Arson Investigators
American Industrial Hygiene Association
Instrument Society of America
Association of Independent Consultants

## SEMINAR PRESENTATIONS GIVEN

DC Fire Investigation Branch - "Investigation of Mechanical Equipment Fires"
International Association of Arson Investigators - "Investigation of Mechanical
Equipment Fires"
Consumer Product Safety Commission - "Gas-Fired Equipment Fire Investigation"
Aegis Loss Prevention Roundtable - "Technical Aspects of Site Investigations"
International Association of Arson Investigators - "Mechanical Equipment Fires"

## OTHER LICENSES

FAA Commercial Pilot, Instrument Rated, ASEL

Kenneth R. McLauchlan, P.E., CFEI

Publications: Mr. McLauchlan has authored two publications, however both are classified SECRET by the US Department of Defense. Neither document is related to the issues in this case.

Billing Rate: Mr. McLauchlan's billing rate is $170.00 per hour for all case related work, including testimony under oath.

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
| --- | --- | --- |
| Marriott v. Carrier | Sussex Co. NJ | 21-Jul-93 |
| | | 27-Aug-93 |
| | | 04-Oct-93 |
| Shanks v. Suphin & Sons | Washington, DC | 14-Oct-92 |
| Shady Grove Adventist Heater | Montgomery Co., MD | 13-Jan-92 |
| FTI Case No. 6439.007 | | |
| Coffin v. Hillco Investments | Baltimore Co., MD | 21-Oct-94 |
| Coach House Fire | | |
| Conco v. Airshield | Bridgeport, Ct. | 07-Oct-94 |
| Joan & David v. Donohoe | Washington, DC | 23-Sep-94 |
| MD DGS v. Amos & Bailey | Baltimore, MD | 18-Aug-94 |
| | | 23-Aug-94 |
| | | 09-Sep-94 |
| Tran v. Yorkville | Fairfax Co., VA | 22-Sep-94 |
| Washington Design Center | Washington, DC | 11-Jun-90 |
| FTI Case No. 5617.024 | | |
| Hartford v. Coastal | Anne Arundel Co, MD | 07-Jul-92 |
| Heating & A/C | | 22-Jun-94 |
| Hedges v. Mallotte | Charlestown, WV | Oct, 1993 |
| | | Dec, 1993 |

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
|---|---|---|
| J. Johnson v. Bateman & Sons | Washington, DC | 12-Apr-91 |
| School Asbestos Litigation | Washington, DC | Apr, 1992 |
| Katz v. Trafalger House | Howard Co., MD | 23-Jun-93 |
| Wills v. US Air Force | Baltimore, MD | 07-Sep-93 17-Sep-93 |
| Continental Insurance v. Pennsylvania Ave Assoc. | Baltimore Co., MD | 10-Feb-93 |
| Williams v. Gorman Rupp | St. Thomas, USVI | 23-Mar-93 |
| Holland/King v. Pneumafil | Franklin, VA | 27-Sep-94 |
| Allstate v. Academy Heating | Montgomery Co., MD | 10-Jan-95 |
| Butler v. Americold | Overland Park, KS | 02-Dec-94 |
| Egg Harbor Twp BOE v. Wasleski Steelman | Atlantic City, NJ | 31-May-94 |
| Strunk v. GWU | Washington, DC | Dec, 1990 |
| Grimes v. Moeller Pools | Montgomery Co., MD | Apr, 1993 |
| Arledge V. United Sheet Metal | Washington, DC | Apr, 1992 |

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
| --- | --- | --- |
| Genzyme v. MEMCO | Rockville, MD | 16-Oct-95 |
| Donald Brooks v. Energywise et al | Kansas City, KS | 11-Jul-95 |
| Wright v. Plastics Inc. of Rayne et al | Orange Co., VA | 14-Jun-95 |
| Browns Arcade v. Baltimore Thermal Energy | Baltimore, MD | 1992 |
| Fosque v. M & L Trucks et al | Baltimore, MD | 09-Jun-95 20-Jun-95 |
| Eastern Yacht Club v. American Insurance et al | Baltimore, MD | 11-May-95 |
| C3 v. Jennings | Loudon Co., VA | June, 1992 |
| 4 Seasons Athletic Club v. American Fire Protection | Carroll Co., MD | Apr, 1993 |
| Gore House Fire FTI Case. No. 5617.016 | Washington, DC | Sep, 1991 |
| Maynard v. Hill | Charles Co., MD | 24-Mar-95 |
| Cavallaro v. Chair Co. | Bridgeport, CT | May, 1993 |

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
|---|---|---|
| RIMSI et al v. Washington Gas | Baltimore, MD | 15-Dec-95 26-Jan-96 08-Feb-96 |
| OHEAC v. Lustine | Silver Spring, MD | 24-Jan-96 |
| Dennis v. Baltimore Rigging | Baltimore, MD | 07-Jun-96 |
| Enzon v. Mediquick | Baltimore, MD | 29-Jul-96 |
| Artic v. Mark III | Cincinatti, OH | 30-Aug-96 |
| Martinson v. Eastern Thulmann | Ellicott City, MD | 05-Sep-96 |
| Bretheran Mutual v. Stenger | Easton, MD | 11-Oct-96 |
| Bretheran Mutual v. Lenco | Easton, MD | 28-Oct-96 |
| Rowan v. Rowan Heating & A/C | Lanham, MD | 07-Nov-96 |
| Sines v. Suburban Propane | Baltimore, MD | 05-Feb-97 |
| Hall v. Sears | West Virginia | 27-Mar-97 |
| Aetna v Marsh Instruments | | 22-Apr-97 |
| Len Popa v. Goetzinger | Baltimore, MD | 23-Apr-97 |
| Hartford Casualty v. McCrea | Baltimore, MD | 01-Apr-97 |

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
|---|---|---|
| Andrews v. Dupont | Haddonfield, NJ | 30-Jun-97<br>08-Oct-97 |
| | | 30-Oct-97 |
| Hall v. Norton | Greenbelt, MD | 23-Jul-97 |
| Wilson Towers LP v Water Treatment Specialists, Inc. | Rockville, MD | 13-Nov-97 |
| National Surety v Laforgia Fuel | New York, NY | 14-Nov-97 |
| WV Underground Storage Tank Fund v Martinsburg, WV<br>Spigler et al | | 02-Mar-98 |
| Crown Group et al v Hayden<br>Schweitzer et al | Baltimore, MD | 27-May-98 |
| Manny's Oriental Rugs et al v<br>Eby and Sons, Inc. | Baltimore, MD | 24-Jun-98 |
| Brown v Monacle Management | Rockville, MD | 7-Jul-98 |
| Cooper v Clayton et al | Annapolis, MD | 22-Oct-98 |
| Putnam v Temco et al | Baltimore, MD | 16-Nov-98 |
| Woolsey Markets et al<br>v. Teraoka et al | Pittsburgh, PA | 2-Dec-98 |

Page 5 of 12

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
|---|---|---|
| Richardson v National REO and Washington Gas | Washington, DC | 5-Mar-99 |
| Dawn Sautter v BGE et al | Baltimore, MD | 18-Mar-99<br>1-Jun-99 |
| Allstate v Sappington Masonry et al | Annapolis, MD | 9-Jun-99 |
| Bennett v Charlotte Pipe | Annapolis, MD | 2-Aug-99 |
| Minner et al v Emory Hill et al | Wilmington, DE | 13-Oct-99<br>15-Nov-99 |
| JPS v. AUI | New York, NY | 20-Oct-99 |
| Williams v. SCSU et al | Columbia, SC | 14-Dec-99 |
| Erie v. WSSC | Laurel, MD | 10-Jan-00 |
| Sule Koiko v. Southern Management | Lanham, MD | 28-Mar-00 |
| Burke v Richmond American Homes | Annapolis, MD | 11-Apr-00 |
| Kilby v United Propane et al | Baltimore, MD | 28-Jul-00 |
| Whyne v Crown Foods et al | Annapolis, MD | 12-Sep-00 |
| Wade v Fleetwood Homes | Richmond, VA | 25-Sep-00 |

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
| --- | --- | --- |
| Wilke Management v Enviromaster | Baltimore, MD | 9-Nov-00 |
| Valiant/Blankenship v Fireside | Baltimore, MD | 7-Dec-00 |
| Christian/Allstate v Sunbeam | Annapolis, MD | 9-Dec-00 |
| Global Building v Livingston | Baltimore, MD | 16-Jan-01 |
| Erie/Hessler v. Greenfield Corp. | Annapolis, MD | 8-Feb-01 |
| PMC v Selby et al | Baltimore, MD | 12-Feb-01 |
| Liberty Mutual v. Hearth Products et al | Baltimore, MD | 27-Feb-01 |
| Brethren Mutual et al v Amerigas | Baltimore, MD | 31-Jul-01 |
| Celtic Sheet Metal, LLC v Chevy Chase Bank | Beltsville, MD | 10-Aug-01 |
| South Second Street Plainfield Realty v Grinnel and Injectron | Newark, NJ | 8-Oct-01 |
| Jordan et al v Sandwell et al | Roanoke, VA | 5-Nov-01 |
| Hartford v Industrial Steam Cleaning, Inc. | Annapolis, MD | 23-Jan-02 |

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 – Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
| --- | --- | --- |
| Erie v Magic Broom et al | Rockville, MD | 24-Jan-02 |
| Harford Mutual v. Proctor Silex | Baltimore, MD | 28-Jan-02 |
| Charles Brothers dba Popeyes of AA Co. v BGE | Baltimore, MD | 5-Apr-02 |
| Liberty Yacht Club v American Alliance Insurance Co. | Annapolis, MD | 5-Apr-02 |
| Nationwide/Mebane v Grason Homes et al | Annapolis, MD | 3-May-02 |
| Allstate/Wylie v General Electric | Annapolis, MD | 7-May-02 |
| Allstate/Veal v. Perrier | Annapolis, MD | 11-Jul-02 |
| Allstate/Dougherty v. Amana | Annapolis, MD | 19-Aug-02 |
| Allstate/Bauer v. Maytag | Baltimore, MD | 19-Sep-02 |
| County Commissioners for St. Mary's County v. Essex Tompkins Joint Venture et al | Baltimore, MD | 14-Oct-02 23-Jan-03 |
| Allstate v Allegheney Power | Rockville, MD | 31-Jan-03 |
| Scott v. Washington Gas Light et al | Washington DC | 28-Apr-03 |

Page 8 of 12

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
|---|---|---|
| Travelers v Carter Fuel | Rockville, MD | 4-May-03 |
| State Farm et al v Amerigas | Baltimore, MD | 9-May-03 |
| Lawson v Broksonic | Annapolis, MD | 13-May-03 |
| State Farm v. Skyline | Towson, MD | 9-Jul-03 |
| Firth v Dorchester Service Assoc. | Baltimore, MD | 4-Aug-03 |
| HRGM v SCM | Washington, DC | 7-Aug-03 |
| TransAm Trucking v. Freightliner | Kansas City, MO | 5-Sep-03 |
| Welch Products v Cumberland Eng. | St. Louis, MO | 13-Nov-03 |
| | | 10-May-04 |
| Allstate/Smith v. NVR Homes | Annapolis, MD | 17-Nov-03 |
| Peninsula Ins. v India Palace | Baltimore, MD | 25-Nov-03 |
| Wheatley v Cato Oil | Baltimore, MD | 19-Jan-04 |
| Young v. Eastern Shore Gas | Baltimore, MD | 13-Feb-04 |
| Allstate v. Minkoff et al | Washington DC | 27-Feb-04 |
| Furr v. WSSC | Laurel, MD | 24-May-04 |

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
|---|---|---|
| Lexington Ins. v. L.B. Mechanical | Rockville MD | 8-Jun-04 |
| Gangestad v Avant Garde Scientific, Inc. | Rockville, MD | 24-Jun-04 |
| St Paul Fire & Marine v. Quadrange | Lanham, MD | 1-Jul-04 |
| Harford Mutual v Apria | Baltimore, MD | 16-Jul-04 |
| Johnson v Washington Gas | Washington, DC | 20-Aug-04 |
| Chubb Group v. Bear Industries | Wilmington DE | 23-Aug-04 |
| State Farm v General Electric | Towson, MD | 13-Sep-04 |
| Chubb Group v. King et al | Washington, DC | 20-Sep-04 |
| State Farm v Huyett | Wilmington, DE | 1-Oct-04 |
| Cozy Restaurant v BFPE | Baltimore, MD | 17-Jan-05 |
| Encompass Ins. V Cher-Chris | Baltimore, MD | 26-May-05 |
| Hartford Fire Ins. Et al v. Quality HVAC Service, Inc. | Annapolis, MD | 20-Jun-05 |
| Kanhouwa v. ASR Associates | Annapolis, MD | 21-Jun-05 |
| Burgan v Insurance Company | St. Louis, MO | 31-Aug-05 |

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
| --- | --- | --- |
| of Hannover | | |
| Nationwide v Virginia Sprinkler Co. | Washington, DC | 30-Nov-05 |
| Richards v Trane | Richmond, VA | 7-Dec-05 |
| Cyndex LLC v Exel Merit Mech Contractors, LLC | Towson, MD | 28-Dec-05 |
| Schafer v. Monogram Building & Design, Inc. | Towson, MD | 18-Jan-06 |
| Isaacs v Harmon | Wilmington, DE | 5-Feb-06 |
| Escalante v Delmarva Oil | Easton, MD | 10-Apr-06 |
| Atlantic Mutual aso Tessco v Potts & Callahan et al | Lanham, MD | 28-Apr-06 |
| Allstate v Richland Homes, Inc. | Annapolis, MD | 18-May-06 |
| Allstate v Rollyn Const. | Annapolis, MD | 9-Jun-06 |
| Mawhorr v Sunspot et al | Glen Burnie, MD | 13-Jun-06 |
| Selective aso Smullens v Empire | Baltimore, MD | 11-Aug-06 |

Kenneth R. McLauchlan, P.E.
Deposition Testimony Experience: 1983 - Present

| Case Caption or Case Name | Jurisdiction | Deposition Date |
|---|---|---|
| Bethany United Methodist Church aso Brethren Mutual v. Chim Cheree | Annapolis MD | 21-Aug-06 |
| Harford Mutual a/s/o American Home Medical v. Masterline Inc. | Towson, MD | 24-Aug-06 |

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case:          New World Tower v FPL
Client:        Florida Power & Light
Attorney:      Steele Hector & Davis
Jurisdiction:  Federal Court, Miami District
Year:          1989

Case:          Crazytown v. BUG
Client:        Brooklyn Union Gas
Attorney:      Cullen & Dykeman
Jurisdiction:  NYC Court, Brooklyn District
Year:          1990

Case:          Strunk v. GW University
Client:        GW University
Attorney:      Leo Roth, Esq.
Jurisdiction:  Federal Court, DC District
Year:          1991

Case:          Rogovin v. Climate Control et al
Client:        Hartford Ins. Co.
Attorney:      Cozen & O'Connor
Jurisdiction:  Federal Court, DC District
Year:          1992

Case:          4 Seasons Athletic Club v.
               American Fire Protection Co., et al
Client:        4 Seasons Athletic Club
Attorney:      Cozen & O'Connor
Jurisdiction:  Carroll County District Court, Md
Year:          1993

Case:          Werner v Harland Simon Controls
Client:        Harland Simon Controls
Attorney:      Rubinate & Marks

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Jurisdiction: Federal Court, Allentown PA District

Year:        1991

Case:        C3 v. Jennings
Client:      Jennings Service Co.
Attorney:    Doherty, Sheridan & Crimaldi
Jurisdiction: Loudon County District Court, VA
Year:        1992

Case:        Raab v. Hartford Insurance Co.
Client:      Hartford Ins. Co.
Attorney:    Mahoney, Hogan, Heflin & Heald
Jurisdiction: Arbitration
Year:        1992

Case:        Sieler v. Henderson Webb
Client:      Allstate Ins. Co.
Attorney:    Anderson & Quinn
Jurisdiction: Baltimore County Md. District Court
Year:        1992

Case:        Williams v. Gorman Rupp
Client:      Gorman Rupp Pump Co.
Attorney:    James Hymes III, Esq
Jurisdiction: Federal District Court, USVI
Year:        1993

Case:        Susewind v. Richards A/C
Client:      Rose Susewind
Attorney:    Richard Downey, Esq.
Jurisdiction: District Court, Fairfax Co., VA
Year:        1993

Case:        Shanks v. Sutphin & Sons, Inc.
Client:      Sutphin & Sons

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Attorney:    O'Connell & O'Connell

Year:        1993
Jurisdiction: District Court, Washington, DC

Case:        CHOP v.Phila. Thermal Energy Corp.
Client:      CHOP
Attorney:    Margolis,Edelstein, Schleris and Kramer
Jurisdiction: Philadelphia Court of Common Pleas
Year:        1994

Case:        Wills v. USA
Client:      Charles Wills
Attorney:    Ward, Klien & Miller
Year:        1994
Jurisdiction: Federal Court, Baltimore District

Case:        Hartford v. Coastal Heating & Air Cond.
Client:      Coastal Heating & Air Cond.
Attorney:    Carr, Goodson & Lee
Jurisdiction: District Court, Anne Arundel Co, MD
Year:        1995

Case:        Martino v. Pentagon City et al
Client:      John J. Kerlin, Inc.
Attorney:    Carr, Goodson & Lee
Jurisdiction: District Court, Arlington Co. VA
Year:        1995

Case:        Dost v. Beckett, Carter's Heating et al.
Client:      Donald & Carol Jean Dost
Attorney:    Kaufmann & Shilling
Jurisdiction: Gettysburg, PA Court of Common Pleas
Year:        1995

Case:        Buford W. Wright v. Plastics of Rayne, et al.

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Client:        Buford W. Wright
Attorney:      Ashcraft & Geral
Jurisdiction:  District Court, Orange County, VA
Year:          1995

Case:          Donald Brooks v. Energywise, Inc.
Client:        Energywise Inc.
Attorney:      Armstrong Teasdale Schlafly & Davis
Jurisdiction:  Johnson Co. Kansas District Court
Year:          1995

Case:          Eastern Yacht Club v.
               United States Fire Ins. et al.
Client:        Eastern Yacht Club
Attorney:      Irwin, Kerr, Green McDonald & Dexter
Jurisdiction:  Federal Court, Baltimore, MD
Year:          1995

Case:          Maynard v Hill
Client:        James Hill
Attorney:      Saccer Clagget & Bucher
Jurisdiction:  Circuit Court, Charles Co., MD
Year:          1996

Case:          Merrimac Mutual & RIMSI v Washington Gas
Client:        Washington Gas
Attorney:      Martin A. Durkin, Esq.
Jurisdiction:  Circuit Court, Prince Georges Co., MD
Year:          1996

Case:          Artic Heating & A/C v Mark III Mechanical
Client:        Mark III Mechanical
Attorney:      Bensch, Friedlander Coplan & Aronoff
Jurisdiction:  Court of Common Pleas, Hamilton Co.,OH
Year:          1996

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

| | |
|---|---|
| Case: | Buford W. Wright v. Plastics of Rayne, et al |
| Client: | Buford W. Wright |
| Attorney: | Ashcraft & Geral |
| Jurisdiction: | District Court, Orange County, VA |
| Year: | 1996 |

| | |
|---|---|
| Case: | 1631 Kalorama Assoc. v Aetna Ins. Co. |
| Client: | Aetna Insurance Co. |
| Attorney: | Hogan Heffler & Heald |
| Jurisdiction: | Superior Court, DC |
| Year: | 1996 |

| | |
|---|---|
| Case: | Chubb Group v. Lustine Chevrolet |
| Client: | Chubb Group |
| Attorney: | Saunders & Schmeler |
| Jurisdiction: | Superior Court, DC |
| Year: | 1996 |

| | |
|---|---|
| Case: | Joan & David v. Donohoe |
| Client: | St. Paul Insurance |
| Attorney: | Fiscella & Kelly |
| Jurisdiction: | Superior Court, DC |
| Year: | 1996 |

| | |
|---|---|
| Case: | Brethren Mutual v. Stenger Gas Co. |
| Client: | Brethren Mutual Insurance |
| Attorney: | Campen & Walsworth |
| Jurisdiction: | District Court, Kent Co. MD |
| Year: | 1997 |

| | |
|---|---|
| Case: | Brethren Mutual v. Lenco |
| Client: | Brethren Mutual Insurance |
| Attorney: | Campen & Walsworth |
| Jurisdiction: | Circuit Court, Caroline Co. MD |

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Year:        1997

Case:         Len Popa et al v. Goetzinger
Client:       Great American Insurance Co
Attorney:     Lipshutz & Hone
Jurisdiction: Circuit Court, Baltimore Co. MD

Year:        1997

Case:         Hartford v McCrea
Client:       Hartford Insurance Co.
Attorney:     Niles Barton & Wilmer
Jurisdiction: Federal Court, Greenbelt MD

Year:        1997

Case:         Andrews v Dupont
Client:       Dupont Corp.
Attorney:     Archer & Greiner
Jurisdiction: Superior Ct., Cumberland Co. NJ

Year:        1997

Case:         Dodson v Grease Monkey
Client:       Grease Monkey
Attorney:     Bitzendine, Bergen & Tripoda
Jurisdiction: District Ct., Prince William Co., VA

Year:        1997

Case:         Aberdeen Boys and Girls Club v Madigan
Client:       Madigan Construction, Inc.
Attorney:     Ober Kaller Shiver
Jurisdiction: Arbitration, Baltimore, MD

Year:        1998

Case:         SB Construction v. Montgomery College
Client:       Montgomery College
Attorney:     Ober Kaller Shiver

Kenneth R. McLauchlan, P.E.

Trial testimony experience, 1983 - Present:

Jurisdiction: Mediation, Washington, DC
Year: 1998

Case: Baker v SMO
Client: Allstate Insurance Co.
Attorney: Allewalt & Murphy
Jurisdiction: Circuit Court, Charles Co., MD
Year: 1998

Case: Stanciu Management v Water Treatment Specialist
Client: Water Treatment Specialists
Attorney: McCarthy Ethridge & Wilson
Jurisdiction: Circuit Court, Prince Georges County, MD
Year: 1999

Case: Woolsey Markets v Teroka et al
Client: Cigna Insurance Co.
Attorney: William G. Adamson, Esq.
Jurisdiction: Pennsylvania Court of Common Pleas, Beaver, PA
Year: 1999

Case: Angeline Thomas v. Sta-Rite Industries
Client: Allstate Insurance Co.
Attorney: Ryan & Drewniak
Jurisdiction: Prince Georges County District Court
Year: 1999

Case: Bernstein v Washington Gas
Client: Bernstein Management Co.
Attorney: O'Malley, Miles, Nylen & Gilmore, P.A.
Jurisdiction: Maryland Public Service Commission
Year: 2000

Case: Weaver v. Lambden & Sons
Client: State Farm Insurance

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case:       Gwynn v Cherry v Southern Wheel & Hubcap
Client:     Erie Insurance
Attorney:   Mal Snyder, Esq.
Jurisdiction: District Court of Prince Georges County, MD
Year:       2002

Case:       Jan v. Bradford White
Client:     Allstate Insurance
Attorney:   Charles Fratus, Esq.
Jurisdiction: District Court of Howard County
Year:       2002

Case:       Brown v. Midway Bally
Client:     Allstate Insurance
Attorney:   Charles Fratus, Esq.
Jurisdiction: Baltimore County, MD (Arbitration)
Year:       2002

Case:       Scott v. Liberty Pumps
Client:     Allstate Insurance
Attorney:   Charles Fratus, Esq.
Jurisdiction: Baltimore County, MD (Arbitration)
Year:       2002

Case:       Karankis v Magic Broom
Client:     Erie Insurance
Attorney:   McCarthy and Wilson
Jurisdiction: District Court of Prince Georges County, MD
Year:       2002

Kenneth R. McLauchlan, P.E.

Trial testimony experience, 1983 - Present:

Case: James/Hartford v Clark Turner et al
Client: Hartford Insurance
Attorney: Niles, Barton & Wilmer
Jurisdiction: District Court of Harford County, Maryland
Year: 2002

Case: Shifflett v Mitchell Plumbing & Heating
Client: Farmers Insurance
Attorney: R. Douglass Kattell, Esquire
Jurisdiction: Baltimore County, MD (Arbitration)
Year: 2003

Case: Hitt v. Loughlin and Tsponuts
Client: Wilson Hitt
Attorney: Robert Flynn III, Esquire
Jurisdiction: Circuit Court, Montgomery County, Maryland
Year: 2003

Case: Dougherty v Amana
Client: Allstate Insurance
Attorney: Charles Fratus, Esq.
Jurisdiction: District Court, Anne Arundel County, MD
Year: 2003

Case: Lebherz v Nationwide
Client: Allstate Insurance
Attorney: White & Williams, LLP
Jurisdiction: Baltimore County, MD (Arbitration)
Year: 2003

Case: Foster v. Meintzer Bros. Petroleum
Client: Federated Insurance Co.
Attorney: Goldberg Pike & Besche
Jurisdiction: Talbot County District Court, Easton, MD
Year: 2003

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case:      CNA v Global Imaging
Client:    CNA Insurance
Attorney:  Law Offices of John W. Sheldon
Jurisdiction: Baltimore County, MD (Arbitration)
Year:      2003

Case:      Hollander et al v India's Palace
Client:    Peninsula Insurabce
Attorney:  Niles Barton & Wilmer
Jurisdiction: Anne Arundel County, MD (Arbitration)
Year:      2003

Case:      St. Mary's County v Essex Tompkins Jt Venture
Client:    St. Mary's County, MD
Attorney:  Ober Kaller Grimes & Shriver
Jurisdiction: St. Mary's County, MD
Year:      2003

Case:      Beard v Climate Control of Harrisonburg, Inc.
Client:    Climate Control of Harrisonburg, Inc.
Attorney:  Timberlake, Smith, Thomas & Moses, P.C.
Jurisdiction: Rockingham County VA Circuit Court
Year:      2003

Case:      Wheatley v Cato Oil
Client:    Erie Insurance
Attorney:  McCarthy Wilson
Jurisdiction: Wicomico County MD Circuit Court
Year:      2004

Case:      Rau v Carroll Independent Fuel
Client:    Chubb Insurance

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Attorney: White & Williams
Jurisdiction: Baltimore County, MD (Arbitration)
Year: 2004

Case: Nationwide v. General Refrigeration
Client: Nationwide Insurance
Attorney: Butler Pappas
Jurisdiction: Baltimore County, MD (Arbitration)
Year: 2004

Case: West Virginia v Bolton
Client: State of WV
Attorney: District Attorney James Davis, Esquire
Jurisdiction: New Cumberland, WV
Year: 2004

Case: Blue Ridge Farms v. Hallam Engineering
Client: Law Office of Robert Sheps
Attorney: Robert Sheps, Esq.
Jurisdiction: Nassau County, NY (Arbitration)
Year: 2004

Case: Travelers Insurance v. Carter Fuel Oil
Client: Travelers Insurance Co.
Attorney: Law Office of Roger Mackey, PA
Jurisdiction: Montgomery County, MD District Court
Year: 2004

Case: Welch V Cumberland Engineering
Client: Travelers Insurance/Investigative Engineering
Attorney: Brown & James
Jurisdiction: Federal Court,St. Louis, Missouri
Year: 2004

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case: Furr v. WSSC
Client: Brethren Mutual Insurance Company
Attorney: Niles, Barton & Wilmer
Jurisdiction: Dist Court, Prince Georges County, MD
Year: 2004

Case: Selective Ins. v EMH Environmental
Client: Hartford Ins
Attorney: William Klump, Esq.
Jurisdiction: Baltimore County, MD (Arbitration)
Year: 2004

Case: Florence Fields v Kerobel
Client: St. Paul Travelers Insurance
Attorney: William Crawford, Esquire
Jurisdiction: Baltimore County, MD (Arbitration)
Year: 2005

Case: Ellis v Goulds Pumps
Client: Allstate Insurance
Attorney: Fratus Campbell & Brady
Jurisdiction: Montgomery County, MD (Mediation)
Year: 2005

Case: Byrd v Griffith Consumers Oil Co.
Client: Nationwide Agribusiness Insurance Co.
Attorney: Joseph Rosenblatt, Esquire
Jurisdiction: Dist Court, Prince Georges County, MD
Year: 2005

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case: Chubb v. McMahan Oil Company, Inc.
Client: Chubb Insurance Group
Attorney: White & Williams LLP
Jurisdiction: Baltimore County, MD (Arbitration)
Year: 2005

Case: Federal Insurance v. Bear Industries, Inc.
Client: Federal Insurance Company
Attorney: Cozen O'Connor
Jurisdiction: Federal District Court, Wilmington, DE
Year: 2005

Case: Cook a/s/o USAA v Armstrong Air Conditioning
Client: USAA
Attorney: Cozen O'Connor
Jurisdiction: Fairfax County, VA (Arbitration)
Year: 2005

Case: Zurich v Metropolis Heating & Cooling
Client: Zurich Insurance Company
Attorney: Parler & Wobber
Jurisdiction: Baltimore County, MD (Arbitration)
Year: 2005

Case: Cedar Hill Hardware v ICH
Client: Insurance Company of Hannover
Attorney: Brown & James
Jurisdiction: Federal District Court, St. Louis, MO
Year: 2006

Case: Allstate v. Zeiller Plumbing

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Client: Allstate Insurance Company
Attorney: Fratus Campbell & Brady
Jurisdiction: Baltimore County, MD (Arbitration)
Year: 2006

Case: Nationwide v. Appliance Repair
Client: Nationwide Insurance Co.
Attorney: Steven L. Smith, Esquire
Jurisdiction: Baltimore County, MD (Arbitration)
Year: 2006