## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as subrogee of Gallaudet University, | : : : : |
| Plaintiff, | : : |
| v. | Case No. 1:05-CV-02115 : : |
| CAPITOL SPRINKLER INSPECTION, INC. | : : |
| Defendant/Third-Party Plaintiff, | : : |
| v. | : : |
| GUEST SERVICES, INC., | : : |
| Third-Party Defendant. | : |

## ORDER

**AND NOW**, this _____ day of _____, 2007, upon consideration of Defendant Capitol Sprinkler Inspection, Inc.'s Motion in Limine to exclude the testimony and opinions of Plaintiff's expert witnesses, James Dunaway and Charles Murray, and the offering of evidence relating to Plaintiff's Rule 26(a)(2)(B) Disclosure of Expert Testimony and Supplement thereto, and any opposition thereto, Defendant's Motion is hereby **GRANTED**.

**SO ORDERED**.

_____
J.

DE078255.1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as subrogee of Gallaudet University, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | Case No. 1:05-CV-02115 <br> : <br> : |
| CAPITOL SPRINKLER INSPECTION, INC. | : <br> : |
| Defendant/Third-Party Plaintiff, | : <br> : |
| v. | : <br> : |
| GUEST SERVICES, INC., | : <br> : |
| Third-Party Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant Capitol Sprinkler Inspection, Inc.'s Motion to Extend the Time for Expert Discovery to allow additional time for Expert Disclosures and Discovery, and any opposition thereto, Defendant's Motion is hereby **GRANTED**.

**SO ORDERED**.

_____
J.

DE078255.1