UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>     v.<br><br>CAPITOL SPRINKLER INSPECTION, INC.<br><br>   Defendant/Third-Party Plaintiff,<br><br>     v.<br><br>GUEST SERVICES, INC.<br><br>   Third-Party Defendant. | Civil Action No. 05–2115 (CKK) |

**ORDER**
(June 1, 2007)

     Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 1st day of June, 2007, hereby

     ORDERED that Defendant's [29] Motion for Leave to Supplement Defendant's Rule 26(a)(2)(B) Disclosures is DENIED; it is also

     ORDERED that Defendant's [39] Motion in Limine or in the Alternative to Extend Time for Expert Discovery is DENIED IN PART; it is also

     ORDERED that if Plaintiff still wishes to substitute Mr. Murray for Mr. Dunaway as a damages witness, Plaintiff shall submit additional materials with respect to Mr. Murray's role as an employee of Plaintiff and his involvement with the incident in question by June 15, 2007. Plaintiff shall also indicate when Plaintiff learned of Mr. Dunaway's unavailability (and if in fact

Mr. Dunaway is unavailable) by June 15, 2007.  Defendant may file a response by June 29, 2007; it is also

ORDERED that Norman H. Brooks, admitted *pro hac vice* for purposes of this case, must be accompanied by Donald R. Kinsley for any future court appearances and must have any and all court submissions co-signed by Mr. Kinsley.

SO ORDERED.

                                             /s/
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge