# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. PAUL MERCURY INSURANCE COMPANY, :
as Subrogee of Gallaudet University         :         CASE NUMBER: 1:05-cv-02115
                                            :
    Plaintiff                               :
                                            :
    vs.                                     :
                                            :
CAPITOL SPRINKLER INSPECTION, INC           :
                                            :
    Defendant                               :

**PLAINTIFF ST. PAUL MERCURY INSURANCE COMPANY
A/S/O GALLAUDET UNIVERSITY'S
INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiff, St. Paul Mercury Insurance Company a/s/o Gallaudet University makes the following initial disclosures. These disclosures are being made without waiver of and subject to all objections as to attorney-client privilege, work product and relevance.

    A.    **Individuals Likely to have Discoverable Information That Plaintiff May Use to Support Its Claims**

Gary B. Aller
Director of Business Operations
Gallaudet University
800 Florida Avenue, NE
Washington, DC  20002-3695
    Liability/Damages

Stephen Logue
Managing Director
Guest Services
Gallaudet University
Kellogg Conference Center
800 Florida Ave., N.E.
Washington, DC  20002-3695
    Liability

P-001

Representatives of
Capitol Sprinkler Inspection, Inc.
6550 Dobbin Road
Columbia, MD   21045
    Liability

Kenneth R. McLauchlan, P.E.
Sr. Mechanical Engineer
McLauchlan & Associates, Inc.
474 Fawns Walk
Annapolis, Maryland  21401-5657
    Liability

William Tillett
BelforUSA
10850 Hanna Street, Suite L
Beltsville, MD   20705
    Damages

Jonathan P. Dunn
Adjuster
Vanguard Adjusters Group, Inc.
P. O. Box 835
Woodbury, NJ   08096
    Damages

Carville C. Evering, Jr.
Corporate Operations Manager
Nardone & Company, Inc.
838 Ritchie Highway, Suite #2
Severna Park, MD   21146
    Damages

Lee E. Gaskins, MA, CHS-III
Manager, Risk Management & Insurance
Gallaudet University
800 Florida Ave., N.E.
Washington, DC   20002-3695
    Damages

James Dunaway
St. Paul Travelers Insurance Co.
P. O. Box 15366
Pensacola, FL   32514
    Damages

B.  **Documents, Data, Compilations and Tangible Things in the Possession, Custody or Control of Plaintiff That Plaintiff May Use to Support Its Claims**

1. Capitol Sprinkler Inspection, Inc. Contract for Automatic Sprinkler Equipment Inspection Service dated 4/22/02 between Capitol Sprinkler Inspection, Inc. and Guest Services c/o Gallaudet Conference Center

2. Gallaudet University Department of Safety and Security Incident Report dated 1/25/03

3. Weather data for January 2003 observed at Washington, DC – Ronald Reagan National Airport

4. Capitol Sprinkler Inspection, Inc. report dated 1/9/03

5. Capitol Sprinkler Inspection, Inc. report dated 7/2/02

6. Dry Valves Location Checklist

7. Capitol Sprinkler Contracting, Inc. invoice dated 1/29/03

8. Plaintiff's Summary of Damages and supporting documentation

9. Physical evidence

C.  **Computation of Damages Claimed.**

| | |
|---|---|
| **Real Property** | $709,822.82 |
| **Business Personal Property** | <u>90,200.03</u> |
| | $800,022.85 |

D.  The Existence of Any Insurance Agreements Under Which Any Person or Entity Carrying on an Insurance Business may be Liable to Satisfy Part or all of the Judgment that may be Entered in this Case.

Not applicable to plaintiff.

COZEN O'CONNOR

BY: _____
DAVID J. GROTH, ESQUIRE (phv)
DANIEL J. LUCCARO, ESQUIRE (phv)
The Atrium - Third Floor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

and

MESIROW & STRAVITZ
Eric Stravitz, Esquire
2000 Massachusetts Avenue
Suite 200
Washington, DC 20036
(202) 463-0303

ATTORNEYS FOR PLAINTIFF,
ST. PAUL MERCURY INSURANCE COMPANY