**EXHIBIT B**

## CERTIFICATE OF SERVICE

I, David J. Groth, hereby certify that a true and correct copy of Plaintiff's Supplemental Disclosure of Expert Testimony Under Rule 26(a)(2)(B) was mailed this 2nd day of January, 2007, via U.S. mail, postage prepaid to the following counsel of record:

Norman H. Brooks, Esquire
Marks, O'Neill, O'Brien & Courtney
913 North Market Street, #800
Wilmington, DE 19805


Stephen Horvath, Esquire
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive, P.O. Box 22
Fairfax, VA 22030

_____
DAVID J. GROTH