# EXHIBIT C



# COZEN
## O'CONNOR
ATTORNEYS

JAN 0 4 2007

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**David J. Groth**
Direct Phone 215.665.2056
Direct Fax    215.701.2056
dgroth@cozen.com

January 2, 2007

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney
913 North Market Street, #800
Wilmington, DE  19805

    Re:  St. Paul Mercury Insurance Company, as Subrogee of Gallaudet
           University v. Capitol Sprinkler Inspection, Inc., et al.
           Case No. 1:05CV02115
           Our File No.:  134164

Dear Mr. Brooks:

    Please find enclosed herewith Plaintiff's Supplemental Disclosure of Expert Testimony under Rule 26(a)(2)(B) in connection with the above-captioned action.

    Thanking you for your attention in this matter, I am

                      Very truly yours,

                      COZEN O'CONNOR

                      BY:   DAVID J. GROTH

DJG/slw
enclosure

cc:   Stephen A. Horvath, Esquire
      Eric Stravitz, Esquire