## CERTIFICATE OF SERVICE

I, Michael J. Skipper, hereby state that on this 29TH day of June 2007, I served a copy of the foregoing **Defendant Capitol Sprinkler Inspection, Inc.'s Supplemental Reply Memorandum In Support of its Motion In Limine** via electronic service through the CM/ECF filing system to the following counsel of record:

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA  22030

David J. Groth
Daniel J. Luccaro
Cozen O' Connor
1900 Market Street
Philadelphia, PA  19103

Eric N. Stravitz
John B. Mesirow
Mesirow & Stravitz, PLLC
2000 Massachusets Ave., NW
Suite 200
Washington, DC  20036

    /s/   *Michael J. Skipper*
Michael J. Skipper
*Paralegal to Norman H. Brooks,Jr., Esq.*

DE085341.1