UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>        v.<br><br>CAPITOL SPRINKLER INSPECTION, INC.<br><br>    Defendant/Third-Party Plaintiff,<br><br>        v.<br><br>GUEST SERVICES, INC.<br><br>    Third-Party Defendant. | Civil Action No. 05–2115 (CKK) |

**ORDER**
(November 6, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 6th day of November, 2007, hereby

**ORDERED** that the Court shall GRANT IN PART and DENY IN PART the remaining portions of Defendant's [39] Motion in Limine or in the Alternative to Extend Time for Expert Discovery; it is further

**ORDERED** that Plaintiff shall be allowed to substitute the testimony of Mr. Murray for Mr. Dunaway if (i) Mr. Dunaway is unavailable, and (ii) Mr. Murray's testimony does not exceed the scope of the testimony Mr. Dunaway would have provided; it is further

**ORDERED** that Plaintiff shall not be permitted to introduce into evidence or otherwise use the two documents attached to its Supplemental Disclosure; it is further

**ORDERED** that a Status Conference is set for January 25th, 2008 at 12:00 P.M., in Courtroom 28A before this Court; and it is further

**ORDERED** that if the Parties would like to return to mediation with Magistrate Judge Alan Kay prior to the Status Conference, the Parties shall file a Joint Notice with the Court with a representation of the same.

**SO ORDERED.**

Date:   November 6, 2007

                                                            _/s/_
                                                           COLLEEN KOLLAR-KOTELLY
                                                           United States District Judge