UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University<br><br>Plaintiff<br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | Case No.: 1:05cv02115(CKK) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedures and Rules 7(h) and 56.1 of the Local Rules for the United States District Court for the District of Columbia, plaintiff, St. Paul Mercury Insurance Company, as Subrogee of Gallaudet University, hereby moves this Court to grant summary judgment in its favor against defendant, Capitol Sprinkler Inspection, Inc., on Count II of plaintiff's Complaint and find as a matter of law that defendant breached its sprinkler inspection contract. In support of this Motion, plaintiff relies on the accompanying Statement of Material Facts and Memorandum of Points and Authorities.

Plaintiff requests oral argument on this Motion.

                                                Respectfully submitted,

                                                COZEN O'CONNOR

                                                BY:  s/ David J. Groth
                                                DAVID J. GROTH, ESQUIRE (phv)
                                                DANIEL J. LUCCARO, ESQUIRE (phv)
                                                1900 Market Street
                                                Philadelphia, PA  19103
                                                (215) 665-2000

MESIROW & STRAVITZ, PLLC


BY: <u>s/Eric N. Stravitz</u>
Eric N. Stravitz, Esquire (D.C. Bar #438093)
1307 New Hampshire Avenue, N.W., Suite 400
Washington, DC 20036
(202) 463-0303
Attorneys for Plaintiff