UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. PAUL MERCURY INSURANCE COMPANY,
as Subrogee of Gallaudet University

                Plaintiff

vs.

CAPITOL SPRINKLER INSPECTION, INC

                Defendant

vs.

GUEST SERVICES, INC.

                Third-Party Defendant

Case No.: 1:05cv02115(CKK)

## **PROPOSED ORDER**

Upon considering Plaintiff's Motion for Partial Summary Judgment, any opposition thereto, and with good cause having been shown, it is hereby Ordered and Decreed this _____ day of _____, 2008, that Plaintiff's Motion is granted and Judgment is hereby entered against defendant Capitol Sprinkler Inspection, Inc. on Count II of plaintiff's Complaint.

                BY THE COURT:

                _____
                Colleen Kollar-Kotelly
                United States District Judge