UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University<br><br>    Plaintiff<br><br>    vs.<br><br>CAPITOL SRINKLER INSPECTION, INC<br><br>    Defendant<br><br>    vs.<br><br>GUEST SERVICES, INC.<br><br>    Third-Party Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:    CASE NUMBER: 1:05-CV-02115<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT CAPITOL SPRINKLER INSPECTION, INC'S
UNCONTESTED MOTION FOR ENLARGEMENT OF TIME TO FILE
ITS RESPONSE TO ST. PAUL MERCURY INSURANCE COMPANY'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

1.    St. Paul Mercury Insurance Company electronically filed and served a Motion for Partial Summary Judgment on January 3, 2008 (D.I. 48) using the Court's CM/ECF system.

2.    Pursuant to Local Civil Rule 7, "[w]ithin 11 days of the date of service **or at such other time as the Court may direct**, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion." (emphasis added). LCvR 7(b). This deadline is extended by three (3) days when service is made electronically. (*See* Fed. R. Civ. P. 6(b) and 5(b)(2)E).

3.    Pursuant to the aforementioned Rules, Defendant's Response to Plaintiff's Motion is therefore due on or before Thursday, January 17, 2008. The Court may extend this deadline for good cause. (Fed. R. Civ. P. 6(b))

4.    Defendant seeks to file its Opposition to Plaintiff's Motion on Monday, January 21, 2008 and intends to support the same, in part, with an Affidavit that has not yet been returned to

counsel. The Affidavit is central to explaining a nuance in the factual underpinnings of Defendant's case. Refusing to permit Defendant to rely on this Affidavit would unnecessarily prejudice the Defendant and prevent Defendant from presenting a document expressly authorized by Fed. R. Civ. P. 56(c) for the Court's consideration.

5. Pursuant to LCvR 7(m), counsel for Defendant Capitol Sprinkler contacted Plaintiff counsel and counsel for Third Party Defendant Guest Services, Inc. Plaintiff has graciously consented to this extension. Counsel for Third Party Defendant Guest Services, Inc. has not responded in opposition to this Motion as of this filing.

6. A Status Conference with the Court is scheduled for January 28, 2008; there are no other scheduled conferences or deadlines.

7. Granting an extension of time for Defendant to file its Opposition will not prejudice the Court or any party, and will result only in a minimal delay.

8. Due to the routine nature of this Uncontested Motion the undersigned counsel submits that the matters presented herein are such that no supporting memorandum of points and authorities is necessary for the full adjudication of the same.

**WHEREFORE**, Defendant Capitol Sprinkler Inspection, Inc. requests an enlargement of time to file its Memorandum of Points and Authorities in Support of its Opposition to Plaintiff's Motion for Partial Summary Judgment, which Defendant will file on January 21, 2008.

Respectfully submitted,

MARKS, O'NEILL,
O'BRIEN & COURTNEY, P.C.

  /s/ Michael T. Hamilton
Michael T. Hamilton, Esquire (Bar ID No. 474233)
Donald R. Kinsley, Esquire (Bar ID No. 432998)
Norman H. Brooks, Jr., Esquire (PHV)
913 N. Market Street, Ste. 800
Wilmington, DE 19801
*Attorneys for Defendant*

DATE:   January 16, 2008         *Capitol Sprinkler Inspection, Inc.*

{DE101115.1}