UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University <br><br> Plaintiff <br><br> vs. <br><br> CAPITOL SPRINKLER INSPECTION, INC <br><br> Defendant <br><br> vs. <br><br> GUEST SERVICES, INC. <br><br> Third-Party Defendant | : <br> : <br> : <br> : <br> : <br> : <br> :    CASE NUMBER: 1:05-CV-02115 <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF MOTION**

**TO:**

| | | |
|---|---|---|
| Stephen Horvath, Esq. <br> Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C. <br> 3920 University Drive <br> P.O. Box 22 <br> Fairfax, VA 22030 | David J. Groth, Esq. (phv) <br> Daniel J. Luccaro, Esq. (phv) <br> 1900 Market Street <br> Philadelphia, PA 19103 | Eric N. Stravitz, Esquire <br> Mesirow & Stravitz, PLLC <br> 2000 Massachusetts Avenue, <br> Suite 200 <br> Washington, DC 20035 |

PLEASE TAKE NOTICE that Defendant Capitol Sprinkler Inspection, Inc. will present its **Uncontested Motion for Enlargement of Time to File its Response to St. Paul Mercury Insurance Co.'s Motion for Partial Summary Judgment** at the convenience of the Court.

                         Respectfully submitted,

                         **MARKS, O'NEILL,**
                         **O'BRIEN & COURTNEY, P.C.**

                         __/s/ Michael T. Hamilton_____
                         Michael T. Hamilton, Esquire (Bar ID No. 474233)
                         Donald R. Kinsley, Esquire (Bar ID No. 432998)
                         Norman H. Brooks, Jr., Esquire (PHV)
                         913 N. Market Street, Ste. 800
                         Wilmington, DE 19801
                         *Attorney for Defendant*
DATE: __January 16, 2008__     *Capitol Sprinkler Inspection, Inc.*

{DE101148.1}