UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University : <br><br> Plaintiff : <br><br> vs. : <br><br> CAPITOL SPRINKLER INSPECTION, INC : <br><br> Defendant : <br><br> vs. : <br><br> GUEST SERVICES, INC. : <br><br> Third-Party Defendant : | CASE NUMBER: 1:05-CV-02115 |

## ORDER

AND NOW; to wit; this _____ day of Jaunary, 2008, the Court having considered Defendant Capitol Sprinkler Inspection, Inc.'s Uncontested Motion for Enlargement of Time to File its Response to St. Paul Mercury Insurance Company's Motion for Partial Summary Judgment, and finding the motion with merit, it is **HEREBY GRANTED**.

IT IS SO ORDERED.

_____
JUDGE

{DE101152.1}