## CERTIFICATE OF SERVICE

I, Michael T. Hamilton, hereby state that on this 16th day of January 2008, I served a copy of the foregoing **Defendant Capitol Sprinkler Inspection, Inc.'s Uncontested Motion for Enlargement of Time to File its Response to St. Paul Mercury Insurance Company's Motion for Partial Summary Judgment** via electronic service through the CM/ECF filing system to All Counsel of Record.

*/s/ Michael T. Hamilton*
Michael T. Hamilton, Esq.

{DE101145.1}