UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, : <br> as Subrogee of Gallaudet University : <br> : <br> Plaintiff : <br> : <br> vs. : <br> : <br> CAPITOL SPRINKLER INSPECTION, INC : <br> : <br> Defendant : <br> : <br> vs. : <br> : <br> GUEST SERVICES, INC. : <br> : <br> Third-Party Defendant : | CASE NUMBER: 1:05CV02115 |

**<u>WITHDRAWAL OF APPEARANCE</u>**

PLEASE WITHDRAW the appearance of Wayne F. Johnson, Esquire as attorney for Defendant Capitol Sprinkler Inspection, Inc.

                                                      */s/ Michael T. Hamilton*
                                          Michael T. Hamilton / D.C. Bar No. 474233
                                          Marks, O'Neill, O'Brien, & Courtney, P.C.
                                          913 North Market Street, #800
                                          Wilmington, DE 19801
                                          (302) 658-6538

DATED: January 18, 2008

{DE101044.1}