## CERTIFICATE OF SERVICE

I, Michael T. Hamilton, hereby state that on this 18th day of January 2008, I served a copy of the foregoing **Withdrawal of Appearance of Wayne F. Johnson** via electronic service through the CM/ECF filing system to All Counsel of Record.

*/s/ Michael T. Hamilton*
Michael T. Hamilton, Esq.

{DE101043.1}