UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University<br><br>    Plaintiff<br><br>    vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>    Defendant<br><br>    vs.<br><br>GUEST SERVICES, INC.<br><br>    Third-Party Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CASE NUMBER:  1:05-CV-02115 (CKK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT CAPITOL SPRINKLER INSPECTION, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rules 7(h) and 56.1 of the Local Rules for the United States District Court for the District of Columbia, Defendant Capitol Sprinkler Inspection, Inc. hereby submits its Opposition to Plaintiff's Motion for Partial Summary Judgment and respectfully requests that this Court DENY the same.  In support hereof, Defendant Capitol Sprinkler Inspection, Inc. relies on the accompanying Statement of Material Issues and Memorandum of Points and Authorities.  Defendant Capitol Sprinkler Inspection requests oral argument.

                                                                        Respectfully submitted,

                                                                        **MARKS, O'NEILL,
                                                                        O'BRIEN & COURTNEY, P.C.**

                                                                          /s/   Donald R. Kinsley
                                                                        Michael T. Hamilton, Esquire (Bar ID No. 474233)
                                                                        Donald R. Kinsley, Esquire (Bar ID No. 432998)
                                                                        Norman H. Brooks, Jr., Esquire (PHV)
                                                                        913 N. Market Street, Ste. 800
                                                                        Wilmington, DE  19801
                                                                        *Attorney for Defendant
                                                                        Capitol Sprinkler Inspection, Inc.*

DATE: January 21, 2008

{DE101391.1}