# Exhibit A

Case 1:05-cv-02115-CKK   Document 51-3   Filed 01/21/2008   Page 1 of 10

Page 1

```
 1            UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
 2   - - - - - - - - - - - - - - - X

 3   ST. PAUL MERCURY INSURANCE      :

 4   COMPANY, as Subrogee of         :      AUG 2 1 2006

 5   Gallaudet University,           :

 6            Plaintiff,             :

 7       v.                          : Case No.:

 8                                   : 1:05-cv-02115

 9   CAPITOL SPRINKLER               :

10   INSPECTION, INC.,               :

11            Defendant.             :

12   - - - - - - - - - - - - - - - X

13                          Washington, DC
                            Monday, August 14, 2006
14   Deposition of:

15              MICHAEL BOWLIN

16   called for oral examination by counsel for

17   Plaintiff, pursuant to Notice, at the Law Office

18   of Mesirow and Stravitz, 2000 Massachusetts

19   Avenue, NW, Washington, DC, before Kim Brantley of

20   Capital Reporting, a Notary Public in and for the

21   District of Columbia, beginning at 1:45 p.m., when

22   were present on behalf of the respective parties:
```

1   supervisors at Capitol Sprinkler knew that on
2   occasion you might have one of these building and
3   personnel type people actually assist you hands on
4   doing some of the work that Capitol was out there
5   to do in terms of testing and inspections?  Did
6   you tell your supervisors that sometimes you would
7   actually have some of these people do the work?
8       A.   They know that, because they have been
9   out on job sites themselves.
10      Q.   So, it's your understanding that Mr.
11  Vane's been out on job sites and had people at the
12  job site, building representatives, building owner
13  representatives, do the kind of work that you just
14  suggested you would have to do?
15      A.   I'm speaking just of the drum drips,
16  not as far as the dry valves themselves, tripping
17  and resetting.
18      Q.   Oh, you would only have a building
19  person do work related to drum drips, not any of
20  the other inspections or testing that you did?
21      A.   Exactly.
22      Q.   And is it your understanding that Mr.

**Capital Reporting Company**

Page 24

1  Vane has had people under similar circumstances --

2    A.   I assume.

3    Q.   From the building and drain some of
4  these drum drips?

5    A.   I guess so.

6    Q.   I don't want you to guess. Remember I
7  told you no guessing, speculating or assumptions.
8  Do you know that to be a fact?

9    A.   Yes.

10   Q.   How do you know that to be a fact as
11  per --

12   A.   Because we do that at some job sites
13  all the time.

14   Q.   "We" being you and Mr. Vane when you
15  would go out to a job together?

16   A.   I had been with him, and that's
17  happened.

18   Q.   Can you name any one job where that's
19  happened?

20   A.   World Bank.

21   Q.   What happened there?

22   A.   Well, nothing happened. It's just a

Capital Reporting Company

Page 25

1  big facility and it's multi drum drips throughout
2  three, four floors of garage.
3     Q.   And what drum drip draining work did
4  any building personnel do?
5     A.   Just assisting us as far as just
6  opening up, as we're tripping, draining,
7  opening -- making sure the drains were opened, the
8  drain, and then we would follow behind and make
9  sure -- and we would actually go behind and shut
10 the drains after drainage, but they would just
11 assist us opening the drains making sure the
12 systems were drained properly.
13    Q.   Opening the drip drains, drains?
14    A.   When we're tripping the systems and
15 afterwards you have to open all the drum drips to
16 make sure all the water is out in a trip
17 situation.
18    Q.   Right.
19    A.   And they would assist us in just
20 opening those drains, the special opening to make
21 sure all the water got out.
22    Q.   So they would basically turn a valve,

Capital Reporting Company

Page 50

```
 1   valve, and then close the end valve and drain it
 2   so you can maintain air pressure?
 3        A.   Yes.
 4        Q.   Is that the way you normally did it,
 5   the winter check?
 6        A.   Yes.
 7        Q.   Do you recall doing it that way on
 8   January 9th, 2003?
 9        A.   Yes.
10        Q.   Now did you drain, you and Mr. Scott,
11   drain all of the drain points during the January
12   9th 2003 inspection?
13        A.   All but the one in that room.
14        Q.   The one above conference room 5200?
15        A.   Correct.
16        Q.   As is listed in this interrogatory
17   answer.  It says "One drum drip is located in the
18   ceiling of conference room 5200."  That's the one
19   that you did not drain.
20        A.   Correct.
21        Q.   Were you supposed to drain that drain?
22        A.   Yes.
```

1  Q.  Why were you supposed to drain that
2  drain?
3  A.  Because it's part of the dry system and
4  has a drum drip above it.
5  Q.  And you drained that drain in July of
6  2002?
7  A.  Yes.
8  Q.  Why didn't you drain the drain in
9  January of 2003?
10 A.  Because I did not have access to the
11 room.
12 Q.  Why did you have access?
13 A.  The gentleman that was with us did not
14 have a card access to let us into the room.
15 Q.  This is the same gentlemen that had the
16 card in July of 2002?
17 A.  Correct.
18 Q.  Describe to me the conversation you had
19 with this gentleman regarding getting access to
20 that room.  Tell me what you said.  Tell me what
21 he said.
22 A.  We were going to the room and when we

```
1      Q.   Where is the mechanical room?
2      A.   Above the fifth floor, in the middle of
3  the building.
4      Q.   How do you get there, by elevator or
5  walking space?
6      A.   You have to go up steps.
7      Q.   So, you get to the point where he says
8  he doesn't have a card to get in this doorway.
9  What happens next?
10     A.   We asked if he was going to get a card
11 and he just kind of looked at us like, you know,
12 he really didn't want to -- he would take care of
13 it.  He said he would take care of the drum drip,
14 and I asked him, I said "Are you going to take
15 care of this" -- I said, "You know what?  I can't
16 get in the room.  Are you going to take care of
17 this drum drip?"
18     Q.   Well did you ask him to go get the
19 card?
20     A.   No, I didn't ask him to go get the
21 card.
22     Q.   Why didn't you ask him to go get the
```

**Capital Reporting Company**

Page 58

```
 1      Q.   Correct?
 2      A.   Correct.
 3      Q.   Now when you requested this person to
 4  do this draining of the drum drip, what
 5  specifically did he say back to you?
 6      A.   He said that he would take care of it.
 7      Q.   And after that, I think you said you
 8  only had to drop off some paperwork at the control
 9  room and then you left the building, correct?
10      A.   Yes, sir.
11      Q.   When do you normally fill out your
12  inspection reports?  Contemporaneously, same time
13  or do you wait till the next day?
14      A.   Same time.
15      Q.   Same time?  Even before you leave the
16  building?
17      A.   Yes, because I have to leave a copy.
18      Q.   Where do you leave a copy in the
19  building?
20      A.   At the dry valves there is a folder
21  there that we slip the pink copy of it into the
22  folder, so if the fire marshal comes he can
```

Page 64

1   Q.   And why was he telling you, to your
2   understanding?
3   A.   Just to let me know.
4   Q.   Did he know that you were just there
5   sixteen days earlier?
6   A.   Yes.
7   Q.   Did he tell you that it was the dry
8   pipe part of the system that froze and broke?
9   A.   Yes. It was in one of the rooms.
10  Q.   Did he discuss with you the fact that
11  this was one of the areas of branch lines and
12  pipes which you should have been training when you
13  went out there the last inspection?
14  A.   Yes.
15  Q.   What did you tell him?
16  A.   I told him that we didn't have access
17  to that room and that the gentleman that was with
18  us was going to take care of that.
19  Q.   And are you certain, and I'm not
20  suggesting you should be, I'm just asking you to
21  make sure, are you certain that that conversation
22  was a day after the loss, the day after the