**Exhibit B**

**Capital Reporting Company**

Page 1

```
 1            UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
 2    - - - - - - - - - - - - - - - - X

 3    ST. PAUL MERCURY INSURANCE       :

 4    COMPANY, as Subrogee of          :

 5    Gallaudet University,            :

 6            Plaintiff,               :

 7        v.                           : Case No.:

 8                                     : 1:05-cv-02115

 9    CAPITOL SPRINKLER                :

10    INSPECTION, INC.,                :

11            Defendant.               :

12    - - - - - - - - - - - - - - - - X

13                              Washington, DC
                                Monday, August 14, 2006
14    Deposition of:
                      VERNON VANE
15    called for oral examination by counsel for

16    Plaintiff, pursuant to Notice, at the Law Office

17    of Mesirow and Stravitz, 2000 Massachusetts

18    Avenue, NW, Washington, DC, before Kim Brantley of

19    Capital Reporting, a Notary Public in and for the

20    District of Columbia, beginning at 10:08 a.m.,

21    when were present on behalf of the respective

22    parties:
```

**Capital Reporting Company**

Page 35

1  terms of the inspections, relatively new?

2  A. No, we had done it from '96 to '99 and

3  then I think that's when the -- another company

4  took over.

5  Q. Who was that?

6  A. I guess it would be David Ham. What is

7  it? Whose name --

8  Q. Are you talking about --

9  A. Aramark was I believe the first

10 building maintenance people.

11 Q. And Capitol had a contract with Aramark

12 to do these inspections?

13 A. Yes, Aramark from -- according to my

14 record '96 to '99.

15 Q. And then Guest Services after that?

16 A. And then Guest Services.

17 Q. And then you had a contract with Guest

18 Services?

19 A. Right, we signed that in --

20 Q. I think it was 2002?

21 A. Right, 2002.

22 Q. What happened between 1999 and 2002?

 1    A.    No.

 2    Q.    From your recollection, do you recall
 3  if this person did anything to indicate to you
 4  that he knew something about sprinkler systems and
 5  how to test them and inspect them and do the type
 6  of work that Capitol Sprinkler is doing?

 7    A.    No.

 8    Q.    When Capitol finished doing that work
 9  in July of 2002, does it require some sign off by
10  some representative of the building?  In other
11  words, a sheet to be signed or anything like that?

12    A.    No.

13    Q.    Is that customarily the case with all
14  customers?

15    A.    That's basically the way we do.  We
16  have a triple part sheet and once we're finished,
17  you sign it, date it and fill it all in, and we
18  leave one hanging in the folder, one for the pump,
19  one for the dry systems and one for the wet
20  systems, in that case.

21    Q.    And do you send Guest Services or
22  Gallaudet a copy of those?

Capital Reporting Company

Page 97

1    Q.   Okay.  Was there any doubt in anybody's
2  mind at Capitol that this fracture took place
3  because of freezing of water in the line that
4  should not have been there?
5    A.   No, it's obvious.
6    Q.   Everybody knew it, right, correct?
7    A.   Correct.
8    Q.   There was no attempt to find out any
9  other cause for this fracture, other than what had
10 appeared just by looking at it, that it froze and
11 broke?
12   A.   Just by looking at it.
13   Q.   You saw other frozen fittings and
14 broke?
15   A.   Oh, yes.
16   Q.   Years as an installer, you know what
17 they look like, right?
18   A.   Exactly.
19   Q.   Are you aware of any facts or
20 information to indicate that Gallaudet University
21 did anything to cause or contribute to cause this
22 pipe rupture?

1   to do any of their work?
2       A.   No, I don't think he did.
3       Q.   In answer to Interrogatory 13, it
4   states in part, "Moreover, draining the drum drips
5   is a task which requires no specialized training
6   and can be performed by any maintenance
7   personnel."
8       In your fifteen years of being an
9   inspection supervisor, have you ever trained any
10  building maintenance people, any maintenance
11  people employed by your customers to do this drum
12  drip work, themselves?
13      A.   When we turn over a system, a new
14  system to the engineering firm or whoever it is,
15  we walk them through everything, and that is one
16  of the things that we do instruct them in is how
17  to drain those drum drips.
18      Q.   And why would you do that?
19      A.   Because it's their responsibility.
20      Q.   Well if they're contracting you to do
21  the job, what makes you say it's their
22  responsibility?