**Exhibit C**

**Capital Reporting Company**

Page 1

```
1   UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
2   - - - - - - - - - - - - - - - - X
                                                    AUG 2 4 2006
3   ST. PAUL MERCURY INSURANCE      :

4   COMPANY, as Subrogee of         :

5   Gallaudet University,           :

6            Plaintiff,             :

7        v.                         : Case No.:

8                                   : 1:05-cv-02115

9   Capitol Sprinkler               :

10  INSPECTION, INC.,               :

11           Defendant.             :

12  - - - - - - - - - - - - - - - - X

13                          Washington, DC
                            Monday, August 14, 2006
14  Deposition of:

15              CRAIG PARHAM

16  called for oral examination by counsel for

17  Plaintiff, pursuant to Notice, at the Law Office

18  of Mesirow and Stravitz, 2000 Massachusetts

19  Avenue, NW, Washington, DC, before Kim Brantley of

20  Capital Reporting, a Notary Public in and for the

21  District of Columbia, beginning at 3:45 p.m., when

22  were present on behalf of the respective parties:
```

Page 44

1   A.   Yes.

2   Q.   Was there any question in your mind
3   that this fitting failed because it had frozen and
4   eventually thawed and ruptured?

5   A.   No, it was not.

6   Q.   That's what you --

7   A.   Yes, I was sure that it had frozen.

8   Q.   And when you found out that these heads
9   were also leaking air, you also concluded that was
10  from the freezing of the water and the head.  Is
11  that correct?

12  A.   Yes.  Yes.

13  Q.   And when you saw that, did you conclude
14  your self that somebody didn't drain the drum drip
15  that drains this branch of the sprinkler system,
16  back on January 9th, 2003?

17  A.   Yes.  That was the logical conclusion.

18  Q.   What did you do after that trip out on
19  the day of the loss?  What did you do to find out
20  what Capitoll's inspectors had done during the
21  January 9, 2003 inspection?

22  A.   That Monday morning Mike and I