**Exhibit E**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,: as Subrogee of Gallaudet University : <br> : <br> Plaintiff : <br> : <br> vs. : <br> : <br> CAPITOL SPRINKLER INSPECTION, INC : <br> : <br> Defendant : <br> : <br> vs. : <br> : <br> GUEST SERVICES, INC. : <br> : <br> Third-Party Defendant : | CASE NO. 1:05CV02115 (CKK) |

### AFFIDAVIT OF LOUIS R. DEMPSEY

STATE OF DELAWARE         :
                          :
COUNTY OF NEW CASTLE      :

BE IT REMEMBERED that on this 17th day of January, 2008, personally appeared before me, the Subscriber, an attorney licensed to practice law in the State and County aforesaid, and authorized to perform notarial acts pursuant to 29 Del. C. §4323(a)(3), LOUIS R. DEMPSEY, a private investigator, licensed by the State of Delaware and personally known to me as such, and being duly sworn according to law, did depose and attest to the following:

I, *Louis R. Dempsey*, hereby give oath and affirm, under the penalties of perjury, that I am over 18 years of age, *sui juris* and competent to testify in court, and that I have personal knowledge of the matters related herein. I am informed of and believe them to be true, and upon that ground, I declare them to be true and correct to the best of my

{DE101080.1}

knowledge and belief:

1.      At the request of Counsel for Defendant Capitol Sprinkler Inspection, Inc., I attempted to locate a subject known only as Terrance Hubbard. I was provided only the name of his employer: Guest Services, Inc. -- 3055 Prosperity Avenue, Fairfax, Virginia 22031.

2.      In October, 2006, I queried five separate data bases for a total of thirteen (13) queries. Computer research revealed four possible subjects located in Virginia. However, I was unable to relate any to Guest Services, Inc., without additional identifying information.

3.      Following the Court's 1/31/07 Status Conference with Counsel, I received additional information from Counsel from Capitol Sprinkler Inspection, vis., 1) the subject's complete name (Terrance Edwin Hubbard); 2) his last known home address (901 6th Street, NW -- Apartment 507 -- Washington, DC 20024); 3) his date of birth (7/27/1954); and his social security number (intentionally blank).

4.      I subsequently performed a Cyber-TRACE. The Cyber-TRACE investigation revealed that an individual identified as Terrance Edwin Hubbard, having the same last known address, date of birth and social security number as those provided to me by counsel and set our in Paragraph 3 above, was listed in the Social Security Administration Death Masterfile as having died in September, 2005.

5.      On January 15, 2008, i.e., following the filing of Plaintiff's Motion for Summary Judgment, I spoke with an individual identified as Edwin Hubbard, of Sodus, New York. He said that Terrence Edwin Hubbard committed suicide in Washington, DC in September, 2005. He directed me to the obituary that appeared in the Newark, New York Courier Gazette on October 5, 2005, a copy of which is attached hereto as Exhibit

{DE101080.1}

1. The obituary identifies the surviving parents of Terrance E. Hubbard as being Beverly & Edwin Hubbard.

6. On January 17, 2008, I spoke with Mr. Hubbard again by telephone.

7. Edwin Hubbard confirmed that his son, Terrance Edwin Hubbard, was at one time employed by Guest Services at the Gallaudet University. Mr. Hubbard specifically recalled on incident wherein his son told him that he was required to work many hours one week to clean up water damage resulting from a sprinkler incident.

_____
LOUIS R. DEMPSEY

SWORN TO and SUBSCRIBED before me the day and year first above written.

_____
Norman H. Brooks, Jr., Esquire, Notary Officer
Notarial Officer pursuant to 29 Del.C. §4323(a)(3)
My commission expires: Indefinite

{DE101080.1}