**Exhibit F**

1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2
     ---------------------------------:
 3   ST. PAUL MERCURY                 :
     INSURANCE COMPANY, as            :
 4   Subrogee of Gallaudet ,          :
     University,                      :
 5                                    :
           Plaintiff,                 :
 6                                    :
           v.                         :   Case No.:
 7                                    :   1:05-cv-20115
     CAPITAL SPRINKLER                :
 8   INSPECTION, INC.,                :
                                      :
 9         Defendant                  :
                                      :
10         v.                         :
                                      :
11   GUEST SERVICES, INC.,            :
                                      :
12         Third-Party Defendant.     :
     ---------------------------------:
13
                              Washington, D.C.
14                            October 26th, 2006
15   Deposition of:
16              GARY ALLER,
17       Called for oral examination by counsel for
18   Defendant, pursuant to notice, at the Gallaudet
19   University, 800 Florida Avenue, College Hall, Suite
20   318, Washington, D.C., beginning at 10:00 a.m,
21   before Teague Gibson of Esquire Legal Services,
22   Inc., a Notary Public.
```

1   A    No.

2   Q    When you started in your position at
3   Gallaudet in July of '02 what were your
4   responsibilities in connection with the Kellog
5   Conference Center?

6   A    I oversaw the contract management
7   company that managed the facility. I was the
8   liaison with the university with them.

9   Q    And who was the contract management
10  company at the time?

11  A    Guest Services, Incorporated.

12  Q    When did Guest Services become the
13  contract manager company?

14  A    I believe in 2000.

15  Q    Prior to joining Gallaudet in July of
16  '02, had you had any familiarity with fire
17  sprinkler systems?

18  A    No.

19  Q    Had you had any experience with the
20  National Fire Protection Association?

21  A    No.

22  Q    Are you familiar at all with the NFPA?

1  A    Just by title.

2  Q    When did you first learn that title?

3  A    I'm unsure, I don't remember when.

4  Q    What was your understanding of the
5  building owner's responsibilities concerning fire
6  protection during your first year on the job from
7  July '02 to July '03?

8  A    My understanding was the contract
9  management company had total maintenance and fire
10 control responsibility for the facility.

11 Q    Had total?

12 A    Responsibility for the facility.

13 Q    From where did you get that
14 understanding?

15 A    From the contract.

16 Q    When did you first review the contract
17 between Gallaudet and Guest Services?

18 A    July 2002.

19 Q    Was there a particular passage or
20 provision in the contract that led you to that
21 conclusion?

22 A    It stated it outright.

```
 1   maintenance or inspections of the fire protection
 2   system?
 3       A    No.
 4       Q    What involvement did you have, if any,
 5   during your first six months on the job about the
 6   inspection or maintenance of the fire protection
 7   system?
 8       A    None.
 9       Q    Is it fair to say based upon your
10   reading of the contract between the university and
11   Guest Services that the university had no
12   obligations or responsibilities in connection with
13   maintaining or inspecting the fire protection
14   system?
15       A    That's correct.
16       Q    Did you have any involvement in
17   scheduling or other arrangements that were made
18   for the January 25 inspection that's been
19   described as a winter check?
20       A    What date?
21       Q    January 25, '03?
22       MR. GROTH:  That's the date of loss.
```

1	Q	I'm sorry. I'll refer to it as the
2	January '03 inspection or winter check?
3	A	I had no responsibility or any knowledge
4	of it.
5	Q	You had no knowledge, no involvement?
6	A	That's correct.
7	Q	That was handled directly between Guest
8	Services and my client?
9	A	That's correct.
10	Q	Can you describe for me the access card
11	or suite room access arrangements, particularly
12	whether access to rooms on the fourth and fifth
13	floor was any different than the rooms on the
14	first three flooring which I understand were
15	either public areas on the first floor or spaces
16	dedicated to the university's use on the second
17	through fourth floors?
18	A	Could you repeat the question?
19	Q	I understand that access to the guest
20	rooms on the fourth and fifth floors was through
21	use of a key card of some sort?
22	A	Correct.