**Exhibit G**

**CAPITOL SPRINKLER CONTRACTING, INC.**
6550 Dobbin Road
COLUMBIA, MARYLAND 21045

Baltimore (410) 730-4711
Maryland (301) 982-1023

# LETTER OF TRANSMITTAL

DATE: January 30/2003

ATTENTION: David Ham

RE: Return of Fitting + Sprinkler Heads

TO: Guest Services
% Gallaudet Conference Center
800 Florida Ave. NE, Wash DC 20002

WE ARE SENDING YOU ☐ Attached ☐ Under separate cover via _____ the following items:

☐ Shop drawings ☐ Prints ☐ Plans ☑ Samples ☐ Specifications
☐ Copy of letter ☐ Change order ☐ _____

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| | | 4 | Viking Mod M 1994 - Glass Bulb 200°F Brass Upright Sprinklers |
| | | 1 | 1 x 1 x ½ Blk C.I. Tee |

THESE ARE TRANSMITTED as checked below:

☐ For approval ☐ Approved as submitted ☐ Resubmit ____ copies for approval
☐ For your use ☐ Approved as noted ☐ Submit ____ copies for distribution
☑ As requested ☐ Returned for corrections ☐ Return ____ corrected prints
☐ For review and comment ☐ _____
☐ FOR BIDS DUE _____ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS _____

COPY TO _____

SIGNED: _____
TERRENCE F HUBBARD

*If enclosures are not as noted, kindly notify us at once.*