**Exhibit H - 1**

# NFPA 25

Standard for the

Inspection, Testing, and Maintenance of Water-Based Fire Protection

Systems

2002 Edition

Copyright © 2002, National Fire Protection Association, All Rights Reserved

This edition of NFPA 25, *Standard for the Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems*, was prepared by the Technical Committee on Inspection, Testing, and Maintenance of Water-Based Systems and acted on by NFPA at its November Association Technical Meeting held November 10–14, 2001, in Dallas, TX. It was issued by the Standards Council on January 11, 2002, with an effective date of January 31, 2002, and supersedes all previous editions.

This edition of NFPA 25 was approved as an American National Standard on January 31, 2002.

## Origin and Development of NFPA 25

The first edition of NFPA 25 was a collection of inspection, testing, and maintenance provisions that helped ensure the successful operation of water-based fire protection systems. NFPA 25 was developed as an extension of existing documents such as NFPA 13A, *Recommended Practice for the Inspection, Testing, and Maintenance of Sprinkler Systems*, and NFPA 14A, *Recommended Practice for the Inspection, Testing, and Maintenance of Standpipe and Hose Systems*, which have successfully assisted authorities having jurisdiction and building owners with routine inspections of sprinkler systems and standpipes. These documents have since been withdrawn from the NFPA standards system. NFPA 25 became the main document governing sprinkler systems as well as related systems, including underground piping, fire pumps, storage tanks, water spray systems, and foam-water sprinkler systems.

This document provides instruction on how to conduct inspection, testing, and maintenance activities. It also stipulates how often such activities are required to be completed. Requirements are provided for impairment procedures, notification processes, and system restoration. This type of information, where incorporated into a building maintenance program, enhances the demonstrated favorable experience of all water-based fire protection systems.

The second edition incorporated several improvements that reflected the initial experience with the standard. A new chapter was added that addresses obstructions in pipe as well as appropriate corrective actions.

The third edition refined testing requirements and frequencies and provided additional guidance for preplanned impairment programs. The document scope was expanded to include marine systems.

This fourth edition continues to refine testing frequencies for water-flow devices and evaluation of the annual fire pump test data. This edition also includes additional information regarding evaluation and test methods for microbiologically influenced corrosion (MIC).

**Technical Committee on Inspection, Testing, and Maintenance of Water-Based Systems**

**Kenneth W. Linder,** *Chair*