**Exhibit H - 2**

# Chapter 4 General Requirements

**4.1 Responsibility of the Owner or Occupant.**

**4.1.1\*** The owner or occupant shall provide ready accessibility to components of water-based fire protection systems that require inspection, testing, or maintenance.

**4.1.2\*** The responsibility for properly maintaining a water-based fire protection system shall be that of the owner of the property.

**4.1.2.1** By means of periodic inspections, tests, and maintenance, the equipment shall be shown to be in good operating condition, or any defects or impairments shall be revealed.

**4.1.2.2** Inspection, testing, and maintenance shall be implemented in accordance with procedures meeting or exceeding those established in this document and in accordance with the manufacturer's instructions.

**4.1.2.3** These tasks shall be performed by personnel who have developed competence through training and experience.

**4.1.2.4** Where the owner is not the occupant, the owner shall be permitted to pass on the authority for inspecting, testing, and maintaining the fire protection systems to the occupant, management firm, or managing individual through specific provisions in the lease, written use agreement, or management contract.

**4.1.3** The owner or occupant shall notify the authority having jurisdiction, the fire department, if required, and the alarm-receiving facility before testing or shutting down a system or its supply.

**4.1.3.1** The notification shall include the purpose for the shutdown, the system or component involved, and the estimated time of shutdown.

**4.1.3.2** The authority having jurisdiction, the fire department, and the alarm-receiving facility shall be notified when the system, supply, or component is returned to service.

**4.1.3.3** Where an occupant, management firm, or managing individual has received the authority for inspection, testing, and maintenance in accordance with 4.1.2.4, the occupant, management firm, or managing individual shall comply with 4.1.3.

**4.1.4\*** The owner or occupant shall promptly correct or repair deficiencies, damaged parts, or impairments found while performing the inspection, test, and maintenance requirements of this standard.

**4.1.4.1** Corrections and repairs shall be performed by qualified maintenance personnel or a qualified contractor.

**4.1.4.2** Where an occupant, management firm, or managing individual has received the authority for inspection, testing, and maintenance in accordance with 4.1.2.4, the occupant, management firm, or managing individual shall comply with 4.1.4.

**4.1.5\*** The building owner or occupant shall not make changes in the occupancy, the use or process, or the materials used or stored in the building without evaluation of the fire protection systems for their capability to protect the new occupancy, use, or materials.

**4.1.5.1** The evaluation shall consider factors that include, but are not limited to, the following:

(1) Occupancy changes such as converting office or production space into warehousing
(2) Process or material changes such as metal stamping of molded plastics
(3) Building revisions such as relocated walls, added mezzanines, and ceilings added below sprinklers
(4) Removal of heating systems in spaces with piping subject to freezing

**4.1.5.2** Where an occupant, management firm, or managing individual has received the authority for inspection, testing, and maintenance in accordance with 4.1.2.4, the occupant, management firm, or managing individual shall comply with 4.1.5.

**4.1.6** Where changes in the occupancy, hazard, water supply, storage commodity, storage arrangement,