**Exhibit I**

# Chapter 1 General Information

**1-1 Scope.**

This document establishes the minimum requirements for the periodic inspection, testing, and maintenance of water-based fire protection systems, including land-based and marine applications. The types of systems addressed by this standard include, but are not limited to, sprinkler, standpipe and hose, fixed water spray, and foam water. Included are the water supplies that are part of these systems, such as private fire service mains and appurtenances, fire pumps and water storage tanks, and valves that control system flow. The document also addresses impairment handling and reporting. This standard applies to fire protection systems that have been properly installed in accordance with generally accepted practices. Where a system has not been installed in accordance with generally accepted practices, the corrective action is beyond the scope of this standard. The corrective action to ensure that the system performs in a satisfactory manner shall be in accordance with the appropriate installation standard. *(See Chapter 12.)*

*Exception: This standard shall not apply to sprinkler systems designed and installed in accordance with NFPA 13D, Standard for the Installation of Sprinkler Systems in One- and Two-Family Dwellings and Manufactured Homes.*

**1-2\* Purpose.**

The purpose of this document is to provide requirements that ensure a reasonable degree of protection for life and property from fire through minimum inspection, testing, and maintenance methods for water-based fire protection systems.

In those cases where it is determined that an existing situation can involve a distinct hazard to life or property, the authority having jurisdiction shall be permitted to require inspection, testing, and maintenance methods in excess of those required by the standard.

**1-2.1\* Application.**

It is not the intent of this document to limit or restrict the use of other inspection, testing, or maintenance programs that provide an equivalent level of system integrity and performance to that detailed in this document. The authority having jurisdiction shall be consulted and approval obtained for such alternative programs.

**1-3 Water-Based Fire Protection System Descriptions.**

**1-3.1\* Sprinkler System.**

An integrated system of underground and overhead piping designed for fire protection purposes and designed in accordance with fire protection engineering standards. The installation includes one or more automatic water supplies. The portion of the sprinkler system above ground is a network of specially sized or hydraulically designed piping installed in a building, structure, or area, generally overhead. Sprinklers are attached to the piping in a systematic pattern. The valve controlling each system riser is located in the system riser or its supply piping. Each sprinkler system riser includes a device for actuating an alarm when the system is in operation. The system usually is activated by heat from a fire and discharges water over the fire area.

*Wet Pipe System.* A sprinkler system employing automatic sprinklers attached to a piping system containing water and connected to a water supply so that water discharges immediately from sprinklers opened by heat from a fire. *(See Chapters 2 and 9.)* Hose connections [$1^{1}/_{2}$-in. (38.1-mm) hose, valves, and nozzles] supplied by sprinkler system piping are considered components of the sprinkler system.

*Antifreeze System.* A wet pipe system employing automatic sprinklers attached to a piping system containing an antifreeze solution and connected to a water supply. The antifreeze solution is discharged, followed by water, immediately upon operation of sprinklers opened by heat from a fire. *(See Chapters 2 and 9.)*

*Dry Pipe System.* A system employing automatic sprinklers attached to a piping system containing air

or nitrogen under pressure, the release of which (as from the opening of a sprinkler) allows the water pressure to open a valve known as a dry pipe valve. The water then flows into the piping system and out the opened sprinklers. *(See Chapters 2 and 9.)*

*Deluge System.* A system employing open sprinklers attached to a piping system and connected to a water supply through a valve that is opened by the operation of a detection system installed in the same areas as the sprinklers. When this valve opens, water flows into the piping system and discharges from all sprinklers attached thereto. *(See Chapters 2, 7, 8, and 9.)*

*Preaction System.* A sprinkler system employing automatic sprinklers attached to a piping system containing air that might or might not be under pressure, with a supplemental detection system installed in the same areas as the sprinklers. Actuating means of the valve are described in 3-3.2.1 of NFPA 13, *Standard for the Installation of Sprinkler Systems*. After the valve has been actuated, it opens, and water flows into the sprinkler system piping to be discharged from any sprinklers that are open. *(See Chapters 2 and 9.)*

*Combined Dry Pipe-Preaction System.* A sprinkler system employing automatic sprinklers attached to a piping system containing air under pressure, with a supplemental detection system installed in the same areas as the sprinklers. Operation of the detection system actuates tripping devices that open dry pipe valves simultaneously and without loss of air pressure in the system. Operation of the detection system also opens listed air exhaust valves at the end of the feed main, which usually precedes the opening of the sprinklers. The detection system also serves as an automatic fire alarm system. *(See Chapters 2 and 9.)*

**1-3.2 Standpipe System.**

An arrangement of piping, valves, hose connections, and allied equipment installed in a building or structure with the hose connections located in such a manner that water can be discharged in streams or spray patterns through attached hose and nozzles for the purpose of extinguishing a fire, thus protecting a building or structure and its contents in addition to protecting the occupants. This is accomplished by connections to water supply systems or by pumps, tanks, and other equipment necessary to provide an adequate supply of water to the hose connections. *(See Chapter 3.)*

*Wet Standpipe System.* A system that has the supply valve open and the water pressure maintained at all times.

*Dry Standpipe System.* A system that shall be arranged as follows:
(a)  Includes devices to admit water to the system automatically by opening a hose valve
(b)  Admits water to the system through manual operation of remote control devices located at each hose station
(c)  Has no permanent water supply (A filled standpipe having a small water supply connection to keep the piping filled by requiring water to be pumped into the system shall be considered to be a dry standpipe.)

**1-3.3 Combined Standpipe and Sprinkler System.**

A system where the water piping services both $2^1/_2$-in. (63.5-mm) outlets for fire department use and outlets for automatic sprinklers. *(See Chapters 2 and 3.)*

**1-3.4 Private Fire Service Main.**

The pipe and its appurtenances located on private property between a source of water and the base of the riser (i.e., the flange, the flange and spigot piece, or the base tee) for automatic sprinkler systems, open sprinkler systems, water spray fixed systems, standpipe systems, inlets to foam-making systems, or the base elbow of private hydrants or monitor nozzles. Where connected to a public water system, the private service main begins at a point designated by the public water utility, usually at a manually operated valve near the property line. Where connected to fire pumps, the main begins at the fire-protection-system side of the pump discharge valve. Where connected to a gravity or pressure tank, the main begins at the inlet side of the tank's check valve. *(See Chapter 4.)*

Private fire service mains can include supply and distribution piping installed above ground, in trenches, and inside or outside of buildings. The provisions of this section also apply to pipeline strainers.

### 1-3.5 Fire Pump.

A pump supplying water at the flow and pressure required by water-based fire protection systems. *(See Chapter 5.)*

### 1-3.6 Water Tank.

A tank supplying water for water-based fire protection systems. *(See Chapter 6.)*

### 1-3.7 Water Spray Fixed System.

A special fixed pipe system connected to a reliable fire protection water supply and equipped with water spray nozzles for specific water discharge and distribution over the surface or area to be protected. The piping system is connected to the water supply through an automatically or manually actuated valve that initiates the flow of water. An automatic valve is actuated by operation of automatic detection equipment installed in the same areas as the water spray nozzles. (In special cases, the automatic detection system also is located in another area.) *(See Chapter 7.)*

### 1-3.8 Deluge Foam-Water Sprinkler and Foam-Water Spray Systems.

### 1-3.8.1 Foam-Water Spray System.

A special system pipe connected to a source of foam concentrate and to a water supply and equipped with foam-water spray nozzles for fire protection agent discharge (i.e., foam followed by water or in reverse order) and for distribution over the area to be protected. System operation arrangements parallel those for foam-water sprinkler systems as described in 1-3.8.2.

### 1-3.8.2 Foam-Water Sprinkler System.

A special system pipe connected to a source of foam concentrate and to a water supply and equipped with appropriate discharge devices for fire protection agent discharge and for distribution over the area to be protected. The piping system is connected to the water supply through a control valve that usually is actuated by operation of automatic detection equipment installed in the same areas as the sprinklers. When this valve opens, water flows into the piping system and foam concentrate is injected into the water. The resulting foam solution discharging through the discharge devices generates and distributes foam. Upon exhaustion of the foam concentrate supply, water discharge follows and continues until shut off manually. Systems also can be used for discharge of water first, followed by discharge of foam for a specific period, and then followed by water until manually shut off. Existing deluge sprinkler systems that have been converted to the use of aqueous film-forming foam are classed as foam-water sprinkler systems. *(See Chapter 8.)*

### 1-3.9* Control Valve.

A valve that controls the flow of water to a water-based fire protection system. For procedures concerning control valves, see Chapter 9.

### 1-4 Responsibility of the Owner or Occupant.

### 1-4.1*

The owner or occupant shall provide ready accessibility to components of water-based fire protection systems that require inspection, testing, or maintenance.

### 1-4.2*

The responsibility for properly maintaining a water-based fire protection system shall be that of the owner(s) of the property. By means of periodic inspections, tests, and maintenance, the equipment shall be shown to be in good operating condition, or any defects or impairments shall be revealed.

Inspection, testing, and maintenance shall be implemented in accordance with procedures meeting or exceeding those established in this document and in accordance with the manufacturer's instructions. These tasks shall be performed by personnel who have developed competence through training and experience.

*Exception: Where the owner is not the occupant, the owner shall be permitted to pass on the authority for inspecting, testing, and maintaining the fire protection systems to the occupant, management firm, or managing individual through specific provisions in the lease, written use agreement, or management contract.*

### 1-4.3

The owner or occupant shall notify the authority having jurisdiction, the fire department, if required, and the alarm-receiving facility before testing or shutting down a system or its supply. The notification shall include the purpose for the shutdown, the system or component involved, and the estimated time of shutdown. The authority having jurisdiction, the fire department, and the alarm-receiving facility shall be notified when the system, supply, or component is returned to service.

*Exception: Where an occupant, management firm, or managing individual has received the authority for inspection, testing, and maintenance in accordance with the Exception to 1-4.2, the occupant, management firm, or managing individual shall comply with 1-4.3.*

### 1-4.4

The owner or occupant promptly shall correct or repair deficiencies, damaged parts, or impairments found while performing the inspection, test, and maintenance requirements of this standard. Corrections and repairs shall be performed by qualified maintenance personnel or a qualified contractor.

*Exception: Where an occupant, management firm, or managing individual has received the authority for inspection, testing, and maintenance in accordance with the Exception to 1-4.2, the occupant, management firm, or managing individual shall comply with 1-4.4.*

### 1-4.5*

The building owner or occupants shall not make changes in the occupancy, the use or process, or the materials used or stored in the building without evaluation of the fire protection systems for their capability to protect the new occupancy, use, or materials. The evaluation shall consider factors that include, but are not limited to, the following:

  (a)  Occupancy changes such as converting office or production space into warehousing
  (b)  Process or material changes such as metal stamping of molded plastics
  (c)  Building revisions such as relocated walls, added mezzanines, and ceilings added below sprinklers
  (d)  Removal of heating systems in spaces with piping subject to freezing

*Exception: Where an occupant, management firm, or managing individual has received the authority for inspection, testing, and maintenance in accordance with the Exception to 1-4.2, the occupant, management firm, or managing individual shall comply with 1-4.5.*

### 1-4.6

Where changes in the occupancy, hazard, water supply, storage commodity, storage arrangement, building modification, or other condition that affects the installation criteria of the system are identified, the owner or occupant shall promptly take steps — such as contacting a qualified contractor, consultant, or engineer — to evaluate the adequacy of the installed system in order to protect the building or hazard in question. Where the evaluation reveals a deficiency causing a threat to life or property, the owner shall make appropriate corrections. All requirements of the authority having jurisdiction shall be followed.

*Exception: Where an occupant, management firm, or managing individual has received the authority for inspection, testing, and maintenance in accordance with the Exception to 1-4.2, the occupant, management firm, or managing individual shall comply with 1-4.6.*