UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University : Plaintiff : vs. : CAPITOL SPRINKLER INSPECTION, INC : Defendant : vs. : GUEST SERVICES, INC. : Third-Party Defendant : | CASE NUMBER: 1:05-CV-02115 (CKK) |

**<u>ORDER</u>**

Upon considering Defendant Capitol Sprinkler Inspection, Inc.'s Opposition to Plaintiff's Motion for Partial Summary Judgment, it is hereby Ordered and Decreed this ____ day of _____, 2008, that Plaintiff's Motion for Partial Summary Judgment is DENIED and Judgment is hereby entered against Plaintiff.

BY THE COURT:

_____
Colleen Kollar-Kotelly
United States District Judge

{DE101393.1}