## CERTIFICATE OF SERVICE

I, Michael T. Hamilton, hereby state that on this 21st day of January 2008, I served a copy of the foregoing **Defendant Capitol Sprinkler Inspection, Inc.'s Oppositions to Plaintiff's Motion for Partial Summary Judgment,** and supporting **Statement of Material Issues** and **Memorandum of Points and Authorities,** via the CM/ECF filing system to All Counsel of Record.

*/s/ Michael T. Hamilton*
Michael T. Hamilton, Esq.

{DE101421.1}