IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

St. Paul Mercury Insurance Company
As Subrogee of Gallaudet University

    Plaintiff,

v.                                        Civil Action No. 1:5cv-2115-CKK
                                            Judge   Colleen   Kollar-Kotelly

CAPITOL SPRINKLER INSPECTION, P.C.

    Defendant/Third-Party Plaintiff,

v.

GUEST SERVICES, INC.

    Third-Party Defendant.
_____/

**MOTION FOR SUMMARY JUDGMENT**

      COMES NOW the Third Party Defendant, Guest Services, Inc., by counsel, and hereby moves this honorable court for summary judgment pursuant to Federal Rule of Civil Procedure 56 in favor of Guest Services, Inc. and against the Third-Party Plaintiff, and in support thereof relies on the accompanying Memorandum of Points and Authorities in Support of Motion for Summary Judgment.

                                              **GUEST SERVICES, INC.**
                                              By Counsel

TRICHILO, BANCROFT, MCGAVIN,
HORVATH & JUDKINS, PC


/s/_____
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000; Fax: (703) 385-1555
*Counsel for Guest Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion for Summary Judgment** was served electronically on the 24th day of ,January 2008 to:

Eric Neil Stravitz, Esquire
Mesirow & Stravitz, P.L.L.C.
1307 New Hampshire Avenue, NW, Suite 400
Washington, D.C.  20036
*Counsel for Plaintiff*
E-mail: strav@erols.com

Of Counsel:

David J. Groth, Esquire
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiff*

Michelle Murphy, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
 913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Defendant Capitol Sprinkler, Inc.*
E-mail: nbrooks@mooclaw.com

Wayne F. Johnson, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Capitol Sprinkler, Inc.*
E-mail: fjohnson@mooclaw.com

                                                        /s/
                                                    Stephen A. Horvath