**Capital Reporting Company**

Page 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
 2    - - - - - - - - - - - - - - - X

 3    ST. PAUL MERCURY INSURANCE    :

 4    COMPANY, as Subrogee of       :

 5    Gallaudet University,         :

 6              Plaintiff,          :

 7       v.                         : Case No.:

 8                                  : 1:05-cv-02115

 9    CAPITOL SPRINKLER             :

10    INSPECTION, INC.,             :

11              Defendant.          :

12    - - - - - - - - - - - - - - - X

13                      Washington, DC
                   Monday, August 14, 2006
14    Deposition of:
                    VERNON VANE
15    called for oral examination by counsel for

16    Plaintiff, pursuant to Notice, at the Law Office

17    of Mesirow and Stravitz, 2000 Massachusetts

18    Avenue, NW, Washington, DC, before Kim Brantley of

19    Capital Reporting, a Notary Public in and for the

20    District of Columbia, beginning at 10:08 a.m.,

21    when were present on behalf of the respective

22    parties:
```

EXHIBIT
4

Capital Reporting Company

Page 9

1    that's fine.

2              MR. BROOKS:  That's fine.

3              MR. GROTH:  Reading and signing; do you

4    want the witness to read and sign?

5              MR. BROOKS:  We will want to read.

6    BY MR. GROTH:

7         Q.    That just means at the end of the

8    deposition you will be provided with a copy of the

9    transcript, which you will be able to review and

10   make notes on.  It's called an errata sheet, based

11   upon line and page whether or not you think the

12   court reporter got your answer correctly and not

13   to correct the transcript if there is something

14   wrong with it.  All right?

15        A.    Very well.

16        Q.    Mr. Vane, where do you live?

17        A.    Sparks, Maryland.

18        Q.    What's the address?

19        A.    15616 Chilcoat Lane.

20        Q.    By whom are you employed?

21        A.    Capitol Sprinkler.

22        Q.    What is your position?

Capital Reporting Company

Page 10

1       A.    Supervisor of inspections.

2       Q.    What office do you work out of?

3       A.    Columbia.  We only have one.

4       Q.    How long have you worked for Capitol?

5       A.    Twenty-three years I think.  It's a

6    little vague.

7       Q.    Close enough.  How long have you been

8    supervisor of inspections?

9       A.    Probably about fifteen years, sixteen

10   years.

11      Q.    What did you do for Capitol before

12   that?

13      A.    I was a pipe fitter, journeyman, pipe

14   fitter, installer, job foreman.

15      Q.    In 2002, 2003, how many employees did

16   Capitol have?

17      A.    Capitol Sprinkler?

18      Q.    Yes, approximately.

19      A.    Oh, approximately probably sixty to

20   seventy, somewhere in that range.

21      Q.    Are there different departments in

22   terms of installations and repairs and

Page 49

1      Q.   On the second page, Scope of Services,

2   it says, "As part of the contract, after testing,

3   restore the system and the dry pipe valve to

4   operation according to the manufacturer's

5   instructions."

6           Is that correct?

7      A.   That's correct.

8      Q.   You have seen this before, right?

9      A.   Yes.

10     Q.   And you know what I am talking about.

11   And under that it says "Open compensation drains

12   on drum trip connections and drain low points

13   during fall and winter inspection."  That right?

14     A.   That's correct.

15     Q.   That is the work that's supposed to be

16   done by Capitol Sprinkler's people when they are

17   at the job site.  Is that correct?

18     A.   That's correct.

19     Q.   It doesn't say anybody else is supposed

20   to do this work.  Is that correct?

21     A.   No.

22     Q.   That is correct?  It does not say that?

Capital Reporting Company

Page 52

1        Q.    You can't tell from the document?

2        A.    No.

3        Q.    In the checklist of items here, is

4    there any item of the sixteen that are listed here

5    that refers specifically to draining the drum

6    drips after the test is done?

7        A.    No.

8        Q.    Is there anyone of those sixteen items

9    that would include, even though not referenced by

10   name, include the draining of the drum drips?

11       A.    No.

12       Q.    Isn't that something that has to be

13   done, by the inspector?

14       A.    Drain the drum drips?

15       Q.    Yes?

16       A.    Yes.

17       Q.    Why is there no check line for that?

18   Let me rephrase that.  Why is there no number for

19   that item that has to be done?

20       A.    We just do it and if we have a problem

21   with it, we note it on the problem.

22       Q.    Let's talk about that for a second.

Page 56

1    are not charged with water?

2         A.    No.

3         Q.    In the dry pipe system?

4         A.    No, they're not tripped, no.

5         Q.    They are not?

6         A.    No.

7         Q.    So the last time these system -- the

8    dry pipe systems, the two dry pipe systems?

9         A.    Right, just dry.

10        Q.    Would have been tripped and tested

11   after filling them with water where the drum drips

12   would have had to have been drained would have

13   been in July of 2002.  Is that correct?

14        A.    That's correct.

15        Q.    And would it also be correct that in

16   January of 2003 it would not be necessary for the

17   inspector or the helper to drain the drum drips

18   because they're not charging the system with

19   water?

20        A.    It is necessary.

21        Q.    Why is that?

22        A.    To make sure there is no water in them.

Page 60

1        Q.    If there was some problem, should that

2    have been noticed?

3        A.    That would have been on there, yes.

4        Q.    Should it have been noted on the

5    deficiency part of the form?

6        A.    Yes, it would.

7        Q.    And you don't see anything there?

8        A.    Correct?

9        A.    Correct.

10        Q.    Have you ever been told by anybody

11    there was some problem with the compressor or dry

12    pipe valve?

13        A.    No.

14        Q.    So you have no facts or reason to

15    believe there was a problem with that in January

16    of 2003, correct?

17        A.    Correct.

18        Q.    Who assigned Mr. Bowlin and Mr. Scott

19    to do this inspection in January of 2003?

20        A.    I did.

21        Q.    Did you have any discussion with them

22    about this particular job before they went out and

Page 82

1    A.    Terminated it.

2    Q.    Now, after that visit, your visit a few

3    days after the loss to Gallaudet, did you speak to

4    Bowlin or Scott concerning their last inspection?

5    A.    No, I don't think I did.  I don't

6    recall.

7    Q.    Did you have any reason to believe

8    during your visit to the building after the leak

9    took place that it might have been related somehow

10   to the last inspection that was done by Capitol a

11   couple of weeks before?

12   A.    Well Craig had said that they hadn't --

13   you know, being what it was, a freeze-up and a

14   break, that apparently, you know, it wasn't

15   drained, and then, of course, we at that point --

16   that's what it was.

17   Q.    Did Craig Parham speak to Bowlin or

18   Scott about their last inspection?

19   A.    I believe he did, yes.

20   Q.    Did you speak to Parham about that

21   conversation, what he was told by Bowlin and

22   Scott?