IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

St. Paul Mercury Insurance Company
As Subrogee of Gallaudet University

    Plaintiff,

v.

    Civil Action No. 1:5cv-2115-CKK
    Judge Colleen Kollar-Kotelly

CAPITOL SPRINKLER INSPECTION, P.C.

    Defendant,

v.

GUEST SERVICES, INC.

    Third-Party Defendant.
_____/

## ORDER

Upon consideration of Guest Services, Inc.'s Motion for Summary Judgment and the Opposition thereto, and

IT APPEARING TO THE COURT based on a review of the record in this manner, there is no genuine issue of material fact, and that summary judgment should be granted pursuant to Rule 56(c) Superior Court Rules, it is hereby

ORDERED and ADJUDGED that judgment be and hereby is granted in favor of Guest Services, Inc., and against the defendant, Capitol Sprinkler Inspection, Inc.

_____
Judge, United States District Court for the
District of Columbia

Copies to:

Stephen A. Horvath, Esquire
TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, PC
3920 University Drive
PO Box 22
Fairfax, Virginia 22030-0022
*Counsel for Guest Services, Inc.*

Eric Neil Stravitz, Esquire
Mesirow & Stravitz, P.L.L.C.
1307 New Hampshire Avenue, NW, Suite 400
Washington, D.C. 20036
*Counsel for Plaintiff*
E-mail: strav@erols.com

David J. Groth, Esquire
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiff*

Michelle Murphy, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Defendant Capitol Sprinkler, Inc.*
E-mail: nbrooks@mooclaw.com

Wayne F. Johnson, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Capitol Sprinkler, Inc.*
E-mail: fjohnson@mooclaw.com