UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITOL SPRINKLER INSPECTION INC.,<br><br>    Defendant,<br><br>    v.<br><br>GUEST SERVICES, INC.,<br><br>    Third Party Defendant. | Civil Action No. 05-2115 (CKK) |

**SCHEDULING AND PROCEDURES ORDER**
(January 28, 2008)

**(JUDGE KOLLAR-KOTELLY)**

In order to administer the above-captioned civil case in a manner fair to the litigants and consistent with the Parties' interest in completing this litigation in the shortest possible time and at the least possible cost,

it is this 28th day of January, 2008,

**ORDERED** that counsel for Plaintiff and Defendant are directed to comply with each of the following directives:[1]

---

[1] The Court will hold counsel responsible for following the directives set forth in this order. Failure to conform to this order's directives may result, when appropriate, in the imposition of sanctions.

**SUMMARY JUDGMENT:**

The parties shall comply **fully** with Local Rule LCvR 7(h) (formerly 7.1(h)) and 56.1. The Court strictly adheres to the dictates of Local Civil Rules 7(h) and 56.1 and may strike pleadings not in conformity with these rules. *See Burke v. Gould*, 286 F.3d 513, 519 (D.C. Cir. 2002).

A party responding to a statement of material facts must respond to each paragraph with a correspondingly numbered paragraph, indicating whether that paragraph is admitted or denied. The responding party should include any information relevant to its response in that paragraph. If the responding party has additional facts that are not addressed in the corresponding paragraphs, the responding party should include these at the end of its responsive statement of facts. At all points, parties must furnish precise citations to the portions of the record on which they rely.

Additionally, each submission must be accompanied by a table of cases and other authority cited therein. The parties are strongly encouraged to carefully review *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et. al.*, 101 F.3d 145 (D.C. Cir. 1996), on the subject of Local Rule LCvR 7, formerly Rule 108(h) (which is the same as rule 56.1). The Court assumes facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion. LCvR 7(h), 56.1.

1. Capitol Sprinkler Inspection Inc. ("Capitol Sprinkler") shall re-file its Opposition to St. Paul Mercury Insurance Company's ("St. Paul") Motion for Partial Summary Judgment on or before            February 15, 2008           ;
2. St. Paul shall file its Reply to Capitol Sprinkler's Opposition on or before            February 22, 2008           ;
3. Guest Services, Inc. ("Guest Services") shall re-file its Motion for Summary Judgment on or before            February 15, 2008           ;
4. Capitol Sprinkler shall file its Opposition to Guest Services's Motion for Summary Judgment on or before            February 29, 2008           ;

5. Guest Services shall file its Reply to Capitol Sprinkler's Opposition on or before                          March 7, 2008                    ;

6. Capitol Sprinkler shall file its Motion for Summary Judgment on or before                          February 8, 2008                    ;

7. St. Paul shall file its Opposition to Capitol Sprinkler's Motion for Summary Judgment on or before                          February 22, 2008                    ;

8. Guest Services shall file its Opposition to Capitol Sprinkler's Motion for Summary Judgment on or before                          February 22, 2008                    ;

9. Capitol Sprinkler shall file its Reply to St. Paul's Opposition and Guest Services's Opposition on or before                          February 29, 2008                    .

**Dates for the pretrial conference, motions *in limine*, *voir dire* and trial will be set at a status hearing, if necessary, held after resolution of dispositive motions. The Above Scheduled Dates Are Firm.**

Date: January 28, 2008                                  /s/                                              
                                                                  **COLLEEN KOLLAR-KOTELLY**
                                                                  United States District Judge