UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University<br><br>    Plaintiff<br><br>    vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>    Defendant<br><br>    vs.<br><br>GUEST SERVICES, INC.<br><br>    Third-Party Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:  CASE NUMBER: 1:05-CV-02115<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF MOTION**

**TO:**

| | | |
|---|---|---|
| Stephen Horvath, Esq.<br>Trichilo, Bancroft, McGavin,<br>    Horvath & Judkins, P.C.<br>3920 University Drive<br>P.O. Box 22<br>Fairfax, VA 22030 | David J. Groth, Esq. (phv)<br>Daniel J. Luccaro, Esq. (phv)<br>1900 Market Street<br>Philadelphia, PA 19103 | Eric N. Stravitz, Esquire<br>Mesirow & Stravitz, PLLC<br>2000 Massachusetts Avenue,<br>Suite 200<br>Washington, DC 20035 |

    PLEASE TAKE NOTICE that Defendant Capitol Sprinkler Inspection, Inc. will present its

**Motion for Summary Judgment as to Plaintiff** at the convenience of the Court.

                            Respectfully submitted,

                            **MARKS, O'NEILL,**
                            **O'BRIEN & COURTNEY, P.C.**

                            __/s/   Donald R. Kinsley__
                            Michael T. Hamilton, Esquire (Bar ID No. 474233)
                            Donald R. Kinsley, Esquire (Bar ID No. 432998)
                            Norman H. Brooks, Jr., Esquire (PHV)
                            913 N. Market Street, Ste. 800
                            Wilmington, DE  19801
                            *Attorney for Defendant*
DATE:   February 8, 2008        *Capitol Sprinkler Inspection, Inc.*

{DE102753.1}