# TABLE OF CONTENTS

**Page**

I. INTRODUCTION ……………………………………………………………………….……1

II. SUMMARY OF THE APPLICABLE LAW ………………………………………………3

A. STANDARD OF REVIEW ………………………………………………….3

B. CHOICE OF LAW …………………………………………………...……4

C. D.C. LAW OF AGENCY ……………………………………………….…..5

1. Under agency theory, a principal is liable for the acts of its agent…..……5

2. A principal cannot delegate its duty to an independent contractor …..……6

D. D.C. LAW OF CONTRACTS ……………………………………..……..7

1. The Court must look to the face of the contract first ……………………7

2. Oral modifications to contracts are allowed …………………...………7

3. One party's performance of a contract is excused in light of material breach by the other party to the contract ……………………...…8

4. Performance under a contract is excused by impossibility, commercial impracticability, or frustration of purpose ……………..……8

E. D.C. LAW OF NEGLIGENCE …………………………………………..……9

F. D.C. CONSTRUCTION CODES AND NFPA STANDARDS ………………...10

III. ARGUMENT …………………………………………………………………………12

A. GUEST SERVICES WAS AN AGENT OF PLAINTIFF AND COULD BIND GALLAUDET BY ITS ACTIONS ……………………………………….....13

B. GUEST SERVICES BREACHED ITS CONTRACT WITH CAPITOL SPRINKLER ……………………………………………………...………14

C. CAPITOL SPRINKLER'S PERFORMANCE IS EXCUSED BECAUSE GUEST SERVICES FRUSTRATED THE PRINCIPAL PURPOSE OF THE CONTRACT ………………………………………………………...….15

D. GUEST SERVICES MODIFIED ITS CONTRACT WITH CAPITOL SPRINKLER ……………………………………………………..………..16

E. GUEST SERVICES BREACHED THE MODIFIED CONTRACT, WHICH IT CREATED ON THE DAY OF THE INSPECTION ………………………...…18

F. EVEN IF GUEST SERVICES WAS AN INDEPENDENT CONTRACTOR, PLAINTIFF IS LIABLE FOR ITS NEGLIGENCE AND THE RESULTING DAMAGES ………………………………………………………………..…18

IV. CONCLUSION ………………………………………………………………..…19

**TABLE OF CITATIONS**

**Page**

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) ……………………………………….3, 4

*Arrington v. United States*, 473 F.3d 329 (D.C. Cir. 2006) ……………………………………4

*Ashcraft & Gerel v. Coady*, 244 F. 3d 948 (D.C. Cir. 2001) ………………………….…8, 15

*Bailey v. Zlotnick*, 80 U.S. App. D.C. 117 (D.C. Cir. 1945) ………………………………...6

*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) …………………………………………….3, 4

*Cobell v. Norton*, 260 F.Supp. 110 (D.D.C. 2003) …………………………………………..3

*Communications Workers Of America, AFL-CIO, v. Verizon Services, Inc.*, 404 F. Supp. 2d 62 (D.D.C. 2005) ……………………………………………………………4

*Dennis v. Jones*, 928 A.2d 672 (D.C. 2007) ………………………………………………10

*District of Columbia v. Beretta, USA Corporation*, 872 A.2d 633 (D.C. App. 2005)……………………………………………………9

*District of Columbia v. Harris*, 770 A.2d 82 (D.C. 2001) ……………………………………………………….9, 10

*Farmland Industries, Inc. v. Grain Board of Iraq*, 904 F.2d 732 (D.C. Cir. 1990) ……….…7

*Gagnon v. Wright*, 200 A.2d 196 (D.C. 1964) …………………………………………….7, 8

*Hanna v. Fletcher*, 97 U.S. App. D.C. 310 (D.C. Cir. 1956) ……………………………….6

*Island Development Corporation v. District of Columbia*, 933 A.2d 340 (D.C. App 2007)……………………………………………….…..7, 9

*Jarrett v. Woodward Bros*., 751 A.2d 972 (D.C. 2000) ………………………………….….10

*Judah v. Burton, Reinder & Morris Management, Inc.,* 744 A.2d 1037 (D.C. App. 2000) ………………………………………………….5

*KiSKA Construction Corporation-USA v. Washington Metropolitan Area Transit Authority*, 321 F.3d 1151 (D.C. Cir. 2003) ……………………………………………….…..7

*Landow v. Georgetown-Inland West Corp.*, 454 A.2d 310 (D.C. App. 1982) ……………………………………..…….8

*Massengale v. Marteal Pitts*, 737 A.2d 1029 (D.C. 2006) ……………………………………10

*Matsushita Electric Indus. Co. v. Zenith Radio Corp.,* 475 U.S. 574 (1986) ………………..…4

*Medico v. Simkowitz,* 158 A.2d 681 (D.C. App. 1960) ……………………………..…..5

*Poyner v. Loftus*, 694 A.2d 69 (D.C. 1997) ……………………………………………..…..10

*Puma v. Sullivan*, 746 A.2d 871 (D.C. App. 2000) ……………………………………...7, 17

*Schecter v. Merchants Home Delivery*, 892 A.2d 415 (D.C. 2006) …………………………...…6

*Steele v. Isikoff*, 130 F. Supp. 2d 23 (2000) ………………………………………………….8

*Stephen A. Goldberg Co. v. Remsen Partners, Ltd.*, 170 F.3d 191 (D.C. Cir. 1999) …………..4

**Other**

*CDCR § 12A-101.4.6* ……………………………………………………………..10, 11

*D.C. Code § 6-1403.01*……………………………………………………………………10

FRCP 56(e) ……………………………………………………………………..……4

*ICC IFC, Chap. 5*…………………………………………………………………..……11

*NFPA 25, § 1-4.1* (1998) ……………………………………………………………………11

*NFPA 25, § 1-4.2* (1998) ……………………………………………………………..…11, 16

*NFPA 25, § 4.1.2* (2002) ……………………………………………………………..…12, 16

*NFPA 25, § 4.1.1* (2002) ……………………………………………………………..…12, 14

*NFPA 25 § 4.1.2.3* (2002). ……………………………………………………………..……12

*NFPA 25 § 4.1.2.4* (2002). ……………………………………………………….……..12, 16

*Restatement (Second) of Contracts* § 237 ………………………………………………8, 15

*Restatement (Second) of Conflict of Laws* § 188 (1988) ……………………………………... 5

U.S.D.C. Local Rule 7(h) ………………………………………………………………….1

U.S.D.C. Local Rule 56.1 ………………………………………………………………….1