UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University<br><br>    Plaintiff<br><br>    vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>    Defendant<br><br>    vs.<br><br>GUEST SERVICES, INC.<br><br>    Third-Party Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   CASE NUMBER:  1:05-CV-02115 (CKK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Upon considering Defendant Capitol Sprinkler Inspection, Inc.'s Motion for Summary Judgment against Plaintiff, and any opposition thereto, it is hereby ORDERED and DECREED this ____ day of _____, 2008, that Defendant Capitol Sprinkler Inspection, Inc.'s Motion for Summary Judgment against Plaintiff is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff's complaint against Defendant Capitol Sprinkler Inspection, Inc. is hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Colleen Kollar-Kotelly
United States District Judge

{DE102756.1}