**CERTIFICATE OF SERVICE**

I, Michael T. Hamilton hereby state that on this 8th day of February, 2008, I served a copy of the foregoing **Notice of Motion, Motion for Summary Judgment Against Plaintiff, and proposed Order** via the CM/ECF filing system to All Counsel of Record.

                                 */s/   Michael T. Hamilton*
                                 Michael T. Hamilton