UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,: as Subrogee of Gallaudet University | : |
| Plaintiff | : |
| vs. | : |
| CAPITOL SPRINKLER INSPECTION, INC | : CASE NUMBER: 1:05CV02115 (CKK) |
| Defendant | : |
| vs. | : |
| GUEST SERVICES, INC. | : |
| Third-Party Defendant | : |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**COMES NOW;** Defendant, Capitol Sprinkler Inspection, Inc., by and through its undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rules 7(h) and 56.1 of the Local Rules for the United States District Court for the District of Columbia, and hereby moves this Court to grant summary judgment in its favor and against Third-Party Defendant Guest Services, Inc. In support of its Motion, Defendant relies on the accompanying Statement of Material Facts and Memorandum of Points and Authorities.

Defendant requests oral argument on this Motion.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

 /s/Donald R. Kinsley
Michael T. Hamilton, Esquire (Bar ID No. 474233)
Donald R. Kinsley, Esquire (Bar ID No. 432998)
Norman H. Brooks, Jr., Esquire (PHV)
913 N. Market Street, Ste. 800
Wilmington, DE 19801
*Attorneys for Defendant*
*Capitol Sprinkler Inspection, Inc.*

DATE: February 8, 2008

{DE101525.1}