## **TABLE OF CONTENTS**

**Page**

I.  INTRODUCTION ……………………………………………………………………1

II. SUMMARY OF THE APPLICABLE LAW ………………………………………3

    A.  STANDARD OF REVIEW ……………………………………………….3

    B.  CHOICE OF LAW ………………………………………………………..4

    C.  D.C. LAW OF CONTRACTS AND AGENCY ………………………...5

        1.  The Court must look to the face of the contract first ……………………5

        2.  Oral modifications to contracts are allowed ……………………………6

        3.  One party's performance of a contract is excused in light of Material breach by the other party to the contract ………………………6

        4.  Performance under a contract is excused by impossibility, commercial impracticability, or frustration of purpose …………………7

        5.  Under agency theory, a principal is liable for the acts of its agent ……..7

    D.  D.C. LAW OF NEGLIGENCE ……………………………………………8

    E.  D.C. CONSTRUCTION CODES AND NFPA STANDARDS ……………..9

III. ARGUMENT …………………………………………………………………………11

    A.  GUEST SERVICES WAS GALLAUDET'S PROPERTY MANAGEMENT AGENT …………………………………………………..11

    B.  GUEST SERVICES HAD A CONTRACTUAL DUTY TO PROVIDE READY ACCESS TO THE SPRINKLER SYSTEM ……………………….…….12

    C.  GUEST SERVICES MATERIALLY BREACHED THE CONTRACT …….12

    D.  CAPITOL SPRINKLER'S PERFORMANCE IS EXCUSED BY GUEST SERVICES' MATERIAL BREACH OF CONTRACT …………………..13

    E.  CAPITOL SPRINKLER'S PERFORMANCE IS EXCUSED BECAUSE GUEST SERVICES FRUSTRATED THE PRINCIPAL PURPOSE OF THE CONTRACT ………………………………………………………………14

{DE102771.1}

      F.     GUEST SERVICES MODIFIED ITS CONTRACT WITH
CAPITOL SPRINKLER ……………………………………………………15

      G.    GUEST SERVICES BREACHED THE MODIFIED CONTRACT……………16

      H.    GUEST SERVICES NEGLIGENTLY FAILED TO PERFORM ITS DUTIES
UNDER NFPA 25, CAUSING THE PLAINTIFF'S DAMAGES……………17

IV.   CONCLUSION ……………………………………………………………….…18

## **TABLE OF CITATIONS**

**Page**

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) ……………………………………….3, 4

*Arrington v. United States*, 473 F.3d 329 (D.C. Cir. 2006) ……………………………….……4

*Ashcraft & Gerel v. Coady*, 244 F. 3d 948 (D.C. Cir. 2001) …………………………….…6, 13

*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) ……………………………………………….3, 4

*Cobell v. Norton*, 260 F.Supp. 110 (D.D.C. 2003) …………………………………………..3

*Communications Workers Of America, AFL-CIO, v. Verizon Services, Inc.*,
404 F. Supp. 2d 62 (D.D.C. 2005) ……………………………………………………………4

*District of Columbia v. Beretta, USA Corporation*,
    872 A.2d 633 (D.C. App. 2005)……………………………………………………………8

*District of Columbia v. Harris*,
    770 A.2d 82 (D.C. 2001) ……………………………………………………………8, 18

*Farmland Industries, Inc. v. Grain Board of Iraq*, 904 F.2d 732 (D.C. Cir. 1990) …………..…5

*Gagnon v. Wright*, 200 A.2d 196 (D.C. 1964) …………………………………………………6

*Island Development Corporation v. District of Columbia*,
    933 A.2d 340 (D.C. App 2007)……………………………………………….…..5, 7, 15

*Judah v. Burton, Reinder & Morris Management, Inc.*,
    744 A.2d 1037 (D.C. App. 2000) …………………………………………………….7, 8

*KiSKA Construction Corporation-USA v. Washington Metropolitan Area Transit Authority*,
    321 F.3d 1151 (D.C. Cir. 2003) …………………………………………………………..5

*Landow v. Georgetown-Inland West Corp.*,
    454 A.2d 310 (D.C. App. 1982) …………………………………………………...…….6

*Matsushita Electric Indus. Co. v. Zenith Radio Corp.,* 475 U.S. 574 (1986) …………….....…4

*Medico v. Simkowitz,* 158 A.2d 681 (D.C. App. 1960) …………………………………….…..8

*Puma v. Sullivan*, 746 A.2d 871 (D.C. App. 2000) …………………………………………….6

*Steele v. Isikoff*, 130 F. Supp. 2d 23 (2000) …………………………………………………….7

*Stephen A. Goldberg Co. v. Remsen Partners, Ltd.*, 170 F.3d 191 (D.C. Cir. 1999) …………..4

**Other**

*CDCR § 12A-101.4.6* …………………………………………………………………..…………..9

*D.C. Code § 6-1403.01*……………………………………………………………………………9

*FRCP 56(e)* …………………………………………………………………………………..……4

*ICC IFC, Chap. 5*……………………………………………………………………………..……9

*NFPA 25, § 1-4.1* (1998) ………………………………………………………………..……10, 12

*NFPA 25, § 1-4.2* (1998) ……………………………………………………………….…...10, 12

*NFPA 25, § 4.1.2* (2002) ……………………………………………………………………..…10, 12

*NFPA 25, § 4.1.1* (2002) ……………………………………………………………………10, 12, 13

*NFPA 25 § 4.1.2.3* (2002). ……………………………………………………………….……10

*NFPA 25 § 4.1.2.4* (2002). ……………………………………………………………………..10, 12, 13

*Restatement (Second) of Contracts § 237* ……………………………………………………….6, 7, 13

*Restatement (Second) of Conflict of Laws § 188 (1988)* …………………………………………..5

U.S.D.C. Local Rule 7(h) ……………………………………………………………………………..1

U.S.D.C. Local Rule 56.1 ……………………………………………………………………………..1