UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br><br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | CASE NUMBER: 1:05-CV-02115 (CKK) |

## ORDER

Upon considering Defendant Capitol Sprinkler Inspection, Inc.'s Motion for Summary Judgment against Co-Defendant Guest Services, Inc., and any opposition thereto, it is hereby ORDERED and DECREED this ____ day of _____, 2008, that Defendant Capitol Sprinkler Inspection, Inc.'s Motion for Summary Judgment against Co-Defendant Guest Services, Inc. is hereby GRANTED.

BY THE COURT:

_____
Colleen Kollar-Kotelly
United States District Judge

{DE102759.1}