# CERTIFICATE OF SERVICE

I, Michael T. Hamilton, hereby state that on this 8th day of February, 2008, I served a copy of the foregoing **Notice of Motion, Motion for Summary Judgment against Co-Defendant Guest Services, Inc.** via the CM/ECF filing system to All Counsel of Record.

                                               */s/   Michael T. Hamilton*
                                                   Michael T. Hamilton