# Capitol Sprinkler Inspection, Inc.

6550 DOBBIN ROAD
COLUMBIA, MD 21045

Telephone
Maryland: (301) 982-1023
Baltimore: (410) 730-4711
Fax: (410) 740-2428
Emergency: (410) 494-5015

**Contract For Automatic Sprinkler Equipment Inspection Service**

AGREEMENT made this __22__ day of __April__, 20 __02__ between the Capitol Sprinkler Inspection, Inc., hereinafter called the CONTRACTOR, and __Guest Services c/o Galludet Conferenced Center 800 Florida Ave. NE Washington, D.C. 20002-3695 Attn: David Ham__ hereinafter called the SUBSCRIBER, for AUTOMATIC SPRINKLER EQUIPMENT INSPECTION SERVICE.

WITNESSETH, that:

Subscriber owns and or occupies the building(s) located on the premises known as __Conference Center__

wherein there is now installed certain automatic fire extinguishing equipment, to wit: __Perform Annual Trip Test on 2-4" Dry Pipe Valves__

The contractor shall inspect said installation __Semi-Annually__.

The Subscriber shall pay to Contractor after first inspection has been made, and annually thereafter, the sum of __Six Hundred Seventy Five Dollars, ($675.00)__

Such inspection Service shall cover the items specified on the reverse hereof and shall include supplying minor service type adjustments and replacements parts, provided that this shall not include extensions or alteration of the sprinkler system or the furnishing of replacement sprinkler heads or devices or any other major work.

If any equipment shall have been installed in addition to that existing at the date of this contract the annual inspection service charge above provided shall be increased in accordance with prevailing rates effective as of the first inspection of such additional equipment.

Notice of this agreement and copies of all inspection reports will be forwarded by the contractor to the insurance authority having jurisdiction _____

The term of this agreement shall be one year from date hereof and thereafter until the same shall be terminated by either party on at least sixty (60) days advance written notice to the other. Notice of termination or change in number of inspections shall be given to the fire insurance authority by the Contractor.

It is understood that the Contractor by providing such inspection service and by making such adjustments as may be required does not warrant the condition or operation of the system inspected.

SUBSCRIBER:                                    CAPITOL SPRINKLER INSPECTION, INC.

By _[signature]_                               By _[signature]_
Date _4/30/02_                                 Date _April 22, 2002_
(over)

EXHIBIT 2

CC: Corp Records
N. DiMeglio
WRR/J. Margius
B. Rogers
G. Blair
T. Shelley
S. Jacobs
4-30-02

# Capitol Sprinkler Inspection, Inc.

6550 DOBBIN ROAD
COLUMBIA, MD 21045

Telephone
Maryland: (301) 982-1023
Baltimore: (410) 730-4711
Fax: (410) 740-2428
Emergency: (410) 494-5015

**Contract For Automatic Sprinkler Equipment Inspection Service**

AGREEMENT made this __22__ day of __April__, 20 __02__ between the Capitol Sprinkler Inspection, Inc., hereinafter called the CONTRACTOR, and __Guest Services c/o Gallaudet Conference Center 800 Florida Ave NE Washington, D.C. 20002-3695 Attn: David Ham__ hereinafter called the SUBSCRIBER, for AUTOMATIC SPRINKLER EQUIPMENT INSPECTION SERVICE.

WITNESSETH, that:

Subscriber owns and or occupies the building(s) located on the premises known as __Conference Center__ wherein there is now installed certain automatic fire extinguishing equipment, to wit: __Perform Annual Fire Pump Test on 1,000 GPM ITT Fire Pump as per attached description__

The contractor shall inspect said installation __Annually__

The Subscriber shall pay to Contractor after first inspection has been made, and annually thereafter, the sum of __Seven Hundred Fifty Dollars, ($750.00)__

Such inspection Service shall cover the items specified on the reverse hereof and shall include supplying minor service type adjustments and replacements parts, provided that this shall not include extensions or alteration of the sprinkler system or the furnishing of replacement sprinkler heads or devices or any other major work.

If any equipment shall have been installed in addition to that existing at the date of this contract the annual inspection service charge above provided shall be increased in accordance with prevailing rates effective as of the first inspection of such additional equipment.

Notice of this agreement and copies of all inspection reports will be forwarded by the contractor to the insurance authority having jurisdiction _____

The term of this agreement shall be one year from date hereof and thereafter until the same shall be terminated by either party on at least sixty (60) days advance written notice to the other. Notice of termination or change in number of inspections shall be given to the fire insurance authority by the Contractor.

It is understood that the Contractor by providing such inspection service and by making such adjustments as may be required does not warrant the condition or operation of the system inspected.

SUBSCRIBER:                                   CAPITOL SPRINKLER INSPECTION, INC.

By _[signature]_                              By _[signature]_
Date _4/30/02_                                Date _April 22, 2002_

(over)

EF-20