Case 1:05-cv-02115-CKK-AK   Document 48-5   Filed 01/03/2008   Page 3 of 42

OCT-13-2003 MON 10:54 AM CONSOLIDATED INS CTR     FAX NO. 4103635520     P. 10
Case 1:05-cv-02115-CKK-AK   Document 59-4   Filed 02/12/2008   Page 3 of 42

## SCOPE OF SERVICES

- Inspect, test and service the fixed fire protection equipment * in a workmanlike manner in accordance with this contract, and the requirements of the National Fire Protection Association (NFPA) Care and Maintenance of Sprinkler Systems (No. 13-A) and American Insurance Association publication Recommended Method for Reporting Dry Pipe Valve Tests (No. 13-C). The service shall be performed * and meet the requirements of the Insurance Rating Association. To guide in completing an inspection of the apparatus as installed, the Standard Sprinkler Equipment Report Form, as recommended by the Advisory Engineering Council of the American Insurance Association shall be followed in conjunction with the manufacturer's instructions for testing and servicing the equipment.

### Wet Systems - Alarm Valves

. Test alarms by opening the inspector's test connection when available. Otherwise, these may be made through by-pass test connection in conjunction with making a water flow test when facilities and conditions permit.

• Check cold weather valves and exposed piping to assure their proper conditions for winter and summer operation.

Test the solution in anti-freeze systems for satisfactory condition, as required in the Standard for the Installation of Sprinkler Systems (NFPA No. 13).

### Dry Systems - Dry Valves, Accelerators, Exhausters

Test the alarams, both water flow and air if provided, and perform a water flow test through the drain connection when facilities and conditions permit.

Check air pressure, priming water level, latching arrangements, automatic drip connections when provided, and the general condition of the dry pipe valves, accelerators or exhausters, and their environment, including dry pipe valve rooms or enclosures.

* trip test dry pipe valves together with accelerators and exhauster if provided in accordance with standard testing and reporting procedures required by this Association.

• After testing, restore the system and the dry pipe valve to operation according to the manufacturer's instructions.

• Open condensation drains on drum drip connections and drain low points during fall and winter inspection.

### Special Systems - Water Deluge, Foam, CO-2, Dry Powder

. Test alarms when facilities and conditions permit according to the procedures suggested by the manufacturer(s) and/or as requested by the insurance authority having jurisdiction.

Test the detection or actuating system and accessory equipment according to the manufacturer's instruction and the requirements of the insurance authority having jurisdiction.

### Replacement Parts and Field Service Adjustments

Provide and replace, when necessary, renewable rubber gaskets, rubber clapper facings, and renewable valve discs for control valves. Perform field service adjustments for all control and alarm devices.

### Reports:

• A report of inspection, test results, services performed, and desirable improvements shall be completed on a Standard National Automatic Sprinkler and Fire Control Association Inspection Report Form, which shall be sent to the Subscriber; a copy shall be sent direct to the office of this Association having jurisdiction.

**EXHIBIT**

tabbies

3