Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2   - - - - - - - - - - - - - - - - X

 3   ST. PAUL MERCURY INSURANCE       :

 4   COMPANY, as Subrogee of          :

 5   Gallaudet University,            :

 6            Plaintiff,              :

 7      v.                            : Case No.:

 8                                    : 1:05-cv-02115

 9   CAPITOL SPRINKLER                :

10   INSPECTION, INC.,                :

11            Defendant.              :

12   - - - - - - - - - - - - - - - - X

13                          Washington, DC
                        Monday, August 14, 2006
14   Deposition of:
                          VERNON VANE
15   called for oral examination by counsel for

16   Plaintiff, pursuant to Notice, at the Law Office

17   of Mesirow and Stravitz, 2000 Massachusetts

18   Avenue, NW, Washington, DC, before Kim Brantley of

19   Capital Reporting, a Notary Public in and for the

20   District of Columbia, beginning at 10:08 a.m.,

21   when were present on behalf of the respective

22   parties:
```

1  that's fine.

2          MR. BROOKS:  That's fine.

3          MR. GROTH:  Reading and signing; do you

4  want the witness to read and sign?

5          MR. BROOKS:  We will want to read.

6  BY MR. GROTH:

7      Q.  That just means at the end of the

8  deposition you will be provided with a copy of the

9  transcript, which you will be able to review and

10 make notes on.  It's called an errata sheet, based

11 upon line and page whether or not you think the

12 court reporter got your answer correctly and not

13 to correct the transcript if there is something

14 wrong with it.  All right?

15     A.  Very well.

16     Q.  Mr. Vane, where do you live?

17     A.  Sparks, Maryland.

18     Q.  What's the address?

19     A.  15616 Chilcoat Lane.

20     Q.  By whom are you employed?

21     A.  Capitol Sprinkler.

22     Q.  What is your position?

```
 1      A.   Supervisor of inspections.
 2      Q.   What office do you work out of?
 3      A.   Columbia.  We only have one.
 4      Q.   How long have you worked for Capitol?
 5      A.   Twenty-three years I think.  It's a
 6 little vague.
 7      Q.   Close enough.  How long have you been
 8 supervisor of inspections?
 9      A.   Probably about fifteen years, sixteen
10 years.
11      Q.   What did you do for Capitol before
12 that?
13      A.   I was a pipe fitter, journeyman, pipe
14 fitter, installer, job foreman.
15      Q.   In 2002, 2003, how many employees did
16 Capitol have?
17      A.   Capitol Sprinkler?
18      Q.   Yes, approximately.
19      A.   Oh, approximately probably sixty to
20 seventy, somewhere in that range.
21      Q.   Are there different departments in
22 terms of installations and repairs and
```

1  terms of the inspections, relatively new?
2      A.  No, we had done it from '96 to '99 and
3  then I think that's when the -- another company
4  took over.
5      Q.  Who was that?
6      A.  I guess it would be David Ham.  What is
7  it?  Whose name --
8      Q.  Are you talking about --
9      A.  Aramark was I believe the first
10 building maintenance people.
11     Q.  And Capitol had a contract with Aramark
12 to do these inspections?
13     A.  Yes, Aramark from -- according to my
14 record '96 to '99.
15     Q.  And then Guest Services after that?
16     A.  And then Guest Services.
17     Q.  And then you had a contract with Guest
18 Services?
19     A.  Right, we signed that in --
20     Q.  I think it was 2002?
21     A.  Right, 2002.
22     Q.  What happened between 1999 and 2002?

Page 49

```
 1         Q.   On the second page, Scope of Services,
 2   it says, "As part of the contract, after testing,
 3   restore the system and the dry pipe valve to
 4   operation according to the manufacturer's
 5   instructions."
 6              Is that correct?
 7         A.   That's correct.
 8         Q.   You have seen this before, right?
 9         A.   Yes.
10         Q.   And you know what I am talking about.
11   And under that it says "Open compensation drains
12   on drum trip connections and drain low points
13   during fall and winter inspection."  That right?
14         A.   That's correct.
15         Q.   That is the work that's supposed to be
16   done by Capitol Sprinkler's people when they are
17   at the job site.  Is that correct?
18         A.   That's correct.
19         Q.   It doesn't say anybody else is supposed
20   to do this work.  Is that correct?
21         A.   No.
22         Q.   That is correct?  It does not say that?
```

```
 1      Q.    You can't tell from the document?
 2      A.    No.
 3      Q.    In the checklist of items here, is
 4   there any item of the sixteen that are listed here
 5   that refers specifically to draining the drum
 6   drips after the test is done?
 7      A.    No.
 8      Q.    Is there anyone of those sixteen items
 9   that would include, even though not referenced by
10   name, include the draining of the drum drips?
11      A.    No.
12      Q.    Isn't that something that has to be
13   done, by the inspector?
14      A.    Drain the drum drips?
15      Q.    Yes?
16      A.    Yes.
17      Q.    Why is there no check line for that?
18   Let me rephrase that. Why is there no number for
19   that item that has to be done?
20      A.    We just do it and if we have a problem
21   with it, we note it on the problem.
22      Q.    Let's talk about that for a second.
```

Page 56

```
1   are not charged with water?
2       A.   No.
3       Q.   In the dry pipe system?
4       A.   No, they're not tripped, no.
5       Q.   They are not?
6       A.   No.
7       Q.   So the last time these system -- the
8   dry pipe systems, the two dry pipe systems?
9       A.   Right, just dry.
10      Q.   Would have been tripped and tested
11  after filling them with water where the drum drips
12  would have had to have been drained would have
13  been in July of 2002.  Is that correct?
14      A.   That's correct.
15      Q.   And would it also be correct that in
16  January of 2003 it would not be necessary for the
17  inspector or the helper to drain the drum drips
18  because they're not charging the system with
19  water?
20      A.   It is necessary.
21      Q.   Why is that?
22      A.   To make sure there is no water in them.
```

1   Q.   If there was some problem, should that
2   have been noticed?
3   A.   That would have been on there, yes.
4   Q.   Should it have been noted on the
5   deficiency part of the form?
6   A.   Yes, it would.
7   Q.   And you don't see anything there?
8   A.   Correct?
9   A.   Correct.
10  Q.   Have you ever been told by anybody
11  there was some problem with the compressor or dry
12  pipe valve?
13  A.   No.
14  Q.   So you have no facts or reason to
15  believe there was a problem with that in January
16  of 2003, correct?
17  A.   Correct.
18  Q.   Who assigned Mr. Bowlin and Mr. Scott
19  to do this inspection in January of 2003?
20  A.   I did.
21  Q.   Did you have any discussion with them
22  about this particular job before they went out and

Capital Reporting Company

Page 79

1  everything was back in system.

2  Q. The sprinkler system was back in
3  service?

4  A. The sprinkler system was back in
5  service and then they were just drying out the
6  carpets.

7  Q. You saw water damage?

8  A. Um-hum -- yes.

9  Q. Where?

10 A. Where?

11 Q. Yes.

12 A. Every floor, going up.

13 Q. Did water leak all the way down into
14 the basement from the fifth floor?

15 A. I don't know. I didn't go to the
16 basement, but I was in the lobby and I went up
17 from there.

18 Q. You saw water damage in the lobby?

19 A. Yes.

20 Q. Did you specifically go to the area
21 where the fracture took place in the system?

22 A. No, I just came -- I just walked

Page 82

1     A.    Terminated it.

2     Q.    Now, after that visit, your visit a few days after the loss to Gallaudet, did you speak to Bowlin or Scott concerning their last inspection?

5     A.    No, I don't think I did. I don't recall.

7     Q.    Did you have any reason to believe during your visit to the building after the leak took place that it might have been related somehow to the last inspection that was done by Capitol a couple of weeks before?

12    A.    Well Craig had said that they hadn't -- you know, being what it was, a freeze-up and a break, that apparently, you know, it wasn't drained, and then, of course, we at that point -- that's what it was.

17    Q.    Did Craig Parham speak to Bowlin or Scott about their last inspection?

19    A.    I believe he did, yes.

20    Q.    Did you speak to Parham about that conversation, what he was told by Bowlin and Scott?