# Capitol Sprinkler Inspection, Inc.

6550 DOBBIN RD.
COLUMBIA, MD. 21045

TELEPHONE
Maryland: (301) 982-1023     Fax: (410) 740-2428
Baltimore: (410) 730-4711    Emergency: (410) 494-5015

Building Name: Gallaudet Conf. Center     Type of Occupancy: Attic Area

Address: _____

Central Station Supervision By: _____     Type of System: Wet ___  Dry ✓

Supervision Phone No.: See Bldg Mng

| | | YES | N.A.* | NO** |
|---|---|:---:|:---:|:---:|
| 1. | Are all areas completely sprinkled | ✓ | | |
| 2. | Is system in good condition and in service | ✓ | | |
| 3. | Are additions or building changes properly protected | ✓ | | |
| 4. | Are all areas and valves protected from freezing | ✓ | | |
| 5. | Are all control valves open, tagged and sealed  Tamp Sw | ✓ | | |
| 6. | Are cold weather valves open | | ✓ | |
| 7. | Are extra heads and wrench provided | ✓ | | |
| 8. | Are sprinklers blocked by stock, partitions or other obstructions | | | ✓ |
| 9. | Is fire pump operational, tested periodically and maintained | ✓ | | |
| 10. | Are alarm valves, flow switches, motor gong operational  Pre Sw | ✓ | | |
| 11. | Air compressor operates and proper air pressure | ✓ | | |
| 12. | Quick opening devices in service and operational | | ✓ | |
| 13. | Dry valves protected from freezing | ✓ | | |
| 14. | Fire Department Connections, couplings, caps, balldrip | ✓ | | |
| 15. | Note below other conditions or deficiencies needing correction | ✓ | | |
| 16. | Operate Inspectors Test and 2" drain valves. Enter results below. | ✓ | | |

| System # | Static | Residual | Bell Time | Air Pressure | Air Pressure At Trip | Time of Trip At Valve | Time of Water At Test Pipe | With Q.O.D. | Without Q.O.D. |
|---|---|---|---|---|---|---|---|---|---|
| Sys #1 | | | WTR. | 43 ps | 23 ps | 15 sec | 17 sec | | ✓ |
| | 150' | pump | | | | | | | |
| Sys #2 | | | WTR.O | 41 ps | 19 ps | 20 sec | 25 sec | | ✓ |
| | | Fire pump | | | | | | | |

Deficiencies: _____

**EXHIBIT 5**

P-019

Date: July 2, 2002     Inspected and Tested By: M. Cowley / V. Van / J. Fr___

* Not Applicable

# Capitol Sprinkler Inspection, Inc.

6550 DOBBIN RD.
COLUMBIA, MD. 21045

**TELEPHONE**
Maryland: (301) 982-1023   Fax: (410) 740-2428
Baltimore: (410) 730-4711   Emergency: (410) 494-5015

Building Name: Gallaudet Conf. Center   Type of Occupancy: Attic Area

Address: _____

Central Station Supervision By: _____   Type of System: Wet ___ Dry ✓

Supervision Phone No.: _____

Winter Check

| | | YES | N.A.* | NO** |
|---|---|---|---|---|
| 1. | Are all areas completely sprinkled | ✓ | | |
| 2. | Is system in good condition and in service | ✓ | | |
| 3. | Are additions or building changes properly protected | ✓ | | |
| 4. | Are all areas and valves protected from freezing | ✓ | | |
| 5. | Are all control valves open, tagged and sealed  Tamp Sw | ✓ | | |
| 6. | Are cold weather valves open | | ✓ | |
| 7. | Are extra heads and wrench provided | ✓ | | |
| 8. | Are sprinklers blocked by stock, partitions or other obstructions | | | ✓ |
| 9. | Is fire pump operational, tested periodically and maintained | ✓ | | |
| 10. | Are alarm valves, flow switches, motor gong operational | ✓ | | |
| 11. | Air compressor operates and proper air pressure | ✓ | | |
| 12. | Quick opening devices in service and operational | | ✓ | |
| 13. | Dry valves protected from freezing | ✓ | | |
| 14. | Fire Department Connections, couplings, caps, balldrip | ✓ | | |
| 15. | Note below other conditions or deficiencies needing correction | ✓ | | |
| 16. | Operate Inspectors Test and 2" drain valves. Enter results below. | ✓ | | |

| System # | Static | Residual | Bell Time | Air Pressure | Air Pressure At Trip | Time of Trip At Valve | Time of Water At Test Pipe | With Q.O.D. | Without Q.O.D. |
|---|---|---|---|---|---|---|---|---|---|
| System #1 | | | | 45# | | | | | |
| | | | | | | | | | |
| System #4 | | | | 40# | | | | | |
| | | | | | | | | | |

Deficiencies: _____

P-018

Date: June 9, 2003   Inspected and Tested By: M. Poulin / T. Scott

* Not Applicable