Page 1

```
 1            UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2   - - - - - - - - - - - - - - - X

 3   ST. PAUL MERCURY INSURANCE      :

 4   COMPANY, as Subrogee of         :

 5   Gallaudet University,           :

 6           Plaintiff,              :

 7      v.                           : Case No.:

 8                                   : 1:05-cv-02115

 9   CAPITOL SPRINKLER               :

10   INSPECTION, INC.,               :

11           Defendant.              :

12   - - - - - - - - - - - - - - - X

                                 Washington, DC
13                               Monday, August 14, 2006
14   Deposition of:

15            MICHAEL BOWLIN

16   called for oral examination by counsel for

17   Plaintiff, pursuant to Notice, at the Law Office

18   of Mesirow and Stravitz, 2000 Massachusetts

19   Avenue, NW, Washington, DC, before Kim Brantley of

20   Capital Reporting, a Notary Public in and for the

21   District of Columbia, beginning at 1:45 p.m., when

22   were present on behalf of the respective parties:
```



EXHIBIT 6

1    A.    Francis.

2    Q.    Francis, did the trip test and all the
3 other testing that needs to be done for the dry
4 pipe systems, correct?

5    A.    Yes.

6    Q.    Other than Mr. Ham, did any building
7 maintenance people accompany you during that
8 period of work?

9    A.    I don't recall.

10   Q.    Do you know whether or not somebody had
11 to unlock certain locks or doors or whatever to
12 give you access to all of the points that had to
13 be drained and valves that had to be turned, that
14 type of thing?

15   A.    Yes.

16   Q.    Do you know who that person was?

17   A.    I don't recall.

18   Q.    Mr. Ham did not do that?

19   A.    No.

20   Q.    Somebody else was assigned to let you
21 get access to these areas?

22   A.    Yes.

```
 1      Q.   Can you describe the person that gave
 2 you access to those areas in July of 2002?
 3      A.   He was a colored gentleman, probably my
 4 height.
 5      Q.   Which is?
 6      A.   Five ten.
 7      Q.   Okay.
 8      A.   Around I'm guessing like thirty years
 9 old or could be younger, could be older, but
10 around that.
11      Q.   Did he have any other distinguishing
12 marks?  Did he have an accent?  Did he have
13 anything else that you can recall?
14      A.   No.
15      Q.   Did he have on a uniform of any type
16 that gave his name or affiliation of the company,
17 anything like that?
18      A.   I can't recall.
19      Q.   And what did that person do during the
20 July inspection?
21      A.   All he did was go and open up rooms
22 that we needed open and took the locks of the drum
```

1    A.   No.

2    Q.   Other than learning Mr. Ham's name
3  during the July visit, did you learn the name of
4  any other employee at the building during that
5  visit?

6    A.   The gentleman that met us at the desk
7  probably introduced himself, but I can't recall
8  what his name was.

9    Q.   Okay. And you didn't make a note of
10 that? It's not written in any record there or
11 anything?

12   A.   No, no.

13   Q.   What about at the time of the January
14 9th inspection? Did you see Mr. Ham at that
15 inspection?

16   A.   No.

17   Q.   Do you know the name of anybody that
18 accompanied you, anybody employed at the building
19 who accompanied you during that inspection?

20   A.   Like I said that gentleman I met and we
21 shook hands and he probably mentioned his name and
22 it probably went in one ear and out the other.

1      Q.   I know it's more than three years after
2  that inspection took place now.  Did you know that
3  person's name two weeks after the inspection took
4  place?
5      A.   No.
6      Q.   So you really never learned his name.
7  He may have said it, but the day after you didn't
8  remember what it was?
9      A.   Exactly.
10     Q.   You're like me.  I'm not good with
11 names, and in and out right away?
12     A.   Exactly.
13     Q.   So basically other than Mr. Ham, based
14 on your two inspection visits to this building,
15 you didn't know of anyone else who worked in the
16 building?
17     A.   Correct.
18     Q.   Can you describe the person that
19 accompanied you and Mr. Scott to give you access
20 to the various areas to do your work during the
21 January 9th visit?
22     A.   It was the same gentleman that

1   accompanied us in July.

2       Q.   So you would give the same description
3   of the gentleman, yes?

4       A.   Yes.

5       Q.   Only six months older?

6       A.   Yes.

7       Q.   In terms of the testing of the system,
8   the dry pipe systems, you didn't do the trip test
9   at that time, correct?

10      A.   In --

11      Q.   January.

12      A.   No.

13      Q.   But you do have to drain the drum drips
14  for other reasons.

15      A.   Correct, correct.

16      Q.   And how many drain areas are there in
17  the system that you had to drain?

18      A.   Approximately seven I think.  There
19  is -- in my folder I had it listed down, but I
20  think the fourth floor there is two -- one in each
21  stairway, and there is another one there, and I
22  can't recall at the time; and then on the fifth

Capital Reporting Company

Page 50

```
 1   valve, and then close the end valve and drain it
 2   so you can maintain air pressure?
 3       A.   Yes.
 4       Q.   Is that the way you normally did it,
 5   the winter check?
 6       A.   Yes.
 7       Q.   Do you recall doing it that way on
 8   January 9th, 2003?
 9       A.   Yes.
10       Q.   Now did you drain, you and Mr. Scott,
11   drain all of the drain points during the January
12   9th 2003 inspection?
13       A.   All but the one in that room.
14       Q.   The one above conference room 5200?
15       A.   Correct.
16       Q.   As is listed in this interrogatory
17   answer.  It says "One drum drip is located in the
18   ceiling of conference room 5200."  That's the one
19   that you did not drain.
20       A.   Correct.
21       Q.   Were you supposed to drain that drain?
22       A.   Yes.
```

Page 51

```
1        Q.    Why were you supposed to drain that
2    drain?
3        A.    Because it's part of the dry system and
4    has a drum drip above it.
5        Q.    And you drained that drain in July of
6    2002?
7        A.    Yes.
8        Q.    Why didn't you drain the drain in
9    January of 2003?
10       A.    Because I did not have access to the
11   room.
12       Q.    Why did you have access?
13       A.    The gentleman that was with us did not
14   have a card access to let us into the room.
15       Q.    This is the same gentlemen that had the
16   card in July of 2002?
17       A.    Correct.
18       Q.    Describe to me the conversation you had
19   with this gentleman regarding getting access to
20   that room.  Tell me what you said.  Tell me what
21   he said.
22       A.    We were going to the room and when we
```

```
 1      Q.    Where is the mechanical room?
 2      A.    Above the fifth floor, in the middle of
 3   the building.
 4      Q.    How do you get there, by elevator or
 5   walking space?
 6      A.    You have to go up steps.
 7      Q.    So, you get to the point where he says
 8   he doesn't have a card to get in this doorway.
 9   What happens next?
10      A.    We asked if he was going to get a card
11   and he just kind of looked at us like, you know,
12   he really didn't want to -- he would take care of
13   it.  He said he would take care of the drum drip,
14   and I asked him, I said "Are you going to take
15   care of this" -- I said, "You know what?  I can't
16   get in the room.  Are you going to take care of
17   this drum drip?"
18      Q.    Well did you ask him to go get the
19   card?
20      A.    No, I didn't ask him to go get the
21   card.
22      Q.    Why didn't you ask him to go get the
```

```
1    BY MR. GROTH:
2        Q.    Sure.  Why didn't you ask this person,
3    whose name you didn't have and still don't have --
4    correct?
5        A.    Yes.
6        Q.    Why didn't you ask him to go get the
7    card so you could have access to drain the last
8    drain you had left?
9        A.    I asked him to get the card but I don't
10   remember him going to get the card.
11       Q.    So you don't remember him saying "I
12   refuse to get the card" or anything like that?
13       A.    He didn't refuse to get the card.  It
14   wasn't said that he would get the card.  It was
15   just he would take care of the drum.
16       Q.    Let me ask you about that.  Did you ask
17   him, since you don't have a card, "Will you take
18   care of the drum drip?"
19       A.    I asked him if he would take care of
20   the drum drip.
21       Q.    So you made a request?
22       A.    I made a request.
```

Capital Reporting Company

Page 92

```
1    A.    And then they would make a phone call.
2    Q.    But you had no way of determining
3  whether it was a Guest Services maintenance person
4  or maybe just another Gallaudet maintenance
5  person?
6          MR. BROOKS:  Object to the form.
7          THE WITNESS:  I have no idea.
8    Q.    This individual that did show up, who
9  once again we don't know who his name is.  We'll
10 call him the mystery employee.  What did he do to
11 assist you on the January 9, 2003 inspection?
12   A.    He basically just went and a got us and
13 unlocked any locks that we needed to have unlocked
14 for access to rooms or the locking mechanism on
15 the stairway, and then he would lock them back up
16 after we were done.
17   Q.    The progression things, and I think
18 this is a five-story building?
19   A.    Yes, I think so.
20   Q.    Did you start off on the first floor
21 and work your way up?
22   A.    No.  First, we went to the penthouse
```