Case 1:05-cv-02115-CKK-AK   Document 48-5   Filed 01/03/2008   Page 33 of 42
Case 1:05-cv-02115-CKK   Document 59-8   Filed 02/12/2008   Page 1 of 2
Capital Reporting Company

Page 1

```
 1   UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLUMBIA
 2   - - - - - - - - - - - - - - - - X

 3   ST. PAUL MERCURY INSURANCE       :

 4   COMPANY, as Subrogee of          :

 5   Gallaudet University,            :

 6         Plaintiff,                 :

 7      v.                            : Case No.:

 8                                    : 1:05-cv-02115

 9   Capitol Sprinkler                :

10   INSPECTION, INC.,                :

11         Defendant.                 :

12   - - - - - - - - - - - - - - - - X

13                         Washington, DC
                           Monday, August 14, 2006
14   Deposition of:

15              CRAIG PARHAM

16   called for oral examination by counsel for

17   Plaintiff, pursuant to Notice, at the Law Office

18   of Mesirow and Stravitz, 2000 Massachusetts

19   Avenue, NW, Washington, DC, before Kim Brantley of

20   Capital Reporting, a Notary Public in and for the

21   District of Columbia, beginning at 3:45 p.m., when

22   were present on behalf of the respective parties:
```



EXHIBIT 7

Capital Reporting Company

Page 42

1  the building people to do that, yes.
2    Q.  That's part of the winter service, to
3  drain the drum drains?
4    A.  We provide a service to all our people
5  to go back in the winter and check the systems.
6  That is not necessarily draining drum drains.
7  That is preliminarily going to that dry system,
8  making sure that the air compressor is working
9  properly, making sure that the pressures are
10 correct, and in many instances, not here, making
11 sure that there is even a note about heat the
12 areas, making sure that the air compressor and the
13 dry system on a condition space, of course quite
14 often I use a strip mall entrance. It's a
15 separate room and I will go in and the heater will
16 be burned up and then the drum drain is not part
17 of what I would check.
18   Q.  Of the dry system?
19   A.  That's the people who run the
20 building's responsibility to do that.
21   Q.  Do you have a contract that says it's
22 their responsibility to do that.

Page 43

1    A.  We have a contract that doesn't say
2  it's ours.
3    Q.  Do you know if there is a separate
4  charge for both the trip test inspection and the
5  winter check?
6    A.  It's all rolled into one.
7    Q.  So if the contract says you pay
8  annually six hundred seventy-five dollars, that's
9  a one-time payment for both inspections?
10   A.  Right, yes.
11   Q.  Is that correct?
12   A.  We have some places that require four.
13   Q.  Okay. So that's built into the price,
14 I assume, that you are going to be out there
15 twice?
16   A.  Um-hum.
17   Q.  When you got out there, was there any
18 question in your mind that what you saw in terms
19 of this T that had fractured, and we have pictures
20 of it here, Vane Exhibits 9 and 10, these are
21 pictures also that you took, so I assume you saw
22 what's depicted in these photographs, correct?

Page 44

1    A.  Yes.
2    Q.  Was there any question in your mind
3  that this fitting failed because it had frozen and
4  eventually thawed and ruptured?
5    A.  No, it was not.
6    Q.  That's what you --
7    A.  Yes, I was sure that it had frozen.
8    Q.  And when you found out that these heads
9  were also leaking air, you also concluded that was
10 from the freezing of the water and the head. Is
11 that correct?
12   A.  Yes. Yes.
13   Q.  And when you saw that, did you conclude
14 your self that somebody didn't drain the drum drip
15 that drains this branch of the sprinkler system,
16 back on January 9th, 2003?
17   A.  Yes. That was the logical conclusion.
18   Q.  What did you do after that trip out on
19 the day of the loss? What did you do to find out
20 what Capitoll's inspectors had done during the
21 January 9, 2003 inspection?
22   A.  That Monday morning Mike and I

Page 45

1  discussed what I had found and what had
2  transpired.
3    Q.  What was in the conversation? Tell me
4  what you said, what he said.
5    A.  Well, you know, I guess you haven't
6  seen him, but Vernon actually puts on the back of
7  all of his folders, particularly that jobs that
8  have idiosyncracies like that, what the inspectors
9  have to look for. So number one they can train
10 the people on the job, because usually somebody
11 will go with them, but secondly if there is one
12 behind the column and you can't readily see, you
13 know it's there.
14   Q.  Right.
15   A.  So we talked about it and of course I
16 do not know which inspector went -- which one of
17 the field people went with Mike, but everything
18 there is locked. Somebody has to have a key to
19 open the valves. Somebody has to get a key to get
20 in the cable room, and someone has to have a card
21 reader key to get to the panel above the ceiling.
22 Mike told me that the gentleman who went with him

12 (Pages 42 to 45)

866.448.DEPO
www.CapitalReportingCompany.com