1

```
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA

------------------------------:
ST. PAUL MERCURY              :
INSURANCE COMPANY, as         :
Subrogee of Gallaudet,        :
University,                   :
                              :
      Plaintiff,              :
                              :
      v.                      :   Case No.:
                              :   1:05-cv-20115
CAPITAL SPRINKLER             :
INSPECTION, INC.,             :
                              :
      Defendant               :
                              :
      v.                      :
                              :
GUEST SERVICES, INC.,         :
                              :
      Third-Party Defendant.  :
------------------------------:
```



EXHIBIT 8



RECEIVED NOV 14 2006
Trichilo, Bancroft, McGavin
Horvath & Judkins, P.C.

Washington, D.C.
October 26th, 2006

Deposition of:

GARY ALLER,

Called for oral examination by counsel for Defendant, pursuant to notice, at the Gallaudet University, 800 Florida Avenue, College Hall, Suite 318, Washington, D.C., beginning at 10:00 a.m, before Teague Gibson of Esquire Legal Services, Inc., a Notary Public.

31

```
 1    Q    What does the contract state outright in
 2  that regard?
 3    A    Paraphrasing it that the contract
 4  management company has total responsibility for
 5  all building maintenance including fire control
 6  and maintenance of all systems.
 7    Q    What entity owns the Kellog Conference
 8  Center?
 9    A    Gallaudet University.
10    Q    How do you know that?
11    A    I was told that by my vice-president and
12  we depreciate the building every year, so it's
13  treated as a property of Gallaudet.
14    Q    Can you explain to me the basis of your
15  knowledge that Gallaudet depreciates the building
16  every year?  I take it you have some involvement
17  in the tax returns or long range planning?
18    A    I assist our accounting department with
19  all the businesses under my direct control as far
20  as our end-of-the-year closing of the books for
21  the end of the year.
22    Q    And it's your understanding that
```