**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University :<br><br>Plaintiff :<br><br>vs. :<br><br>CAPITOL SPRINKLER INSPECTION, INC :<br><br>Defendant :<br><br>vs. :<br><br>GUEST SERVICES, INC. :<br><br>Third-Party Defendant : | CASE NUMBER:  1:05-CV-02115 (CKK) |

## ORDER

Upon considering Plaintiff's Motion for Partial Summary Judgment, and Defendant's Opposition thereto, and having found that the Motion is without merit, it is hereby ORDERED and DECREED this _____ day of _____, 2008, that Plaintiff's Motion for Partial Summary Judgment is DENIED.

BY THE COURT:

_____
Colleen Kollar-Kotelly
United States District Judge

{DE103242.1}