# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University : | Case No.: 1:05cv02115(CKK) |
| Plaintiff : | |
| vs. : | |
| CAPITOL SPRINKLER INSPECTION, INC : | |
| Defendant : | |
| vs. : | |
| GUEST SERVICES, INC. : | |
| Third-Party Defendant : | |

## ORDER

Upon considering Defendant Capitol Sprinkler Inspection, Inc.'s Motion for Summary Judgment, any Plaintiff's opposition thereto, and with good cause having been shown, it is hereby Ordered and Decreed this ____ day of _____, 2008, that Defendant's Motion for Summary Judgment is denied.

BY THE COURT:

_____
Colleen Kollar-Kotelly
United States District Judge