**Exhibit P**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as subrogee of Gallaudet University, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Case No. 1:05CV02115 <br> : |
| CAPITOL SPRINKLER INSPECTION, INC. | : <br> : |
| Defendant/Third-Party Plaintiff, | : <br> : |
| v. | : <br> : |
| GUEST SERVICES, INC., | : <br> : |
| Third-Party Defendant. | : |

### DEFENDANT/THIRD-PARTY PLAINTIFF'S RULE 26(A) DISCLOSURES

1. PURSUANT to Fed. R. Civ. P. 26(a)(1), Defendant, Capitol Sprinkler Inspections, Inc., hereby discloses the following information without a formal discovery request. These disclosures are being made without waiver of and subject to all objections as to attorney-client privilege, work product and relevance.

(a) Identities of individuals likely to have knowledge of discoverable information that may be used to support the disclosing parties claims or defenses.

- **Craig Parham:** **Circumstances surrounding day of loss**
- **Vernon Vane:** **Circumstances surrounding inspections of subject property; business relationships of parties**
- **Ann Golden:** **Business relationships of parties**
- **Tim Francis:** **Circumstances surrounding inspections of subject property**
- **Bill Treece, Jr.:** **Business relationships of parties**
- **John Wimmer:** **Circumstances surrounding day of loss**
- **Mike Bowlin:** **Circumstances surrounding inspections of subject property**
- **Charles Otis:** **Circumstances surrounding day of loss**

DE057447.1

- **Tom Scott:** Circumstances surrounding inspections of subject property
- **Andrew Nichols:** Circumstances surrounding inspections of subject property

  Capitol Sprinkler Inspection
  6550 Dobbin Road
  Columbia, MD 21045-4720

- **Terrence Hubbard:** Circumstances surrounding inspections of subject property
- **David Ham:** Circumstances surrounding day of loss and inspections of subject property; Business relationships of parties
- **Michael Mahoney:** Circumstances surrounding inspections of subject property; Business relationships of parties

  Guest Services, Inc.
  3055 Prosperity Avenue
  Fairfax, Virginia 22031

(b) Documents and things in the possession of counsel or the party that may be used to support the disclosing parties' claims or defenses.

1. Capitol Sprinkler Inspection, Inc. Contract for Automatic Sprinkler Equipment Inspection Service between Capitol Sprinkler and Guest Services c/o Gallaudet Conference Center dated 4/22/02.

2. Capitol Sprinkler Inspection, Inc. inspection form dated 7/2/02.

3. Capitol Sprinkler Inspection, Inc. inspection form dated 1/9/03.

4. Capitol Sprinkler Inspection, Inc. inspection form dated 7/8/03.

5. Capitol Sprinkler Inspection, Inc. annual fire pump performance test form dated 7/2/02.

6. Capitol Sprinkler Contracting, Inc. invoice dated 1/29/03.

(c) Computation of Damages.

**None to date.**

(d) Insurance agreements in force.

**Insured:** Capitol Sprinkler Inspection, Inc.

DE057447.1

Insurer: **ACE - USA Insurance Company**

Claim No.: 463L100251-8

Policy No: D35558937

Policy Period: 10/1/02-10/1/03

*[signature]*

Donald R. Kinsley, Esquire / DC Bar No. 432998
Norman H. Brooks, Jr., Esquire
W. Frank Johnson, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant/Third-Party Plaintiff*

DATED: 5/4/06

DE057447.1

**Exhibit Q**

IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

St. Paul Mercury Insurance Company
As Subrogee of Gallaudet University

      Plaintiff,

v.                                      Civil Action No. 1:5cv-2115-CKK
                                        Judge Colleen Killar-Kotelly

CAPITOL SPRINKLER INSPECTION

      Defendant,

v.

GUEST SERVICES, INC.

      Third-Party Defendant.

*(handwritten note: Please see me on these)*

**THIRD PARTY DEFENDANT, GUEST SERVICES, INC.'S RULE 26(A) DISCLOSURES**

COMES NOW, the third party defendant, Guest Services, Inc., by counsel, and hereby discloses the following information:

**A. Individuals That Have Discoverable Information**

    1). **Stephen E Logue**: Mr. Logue will have factual information in regards to the incident.
        Managing Director
        Guest Services
        Gallaudet University
        Kellogg Conference Center
        800 Florida Ave., N.E.
        Washington, DC 20002

    2). **David Ham**: Mr. Ham is a current employee and has information relevant to the loss.
        Gallaudet University
        Kellogg Conference Center

1

    800 Florida Ave., N.E.
    Washington, DC 20002

3). **Terry Hubbard**   Employee of Guest Services, Inc.
    Gallaudet University
    Kellogg Conference Center
    800 Florida Ave., N.E.
    Washington, DC 20002

4). **Gary B. Aller**
    Director of Business Operations
    Gallaudet University
    800 Florida Ave., N.E.
    Washington, DC 20002

5). **Nick Dimeglio**   Past employee of Guest Services, Inc.

**Documents**

1). Management agreement between Guest Services and Gallaudet University.

2). Capital Sprinkler Inspection, Inc. Fire Pump Test Procedure

3). Contract between Capital Sprinkler Inspection, Inc. and Guest Services for annual trip test (2002).

4). Contract between Capital Sprinkler Inspection, Inc. and Guest Services for annual Fire Pump Test (2002).

5). Gallaudet University Incident Report.

6). Capital Sprinkler Inspection, Inc. report dated 7/2/02.

7). Capital Sprinkler Inspection, Inc. report dated 1/9/03

8). Dry Valves Location Checklist.

9). Capital Sprinkler Contracting, Inc. Invoice.

2

**Insurance Policy**

Insured:        Guest Services, Inc.

Insurer:        The Hartford

Policy Number:      42 UEN MF4671

Policy Period:      11/01/2002- 11/01/2003

                              Respectfully submitted,

                              GUEST SERVICES, INC.

                              _____
                              Stephen A. Horvath, Esquire
                              D.C. Bar No. 417137
                              3920 University Drive
                              Fairfax, Virginia 22030
                              Phone: (703) 385-1000; Fax: (703) 385-1555
                              *Counsel for Guest Services, Inc.*