## TABLE OF CONTENTS

Page

I.  SUMMARY OF MATERIAL FACTS WHICH ARE DISPUTED ...................... 1

II.  INTRODUCTION ........................................................................... 6

III.  LEGAL ARGUMENT ..................................................................... 7

A.  GUEST SERVICES IS NOT LIABLE FOR THE DAMAGES AT
THE KELLOGG CONFERENCE CENTER .......................................... 8

B.  NO WITNESS SUPPORTED CAPITOL SPRINKLER'S ASSERTION
THAT GUEST SERVICES EMPLOYEE TERRANCE HUBBARD
OR AN AGENT OF GUEST SERVICES ESCORTED CAPITOL
SPRINKLER INSPECTORS THROUGHOUT THE KELLOGG
CONFERENCE CENTER ................................................................. 9

C.  NO EVIDENCE SUPPORTS CAPITOL SPRINKLER'S ASSERTION
THAT GUEST SERVICES EMPLOYEE TERRANCE HUBBARD
OR AN "AGENT" OF GUEST SERVICES AGREED TO DRAIN
THE DRUM DRIP .......................................................................... 11

D.  THERE WAS NO ORAL MODIFICATION OF THE CONTRACT ......... 13

E.  THERE WAS NO MATERIAL BREACH OF CONTRACT.................... 16

F.  NFPA DOES NOT CREATE A DUTY OWED TO CAPITOL
SPRINKLER ................................................................................. 18

G.  THE DOCTRINE OF FRUSTRATION OF PURPOSE DOES NOT
APPLY TO RELIEVE CAPITOL SPRINKLER OF ITS OBLIGATIONS
UNDER THE INSPECTION CONTRACT ........................................... 19

H.  THE DOCTRINE OF IMPOSSIBILITY OF PERFORMANCE DOES
NOT APPLY TO RELIEVE CAPITOL SPRINKLER OF ITS
OBLIGATIONS UNDER THE INSPECTION CONTRACT .................... 20

IV.  CONCLUSION ............................................................................. 22

**TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.**
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030 • (703) 385-1000 • FAX (703) 385-1555

## TABLE OF CITATIONS

**Page**

Bldg. Servs. Unlimited v. Riley, 238 F. Supp. 2d 255, 257 (2002). . . . . . . . . . . . . 13

Bowman v. Redding & Co., 449 F.2d 956, 963 (D.C. App 1971). . . . . . . . . . . . . . 19

Carden v. Westinghouse Elec. Corp., 850 F.2d 996, 1002 (3d cir. 1988) . . . . . . . 11

Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986) . . . . . . . . . . . . . . . . . . . . . . . . 8

Gagnon v. Wright, 200 A.2d 196, 198 (D.C. 1964). . . . . . . . . . . . . . . . . . . . . . . . .13,14

Gray v. Gray, 412 A.2d 1208, 1212 (D.C. 1980). . . . . . . . . . . . . . . . . . . . . . . . . . .13

Hershon v. The Hellman Co., 565 A.2d 282, 283 (D.C. 1989). . . . . . . . . . . . . . . . 13

Island Development Corp. v. District of Columbia,
933 A.2d 340, 350 (D.C. 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 20

Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986). . . . 8

National Railroad Passenger Corp. v. Expresstrak, LLC,
2006 WL 2947555 at * 13 (D.D.C. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Phillips v. Holladay Property Services, Inc., 937 F.Supp. 32 (D.D.C. 1996) . . . . . 11

Puma v. Sullivan, 746 A.2d at 87. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Rinck v. Assoc. of Reserve City Bankers, 676 A.2d 12, 17 (D.C. 1996) . . . . . . . . 13

Thomas v. Stone Container Corp., 922 F.Supp. 950, 957 (S.D.N.Y. 1996). . . . . . 11

Transatlantic Financing Corp. v. United States, 124 U.S. App. D.C. 183 (1966). . 20

Zaken v. Boerer, 964 F.2d 1319, 1324 (2d Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . 11

Fed. R. Civ. P. 56(c). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7

D.C. Code § 14-302 (2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13

NFPA 25 § 1-4.1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  16

NFPA 25 §A-1-4.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  17

Black's Law Dictionary, 7th ed., 300 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13