Capital Reporting Company

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
 2    - - - - - - - - - - - - - - - X

 3    ST. PAUL MERCURY INSURANCE     :

 4    COMPANY, as Subrogee of        :

 5    Gallaudet University,          :

 6              Plaintiff,           :

 7        v.                         : Case No.:

 8                                   : 1:05-cv-02115

 9    CAPITOL SPRINKLER              :

10    INSPECTION, INC.,              :

11              Defendant.           :

12    - - - - - - - - - - - - - - - X

13                            Washington, DC
                              Monday, August 14, 2006
14        Deposition of:
                         VERNON VANE
15        called for oral examination by counsel for

16        Plaintiff, pursuant to Notice, at the Law Office

17        of Mesirow and Stravitz, 2000 Massachusetts

18        Avenue, NW, Washington, DC, before Kim Brantley of

19        Capital Reporting, a Notary Public in and for the

20        District of Columbia, beginning at 10:08 a.m.,

21        when were present on behalf of the respective

22        parties:
```

EXHIBIT 2

**Capital Reporting Company**

Page 40

```
 1      A.   We typically started outside with the
 2  pump.  Nobody was there for that, and then once we
 3  moved inside, then we would go to the desk and
 4  tell them that we were ready to do inside, or go
 5  down to David's office, either way, and they would
 6  be -- send somebody or he would assign somebody to
 7  go with us.
 8      Q.   Ham did not go with you, himself?
 9      A.   No.
10           MR. BROOKS:  Are we talking July?
11           MR. GROTH:  Yes, we're talking July
12  '02.
13  BY MR. GROTH:
14      Q.   Why did you need somebody from Guest
15  Services to accompany you?
16      A.   For access, keys, things of that
17  nature.
18      Q.   What were you getting access to that
19  needed a key?
20      A.   Well there were locks on the valves
21  that had to be unlocked and rooms, things of that
22  nature.
```

```
 1      Q.   Okay.  And do you know who Mr. Ham
 2 assigned to you to do that?
 3      A.   No.
 4      Q.   Can you describe the person physically?
 5      A.   As I recall.
 6      Q.   Yes.
 7      A.   A tall, slender black man.
 8      Q.   Age, approximately?
 9      A.   Thirties.
10      Q.   Did he wear any kind of uniform, like a
11 shirt with "maintenance" like a name on it or a
12 company name or anything like that?
13      A.   I don't recall, I don't recall.
14      Q.   Even if he did and he had his name
15 stitched on the shirt, you wouldn't recall that
16 one way or the other?
17      A.   No, no.
18      Q.   Is this the first time you ever saw
19 this person?
20      A.   Yes.
21      Q.   In other words he had not been there
22 between 1996 and 1999?
```