1      Q      And that was how business was done

2   during your first seven months on the job?

3      A      That's correct.

4      Q      And how did that differ from access to

5   areas on the third and fourth floor, for example,

6   the mental health areas?

7      A      Some on the third floor had some key

8   access, some card access.  The fourth floor had

9   all card access for all guest rooms.

10     Q      How about the fifth floor?

11     A      Fifth floor all guest rooms had card

12   swipe access.

13     Q      Describe for me the process whereby the

14   desk clerk would create a card that would provide

15   someone access to a particular guest room on a

16   given day?

17     A      I'm not intimately involved with that.

18     Q      Do you have a rudimentary understanding?

19     A      I've seen it done before.

20     Q      How do they do it according to your

21   observation?

22     A      According to my observation they put a

EXHIBIT

tabbies®

8