# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University <br><br> Plaintiff <br><br> vs. <br><br> CAPITOL SPRINKLER INSPECTION, INC <br><br> Defendant <br><br> vs. <br><br> GUEST SERVICES, INC. <br><br> Third-Party Defendant | CASE NUMBER: 1: 05-CV-02115 |

## NOTICE OF ORAL DEPOSITION

TO:   Stephen Horvath, Esquire
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive, P.O. Box 22
Fairfax, VA  22030

David J. Groth, Esquire (phv)
Daniel J. Luccaro, Esquire (phv)
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000 (p)
(215) 701-2368 (f)

PLEASE TAKE NOTICE that plaintiff will take the depositions of the following individuals at the offices of Mesirow & Stravitz, 2000 Massachusetts Avenue, Suite 200, Washington, DC upon oral examination pursuant to the Federal Rules of Civil Procedure, before a Notary Public, or before some other officer authorized by law to administer oaths.



EXHIBIT 10

{DE067099.1}

### Monday, October 16, 2006

| **Deponent** | **Time** |
|---|---|
| Terrance Hubbard | 10:00 a.m. |
| Plaintiff's 30(b)(6) witness concerning access to the Conference Center provided by Gallaudet University on January 9, 2003. | 11:00 a.m. |
| David Hamm | 1:00 p.m. |
| Third Party Defendant's 30(b)(6) witness concerning access to the Conference Center provided to Defendant by Third Party Defendant on January 9, 2003. | 3:00 p.m. |

You are asked to notify the deponents to be present at the time and place aforesaid and you are privileged to attend and participate in the examination. Said depositions will continue from day to day until completed.

_____
Michael T. Hamilton, Esquire
Norman H. Brooks, Esquire
Marks, O'Neill, O'Brien & Courtney
913 North Market Street, #800
Wilmington, DE  19805
(302) 658-6538

{DE067099.1}