provide an adequate supply of water to the hose connections. *(See Chapter 3.)*

*Wet Standpipe System.* A system that has the supply valve open and the water pressure maintained at all times.

*Dry Standpipe System.* A system that shall be arranged as follows:

(a) Includes devices to admit water to the system automatically by opening a hose valve
(b) Admits water to the system through manual operation of remote control devices located at each hose station
(c) Has no permanent water supply (A filled standpipe having a small water supply connection to keep the piping filled by requiring water to be pumped into the system shall be considered to be a dry standpipe.)

**1-3.3 Combined Standpipe and Sprinkler System.** A system where the water piping services both 2½-in. (63.5-mm) outlets for fire department use and outlets for automatic sprinklers. *(See Chapters 2 and 3.)*

**1-3.4 Private Fire Service Main.** The pipe and its appurtenances located on private property between a source of water and the base of the riser (i.e., the flange, the flange and spigot piece, or the base tee) for automatic sprinkler systems, open sprinkler systems, water spray fixed systems, standpipe systems, inlets to foam-making systems, or the base elbow of private hydrants or monitor nozzles. Where connected to a public water system, the private service main begins at a point designated by the public water utility, usually at a manually operated valve near the property line. Where connected to fire pumps, the main begins at the fire-protection-system side of the pump discharge valve. Where connected to a gravity or pressure tank, the main begins at the inlet side of the tank's check valve. *(See Chapter 4.)*

Private fire service mains can include supply and distribution piping installed above ground, in trenches, and inside or outside of buildings. The provisions of this section also apply to pipeline strainers.

**1-3.5 Fire Pump.** A pump supplying water at the flow and pressure required by water-based fire protection systems. *(See Chapter 5.)*

**1-3.6 Water Tank.** A tank supplying water for water-based fire protection systems. *(See Chapter 6.)*

**1-3.7 Water Spray Fixed System.** A special fixed pipe system connected to a reliable fire protection water supply and equipped with water spray nozzles for specific water discharge and distribution over the surface or area to be protected. The piping system is connected to the water supply through an automatically or manually actuated valve that initiates the flow of water. An automatic valve is actuated by operation of automatic detection equipment installed in the same areas as the water spray nozzles. (In special cases, the automatic detection system also is located in another area.) *(See Chapter 7.)*

**1-3.8 Deluge Foam-Water Sprinkler and Foam-Water Spray Systems.**

**1-3.8.1 Foam-Water Spray System.** A special system pipe connected to a source of foam concentrate and to a water supply and equipped with foam-water spray nozzles for fire protection agent discharge (i.e., foam followed by water or in reverse order) and for distribution over the area to be protected. System operation arrangements parallel those for foam-water sprinkler systems as described in 1-3.8.2.

**1-3.8.2 Foam-Water Sprinkler System.** A special system pipe connected to a source of foam concentrate and to a water supply and equipped with appropriate discharge devices for fire protection agent discharge and for distribution over the area to be protected. The piping system is connected to the water supply through a control valve that usually is actuated by operation of automatic detection equipment installed in the same areas as the sprinklers. When this valve opens, water flows into the piping system and foam concentrate is injected into the water. The resulting foam solution discharging through the discharge devices generates and distributes foam. Upon exhaustion of the foam concentrate supply, water discharge follows and continues until shut off manually. Systems also can be used for discharge of water first, followed by discharge of foam for a specific period, and then followed by water until manually shut off. Existing deluge sprinkler systems that have been converted to the use of aqueous film-forming foam are classed as foam-water sprinkler systems. *(See Chapter 8.)*

**1-3.9\* Control Valve.** A valve that controls the flow of water to a water-based fire protection system. For procedures concerning control valves, see Chapter 9.

**1-4 Responsibility of the Owner or Occupant.**

**1-4.1\*** The owner or occupant shall provide ready accessibility to components of water-based fire protection systems that require inspection, testing, or maintenance.

**1-4.2\*** The responsibility for properly maintaining a water-based fire protection system shall be that of the owner(s) of the property. By means of periodic inspections, tests, and maintenance, the equipment shall be shown to be in good operating condition, or any defects or impairments shall be revealed.

Inspection, testing, and maintenance shall be implemented in accordance with procedures meeting or exceeding those established in this document and in accordance with the manufacturer's instructions. These tasks shall be performed by personnel who have developed competence through training and experience.

*Exception: Where the owner is not the occupant, the owner shall be permitted to pass on the authority for inspecting, testing, and maintaining the fire protection systems to the occupant, management firm, or managing individual through specific provisions in the lease, written use agreement, or management contract.*

**1-4.3** The owner or occupant shall notify the authority having jurisdiction, the fire department, if required, and the alarm-receiving facility before testing or shutting down a system or its supply. The notification shall include the purpose for the shutdown, the system or component involved, and the estimated time of shutdown. The authority having jurisdiction, the fire department, and the alarm-receiving facility shall be notified when the system, supply, or component is returned to service.

*Exception: Where an occupant, management firm, or managing individual has received the authority for inspection, testing, and maintenance in accordance with the Exception to 1-4.2, the occupant, management firm, or managing individual shall comply with 1-4.3.*

**1-4.4** The owner or occupant promptly shall correct or repair deficiencies, damaged parts, or impairments found while per-

EXHIBIT 3

NFPA 20, Standard for the Installation of Centrifugal Fire Pumps, 1996 edition.

Case 1:05-cv-02115-CKK   Document 68-4   Filed 03/07/2008   Page 2 of 2

NFPA 22, *Standard for Water Tanks for Private Fire Protection*, 1996 edition.

NFPA 72, *National Fire Alarm Code®*, 1996 edition.

NFPA 110, *Standard for Emergency and Standby Power Systems*, 1996 edition.

NFPA 307, *Standard for the Construction and Fire Protection of Marine Terminals, Piers, and Wharves*, 1995 edition.

NFPA 1962, *Standard for the Care, Use, and Service Testing of Fire Hose Including Couplings and Nozzles*, 1998 edition.

**12-1.2 Other Publications.**

**12-1.2.1 AWWA Publication.** American Water Works Association, 6666 West Quincy Avenue, Denver, CO 80235.

AWWA D100 (AWS D5.2), *Standard for Welded Steel Tanks for Water Storage*, 1984.

## Appendix A   Explanatory Material

*Appendix A is not a part of the requirements of this NFPA document but is included for informational purposes only. This appendix contains explanatory material, numbered to correspond with the applicable text paragraphs.*

**A-1-2** History has shown that the performance reliability of a water-based fire protection system under fire-related conditions increases where comprehensive inspection, testing, and maintenance procedures are enforced. Diligence during an inspection is important. The inspection, testing, and maintenance of some items in the standard might not be practical or possible, depending on existing conditions. The inspector should use good judgment where making inspections.

**A-1-2.1** An entire program of quality control includes, but is not limited to, maintenance of equipment, inspection frequency, testing of equipment, on-site fire brigades, loss control provisions, and personnel training. Personnel training can be used as an alternative even if a specific frequency differs from that specified in this standard.

**A-1-3.1** Systems having not more than 20 sprinklers may be permitted to be installed without a device that activates an alarm.

Hose connections are required by NFPA 231, *Standard for General Storage*; NFPA 231C, *Standard for Rack Storage of Materials*; NFPA 231D, *Standard for Storage of Rubber Tires*; NFPA 231F, *Standard for the Storage of Roll Paper*; NFPA 409, *Standard on Aircraft Hangars*, and others. These hose connections are not considered standpipes.

**A-1-3.9** Experience has shown that closed valves are the primary cause of failure of water-based fire protection systems in protected occupancies.

**A-1-4.1** The components are not required to be open or exposed. Doors, removable panels, or valve pits may be permitted to satisfy the need for accessibility. Such equipment should not be obstructed by features such as walls, ducts, columns, direct burial, or stock storage.

**A-1-4.2** Inspection, testing, and maintenance may be permitted to be contracted with an inspection, testing, and maintenance service.

**A-1-4.5** Fire protection systems should not be removed from service when the building is not in use; however, where a system that has been out of service for a prolonged period (such as in the case of idle or vacant properties) is returned to service, it is recommended that a responsible and experienced contractor be retained to perform all inspections and tests.

**A-1-5 Approved.** The National Fire Protection Association does not approve, inspect, or certify any installations, procedures, equipment, or materials; nor does it approve or evaluate testing laboratories. In determining the acceptability of installations, procedures, equipment, or materials, the authority having jurisdiction may base acceptance on compliance with NFPA or other appropriate standards. In the absence of such standards, said authority may require evidence of proper installation, procedure, or use. The authority having jurisdiction may also refer to the listings or labeling practices of an organization that is concerned with product evaluations and is thus in a position to determine compliance with appropriate standards for the current production of listed items.

**A-1-5 Authority Having Jurisdiction.** The phrase "authority having jurisdiction" is used in NFPA documents in a broad manner, since jurisdictions and approval agencies vary, as do their responsibilities. Where public safety is primary, the authority having jurisdiction may be a federal, state, local, or other regional department or individual such as a fire chief; fire marshal; chief of a fire prevention bureau, labor department, or health department; building official; electrical inspector; or others having statutory authority. For insurance purposes, an insurance inspection department, rating bureau, or other insurance company representative may be the authority having jurisdiction. In many circumstances, the property owner or his or her designated agent assumes the role of the authority having jurisdiction; at government installations, the commanding officer or departmental official may be the authority having jurisdiction.

**A-1-5 Automatic Detection Equipment.** Water spray systems can use fixed temperature, rate-of-rise, rate-compensation fixed temperature, optical devices, flammable gas detectors or products of combustion detectors, and manual means to initiate waterflow.

**A-1-5 Listed.** The means for identifying listed equipment may vary for each organization concerned with product evaluation; some organizations do not recognize equipment as listed unless it is also labeled. The authority having jurisdiction should utilize the system employed by the listing organization to identify a listed product.

**A-1-5 Strainer.** There are two types of strainers. Pipeline strainers are used in water supply connections. These are capable of removing from the water all solids of sufficient size to obstruct the spray nozzles [⅛-in. (3.2-mm) perforations usually are suitable]. Pipeline strainer designs should incorporate a flushout connection or should be capable of flushing through the main drain.

Individual strainers for spray nozzles, where needed, are capable of removing from the water all solids of sufficient size to obstruct the spray nozzle that they serve.

**A-1-5 Water Spray Nozzle.** The selection of the type and size of spray nozzles should be made with proper consideration given to such factors as physical character of the hazard in-