Capital Reporting Company

Page 1

```
 1            UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
 2    - - - - - - - - - - - - - - - - X

 3    ST. PAUL MERCURY INSURANCE      :

 4    COMPANY, as Subrogee of         :

 5    Gallaudet University,           :

 6              Plaintiff,            :

 7         v.                         : Case No.:

 8                                    : 1:05-cv-02115

 9    CAPITOL SPRINKLER               :

10    INSPECTION, INC.,               :

11              Defendant.            :

12    - - - - - - - - - - - - - - - - X

13                          Washington, DC
                      Monday, August 14, 2006
14    Deposition of:
                         VERNON VANE
15    called for oral examination by counsel for

16    Plaintiff, pursuant to Notice, at the Law Office

17    of Mesirow and Stravitz, 2000 Massachusetts

18    Avenue, NW, Washington, DC, before Kim Brantley of

19    Capital Reporting, a Notary Public in and for the

20    District of Columbia, beginning at 10:08 a.m.,

21    when were present on behalf of the respective

22    parties:
```

EXHIBIT 5

Page 40

1   A.   We typically started outside with the
2   pump. Nobody was there for that, and then once we
3   moved inside, then we would go to the desk and
4   tell them that we were ready to do inside, or go
5   down to David's office, either way, and they would
6   be -- send somebody or he would assign somebody to
7   go with us.
8   Q.   Ham did not go with you, himself?
9   A.   No.
10         MR. BROOKS: Are we talking July?
11         MR. GROTH: Yes, we're talking July
12   '02.
13   BY MR. GROTH:
14   Q.   Why did you need somebody from Guest
15   Services to accompany you?
16   A.   For access, keys, things of that
17   nature.
18   Q.   What were you getting access to that
19   needed a key?
20   A.   Well there were locks on the valves
21   that had to be unlocked and rooms, things of that
22   nature.

Page 41

1   Q.   Okay. And do you know who Mr. Ham
2   assigned to you to do that?
3   A.   No.
4   Q.   Can you describe the person physically?
5   A.   As I recall.
6   Q.   Yes.
7   A.   A tall, slender black man.
8   Q.   Age, approximately?
9   A.   Thirties.
10  Q.   Did he wear any kind of uniform, like a
11  shirt with "maintenance" like a name on it or a
12  company name or anything like that?
13  A.   I don't recall, I don't recall.
14  Q.   Even if he did and he had his name
15  stitched on the shirt, you wouldn't recall that
16  one way or the other?
17  A.   No, no.
18  Q.   Is this the first time you ever saw
19  this person?
20  A.   Yes.
21  Q.   In other words he had not been there
22  between 1996 and 1999?