Page 1

```
 1            UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
 2    - - - - - - - - - - - - - - - - X

 3    ST. PAUL MERCURY INSURANCE      :

 4    COMPANY, as Subrogee of         :

 5    Gallaudet University,           :

 6            Plaintiff,              :

 7       v.                           : Case No.:

 8                                    : 1:05-cv-02115

 9    CAPITOL SPRINKLER               :

10    INSPECTION, INC.,               :

11            Defendant.              :

12    - - - - - - - - - - - - - - - - X

13                         Washington, DC
                      Monday, August 14, 2006
14    Deposition of:

15               MICHAEL BOWLIN

16    called for oral examination by counsel for

17    Plaintiff, pursuant to Notice, at the Law Office

18    of Mesirow and Stravitz, 2000 Massachusetts

19    Avenue, NW, Washington, DC, before Kim Brantley of

20    Capital Reporting, a Notary Public in and for the

21    District of Columbia, beginning at 1:45 p.m., when

22    were present on behalf of the respective parties:
```


EXHIBIT 6

**Capital Reporting Company**

Page 33

1  A. Francis.

2  Q. Francis, did the trip test and all the
3  other testing that needs to be done for the dry
4  pipe systems, correct?

5  A. Yes.

6  Q. Other than Mr. Ham, did any building
7  maintenance people accompany you during that
8  period of work?

9  A. I don't recall.

10 Q. Do you know whether or not somebody had
11 to unlock certain locks or doors or whatever to
12 give you access to all of the points that had to
13 be drained and valves that had to be turned, that
14 type of thing?

15 A. Yes.

16 Q. Do you know who that person was?

17 A. I don't recall.

18 Q. Mr. Ham did not do that?

19 A. No.

20 Q. Somebody else was assigned to let you
21 get access to these areas?

22 A. Yes.

Page 34

1    Q.    Can you describe the person that gave
2  you access to those areas in July of 2002?
3    A.    He was a colored gentleman, probably my
4  height.
5    Q.    Which is?
6    A.    Five ten.
7    Q.    Okay.
8    A.    Around I'm guessing like thirty years
9  old or could be younger, could be older, but
10 around that.
11   Q.    Did he have any other distinguishing
12 marks?  Did he have an accent?  Did he have
13 anything else that you can recall?
14   A.    No.
15   Q.    Did he have on a uniform of any type
16 that gave his name or affiliation of the company,
17 anything like that?
18   A.    I can't recall.
19   Q.    And what did that person do during the
20 July inspection?
21   A.    All he did was go and open up rooms
22 that we needed open and took the locks of the drum

```
 1        A.   No.
 2        Q.   Other than learning Mr. Ham's name
 3   during the July visit, did you learn the name of
 4   any other employee at the building during that
 5   visit?
 6        A.   The gentleman that met us at the desk
 7   probably introduced himself, but I can't recall
 8   what his name was.
 9        Q.   Okay.  And you didn't make a note of
10   that?  It's not written in any record there or
11   anything?
12        A.   No, no.
13        Q.   What about at the time of the January
14   9th inspection?  Did you see Mr. Ham at that
15   inspection?
16        A.   No.
17        Q.   Do you know the name of anybody that
18   accompanied you, anybody employed at the building
19   who accompanied you during that inspection?
20        A.   Like I said that gentleman I met and we
21   shook hands and he probably mentioned his name and
22   it probably went in one ear and out the other.
```

Page 41

1     Q.   I know it's more than three years after
2  that inspection took place now.  Did you know that
3  person's name two weeks after the inspection took
4  place?
5     A.   No.
6     Q.   So you really never learned his name.
7  He may have said it, but the day after you didn't
8  remember what it was?
9     A.   Exactly.
10    Q.   You're like me.  I'm not good with
11 names, and in and out right away?
12    A.   Exactly.
13    Q.   So basically other than Mr. Ham, based
14 on your two inspection visits to this building,
15 you didn't know of anyone else who worked in the
16 building?
17    A.   Correct.
18    Q.   Can you describe the person that
19 accompanied you and Mr. Scott to give you access
20 to the various areas to do your work during the
21 January 9th visit?
22    A.   It was the same gentleman that

1   accompanied us in July.

2       Q.   So you would give the same description

3   of the gentleman, yes?

4       A.   Yes.

5       Q.   Only six months older?

6       A.   Yes.

7       Q.   In terms of the testing of the system,

8   the dry pipe systems, you didn't do the trip test

9   at that time, correct?

10      A.   In --

11      Q.   January.

12      A.   No.

13      Q.   But you do have to drain the drum drips

14  for other reasons.

15      A.   Correct, correct.

16      Q.   And how many drain areas are there in

17  the system that you had to drain?

18      A.   Approximately seven I think.  There

19  is -- in my folder I had it listed down, but I

20  think the fourth floor there is two -- one in each

21  stairway, and there is another one there, and I

22  can't recall at the time; and then on the fifth

```
 1   got to the room he says, "I don't have a card.  I
 2   have to go down stairs and get the card for the
 3   access."
 4       Q.    And how far is is downstairs from where
 5   you were?
 6       A.    We're on the fifth floor.
 7       Q.    What did you do?  Take the elevator
 8   down?
 9       A.    You have to take the elevator down and
10   go to the front desk.
11       Q.    And how long would you suppose it would
12   have taken him to go down, get the elevator and
13   get the card and come back up?
14       A.    Five minutes, ten minutes.
15       Q.    Five, ten minutes?
16       A.    Um-hum.
17       Q.    What kind of distance are we talking
18   about?
19       A.    However long it takes him to get to the
20   elevator, go downstairs to the front desk, or
21   however fast the elevator runs.
22       Q.    Did he say why he didn't have the card
```

Page 54

```
1      Q.    Where is the mechanical room?
2      A.    Above the fifth floor, in the middle of
3  the building.
4      Q.    How do you get there, by elevator or
5  walking space?
6      A.    You have to go up steps.
7      Q.    So, you get to the point where he says
8  he doesn't have a card to get in this doorway.
9  What happens next?
10     A.    We asked if he was going to get a card
11 and he just kind of looked at us like, you know,
12 he really didn't want to -- he would take care of
13 it.  He said he would take care of the drum drip,
14 and I asked him, I said "Are you going to take
15 care of this" -- I said, "You know what?  I can't
16 get in the room.  Are you going to take care of
17 this drum drip?"
18     Q.    Well did you ask him to go get the
19 card?
20     A.    No, I didn't ask him to go get the
21 card.
22     Q.    Why didn't you ask him to go get the
```

1    BY MR. GROTH:

2        Q.    Sure.  Why didn't you ask this person,

3    whose name you didn't have and still don't have --

4    correct?

5        A.    Yes.

6        Q.    Why didn't you ask him to go get the

7    card so you could have access to drain the last

8    drain you had left?

9        A.    I asked him to get the card but I don't

10   remember him going to get the card.

11       Q.    So you don't remember him saying "I

12   refuse to get the card" or anything like that?

13       A.    He didn't refuse to get the card.  It

14   wasn't said that he would get the card.  It was

15   just he would take care of the drum.

16       Q.    Let me ask you about that.  Did you ask

17   him, since you don't have a card, "Will you take

18   care of the drum drip?"

19       A.    I asked him if he would take care of

20   the drum drip.

21       Q.    So you made a request?

22       A.    I made a request.

Capital Reporting Company

Page 76

1         (Brief pause while witness peruses
2   document.)
3       Q.   Okay, have you had a chance to read
4   that?
5       A.   Yes.
6       Q.   Was the individual, whoever it was,
7   that you -- that accompanied you during the
8   January inspection unwilling, which is the term
9   they use in that answer, unwilling to go get the
10  key?
11      A.   He didn't come out and say no.
12      Q.   As I recall your testimony from a
13  couple of minutes ago, I think you said that you
14  never requested that he didn't get the key.  Is
15  that correct?
16      A.   Right.
17      Q.   So to say that in that answer that he
18  is unwilling to go get the key, did he ever refuse
19  to go get the key?
20      A.   No.
21      Q.   You did this inspection on January 9th,
22  2003.  Did you find any freezing of any pipes or