IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

St. Paul Mercury Insurance Company
As Subrogee of Gallaudet University

    Plaintiff,

v.

CAPITOL SPRINKLER INSPECTION, P.C.

    Defendant/Third-Party Plaintiff,

v.

GUEST SERVICES, INC.

    Third-Party Defendant.
_____/

Civil Action No. 1:5cv-2115-CKK
Judge Colleen Kollar-Kotelly

### THIRD PARTY DEFENDANT GUEST SERVICES, INC.'S MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO CAPITOL SPRINKLER INSPECTION, INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the third-party defendant, Guest Services, Inc., and hereby moves this Honorable Court for an Order granting an extension of time within which to file its Opposition to Capitol Sprinkler Inspection Inc.'s Motion for Summary Judgment. In support thereof, it relies on its Memorandum of Points and Authorities.

                                          **GUEST SERVICES, INC.**
                                                    By Counsel

TRICHILO, BANCROFT, MCGAVIN,
HORVATH & JUDKINS, PC

/s/_____
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000; Fax: (703) 385-1555
*Counsel for Guest Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Motion for Extension of Time** was served electronically on the 7th day of March, 2008 to:

Eric Neil Stravitz, Esquire
Mesirow & Stravitz, P.L.L.C.
1307 New Hampshire Avenue, NW, Suite 400
Washington, D.C. 20036
*Counsel for Plaintiff*
E-mail: strav@erols.com

Of Counsel:

David J. Groth, Esquire
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiff*

Michelle Murphy, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Defendant Capitol Sprinkler, Inc.*
E-mail: nbrooks@mooclaw.com

Wayne F. Johnson, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Capitol Sprinkler, Inc.*
E-mail: fjohnson@mooclaw.com

                                          /s/_____
                                          Stephen A. Horvath