IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. PAUL MERCURY INSURANCE COMPANY
As Subrogee of Gallaudet University

    Plaintiff,

    v.                                            Civil Action No. 1:5-cv-2115-CKK
                                                Judge Colleen Kollar-Kotelly

CAPITOL SPRINKLER INSPECTION, P.C.

    Defendant,

    v.

GUEST SERVICES, INC.

    Third Party Defendant

_____/

**O R D E R**

UPON CONSIDERATION of Guest Services, Inc.'s Motion for Extension of Time to File its Opposition to Capitol Sprinkler Inspection, Inc. 's Motion for Summary Judgment, it is this ____ day of _____, 2008.

ADJUDGED, ORDERED AND DECREED THAT Guest Services, Inc. be granted an extension of time to file its Opposition to Capitol Sprinkler Inspection, P.C.'s Motion for Summary Judgment on or before Friday, March 7, 2008.

IT IS SO ORDERED.

                                                          _____
                                                          The Honorable Colleen Kollar-Kelly

Copies to:

Stephen A. Horvath, Esquire
D.C. Bar No. 417137
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000; Fax: (703) 385-1555
*Counsel for Guest Services, Inc.*

Eric Neil Stravitz, Esquire
Mesirow & Stravitz, P.L.L.C.
1307 New Hampshire Avenue, NW, Suite 400
Washington, D.C. 20036
*Counsel for Plaintiff*
E-mail: strav@erols.com

Of Counsel:

David J. Groth, Esquire
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103
*Counsel for Plaintiff*

Michelle Murphy, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Defendant Capitol Sprinkler, Inc.*

E-mail: nbrooks@mooclaw.com

Wayne F. Johnson, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, Delaware 19801
*Counsel for Capitol Sprinkler, Inc.*

E-mail: fjohnson@mooclaw.com