UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br><br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | Civil Action No. 05-2115 (CKK) |

**ORDER**

Upon consideration of Guest Services, Inc.'s Motion for Extension of Time to File its Opposition to Capitol Sprinkler Inspection, Inc.'s Motion for Summary Judgment, and the Opposition thereto, and finding the motion without merit, it is **HEREBY DENIED.**

ADJUDGED, ORDERED AND DECREED that Guest Services, Inc.'s Memorandum in Opposition to Capitol Sprinkler Inspection, Inc.'s Motion for Summary Judgment, filed by Guest Services, Inc. out of time and without leave of the Court on March 7, 2008 [68], is HEREBY STRICKEN.

IT IS SO ORDERED.

Date: _____ \_\_\_\_\_, 2008

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

{DE105242.1}