UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University | : : : |
| Plaintiff | : : |
| vs. | : : |
| CAPITOL SPRINKLER INSPECTION, INC | : Civil Action No. 05-2115 (CKK) |
| Defendant | : : |
| vs. | : : |
| GUEST SERVICES, INC. | : : |
| Third-Party Defendant | : : |

**DEFENDANT CAPITOL SPRINKLER INC.'S MOTION TO STRIKE THIRD-PARTY DEFENDANT GUEST SERVICES, INC.'S REPLY TO CAPITOL SPRINKLER'S OPPOSITION TO GUEST SERVICES' MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, Capitol Sprinkler Inc., by and through its undersigned counsel, moves this Honorable Court for an Order striking Third-Party Defendant Guest Services, Inc.'s Reply to Capitol Sprinkler's Opposition to Guest Services' Motion for Summary Judgment. In support thereof, it relies on its accompanying Memorandum of Points and Authorities.

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

 /s/ Donald R. Kinsley
Michael T. Hamilton, Esquire (Bar ID No. 474233)
Donald R. Kinsley, Esquire (Bar ID No. 432998)
Norman H. Brooks, Jr., Esquire (PHV)
913 N. Market Street, Ste. 800
Wilmington, DE  19801
*Attorneys for Defendant*
*Capitol Sprinkler Inspection, Inc.*

DATE: March 28, 2008

{DE105940.1}

{DE105940.1}