UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>as Subrogee of Gallaudet University<br><br>    Plaintiff<br><br>    vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>    Defendant<br><br>    vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | CASE NUMBER: 1:05-CV-02115 |

**NOTICE OF MOTION**

**TO:**

| | | |
|---|---|---|
| Stephen Horvath, Esq.<br>Trichilo, Bancroft, McGavin,<br>    Horvath & Judkins, P.C.<br>3920 University Drive<br>P.O. Box 22<br>Fairfax, VA 22030 | David J. Groth, Esq. (phv)<br>Daniel J. Luccaro, Esq. (phv)<br>1900 Market Street<br>Philadelphia, PA 19103 | Eric N. Stravitz, Esquire<br>Mesirow & Stravitz, PLLC<br>2000 Massachusetts Avenue,<br>Suite 200<br>Washington, DC 20035 |

PLEASE TAKE NOTICE that Defendant Capitol Sprinkler Inspection, Inc. will present its

**Motion to Strike Third-Party Defendant Guest Services, Inc.'s Reply to Capitol Sprinkler's Opposition to Guest Services' Motion for Summary Judgment** at the convenience of the Court.

                              Respectfully submitted,

                              **MARKS, O'NEILL,**
                              **O'BRIEN & COURTNEY, P.C.**

                              /s/    Donald R. Kinsley
                              Michael T. Hamilton, Esquire (Bar ID No. 474233)
                              Donald R. Kinsley, Esquire (Bar ID No. 432998)
                              Norman H. Brooks, Jr., Esquire (PHV)
                              913 N. Market Street, Ste. 800
                              Wilmington, DE  19801

DATE:   March 28, 2008          *Attorney for Defendant Capitol Sprinkler Inspection, Inc.*

{DE105915.1}