UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, as Subrogee of Gallaudet University<br><br>Plaintiff<br><br>vs.<br><br>CAPITOL SPRINKLER INSPECTION, INC<br><br>Defendant<br><br>vs.<br><br>GUEST SERVICES, INC.<br><br>Third-Party Defendant | Civil Action No. 05-2115 (CKK) |

**PROPOSED ORDER**

Upon consideration of Defendant Capitol Sprinkler Inspection, Inc.'s Motion to Strike Third-Party Defendant Guest Services, Inc.'s Reply to Capitol Sprinkler's Opposition to Guest Service's Motion for Summary Judgment, Defendant Capitol Sprinkler Inspection, Inc.'s Motion to Strike is **HEREBY GRANTED.**

ADJUDGED, ORDERED AND DECREED that Guest Services, Inc.'s Reply to Capitol Sprinkler's Opposition to Guest Service's Motion for Summary Judgment, filed by Guest Services, Inc. on March 7, 2008 [68], is HEREBY STRICKEN.

IT IS SO ORDERED.

Date: _____ _____, 2008

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

{DE105879.1}