LAW OFFICES

## TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.

3920 UNIVERSITY DRIVE

BENJAMIN J. TRICHILO •
STEVEN W. BANCROFT
JOHN D. McGAVIN •
STEPHEN A. HORVATH •
JULIA B. JUDKINS
MELISSA HOGUE KATZ •
DAWN E. BOYCE •
HEATHER K. BARDOT
MICHAEL E. THORSEN

• ALSO ADMITTED IN DC

**FAIRFAX, VIRGINIA 22030**
———
(703) 385-1000
(703) 385-1555 (FAX)

April 1, 2008

MICHAEL D. MELLEN •
ALLYSON C. KITCHEL •
CAMERON R. ARGETSINGER
BRIAN C. WILBERG
DANA L. TUBB

OF COUNSEL
JOSEPH C. VEITH III •

nbrooks@mooclaw.com
Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, Delaware 19801

Re:     *St. Paul Mercury Insurance company as Subrogee of Gallaudet
University v. Captiol Sprinkler Inspection, Inc. and Guest Services,
Inc.*; U.S. District Court for the District of Columbia; Case No. 1:05
CV-02115

Dear Mr. Brooks:

I am in receipt of your Motion to Strike the Reply Memorandum filed by Guest Services, Inc.

In that Motion you represent that I had opposed the relief sought. You will recall that I had actually indicated that I was willing to try to work with you on a mechanism to resolve the issue, and, specifically, to address your request to file a rebuttal to the Reply. I am enclosing a copy of the e-mail that I sent to you on this issue. As a result, your statement in paragraph no. 1 of the Memorandum is not accurate.

Further, you state in paragraph 13 "at no point did Guest Services suggest the possibility that Mr. Logue had any degree of knowledge on the subject described in the Rule 30 (B) (6) Notice of Deposition". This should be compared to the third party defendant, Guest Services, Inc.'s Rule 26 (A) Disclosure where it states "Stephen E. Logue: Mr. Logue will have factual information in regards to the incident". It further identifies him as the "Managing Director". Your statement in paragraph 13 is not accurate, and the purpose of this letter is to give you an opportunity to withdraw your Memorandum.

Sincerely,

Stephen A. Horvath

SAH:ikw
cc:     David J. Groth, Esquire - dgroth@cozen.com

EXHIBIT
2