Case 1:05-cv-02115-CKK   Document 59-7   Filed 02/12/2008   Page 1 of 11
Case 1:05-cv-02115-CKK   Document 74-8   Filed 04/04/2008   Page 1 of 5
Capital Reporting Company

Page 1

1  UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLUMBIA
2  - - - - - - - - - - - - - - - X
3  ST. PAUL MERCURY INSURANCE     :
4  COMPANY, as Subrogee of        :
5  Gallaudet University,          :
6        Plaintiff,               :
7     v.                          : Case No.:
8                                 : 1:05-cv-02115
9  CAPITOL SPRINKLER              :
10 INSPECTION, INC.,              :
11       Defendant.                :
12 - - - - - - - - - - - - - - - X
13                    Washington, DC
                      Monday, August 14, 2006
14 Deposition of:
15       MICHAEL BOWLIN
16 called for oral examination by counsel for
17 Plaintiff, pursuant to Notice, at the Law Office
18 of Mesirow and Stravitz, 2000 Massachusetts
19 Avenue, NW, Washington, DC, before Kim Brantley of
20 Capital Reporting, a Notary Public in and for the
21 District of Columbia, beginning at 1:45 p.m., when
22 were present on behalf of the respective parties:


EXHIBIT 1

1   A.  No.

2   Q.  Other than learning Mr. Ham's name
3   during the July visit, did you learn the name of
4   any other employee at the building during that
5   visit?

6   A.  The gentleman that met us at the desk
7   probably introduced himself, but I can't recall
8   what his name was.

9   Q.  Okay. And you didn't make a note of
10  that? It's not written in any record there or
11  anything?

12  A.  No, no.

13  Q.  What about at the time of the January
14  9th inspection? Did you see Mr. Ham at that
15  inspection?

16  A.  No.

17  Q.  Do you know the name of anybody that
18  accompanied you, anybody employed at the building
19  who accompanied you during that inspection?

20  A.  Like I said that gentleman I met and we
21  shook hands and he probably mentioned his name and
22  it probably went in one ear and out the other.

1    Q.   I know it's more than three years after
2  that inspection took place now.  Did you know that
3  person's name two weeks after the inspection took
4  place?
5    A.   No.
6    Q.   So you really never learned his name.
7  He may have said it, but the day after you didn't
8  remember what it was?
9    A.   Exactly.
10   Q.   You're like me.  I'm not good with
11 names, and in and out right away?
12   A.   Exactly.
13   Q.   So basically other than Mr. Ham, based
14 on your two inspection visits to this building,
15 you didn't know of anyone else who worked in the
16 building?
17   A.   Correct.
18   Q.   Can you describe the person that
19 accompanied you and Mr. Scott to give you access
20 to the various areas to do your work during the
21 January 9th visit?
22   A.   It was the same gentleman that

Case 1:05-cv-02115-CKK   Document 74-3   Filed 04/04/2008   Page 4 of 5
Case 1:05-cv-02115-CKK   Document 59-7   Filed 02/12/2008   Page 7 of 11
Capital Reporting Company

Page 50

```
1   valve, and then close the end valve and drain it
2   so you can maintain air pressure?
3        A.   Yes.
4        Q.   Is that the way you normally did it,
5   the winter check?
6        A.   Yes.
7        Q.   Do you recall doing it that way on
8   January 9th, 2003?
9        A.   Yes.
10       Q.   Now did you drain, you and Mr. Scott,
11  drain all of the drain points during the January
12  9th 2003 inspection?
13       A.   All but the one in that room.
14       Q.   The one above conference room 5200?
15       A.   Correct.
16       Q.   As is listed in this interrogatory
17  answer.  It says "One drum drip is located in the
18  ceiling of conference room 5200."  That's the one
19  that you did not drain.
20       A.   Correct.
21       Q.   Were you supposed to drain that drain?
22       A.   Yes.
```

```
 1        Q.   Where is the mechanical room?
 2        A.   Above the fifth floor, in the middle of
 3   the building.
 4        Q.   How do you get there, by elevator or
 5   walking space?
 6        A.   You have to go up steps.
 7        Q.   So, you get to the point where he says
 8   he doesn't have a card to get in this doorway.
 9   What happens next?
10        A.   We asked if he was going to get a card
11   and he just kind of looked at us like, you know,
12   he really didn't want to -- he would take care of
13   it.  He said he would take care of the drum drip,
14   and I asked him, I said "Are you going to take
15   care of this" -- I said, "You know what?  I can't
16   get in the room.  Are you going to take care of
17   this drum drip?"
18        Q.   Well did you ask him to go get the
19   card?
20        A.   No, I didn't ask him to go get the
21   card.
22        Q.   Why didn't you ask him to go get the
```