UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. PAUL MERCURY INSURANCE COMPANY, :
as Subrogee of Gallaudet University

    Plaintiff

    vs.

CAPITOL SPRINKLER INSPECTION, INC    :    CASE NO. 1:05CV02115 (CKK)

    Defendant

    vs.

GUEST SERVICES, INC.

    Third-Party Defendant

### AFFIDAVIT OF VERNON VANE

STATE OF MARYLAND

COUNTY OF HOWARD

    BE IT REMEMBERED that on this 7th day of February, 2008, personally appeared before me, the Subscriber, a notarial officer authorized to administer oaths in the State and County aforesaid, VERNON VANE, personally known to me as such, and being duly sworn, did depose and attest to the following:

    I, *Vernon Vane*, hereby give oath and affirm, under the penalties of perjury, that I am over 18 years of age, *sui juris* and competent to testify in court, and that I have personal knowledge of the matters related herein. I am informed of and believe them to be true, and upon that ground, I declare them to be true and correct to the best of my knowledge and belief:

{DE102611.1}

EXHIBIT 9

1. I am currently employed as the Supervisor of Inspection for Defendant Capitol Sprinkler Inspection, Inc.

2. I was deposed in this litigation on Monday, August 14, 2006.

3. Following the incident of January 25, 2003, representatives of Capitol Sprinkler Contracting, Inc. performed certain repairs to the subject fire protection system and restored it to service. As part of that process, Capitol Sprinkler Contracting replaced four sprinkler heads and one "Tee" fitting.

4. I then returned the original components to an agent of Guest Services, Inc., at the Kellogg Conference Center. The components are identified on the receipt/letter of transmittal, attached as Exhibit 1.

5. When I returned the components to Guest Services, Inc., I met its agent at the Kellogg Conference Center. He identified himself as Terrance F. Hubbard.

6. He appeared about 5'10" tall and had a medium build. He appeared in his 30's or 40's.

7. The color of his skin was dark for a Caucasian, and light for an African American: I would describe his race as being mixed.

8. Mr. Hubbard took possession of the original components, vis., the one "Tee" fitting and 4 sprinkler heads that had been removed from the system. At that time, I requested Mr. Hubbard to sign the transmittal, attached as Exhibit 1, in an effort to acknowledge receipt, and he complied.

{DE102611.1}

_____
VERNON VANE

SWORN TO and SUBSCRIBED before me the day and year first above written.

_____
Ann Golden, Notary Public

My Commission Expires: _12-1-08_

{DE10261I.1}